IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00243-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL TRACY McFADDEN,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:53 pm, May 17, 2019
JEFFREY P. COLWELL, CLERK

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Between on or about December 25, 2012, and on or about January 3, 2013, in and outside the State and District of Colorado, and elsewhere, the defendant, MICHAEL TRACY McFADDEN, did knowingly cross a state line with intent to engage in a sexual act, to wit, contact between the penis and the anus, with K.W., a person who had not attained the age of 12 years, and attempted to do so.

All in violation of Title 18, United States Code, Section 2241(c).

### COUNT TWO

Between on or about December 25, 2012, and on or about January 3, 2013, in the State and District of Colorado, and elsewhere, the defendant, MICHAEL TRACY McFADDEN, did knowingly transport K.W., an individual who had not attained the age

1

of 18 years in interstate and foreign commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT THREE

Between on or about December 1, 2010, and on or about January 1, 2011, in and outside the State and District of Colorado, and elsewhere, the defendant, MICHAEL TRACY McFADDEN, did knowingly cross a state line with intent to engage in a sexual act, to wit, contact between the penis and the anus and contact between the mouth and the anus, with J.W., a person who had not attained the age of 12 years, and attempted to do so.

All in violation of Title 18, United States Code, Section 2241(c).

## COUNT FOUR

Between on or about December 1, 2010, and on or about January 1, 2011, in the State and District of Colorado, and elsewhere, the defendant, MICHAEL TRACY McFADDEN, did knowingly transport J.W., an individual who had not attained the age of 18 years in interstate and foreign commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT FIVE

Between on or about January 1, 2007, and on or about January 3, 2013, in the State and District of Colorado, and elsewhere, the defendant, MICHAEL TRACY McFADDEN, did knowingly transport J.W., an individual who had not attained the age of 18 years in interstate and foreign commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

A TRUE BILL:

Ink signature on file in the clerk's office
FOREPERSON

JASON R. DUNN
United States Attorney

By: *s/ Jeremy Chaffin*
Jeremy Chaffin
Assistant U.S. Attorney
U.S. Attorney's Office
205 N. 4th St., Ste. 400
Grand Junction, CO 81501
Telephone: 970-241-3843
Fax:  970-248-3630
E-mail:  jeremy.chaffin@usdoj.gov
Attorney for Government