DEFENDANT:          Michael Tracy McFadden

YOB: 1971          **AGE:  47**

COMPLAINT          _____ Yes      __X___ No
FILED?
                   If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?      _____ Yes      __X__ No
   If No, a new warrant is required
OFFENSE(S):        **Counts 1 & 3:  18 U.S.C. § 2241(c)**
                   Crossing state lines with intent to engage in a sexual act with a
                   minor under 12.

                   **Counts 2, 4-5:  18 U.S.C. § 2423(a)**
                   Transportation of a minor with intent to engage in sexual activity.

LOCATION OF        Mesa County, Colorado, and elsewhere
OFFENSE:
PENALTY:           **Counts 1 & 3:** For first offense, NLT 30 years and NMT life; NMT
                   $250,000 fine, or both; supervised release of NLT 5 years, NMT life;
                   $100 Special Assessment.  If defendant has previously been
                   convicted of another Federal offense under this subsection, or of a
                   State offense that would have been an offense under either such
                   provision had the offense occurred in a Federal prison, unless the
                   death penalty is imposed, NLT life; NMT $250,000 fine, or both;
                   supervised release of NLT 5 years and NMT life; $100 Special
                   Assessment.

                   **Counts 2, 4-5:**  NLT 10 years imprisonment and NMT life
                   imprisonment, NMT $250,000 fine, or both; NLT 5 years supervised
                   release, NMT life supervised release; $100 special assessment.

AGENT:             Alex Zappe, Special Agent, FBI

AUTHORIZED         Jeremy Chaffin
BY:                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less      __X__ over five days          _____ other

1

<u>THE GOVERNMENT</u>

___X___ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

_____ will not seek detention

The statutory presumption of detention **is** applicable to this defendant.