AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
| | ) Case No. 19-cr-00243-GPG |
| Michael Tracy McFadden | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Tracy McFadden,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Crossing state lines with intent to engage in a sexual act with a minor under 12, in violation of Title 18, United States Code, Section 2241(c);
Transportation of a minor with intent to engage in sexual activity, in violation of Title 18, United States Code, Section 2423(a).

Date: 05/17/2019

s/ J. Garcia-Gonzalez, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*