IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

| | |
|---|---|
| Criminal Case No. 19-cr-243-MSK-GPG | Court Deputy: A. Barnes |
| Date:  May 22, 2019 | Recorder: Grand Jct - FTR |

UNITED STATES OF AMERICA,
Plaintiff,
v.
MICHAEL TRACY McFADDEN,
Defendant.

_____
Minutes: Initial Appearance
_____

9:32 a.m.

Defendant appeared in person in custody.   AUSA Jeremy Chaffin appeared.  CJA Panel Attorney Stephen Laiche appeared.

The Court advised Defendant of the charges brought against him and of his rights.

ORDERED:  Defendant requested a court-appointed attorney.  The Court reviewed and accepted Defendant's financial affidavit and ORDERED that court-appointed counsel be provided per CJA Plan.   CJA Attorney Laiche advised that while he was representing Defendant today, per the CJA Plan, that AFPD Timothy O'Hara would be entering an appearance soon and ultimately be the attorney of record on this case.

The Government was requesting detention.  Attorney Laiche advised the Court that AFPD O'Hara was requesting a waiver of the 3-day Detention Hearing time period so as to investigate the case and to fly over and meet with his client and be properly prepared for hearing.  In fact, AFPD O'Hara requested a good cause waiver to hold the hearing on June 3.  The Court denied an extension of that length of time, but allowed a good cause waiver of 8 days due to the significant charges being brought and because Defendant likewise consented to this waiver.

ORDERED:  A detention hearing is set as follows: **May 31, 2019 at 2:00 p.m.** in Aspinall Federal Building in Grand Junction, Room 323, before Magistrate Judge Gallagher.

ORDERED: The Court found that this was a Western Slope Protocol Plan ("WSPP") case.

**ORDERED: This case is to be unsealed at this time.**

ORDERED: Defendant was remanded to the custody of the USMS.
Hearing concluded at: 9:43 a.m.
Hearing duration:11 minutes