AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Tracy McFadden<br>*Defendant* | )<br>)<br>)  Case No.  19-cr-00243-GPG<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Tracy McFadden,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Crossing state lines with intent to engage in a sexual act with a minor under 12, in violation of Title 18, United States Code, Section 2241(c);
Transportation of a minor with intent to engage in sexual activity, in violation of Title 18, United States Code, Section 2423(a).

Date: 05/17/2019

s/ J. Garcia-Gonzalez, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/17/2019, and the person was arrested on *(date)* 05/21/2019
at *(city and state)* Colorado Springs, CO.

Date: 05/22/2019

Alex Zappe
*Arresting officer's signature*

Alex J. Zappe, Special Agent
*Printed name and title*