IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 19cr243-MSK-GPG          Court Deputy: A. Barnes
Date: May 31, 2019                                            Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,

v.

MICHAEL McFADDEN,
Defendant.

_____

Court Minutes-Detention Hearing
_____

1:36 p.m.

Defendant appeared in custody in Grand Junction. AFPD Timothy O'Hara appeared via VTC from A702 (Arraj) on his behalf. AUSA Jeremy Chaffin appeared in person. PO Jason Cohen appeared in person.

All had previously read the Pre-Trial Services Report except AFPD O'Hara who waived reading of it.

Defendant was not contesting detention at this time, but reserved the right to contest it at a later date.

ORDERED: The Court, finding grounds, will enter a Detention Order and Defendant is remanded to the custody of the USMS.

Defendant waived further Advisement and Arraignment and entered a plea of Not Guilty to all charges.

The Court accepted the plea.

**ORDERED: This is a Western Slope Protocol Practice (WSPP) case.**

ORDERED: Parties have 10 days within which to tender to the Court a WSPP consent.

ORDERED: The Court entered the following speedy trial deadlines:
30 days: 6/30/2019
70 days: 7/30/2019
90 days: 8/192019


ORDERED:  A jury trial was set to commence **July 1, 2019 at 8:30 a.m.** before Chief Judge Krieger and to occur in Room 323 of the Aspinall Federal Building at 400 Rood Avenue in Grand Junction.

ORDERED: Deadline for Motions to Continue Trial is 7/14/2019.

**ORDERED: This case may be unsealed.**

ORDERED: Parties submitted a Discovery Memo and proposed Order to the Court which it made an Order of this Court.

Hearing concluded at: 1:45 p.m.
Hearing duration: 9 minutes