IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 19cr243-MSK-GPG           Court Deputy: A. Barnes
Date: May 31, 2019                          Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,

v.

MICHAEL McFADDEN,
Defendant.

_____

*AMENDED Court Minutes-Detention Hearing
(*To Correct Date for Motions to Continue)

_____

1:36 p.m.

Defendant appeared in custody in Grand Junction.  AFPD Timothy O'Hara appeared via VTC
from A702 (Arraj) on his behalf.  AUSA Jeremy Chaffin appeared in person. PO Jason Cohen
appeared in person.

All had previously read the Pre-Trial Services Report except AFPD O'Hara who waived reading
of it.

Defendant was not contesting detention at this time, but reserved the right to contest it at a later
date.

ORDERED:  The Court, finding grounds, will enter a Detention Order and Defendant is
remanded to the custody of the USMS.

Defendant waived further Advisement and Arraignment and entered a plea of Not Guilty to all
charges.

The Court accepted the plea.


**ORDERED: This is a Western Slope Protocol Practice (WSPP) case.**

ORDERED: Parties have 10 days within which to tender to the Court a WSPP consent.

ORDERED: The Court entered the following speedy trial deadlines:
30 days: 6/30/2019
70 days: 7/30/2019
90 days: 8/192019

ORDERED:  A jury trial was set to commence **July 1, 2019 at 8:30 a.m.** before Chief Judge Krieger and to occur in Room 323 of the Aspinall Federal Building at 400 Rood Avenue in Grand Junction.

ORDERED: Deadline for Motions to Continue Trial is **6/14/2019 (corrected date).**

**ORDERED: This case may be unsealed.**

ORDERED: Parties submitted a Discovery Memo and proposed Order to the Court which it made an Order of this Court.

Hearing concluded at: 1:45 p.m.
Hearing duration: 9 minutes