IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00243-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MICHAEL McFADDEN,

        Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL
---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 7th day of June, 2019.

                              JASON R. DUNN
                              United States Attorney

By:    s/ *Andrea Surratt*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: andrea.surratt@usdoj.gov

        Attorney for the Government

## CERTIFICATE OF SERVICE

      I certify that on this 7th[th] day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case


and I hereby certify that I have sent the document to the non CM/ECF participant via email to the following participant:


                           By:    *s/Portia Peter*
                                   Legal Assistant
                                   United States Attorney's Office
                                   1801 California Street, Suite 1600
                                   Denver, CO 80202
                                   Telephone: 303-454-0100