**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00243-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL TRACY McFADDEN,

    Defendant.

**UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

The United States of America, by and through Jeremy Chaffin, Assistant United States Attorney, hereby moves this Court for a protective order.

1. Due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(d), apply to this case.

2. The Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents disclosing the name of and information concerning a child victim or witness, maintain the confidentiality of any information in said documents concerning a child victim or witness, maintain the confidentiality of the child victim or witness's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the identity or other personal information of the child victim or witness.  Additionally, victims have a right to be treated with fairness and with respect for the victim's dignity and privacy.  18 U.S.C. § 3771(a)(8).

3. The Government submits that due to the nature of the case and due to the underlying discovery, there is a significant possibility that without a protective order, names or other information concerning child victims or witnesses, as well as child victims or witnesses that have since become adults, could be disclosed, which would be detrimental. 18 U.S.C. § 3509(d); *see also* Fed. R. Crim. P. 16(d)(1) ("At any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief.").

4. The Government is requesting a protective order that governs the discovery and filings in this case consistent with 18 U.S.C. § 3509(d) and as suggested in the Proposed Order attached hereto.

5. The Government has consulted with counsel for Defendant and informs the Court that the Defendant does not object to the entry of the proposed protective order.

WHEREFORE, the Government respectfully requests the Court enter a protective order consistent with those suggested in the Proposed Order, which is attached.

Respectfully submitted,

JASON R. DUNN
United States Attorney

*s/ Jeremy Chaffin*
JEREMY CHAFFIN
Assistant U.S. Attorney
U.S. Attorney's Office
205 North 4th Street, Suite 400
Grand Junction, CO 81501
Tel: (970) 257-7113
Fax: (970) 248-3630
E-mail: jeremy.chaffin@usdoj.gov
Attorney for Government

## **CERTIFICATE OF SERVICE**

        I hereby certify that on this 17th day of June, 2019, I electronically filed the foregoing **UNOPPOSED MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Defense Attorney:**
Timothy P. O'Hara

**Email Address:**
Timothy_Ohara@fd.org

*s/ Cosandra Foster*
COSANDRA FOSTER
Paralegal Specialist
U.S. Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, CO 81501
Telephone (970) 241-3843
Fax (970) 248-3630
E-mail: cosandra.foster@usdoj.gov