IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00243-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL TRACY McFADDEN,

    Defendant.

## PROTECTIVE ORDER

THIS MATTER coming before the Court upon motion of the Government to enter a protective order enters the following findings and Order:

1. Due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, apply in this case.

2. The Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents that disclose the name or any other information concerning a child, maintain the confidentiality of the child's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the identity or other personal information of the child.

3. Due to the nature of the case, the Court finds that there is a significant possibility that disclosure to the public of the names or other information concerning any child

Case 1:19-cr-00243-MSK-GPG Document 22 Filed 06/17/19 USDC Colorado Page 2 of 3

victims or witnesses in this case, as well as child victims or witnesses who have since become adults, would be detrimental.

4. The Defendant does not object to the entry of a protective order with the terms and conditions outlined below.

5. Good cause appearing, the Court hereby orders that:

(a) All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall, at trial and during any and all pre-trial and post-trial proceedings in this case, refer to any involved child victims or witnesses, including child victims or witnesses that have since become adults, by initials or a pseudonym for each such individual;

(b) All documents that disclose the name or any other information concerning a minor, as well as any child victims or witnesses that have since become adults, shall be kept in a secure place to which no person who does not have reason to know their contents has access, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(i);

(c) All documents that disclose the name or any other information concerning a minor, as well as child victims or witnesses who have since become adults, and the information in such documents shall be disclosed only to persons who, by reason of their participation in the proceeding, have reason to know such information, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(ii);

    (1) The Government will provide defense counsel with a copy of discovery in this case. The discovery may be viewed only by defense counsel, the Defendant, and members of the defense team, including any defense attorneys, investigators, and staff from the Office of the Federal

Public Defender, as the Office of the Federal Public Defender determines necessary for the purpose of preparing a defense in this particular case.

(2) The discovery materials, including those that disclose the name or any other information concerning a minor and child victims or witnesses who have since become adults, as well as any depictions of such individuals, shall be provided to the Defendant under the circumstances described below. The Defendant may be allowed to view the discovery materials referenced in this paragraph, but only while in the direct presence of defense counsel or members of the defense team, including any defense attorneys, investigators, or staff from the Office of the Federal Public Defender, as the Office of the Federal Public Defender determines necessary for the purpose of preparing a defense in this particular case.

(d) All documents to be filed in Court that disclose the name or other information concerning a minor, as well as child victims or witnesses who have since become adults, shall be filed under restriction without necessity of obtaining a Court order; and

(e) Defense counsel will take reasonable measures to ensure that counsel and members of the defense team safeguard the above-referenced information.

BY THE COURT:

_____
Gordon P. Gallagher
Unites States Magistrate Judge
District of Colorado