IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00243-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL TRACY MCFADDEN,

    Defendant.

_____

**PARTIES' JOINT POSITION ON THE SPEEDY TRIAL CLOCK**
_____

The UNITED STATES OF AMERICA, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Andrea Surratt and Jeremy Chaffin, Assistant United States Attorneys, and Michael Tracy McFadden, by and through his attorney, Timothy O'Hara respectfully submit this speedy trial calculation in response to the Court's June 17, 2019 Order.

### Background

The defendant was indicted on May 17, 2019, in five counts related to sexual abuse of two alleged child victims. (Dkt #1). The defendant was arrested on May 21, 2019 and made his initial appearance in this District on May 22, 2019. (Dkt #8). On May 31, 2019, the defendant was ordered detained pending trial, which was scheduled for July 1, 2019. (Dkt #31).

On June 14, 2019, the defendant moved to vacate and reset the trial date pursuant to 18 U.S.C. § 3161(h)(7)(A). (Dkt #19). Specifically, citing the seriousness of the

1

charges, the anticipated volume of discovery, and the substantial prior state litigation in this matter, the defendant requested a speedy trial extension of 90 days, to be followed by a status conference at which point the parties would agree upon a new trial date. (Dkt #19).

On June 16, 2019, the defendant's motion was granted in part and denied in part. (Dkt #20). The July 1, 2019 trial date was vacated and the Court set a trial date of January 6, 2020 and excluded speedy trial time through that new trial date. (Dkt #20).

### Speedy Trial Calculation

As noted in the defendant's motion to continue (Dkt #19), the speedy trial clock began running on May 22, 2019, the date of the defendant's initial appearance. The original 70-day date was therefore July 20, 2019. Twenty-two days ran off the speedy trial clock by time the defendant filed his motion to continue on June 14, 2019, at which point the clock was tolled by the filing of that motion. *See* 18 U.S.C. § 3161(h)(1)(D). The Court granted the speedy trial portion of the defendant's motion on June 16, 2019, tolling the clock until January 6, 2020. Accordingly, 22 days have run, and 48 days of the speedy trial clock still remain of the original 70 days.

Dated this 28th day of June, 2019.

JASON R. DUNN
United States Attorney


By: *Andrea Surratt*
Andrea Surratt & Jeremy Chaffin
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, #1800
Denver, Colorado 80101
(303) 454-0100
andrea.surratt@usdoj.gov