IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00243-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL TRACY McFADDEN,

    Defendant.

---

**GOVERNMENT'S *EX PARTE* MOTION FOR AN ORDER
PERMITTING DISCLOSURE OF GRAND JURY MATERIAL**

---

    COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney for the State and District of Colorado, and hereby moves for an Order Permitting the Disclosure of Grand Jury Material in the above captioned case. Federal Rule of Criminal Procedure 6(e)(3)(F) provides that the Government may file this motion requesting disclosure *ex parte*. As grounds therefor the Government states:

    1. The Government has obtained testimony from one or more persons who may be called as trial witnesses. Early disclosure of this material may assist the defense in preparing for trial.

    2. Disclosure of pertinent portions of the Grand Jury transcripts may be in the best interests of justice. In the course of preparation for trial and during the conduct of trial it may be appropriate to disclose to the defense portions of the Grand Jury transcripts

1

pertaining to certain witnesses for the limited purpose of preparing for and conducting trial and pretrial hearings involving such witnesses.  *See* 18 U.S.C. § 3500 and Fed.R. Crim. P. 26.2, 16, and 6(e)(3)(E)(i) and (e)(3)(F).

3.   Pursuant to Rules 6 and 16, of the Federal Rules of Criminal Procedure, the Government requests that the Order permitting disclosure of the Grand Jury transcripts or material contain restrictions upon the defense attorneys to whom such material is released requiring the defense attorneys to maintain control over the material, keeping it in his or her confidential files and under the control of his or her confidential employees. The Government requests that the Grand Jury material so disclosed be strictly limited to use for the purposes of the above-captioned case, to include any appeals taken, and for no other purpose until further order of Court.  Further, the Government requests that the Court order that its protective order, previously entered on June 17, 2019 (DKT # 22) apply to these materials.

  Respectfully submitted this 7th day of August, 2019.

              JASON R. DUNN
              UNITED STATES ATTORNEY


         By:  s/ *Jeremy Chaffin*
             JEREMY CHAFFIN
             Assistant United States Attorney
             205 N. 4th Street, Suite 400
             Grand Junction, Colorado 81501
             Telephone: (970) 257-7113
             Facsimile: (970) 248-3630
             E-mail: Jeremy.chaffin@usdoj.gov
             Attorney for Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of August, 2019, I electronically filed the foregoing **GOVERNMENT'S *EX PARTE* MOTION FOR AN ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

      s/ Cosandra Foster
COSANDRA FOSTER
Paralegal Specialist
U.S. Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, CO 81501
Telephone (970) 241-3843
Fax (970) 248-3630
E-mail: cosandra.foster@usdoj.gov