IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00243-MSK-GPG

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. MICHAEL TRACY MCFADDEN,

  Defendant.

___

**ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161(h)**

  This motion is before the Court on the parties' joint motion to exclude time from the speedy trial clock pursuant to 18 U.S.C. § 3161(h) through the trial date of January 6, 2020. The Court has reviewed the parties' joint motion (Dkt #26) the defendant's motion of June 14, 2019 (Dkt #19), and the remainder of the docket in this case. The parties' joint motion is GRANTED for the reasons stated in those documents and for the reasons that follow:

- Discovery was recently produced to the defendant, and it consists of thousands of pages of transcripts from related state court proceedings in which the defendant was tried and convicted for very closely related conduct to the instant case, which counsel will need time to carefully review. Many of the same victims that the Government anticipates calling in the instant case testified in the state proceeding.

- Discovery also consists of many hours of video and audio recordings of interviews of numerous alleged victims and other witnesses, both from shortly after the alleged conduct occurred as well as more recently.

- The defendant anticipates that a lengthy pre-trial investigation will be necessary in this case since the Government intends to call as witnesses not just the two charged victims, but also other numerous other alleged victims

1

pursuant to Rule 404(b) and/or Rule 414.  Moreover, the alleged conduct occurred between 2008 and 2013, further complicating the defendant's ability to investigate the incidents that form the basis for the indictment.

- The defendant's counsel also anticipates needing time to research the relevant legal issues, prepare pretrial motions, consult with the defendant about his options, and begin preparing for trial.

For the reasons stated in the parties' joint motion and the defendant's motion of June 14, 2019, and given the complexity and age of the case, the volume and nature of discovery, and the number of victims, the Court finds that the requested exclusion is appropriate.  The Court further finds that the parties have been diligent in their preparation thus far and that the requested continuance would accomplish the purpose of the continuance—that is, to review voluminous discovery, conduct an extensive pretrial defense investigation, and prepare for trial.  The Court also finds that, absent this continuance, the defendant would be ill-served by counsel would who be unlikely to be fully prepared for trial.

This Order specifically supplements those findings previously made on June 16, 2019.

Accordingly, considering the factors in 18 U.S.C. § 3161(h)(7)(B), the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and the defendant in a speedy trial.

It is therefore ORDERED that the parties' joint motion for exclusion of time pursuant to 18 U.S.C. § 3161(h) from the date of this Order through the January 6, 2020 trial date is GRANTED.

Dated this 26 day of August, 2019.

_____
United States Magistrate Judge
Gordon P. Gallagher
District of Colorado

3