IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00243-MSK-GPG

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      MICHAEL TRACY MCFADDEN,

        Defendant.

_____

### PARTIES' JOINT POSITION ON THE SPEEDY TRIAL CLOCK
_____

The UNITED STATES OF AMERICA, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Andrea Surratt and Jeremy Chaffin, Assistant United States Attorneys, and Michael Tracy McFadden, by and through his attorney, Timothy O'Hara respectfully submit this speedy trial calculation in response to the Court's November 6, 2019 Order.   (Dkt #29).

The speedy trial clock began running on May 22, 2019, the date of the defendant's initial appearance.   (Dkt #5).   The original 70-day date was therefore July 20, 2019. Twenty-two days had run off the speedy trial clock at the time that the defendant filed his first motion to continue on June 14, 2019 (Dkt #19), at which point the clock was tolled by the filing of the motion.   *See* 18 U.S.C. § 3161(h)(1)(D).   On June 16, 2019, the Court granted the speedy trial portion of the defendant's motion, tolling the clock from July 1, 2019 until January 6, 2020 and resetting the trial date to January 6, 2020.   (Dkt #20). An additional 14 days ran off the clock between June 16, 2019 and June 30, 2019.

On August 22, 2019, though time had already been excluded through January 6, 2020, out of an abundance of caution, the parties filed a joint motion for exclusion of time through the January 6, 2020 trial date.   (Dkt #26).   The motion was granted on August 26, 2019.   (Dkt #27).   As of August 26, 2019, 34 days remained on the speedy trial clock.

On November 4, 2019, the defendant filed an unopposed motion to vacate and reset the January 6, 2020 trial date and exclude 180 days from the speedy trial clock. (Dkt #28).   That motion was granted on November 6, 2019, and trial was reset for June 1, 2020, with all time until June 1, 2020 excluded from the speedy trial clock.   (Dkt #29).

Accordingly, as of the filing of this notice, 34 days still remain on the speedy trial clock.

Dated this 15th day of November, 2019.

JASON R. DUNN
United States Attorney


By: */s Andrea Surratt*
Andrea Surratt & Jeremy Chaffin
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, #1800
Denver, Colorado 80101
Tel: (303) 454-0100
Email: andrea.surratt@usdoj.gov