**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00243-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

    **Defendant.**

---

**UNOPPOSED MOTION TO AMEND THE PROTECTIVE ORDER**

---

MR. MICHAEL TRACY MCFADDEN, by and through his attorney, Timothy P. O'Hara, Assistant Federal Public Defender, hereby moves this Court to amend the terms of the Protective Order [Doc. 22] issued in the present case on June 17, 2019.

1. On June 17, 2019, the government moved for a Protective Order governing the discovery and filings in the present case.  *See* Doc. 21.  Specifically, the government requested that the following restrictions apply to the discovery materials tendered by the government:

> (b) All documents that disclose the name or any other information concerning a minor, as well as any child victims or witnesses that have since become adults, shall be kept in a secure place to which no person who does not have reason to know their contents has access, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(i);
>
> (c) All documents that disclose the name or any other information concerning a minor, as well as child victims or witnesses who have since become adults, and the information in such documents shall be disclosed only to persons who, by reason of their participation in the proceeding, have reason to know such information, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(ii);

> (1) The Government will provide defense counsel with a copy of discovery in this case. The discovery may be viewed only by defense counsel, the Defendant, and members of the defense team, including any defense attorneys, investigators, and staff from the Office of the Federal Public Defender, as the Office of the Federal Public Defender determines necessary for the purpose of preparing a defense in this particular case.
>
> (2) The discovery materials, including those that disclose the name or any other information concerning a minor and child victims or witnesses who have since become adults, as well as any depictions of such individuals, shall be provided to the Defendant under the circumstances described below. The Defendant may be allowed to view the discovery materials referenced in this paragraph, but only while in the direct presence of defense counsel or members of the defense team, including any defense attorneys, investigators, or staff from the Office of the Federal Public Defender, as the Office of the Federal Public Defender determines necessary for the purpose of preparing a defense in this particular case.

Undersigned counsel had no objection to the aforementioned restrictions.  *See* Doc. 21 (Motion was unopposed.)

2.  Also on June 17, 2019, the Honorable United States Magistrate Judge Gordon P. Gallagher granted the government's request.  *See* Doc. 22.

3.  To date, undersigned counsel has abided by the requirements of the Protective Order.  However, due the coronavirus pandemic (COVID-19), all person-to-person visits between inmates and members of the general public have been discontinued.  *See* Clear Creek County Jail website (https://www.co.clear-creek.co.us/DocumentCenter/View/10485/INMATE-VISITATION-RESTRICTIONS) (last visited April 28, 2020).  As a result, undersigned counsel and members of the defense team are no longer allowed to visit with Mr. McFadden at the Clear Creek County Jail. While phone and video conferencing options are available, these options would not allow for Mr. McFadden to review the discovery materials that are in the possession of undersigned counsel as viewing documents and videos is impracticable.

    4. Therefore, undersigned counsel requests to amend the terms of the previously entered Protective Order to allow undersigned counsel to send discovery materials to the Clear Creek County Jail. The materials will be received and stored by Clear Creek County Jail Deputies in a locked storage area. Mr. McFadden will be allowed to access and review the discovery materials on a computer provided by the Clear Creek County Jail. When he is finished reviewing the discovery materials, the materials will be returned to the locked storage area. Mr. McFadden may take notes while reviewing the discovery but all notes must remain with the discovery materials. A copy of this Order will remain with the discovery materials.

    5. Undersigned counsel has consulted with counsel for the government. The government does not object to the entry of the amended protective order.

    WHEREFORE, undersigned counsel respectfully requests the Court enter an amended protective order consistent with the Proposed Amended Order, which is attached.

Respectfully submitted,

VIRGINIA L. GRADY  
Federal Public Defender

*s/ Timothy P. O'Hara*  
TIMOTHY P. O'Hara  
Assistant Federal Public Defender  
633 17th St. – Suite 1000  
Denver, CO 80202  
Tel: (303) 294-7002  
Fax: (303) 294-1182  
E-mail: Timothy_OHara@fd.org  
Attorney for the Defendant

## CERTIFICATE OF SERVICE

    ized I hereby certify that on this May 4, 2020, I electronically filed the foregoing **UNOPPOSED MOTION TO AMEND THE PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Jeremy Chaffin
Assistant U.S. Attorney
Email: Jeremy.Chaffin@usdoj.gov

Andrea Surratt
Assistant U.S. Attorney
Email: Andrea.Surratt@usdoj.gov

 

    s/ Timothy P. O'Hara
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Timothy_OHara@fd.org
    Attorney for Defendant