IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL TRACY MCFADDEN,

    Defendant.

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

This matter is before the Court on Defendant Michael Tracy McFadden's Fourth Unopposed Motion to Vacate and Reset Trial Date (Doc. #37). The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. Defense counsel needs additional time to review discovery with the Defendant

2. Defense counsel has been in contact with the Defendant regularly by phone, however, due to COVID restrictions, has been unable to visit with the Defendant in the jail facility since March of 2020.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that Defendant Michael Tracy McFadden's Fourth Unopposed Motion to Vacate and Reset Trial Date (Doc. #37) is GRANTED and time is excluded from the date of this Order through April 6, 2021.  It is

ORDERED that pretrial motions are due by **February 1, 2021**.  Responses due by **February 15, 2021**.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference set for **October 29, 2020**, is VACATED and RESET to **March 23, 2021, at 3:00 PM, Courtroom A 602 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello**.  It is

FURTHER ORDERED **that five-day** jury trial set to begin on **November 2, 2020** is VACATED and RESET to **April 5, 2021, at 8:30 AM**, **Courtroom A 602 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello**.

DATED:  September 9, 2020         BY THE COURT:

*(signature)*
CHRISTINE M. ARGUELLO
United States District Judge

2