```
 1
 2
 3
 4
 5
 6
 7                        INTERVIEW WITH K        W
 8                           Q=Ed Prescott
 9                           A=K        W
10
11
12    A:          There's a computer in the other room.
13
14    Q:          Yeah, there is.  I'll tell you a little bit about that okay?
15
16    A:          Yeah, I wanna go play on it.
17
18    Q:          That's not to play on that's a, that has a video system, okay.  And see this up
19                here, this is a camera…
20
21    A:          I know.
22
23    Q:          …so they can watch what we're doing.
24
25    A:          I'm in sixth grade.
26
27    Q:          You're in sixth grade?  So that means you're pretty smart huh?
28
29    A:          Yeah.
30
31    Q:          All right.  What I want you to do is go ahead and draw on that if you want,
32                can you draw on that while we're talkin'?
33
34    A:          Yeah.
35
36    Q:          Can you do two things at once?
37
38    A:          Yeah.
39
40    Q:          Okay.  I'll go ahead and sit down here…
41
42    A:          Do you have any other crayons or colored pencils?
43
44    Q:          We actually do, there's a whole cupboard full, you want big ones or small
45                ones?
```

GOVERNMENT
EXHIBIT
1
19-cr-00243-CMA-GPG

| 46 | | |
|----|-----|-----|
| 47 | A: | I don't care just bring (unintelligible) both of 'em. |
| 48 | | |
| 49 | Q: | Mm, how 'bout we just bring one for now? |
| 50 | | |
| 51 | A: | Okay. |
| 52 | | |
| 53 | Q: | Do you remember my name? |
| 54 | | |
| 55 | A: | No. |
| 56 | | |
| 57 | Q: | Can you say Mr. Ed? |
| 58 | | |
| 59 | A: | Mist- yeah. |
| 60 | | |
| 61 | Q: | Is that a easy one to remember? |
| 62 | | |
| 63 | A: | Yeah, because there's a show that has Eddie on it. |
| 64 | | |
| 65 | Q: | There's a show that has Eddie on it? |
| 66 | | |
| 67 | A: | (Unintelligible). |
| 68 | | |
| 69 | Q: | So what show is that? |
| 70 | | |
| 71 | A: | Mm, have you heard of Flashpoint? |
| 72 | | |
| 73 | Q: | Huh? |
| 74 | | |
| 75 | A: | Um, ye- do you watch Netflix? |
| 76 | | |
| 77 | Q: | I do, actually. |
| 78 | | |
| 79 | A: | You should watch Flashpoint, it's a - it's a Canadian SWAT team, it's a really |
| 80 | | good show? |
| 81 | | |
| 82 | Q: | Canadian SWAT team? |
| 83 | | |
| 84 | A: | Yeah. |
| 85 | | |
| 86 | Q: | You know actually I have, a- and that's a series huh? |
| 87 | | |
| 88 | A: | Yeah. |
| 89 | | |
| 90 | Q: | Yeah, all right, yeah, I have watched that.  In fact my son used to watch that. |

Page 368

INV_GJPD_00002291

| 91 | | |
|----|----|----|
| 92 | A: | How far did you get? |
| 93 | | |
| 94 | Q: | Um, I've only watched a few of 'em um… |
| 95 | | |
| 96 | A: | Good show? |
| 97 | | |
| 98 | Q: | …so - huh? |
| 99 | | |
| 100 | A: | Good show? |
| 101 | | |
| 102 | Q: | Yeah, it's a good show.  There's another one that we're watchin' - my wife |
| 103 | | and I are watchin' it's called uh, The Last Cowboy, where they have three |
| 104 | | ranches up in Montana, and it takes 'em all through their - the whole season of |
| 105 | | their ranching. |
| 106 | | |
| 107 | A: | Yeah. |
| 108 | | |
| 109 | Q: | Yeah. |
| 110 | | |
| 111 | A: | Yeah, one of - we just got done watching cornered by SWAT members quit |
| 112 | | because he had a mental disorder. |
| 113 | | |
| 114 | Q: | He had a - he had problems, he got a little too intense for him? |
| 115 | | |
| 116 | A: | Yeah, because he kinda flipped (unintelligible). |
| 117 | | |
| 118 | Q: | Oh, you know and that's not - not a good thing but sometimes people get |
| 119 | | under pressure and they do things that aren't - that aren't right, or they make - |
| 120 | | start makin' mistakes or somethin'.  The military guys have that a lot, and they |
| 121 | | have to watch 'em real careful, so they do that.  K      do you know h- how |
| 122 | | to spell your name?  I know you're in the sixth grade, so that might be a goofy |
| 123 | | question to ask you… |
| 124 | | |
| 125 | A: | Yeah. |
| 126 | | |
| 127 | Q: | …but can you spell your name… |
| 128 | | |
| 129 | A: | Yeah. |
| 130 | | |
| 131 | Q: | …your full name for me? |
| 132 | | |
| 133 | A: | K |
| 134 | | |
| 135 | Q: | I'm sorry? |

INV_GJPD_00002292

```
136
137   A:              K              W
138
139   Q:              W
140
141   A:
142
143   Q:                   What's your middle name?
144
145   A:              Uh, I got two.
146
147   Q:              What is it?
148
149   A:
150
151   Q:              I'm sorry?
152
153   A:
154
155   Q:
156
157   A:              Yes.
158
159   Q:              And how do you spell       ?  Can you do me a favor?
160
161   A:              Yeah.
162
163   Q:              Because they need - I need to hear this and hear you speak clean, can you take
164                   your mouth out from under your jacket there?  Okay.  What's your date of
165                   birth K      ?
166
167   A:              Uh, it's              01.
168
169   Q:              '01.  And do you know your home address?
170
171   A:              Yeah,            Road.
172
173   Q:                   Road?  And, we're in what city?
174
175   A:              Um, Montrose, Colorado.
176
177   Q:              Do you know your zip code here?
178
179   A:              No.
180
```

Page 370

| | | |
|---|---|---|
| 181 | Q: | Okay.  How 'bout your phone number? |
| 182 | | |
| 183 | A: | Isn't it like 81504? |
| 184 | | |
| 185 | Q: | You got it buddy.  And what's your phone number? |
| 186 | | |
| 187 | A: | I don't know they change it so much. |
| 188 | | |
| 189 | Q: | Okay.  Who's your teacher at school? |
| 190 | | |
| 191 | A: | Um, Miss - I got a lot. |
| 192 | | |
| 193 | Q: | You got a lotta teachers? |
| 194 | | |
| 195 | A: | I'm in sixth grade, I switch class to class. |
| 196 | | |
| 197 | Q: | I didn't know that, I thought they did that in junior high? |
| 198 | | |
| 199 | A: | That's middle school. |
| 200 | | |
| 201 | Q: | So, okay, are you in middle school now? |
| 202 | | |
| 203 | A: | Yes. |
| 204 | | |
| 205 | Q: | So it's the sixth, seventh, and eighth grade?  Oh, okay.  All right.  See when I |
| 206 | | was in school years and years ago… |
| 207 | | |
| 208 | A: | (Unintelligible) Miss (Barry), Mr. (Sell), Mr. (Perforest), m- Miss (Higman), |
| 209 | | Miss (Barry), uh, Mr. (Roth) and Mr. (White). |
| 210 | | |
| 211 | Q: | So you have how many periods? |
| 212 | | |
| 213 | A: | Seven. |
| 214 | | |
| 215 | Q: | Seven periods?  All right.  Okay.  And what classes do you like the best? |
| 216 | | |
| 217 | A: | Uh, sixth and seventh. |
| 218 | | |
| 219 | Q: | Sixth and seventh? |
| 220 | | |
| 221 | A: | And third. |
| 222 | | |
| 223 | Q: | What - what are those? |
| 224 | | |
| 225 | A: | Computer, shop and then band. |

INV_GJPD_00002294

226
227   Q:         All right.  Computer shop and math?
228
229   A:         Band.
230
231   Q:         And band, what in- instrument to you play?
232
233   A:         Trumpet.
234
235   Q:         Trumpet, I used to play the trombone.
236
237   A:         Trombone?
238
239   Q:         Yeah, now do you guys have a band, a marching band, or?
240
241   A:         No, we just have a sit down band, we…
242
243   Q:         I'm…
244
245   A:         …well we do it up in the pavilion.
246
247   Q:         Like a concert band?  Oh, wow, how long have you been playin' the trumpet?
248
249   A:         Since the beginning of the year.
250
251   Q:         Since the beginning of this year?
252
253   A:         Uh-huh, I already know like eight or nine notes.
254
255   Q:         Oh, all right.  Do you ha- you get to practice at home, do you have your own
256              trumpet at home or do you - do you ha…
257
258   A:         I have a trumpet at home.
259
260   Q:         Okay.  Great.  And what do you do in shop?
261
262   A:         Shop right now we're doing safety courses, we have to get 100% on all of
263              'em…
264
265   Q:         Uh-huh.
266
267   A:         …and drafting.
268
269   Q:         And drafting?  Okay, and drafting is when you draw out what you're gonna
270              make?

INV_GJPD_00002295

271
272   A:          Yeah.
273
274   Q:          Okay, and do you do that on the computer or by hand?
275
276   A:          By hand.
277
278   Q:          By hand?  And you know there's a program called AutoCAD like on the
279               computer that will…
280
281   A:          Yeah.
282
283   Q:          …assist you?
284
285   A:          But if you don't wanna do um, (unintelligible) call it, the buildings well if you
286               don't like (unintelligible) well you can do that.
287
288   Q:          Oh, okay.  K        I'm - I'm a, actually a Police Officer.
289
290   A:          I know…
291
292   Q:          Okay?
293
294   A:          …you're a Detective.
295
296   Q:          A Detective?  Okay.  And you probably know what a Detective does?
297
298   A:          Yes.
299
300   Q:          Goes out and investigates things?  Okay.  but my job a lotta times I work with
301               kids, okay, and like I told you I'm from Grand Junction, so I meet in a house
302               like this with other kids (L        )…
303
304   A:          Yeah.
305
306   Q:          …um, I actually met at a school with (L       , okay big (L     ) and (I     ) I
307               met and e…
308
309   A:          (E      ).
310
311   Q:          …(E       ) I met at a house, he has a friend named (I    ) do you know (I     )?
312               It's (E         cousin?
313
314   A:          Oh, yeah.
315

INV_GJPD_00002296

| | | |
|---|---|---|
| 316 | Q: | Okay. (I    ) and I met with him too okay, so I've actually talked to a buncha |
| 317 | | kids already, but my job is to help you guys. |
| 318 | | |
| 319 | A: | I- I don't like (I      ) he's annoying. |
| 320 | | |
| 321 | Q: | Is he? |
| 322 | | |
| 323 | A: | Yes. |
| 324 | | |
| 325 | Q: | Okay. |
| 326 | | |
| 327 | A: | When you get to know him and you're around him most of th- every week and |
| 328 | | he a- he will get annoying. |
| 329 | | |
| 330 | Q: | And there are some people you don't get along with, I understand that, that - |
| 331 | | but uh, we all live in a world together don't we? |
| 332 | | |
| 333 | A: | Uh-huh. |
| 334 | | |
| 335 | Q: | Okay. So my job is to help you guys, all right, but in order for me to help you |
| 336 | | I need your help okay? You like puzzles? |
| 337 | | |
| 338 | A: | Yeah. |
| 339 | | |
| 340 | Q: | Okay. So if your little sister J      took five pieces of the puzzle would you |
| 341 | | have a full puzzle? |
| 342 | | |
| 343 | A: | Nope. |
| 344 | | |
| 345 | Q: | No? Why, because somethin' would be missin' huh? |
| 346 | | |
| 347 | A: | Yep. |
| 348 | | |
| 349 | Q: | Okay. Um, so a lotta times my job as a Detective, is to put the puzzle |
| 350 | | together, but in order to do that I have to have pictures or so- I have to have |
| 351 | | pieces from everybody around that's involved in somethin' okay, and there's |
| 352 | | other times K      , if w- no- well lemme ask you this, do you know what my |
| 353 | | house looks like? |
| 354 | | |
| 355 | A: | No. |
| 356 | | |
| 357 | Q: | I'd have to describe that to you wouldn't I? Okay. So because I don't know - |
| 358 | | you don't know what my house looks like you - you're - you're dependent on |
| 359 | | my description of that huh? Okay. So I need your help to describe things that |

Page 374

INV_GJPD_00002297

| | | |
|---|---|---|
| 360 | | you saw or things that you have that happened, things that uh, you smell, you |
| 361 | | know, that type of stuff okay?  Does that make sense? |
| 362 | | |
| 363 | A: | Uh-huh. |
| 364 | | |
| 365 | Q: | Okay.  Do you know if I told you it was snowin' outside right now, what |
| 366 | | would that be truth or not a truth? |
| 367 | | |
| 368 | A: | Uh, false. |
| 369 | | |
| 370 | Q: | It'd be false huh?  Okay.  Um, can you give me an example of somethin' else |
| 371 | | that's not true? |
| 372 | | |
| 373 | A: | Mm, it's cloudy. |
| 374 | | |
| 375 | Q: | Okay, it's cloudy?  And it's not cloudy today it's vey sunny out huh? |
| 376 | | |
| 377 | A: | Yeah. |
| 378 | | |
| 379 | Q: | For one - for a change.  How 'bout if I told you it's 100 degrees out right |
| 380 | | now? |
| 381 | | |
| 382 | A: | No, I wish. |
| 383 | | |
| 384 | Q: | If I told you, and I was serious, K       it's 100 degrees out, would I be tellin' |
| 385 | | you the truth or a lie? |
| 386 | | |
| 387 | A: | No, a lie. |
| 388 | | |
| 389 | Q: | Okay.  All right.  Um, do you know the difference between what's real and |
| 390 | | what's not real? |
| 391 | | |
| 392 | A: | Yes. |
| 393 | | |
| 394 | Q: | Okay.  So if I told you that uh, the movie Flashpoint was real… |
| 395 | | |
| 396 | A: | It is. |
| 397 | | |
| 398 | Q: | …would I be tellin' the truth?  Is it - is it somethin' that actually happened or |
| 399 | | is it just a movie? |
| 400 | | |
| 401 | A: | It's a show but it's actually pretty cool, it's the Canadian SWAT team and |
| 402 | | they're a SWAT team… |
| 403 | | |
| 404 | Q: | Yeah. |

INV_GJPD_00002298

| 405 | | |
|---|---|---|
| 406 | A: | …and they actually do that s- kinda stuff. |
| 407 | | |
| 408 | Q: | And they actually do, but Flashpoint is actually a movie huh? |
| 409 | | |
| 410 | A: | No, it's a show. |
| 411 | | |
| 412 | Q: | A show?  That's what I meant.  Okay.  Get the difference there.  Okay, so um, |
| 413 | | and if I said that uh, I uh, you rode a motorcycle across the country that would |
| 414 | | be making something up wouldn't it?  Maybe somethin' you'd like to do… |
| 415 | | |
| 416 | A: | Yeah. |
| 417 | | |
| 418 | Q: | …go out and ride a motorcycle, but - so we don't wanna make things up okay, |
| 419 | | when we're talkin' can you - can we agree to do that… |
| 420 | | |
| 421 | A: | Yeah. |
| 422 | | |
| 423 | Q: | …if - that we tell the truth? |
| 424 | | |
| 425 | A: | Yeah. |
| 426 | | |
| 427 | Q: | Okay. |
| 428 | | |
| 429 | A: | I just don't feel good. |
| 430 | | |
| 431 | Q: | I'm sorry? |
| 432 | | |
| 433 | A: | I don't feel good. |
| 434 | | |
| 435 | Q: | Are yo- you feelin' okay that you can talk to me though? |
| 436 | | |
| 437 | A: | Yeah. |
| 438 | | |
| 439 | Q: | Okay.  Um, there are some things that happen to us K        that we like and |
| 440 | | some things we don't like, and some things we don't understand, and growin' |
| 441 | | up as a - as a kid some things happen that we don't understand and uh, that's |
| 442 | | why I'm here to talk to you okay?  Can you - can you tell me about the |
| 443 | | incident of why I'm here, tell me - tell me why we came here today? |
| 444 | | |
| 445 | A: | Um, like in the - (Mike ) has a wat- I don't know what it's called but it's a |
| 446 | | disease and it makes him like little children. |
| 447 | | |

Page 376

INV_GJPD_00002299

| | | |
|---|---|---|
| 448 | Q: | So (Mike) has a disease that makes him like little children?  Okay.  And um, |
| 449 | | m- there are - there are places - there are places - or there are um, I'm sorry |
| 450 | | I'm got a loss for words there, there are ways people touch… |
| 451 | | |
| 452 | A: | Yeah. |
| 453 | | |
| 454 | Q: | … the wa- there are ways people touch you that you like, and ways people |
| 455 | | touch you - you don't like, okay? |
| 456 | | |
| 457 | A: | Uh-huh. |
| 458 | | |
| 459 | Q: | Can you tell me some ways your mom might touch you that you like? |
| 460 | | |
| 461 | A: | (Unintelligible) she hugs me. |
| 462 | | |
| 463 | Q: | Okay.  How 'bout - how else? |
| 464 | | |
| 465 | A: | That's it. |
| 466 | | |
| 467 | Q: | Does she tickle your arms and back? |
| 468 | | |
| 469 | A: | Yeah. |
| 470 | | |
| 471 | Q: | Okay.  And when y- when you're sick, does she rub your back for you? |
| 472 | | |
| 473 | A: | Uh-huh. |
| 474 | | |
| 475 | Q: | Okay, how 'bout your dad, does he give you good touches too? |
| 476 | | |
| 477 | A: | Yeah, he wrestles me. |
| 478 | | |
| 479 | Q: | He wrestled with you okay, and do you like to wrestle? |
| 480 | | |
| 481 | A: | Uh-huh. |
| 482 | | |
| 483 | Q: | Okay, and that's okay, huh?  How 'bout ways that uh, someone would touch |
| 484 | | you that you don't like? |
| 485 | | |
| 486 | A: | Uh, he - (Mike) touched me in the no-no. |
| 487 | | |
| 488 | Q: | Okay, in the no-no, and can you explain to me what the no-no is for you? |
| 489 | | |
| 490 | A: | Um, butt. |
| 491 | | |

Page 377

INV_GJPD_00002300

| 492 | Q: | In the butt?  Okay.  Um, and where else would be a place where - that would |
| 493 |    | make you uncomfortable for someone to touch you? |
| 494 |    | |
| 495 | A: | In the other no-no. |
| 496 |    | |
| 497 | Q: | In your other no-no?  And where would that other no-no be K        ' |
| 498 |    | |
| 499 | A: | Right well my penis. |
| 500 |    | |
| 501 | Q: | Your penis?  Okay.  So when we're talkin' can we use the word penis? |
| 502 |    | |
| 503 | A: | Yeah. |
| 504 |    | |
| 505 | Q: | And butt? |
| 506 |    | |
| 507 | A: | Uh-uh. |
| 508 |    | |
| 509 | Q: | Okay, you wanna, what do you wanna, I - I may have to ask you though |
| 510 |    | 'cause if you say no-no for your bottom, and no-no for your penis, I won't |
| 511 |    | know which one's which, okay, so I might have to ask you, okay?  Can you |
| 512 |    | tell me a little bit about that um, if someone's touched you there and who and |
| 513 |    | when? |
| 514 |    | |
| 515 | A: | (Mike) touched me in the butt, (unintelligible)… |
| 516 |    | |
| 517 | Q: | Take your… |
| 518 |    | |
| 519 | A: | …(Mike) touched me in the (unintelligible) the night uh, he - before he got |
| 520 |    | arrested. |
| 521 |    | |
| 522 | Q: | Okay, (Mike) touched you in the middle of the night - and I repeat stuff 'cause |
| 523 |    | I wanna make sure I'm hearin' you right okay - (Mike) touched you in the |
| 524 |    | middle of the night before he got arrested? |
| 525 |    | |
| 526 | A: | Yeah. |
| 527 |    | |
| 528 | Q: | Okay.  Where were you at when that happened? |
| 529 |    | |
| 530 | A: | Asleep. |
| 531 |    | |
| 532 | Q: | Asleep?  Where? |
| 533 |    | |
| 534 | A: | In the bed. |
| 535 |    | |
| 536 | Q: | In the bed, was it in a house… |

Page 378

INV_GJPD_00002301

537
538    A:              The semi.
539
540    Q:              …was it in the semi?
541
542    A:              It's in the…
543
544    Q:              Okay.
545
546    A:              …(unintelligible).
547
548    Q:              And were you here in Montrose or somewhere else?
549
550    A:              Nebraska.
551
552    Q:              In Nebraska?  Okay.  Were - you were in bed in the semi in Nebraska, um,
553                    who else was in bed?
554
555    A:              Me, (S        ) my little brother and that's it.
556
557    Q:              Okay.  And…
558
559    A:              (Unintelligible) my brother was in the front of the semi.
560
561    Q:              He was in the front?
562
563    A:              Because just the bed's not big enough.
564
565    Q:              Okay.  So the bed is - they call it a sleeper I think on the back of a truck?
566
567    A:              Yeah.
568
569    Q:              So it wasn't big enough for all of you to be in there?
570
571    A:              'Cause it has a bunk bed but the bunk bed wasn't in there.
572
573    Q:              Oh, okay.  Okay.  So who all was in the bed?
574
575    A:              Me, my uncle and (L        ).
576
577    Q:              And (L        ), and (L        's your little younger brother?
578
579    A:              Yeah.
580

Page 379

INV_GJPD_00002302

| | | |
|---|---|---|
| 581 | Q: | Okay.  Okay.  And what position were you in the bed, who was - who was at |
| 582 | | the back of sleeper who was in the middle and who was in the fr… |
| 583 | | |
| 584 | A: | We were all laying together in the front. |
| 585 | | |
| 586 | Q: | If the - if the sleeper's like this, and the fronta the truck is up here and you |
| 587 | | have a seat here and a seat here… |
| 588 | | |
| 589 | A: | Uh-huh. |
| 590 | | |
| 591 | Q: | …who was - who was here, who was here, and who was here? |
| 592 | | |
| 593 | A: | (L        ), (Mike), me. |
| 594 | | |
| 595 | Q: | So (I        ? |
| 596 | | |
| 597 | A: | Yep. |
| 598 | | |
| 599 | Q: | (Mike) and K        ? |
| 600 | | |
| 601 | A: | Yep. |
| 602 | | |
| 603 | Q: | Okay.  And K        , where was - if - if this is the driver's right here… |
| 604 | | |
| 605 | A: | Yeah. |
| 606 | | |
| 607 | Q: | …and this is the passenger seat here… |
| 608 | | |
| 609 | A: | Uh-huh. |
| 610 | | |
| 611 | Q: | …where was your head, was it toward the driver's seat? |
| 612 | | |
| 613 | A: | Uh-huh, towards the driver's seat. |
| 614 | | |
| 615 | Q: | Okay, so K        head was right here? |
| 616 | | |
| 617 | A: | Yeah, we all had… |
| 618 | | |
| 619 | Q: | How 'bout (Mike) where was his… |
| 620 | | |
| 621 | A: | …all of ours was. |
| 622 | | |
| 623 | Q: | Okay.  So all of your heads are - are in fronta the truck?  Towar- toward the |
| 624 | | driver's seat side?  Okay.  And K        , were you facin' toward the back of the |
| 625 | | truck or toward the front? |

Page 380

626
627   A:          Front.  The front.
628
629   Q:          Toward the front?  Okay.
630
631   A:          (Mike) was too and (L        ) wasn't.
632
633   Q:          (L        ) was facin' this way?
634
635   A:          Yeah, he always faces the wall (unintelligible).
636
637   Q:          He likes the wall?
638
639   A:          Yes.
640
641   Q:          Okay.  And you said (Mike) touched you while you were asleep in the truck?
642
643   A:          Yeah.
644
645   Q:          How did he do that?
646
647   A:          With his penis.
648
649   Q:          With his penis?  Okay.  You know, sometimes it's hard to talk about those
650               things isn't it K        ?
651
652   A:          Yeah.
653
654   Q:          You know what, but I need you to help me out okay?  Okay, so where did he
655               touch you in yo- with his penis?
656
657   A:          In the butt.
658
659   Q:          Okay.  Um, did you have your pajamas on or shorts on and pants on?
660
661   A:          Pajamas on.
662
663   Q:          Uh, your PJs on?  Okay, are they long pajamas or short pajamas?
664
665   A:          Long.
666
667   Q:          Long pajamas?  Okay.
668
669   A:          They're pants.
670

Page 381

INV_GJPD_00002304

| | | |
|---|---|---|
| 671 | Q: | I'm sorry? |
| 672 | | |
| 673 | A: | They're pants. |
| 674 | | |
| 675 | Q: | They're pants? |
| 676 | | |
| 677 | Q: | K      did (Mike) um, touch you over your clothing? |
| 678 | | |
| 679 | A: | No. |
| 680 | | |
| 681 | Q: | Or under your clothing? |
| 682 | | |
| 683 | A: | Under. |
| 684 | | |
| 685 | Q: | Under?  Okay.  Um, when - when someone touches you um, they either touch |
| 686 | | you on the outside or they touch you on the inside, did he touch you outside… |
| 687 | | |
| 688 | A: | Inside. |
| 689 | | |
| 690 | Q: | …your body or inside your body? |
| 691 | | |
| 692 | A: | Inside. |
| 693 | | |
| 694 | Q: | And how did - how did he do that, can you… |
| 695 | | |
| 696 | A: | He put his penis up my butt. |
| 697 | | |
| 698 | Q: | He put his penis up your butt?  Okay.  How did that feel? |
| 699 | | |
| 700 | A: | Hurt. |
| 701 | | |
| 702 | Q: | It hurt?  How bad did that hurt? |
| 703 | | |
| 704 | A: | Uh, badly. |
| 705 | | |
| 706 | Q: | Um, what - how did you feel about that? |
| 707 | | |
| 708 | A: | Bad. |
| 709 | | |
| 710 | Q: | Uh, can you tell me a little bit more about that? |
| 711 | | |
| 712 | A: | Mm, uh, not really, that's all I remember. |
| 713 | | |
| 714 | Q: | Can you tell me a little bit more about how that made you feel? |
| 715 | | |

Page 382

INV_GJPD_00002305

716   A:          Bad, it hurt.
717
718   Q:          Okay.  Does it still hurt?
719
720   A:          No.
721
722   Q:          How long did it hurt for?
723
724   A:          A couple days.
725
726   Q:          A couple days?  Okay.  And when he - when he did that um, was he just
727               laying still, was he…
728
729   A:          He (unintelligible)…
730
731   Q:          …movin' around?
732
733   A:          He was movin' around.
734
735   Q:          Okay, can you tell me how?
736
737   A:          Uh-uh.  Not really, I was asleep, he was - all I felt was moving.
738
739   Q:          Okay.  Um, if I give you two dolls, can you show me what he did?
740
741   A:          No.
742
743   Q:          Huh?
744
745   A:          No.  It's just scary.
746
747   Q:          I'm sorry?
748
749   A:          It's - I don't like to do that stuff.
750
751   Q:          Okay.  Um, and you said he was moving around, was he movin' up against
752               you?
753
754   A:          Yeah.
755
756   Q:          Or - or on top of you or…
757
758   A:          Up against me.
759
760   Q:          Up against you?  Okay.  Where were his hands when he was doin' that?

Page 383

761
762     A:          On me.
763
764     Q:          Where at on you?
765
766     A:          Like holding me in place so I couldn't move.
767
768     Q:          So you couldn't move?
769
770     A:          Yeah.
771
772     Q:          Can you sh- can you show me on your - on your body where…
773
774     A:          Right here.
775
776     Q:          …his hands were?
777
778     A:          Right here.
779
780     Q:          Okay.  How tight was he holdin' you?
781
782     A:          Pretty tight, 'cause I was tryin' to move away.
783
784     Q:          You were tryin' to move away?  Okay.  And you said your brother was
785                 (L        ) was sleepin' here?
786
787     A:          Yeah.
788
789     Q:          Did he wake up durin' that time?
790
791     A:          No.
792
793     Q:          How 'bout (S        - (S     ) was in the front here somewhere?
794
795     A:          He was passed out.
796
797     Q:          Where was he at?
798
799     A:          He was facing this way facing the window.
800
801     Q:          Okay.  What do you mean he was passed out?
802
803     A:          He was like this, he was facing this way, there was something in the middle…
804
805     Q:          Kind of a dog house or somethin'?

Page 384

INV_GJPD_00002307

806
807　A:　　　　　Holding him up…
808
809　Q:　　　　　Yeah?
810
811　A:　　　　　…and he was facing the window.
812
813　Q:　　　　　Okay.  And he didn't wake up?
814
815　A:　　　　　Uh-uh.
816
817　Q:　　　　　All right.  K        , how long did he do that for?
818
819　A:　　　　　Couple minutes.
820
821　Q:　　　　　Couple minutes?  Did you go back to sleep after that?
822
823　A:　　　　　No.
824
825　Q:　　　　　Okay.  How did that make - you know you said it hurt, but how did that make
826　　　　　　　　you feel in your mind?
827
828　A:　　　　　Bad.
829
830　Q:　　　　　Bad?  Okay.  Were you um, crying were you upset…
831
832　A:　　　　　Yes.
833
834　Q:　　　　　…were you…
835
836　A:　　　　　I was upset and crying at the same time but…
837
838　Q:　　　　　Okay.
839
840　A:　　　　　…he couldn't hear me.
841
842　Q:　　　　　Okay.
843
844　A:　　　　　'Cause I was on the other side of the bed crying in the bed.
845
846　Q:　　　　　Could you - did you move away after he did that?
847
848　A:　　　　　Yeah.
849

INV_GJPD_00002308

| 850 | Q: | Okay.  And when you went like this, K_____, I'm sorry I a- I - it's - it's stuff I |
| 851 | | have to talk about, and I don't have to talk to you again about it okay, so let's |
| 852 | | do it one time. |
| 853 | | |
| 854 | A: | Okay. |
| 855 | | |
| 856 | Q: | You said you went like this, like he had both hands here? |
| 857 | | |
| 858 | A: | Uh-huh. |
| 859 | | |
| 860 | Q: | Okay.  Um, is that the first time (Mike) did this? |
| 861 | | |
| 862 | A: | No. |
| 863 | | |
| 864 | Q: | How many times before? |
| 865 | | |
| 866 | A: | A lot. |
| 867 | | |
| 868 | Q: | What do you mean a lot? |
| 869 | | |
| 870 | A: | I mean he started when I first was goin' over there. |
| 871 | | |
| 872 | Q: | He started when you first were goin' over there? |
| 873 | | |
| 874 | A: | Yeah. |
| 875 | | |
| 876 | Q: | The same thing, puttin' his penis in your butt? |
| 877 | | |
| 878 | A: | Uh-uh. |
| 879 | | |
| 880 | Q: | What? |
| 881 | | |
| 882 | A: | He started touching me and I moved away. |
| 883 | | |
| 884 | Q: | Well, describe to me what do you mean by he started touching you? |
| 885 | | |
| 886 | A: | He started touching me with his hand on my no-no-… |
| 887 | | |
| 888 | Q: | On… |
| 889 | | |
| 890 | A: | …on my penis. |
| 891 | | |
| 892 | Q: | On your penis?  Okay.  And how often was that? |
| 893 | | |
| 894 | A: | Not very often. |

Page 386

| 895 | | |
|---|---|---|
| 896 | Q: | Was it every weekend, every other weekend? |
| 897 | | |
| 898 | A: | It was… |
| 899 | | |
| 900 | Q: | Um… |
| 901 | | |
| 902 | A: | …only once 'cause I started sleeping in the living room after that incident. |
| 903 | | |
| 904 | Q: | Okay.  You started sleepin' in the living room, now what - what living room is |
| 905 | | this, your house here in Montrose or the house up there? |
| 906 | | |
| 907 | A: | Uh, Junction. |
| 908 | | |
| 909 | Q: | What, do you know what that house looks like? |
| 910 | | |
| 911 | A: | I don't remember now because it's so old uh, we - we moved. |
| 912 | | |
| 913 | Q: | Y… |
| 914 | | |
| 915 | A: | He moved I helped. |
| 916 | | |
| 917 | Q: | I'm sorry? |
| 918 | | |
| 919 | A: | He moved and I helped. |
| 920 | | |
| 921 | Q: | Okay, he moved so… |
| 922 | | |
| 923 | A: | Yeah. |
| 924 | | |
| 925 | Q: | …do you know the house that he was livin' in now? |
| 926 | | |
| 927 | A: | Uh-huh. |
| 928 | | |
| 929 | Q: | Okay.  Was it at that house? |
| 930 | | |
| 931 | A: | Uh-uh. |
| 932 | | |
| 933 | Q: | It was at a different house? |
| 934 | | |
| 935 | A: | It was like a two story blue house and I don't remember the address. |
| 936 | | |
| 937 | Q: | Two story blue house?  Do you remember where you guys were livin' when |
| 938 | | that happened? |
| 939 | | |

Page 387

INV_GJPD_00002310

| 940 | A: | Uh, yeah. |
| 941 | | |
| 942 | Q: | Where was that? |
| 943 | | |
| 944 | A: | Yeah, we were - we were living uh, crap I don't remember we were living at a |
| 945 | | house with my - where my mom's best friend use to live before they moved |
| 946 | | because we got evicted out of our Orchard Mesa house. |
| 947 | | |
| 948 | Q: | Okay, where your mom's best friend I - I need to ask you… |
| 949 | | |
| 950 | A: | We were - we were living in a trailer park. |
| 951 | | |
| 952 | Q: | Oh, okay.  And was that… |
| 953 | | |
| 954 | A: | I don't really remember… |
| 955 | | |
| 956 | Q: | …do you know the name of the street? |
| 957 | | |
| 958 | A: | Uh, no but it's in - it was like north do you know where north is? |
| 959 | | |
| 960 | Q: | Uh-huh. |
| 961 | | |
| 962 | A: | You - do you know a trailer park that where you keep on goin' past uh, the |
| 963 | | Texas Roadhouse… |
| 964 | | |
| 965 | Q: | Okay. |
| 966 | | |
| 967 | A: | …you know that trailer park… |
| 968 | | |
| 969 | Q: | Okay. |
| 970 | | |
| 971 | A: | …and it's right down right by the trashcan right there. |
| 972 | | |
| 973 | Q: | When you pass Texas Roadhouse… |
| 974 | | |
| 975 | A: | House, there's a trailer park you know where you go past the trailer park… |
| 976 | | |
| 977 | Q: | Okay. |
| 978 | | |
| 979 | A: | …right here… |
| 980 | | |
| 981 | Q: | Uh-huh. |
| 982 | | |
| 983 | A: | …if you turn right there and you go down there's a green trashcan. |
| 984 | | |

Page 388

INV_GJPD_00002311

| 985 | Q: | Oh, okay. |
| 986 | | |
| 987 | A: | And then the trailer's right there. |
| 988 | | |
| 989 | Q: | If I said there's a motorcycle shop in the area would I be tellin' the truth? |
| 990 | | |
| 991 | A: | No.  It's a Big-O it's like uh, tires it's Monkeys Grease something. |
| 992 | | |
| 993 | Q: | Grease Monkey huh? |
| 994 | | |
| 995 | A: | Yeah. |
| 996 | | |
| 997 | Q: | Okay.  Yeah.  Do you remember there bein' a motorcycle shop next to the |
| 998 | | Grease Monkey or just right down below it - beside it? |
| 999 | | |
| 1000 | A: | I don't remember. |
| 1001 | | |
| 1002 | Q: | Okay, but there's a Grease Monkey there? |
| 1003 | | |
| 1004 | A: | Uh-huh. |
| 1005 | | |
| 1006 | Q: | Okay.  If I said Lemaster, would that help you out? |
| 1007 | | |
| 1008 | A: | Uh-huh. |
| 1009 | | |
| 1010 | Q: | Okay.  Is that the name of the trailer park? |
| 1011 | | |
| 1012 | A: | Mm, yeah I don't remember. |
| 1013 | | |
| 1014 | Q: | Okay. |
| 1015 | | |
| 1016 | A: | But if you keep on going down there's like Walmart, there's like Walmart… |
| 1017 | | |
| 1018 | Q: | Uh-huh. |
| 1019 | | |
| 1020 | A: | …right by Texas Roadhouse… |
| 1021 | | |
| 1022 | Q: | Right. |
| 1023 | | |
| 1024 | A: | …and if you keep on goin' down then you and there's kmart, hastings, uh… |
| 1025 | | |
| 1026 | Q: | Okay. |
| 1027 | | |
| 1028 | A: | …uh, I don't remember the other one it's like somethin' with a big like, co- |
| 1029 | | like I can't remember… |

Page 389

INV_GJPD_00002312

| 1030 | | |
|---|---|---|
| 1031 | Q: | Now is the Grease Monkey next to it or across the street from it? |
| 1032 | | |
| 1033 | A: | Like way down, there's like Hastings, Dollar Tree, uh, Rent-A-Center… |
| 1034 | | |
| 1035 | Q: | Okay. |
| 1036 | | |
| 1037 | A: | …uh, what's that called, Big - it's like a big, you know what the a- at the end |
| 1038 | | of a sentence where you put it after (unintelligible) and you put a line and a |
| 1039 | | circle under it? |
| 1040 | | |
| 1041 | Q: | Uh-huh. |
| 1042 | | |
| 1043 | A: | That's what it is. |
| 1044 | | |
| 1045 | Q: | (Unintelligible)… |
| 1046 | | |
| 1047 | A: | …it's big. |
| 1048 | | |
| 1049 | Q: | Okay.  All right, I think I can get that.  Um, okay, so he started touching you, |
| 1050 | | did he ever do this where he put his um… |
| 1051 | | |
| 1052 | A: | Mm. |
| 1053 | | |
| 1054 | Q: | …penis in your no-no? |
| 1055 | | |
| 1056 | A: | No. |
| 1057 | | |
| 1058 | Q: | Before, this was the first ti me? |
| 1059 | | |
| 1060 | A: | Uh-huh. |
| 1061 | | |
| 1062 | Q: | Okay.  Um, did you tell him anything while he was doin' that? |
| 1063 | | |
| 1064 | A: | No, I was passed out. |
| 1065 | | |
| 1066 | Q: | Did you sa- and what do you mean you were passed out? |
| 1067 | | |
| 1068 | A: | I was asleep and after he did it I woked up and I really hurt so I just switched |
| 1069 | | sides and tried, couldn't fall back asleep 'cause it hurt that bad. |
| 1070 | | |
| 1071 | Q: | Okay.  K    I need you to help me out here okay? |
| 1072 | | |
| 1073 | A: | Okay. |
| 1074 | | |

Page 390

INV_GJPD_00002313

| 1075 | Q: | You said he put his hands here and was holding? |
|------|----|----|
| 1076 | | |
| 1077 | A: | Yeah. |
| 1078 | | |
| 1079 | Q: | Okay, so if he - if you knew he had his hands here would you have been |
| 1080 | | asleep or awake? |
| 1081 | | |
| 1082 | A: | E- asleep because it - it - 'cause his - if he was - I tried to move and he kept on |
| 1083 | | pushing me back. |
| 1084 | | |
| 1085 | Q: | Okay.  So, did you know what he was doing when he did it? |
| 1086 | | |
| 1087 | A: | Uh-uh. |
| 1088 | | |
| 1089 | Q: | In other words… |
| 1090 | | |
| 1091 | A: | Yeah. |
| 1092 | | |
| 1093 | Q: | …and see when someone's asleep they don't know what's goin' on… |
| 1094 | | |
| 1095 | A: | Yeah I… |
| 1096 | | |
| 1097 | Q: | …if… |
| 1098 | | |
| 1099 | A: | …I knew. |
| 1100 | | |
| 1101 | Q: | …but you knew what was goin' on? |
| 1102 | | |
| 1103 | A: | 'Cause I woke up after he went like that. |
| 1104 | | |
| 1105 | Q: | Okay.  All right.  And you could feel… |
| 1106 | | |
| 1107 | A: | Yeah. |
| 1108 | | |
| 1109 | Q: | Okay.  Um, when did you tell the first person about that? |
| 1110 | | |
| 1111 | A: | (Unintelligible) first person was when I was at counseling yesterday. |
| 1112 | | |
| 1113 | Q: | Okay.  Um, did you ever talk to any of the other boys, kids about that? |
| 1114 | | |
| 1115 | A: | No. |
| 1116 | | |
| 1117 | Q: | Okay.  So, do you know anyone else that he's uh, been touching before? |
| 1118 | | Who's that? |
| 1119 | | |

Page 391

INV_GJPD_00002314

| 1120 | A: | Uh, i- my best friend, he's - his name is J     W    . |
| 1121 | | |
| 1122 | Q: | Is what? |
| 1123 | | |
| 1124 | A: | (J    W   ), one of - another of (D     friends. |
| 1125 | | |
| 1126 | Q: | How d- how do you know… |
| 1127 | | |
| 1128 | A: | One of his cousin. |
| 1129 | | |
| 1130 | Q: | …how do you know about that? |
| 1131 | | |
| 1132 | A: | 'Cause um, I saw him. |
| 1133 | | |
| 1134 | Q: | What do you mean? |
| 1135 | | |
| 1136 | A: | I saw him when I walked in there his hand jerked from under the blanket. |
| 1137 | | |
| 1138 | Q: | S- saw who? |
| 1139 | | |
| 1140 | A: | (Mike). |
| 1141 | | |
| 1142 | Q: | Doin' what? |
| 1143 | | |
| 1144 | A: | Touching (J   ). |
| 1145 | | |
| 1146 | Q: | Okay.  Touching (J   ) where? |
| 1147 | | |
| 1148 | A: | In the no-no in the penis with his hand. |
| 1149 | | |
| 1150 | Q: | Okay, but you said that there was a blanket there? |
| 1151 | | |
| 1152 | A: | Yeah, and he jerked his hand from where (J     no-no was. |
| 1153 | | |
| 1154 | Q: | Was (J   ) awake at the time? |
| 1155 | | |
| 1156 | A: | No, he was (unintelligible). |
| 1157 | | |
| 1158 | Q: | I'm sorry? |
| 1159 | | |
| 1160 | A: | It was  way early in the morning I went in there to ask him for some milk |
| 1161 | | because he locked it in his fridge so it don't go bad drink like it used to… |
| 1162 | | |
| 1163 | Q: | Yeah. |
| 1164 | | |

Page 392

INV_GJPD_00002315

| 1165 | A: | …the first time, 'cause people just got out there and drink outta the gallon so |
| 1166 | | it go way down… |
| 1167 | | |
| 1168 | Q: | Yeah. |
| 1169 | | |
| 1170 | A: | …real fast so he started lockin' it in his fridge. |
| 1171 | | |
| 1172 | Q: | Okay.  And where was - where was this though was it i- on the couch, were |
| 1173 | | they on a bed? |
| 1174 | | |
| 1175 | A: | On the bed in his room, because there was black fridge located in his room. |
| 1176 | | |
| 1177 | Q: | Because what's in the room? |
| 1178 | | |
| 1179 | A: | The bla- f- the - there's a little black fridge… |
| 1180 | | |
| 1181 | Q: | Oh… |
| 1182 | | |
| 1183 | A: | …like locked… |
| 1184 | | |
| 1185 | Q: | …okay. |
| 1186 | | |
| 1187 | A: | …(unintelligible). |
| 1188 | | |
| 1189 | Q: | Okay.  And it's in (J            room or (Mike)'s room? |
| 1190 | | |
| 1191 | A: | Uh, (J          and (Mike) share a room. |
| 1192 | | |
| 1193 | Q: | Oh, okay.  And did you see that one time or more than once? |
| 1194 | | |
| 1195 | A: | One. |
| 1196 | | |
| 1197 | Q: | Okay.  You know, I'm gonna back up a little bit K         .  When you said |
| 1198 | | (Mike) touched you and he touched you a lot, um, what did he do when he |
| 1199 | | touched you? |
| 1200 | | |
| 1201 | A: | He just touched me in the penis. |
| 1202 | | |
| 1203 | Q: | Lemme - lemme show you som- or can you show me if this - if this was your |
| 1204 | | penis can you show me how he touched you? |
| 1205 | | |
| 1206 | A: | He just went like this. |
| 1207 | | |
| 1208 | Q: | Okay.  And did he just hold it tight? |
| 1209 | | |

Page 393

INV_GJPD_00002316

| | | |
|---|---|---|
| 1210 | A: | No, (unintelligible) it up. |
| 1211 | | |
| 1212 | Q: | I'm sorry. |
| 1213 | | |
| 1214 | A: | he loosened. he just holded it right there. |
| 1215 | | |
| 1216 | Q: | Okay.  Did he - did he hold his hand still or did he move his hand? |
| 1217 | | |
| 1218 | A: | He holded it still. |
| 1219 | | |
| 1220 | Q: | Okay.  Um, is that the only way he did that? |
| 1221 | | |
| 1222 | A: | Uh-huh. |
| 1223 | | |
| 1224 | Q: | And you said he did that a lot, um, and you didn't talk to anybody about that |
| 1225 | | before? |
| 1226 | | |
| 1227 | A: | 'Cause I was afraid. |
| 1228 | | |
| 1229 | Q: | Okay.  Because you were afraid? |
| 1230 | | |
| 1231 | A: | Yeah. |
| 1232 | | |
| 1233 | Q: | What were you afraid of? |
| 1234 | | |
| 1235 | A: | Really scared. |
| 1236 | | |
| 1237 | Q: | Can you tell me why you were scared? |
| 1238 | | |
| 1239 | A: | Because I like my cousin so much I did not wanna stop goin' over there. |
| 1240 | | |
| 1241 | Q: | Okay, because you like your cousin so much? |
| 1242 | | |
| 1243 | A: | Yeah, because there's - right where the house is located there's a big field me |
| 1244 | | and him built a fort. |
| 1245 | | |
| 1246 | Q: | Oh, when you say your cousin who are you talkin' about? |
| 1247 | | |
| 1248 | A: | (J                 . |
| 1249 | | |
| 1250 | Q: | (J |
| 1251 | | |
| 1252 | A: | Yeah, we built a f- build a - well we took - we - what we used - we used uh, |
| 1253 | | (Mike)'s four-wheeler to bring a big old - old freezer… |
| 1254 | | |

Page 394

INV_GJPD_00002317

| 1255 | Q: | Yeah. |
|---|---|---|
| 1256 | | |
| 1257 | A: | …and then we just you know, built it and dug down. |
| 1258 | | |
| 1259 | Q: | Yeah. |
| 1260 | | |
| 1261 | A: | Like it's like a mine type thing. |
| 1262 | | |
| 1263 | Q: | Yeah.  All right.  I know when I was a kid I used to dig holes all the time we |
| 1264 | | had a big field out  behind our house and we'd make - we'd make a big hole |
| 1265 | | and then we'd have dirt clots in there and we'd have dirt clot fights with each |
| 1266 | | other. |
| 1267 | | |
| 1268 | A: | Oh. |
| 1269 | | |
| 1270 | Q: | But uh, just - the dirt wasn't hard like here it was soft. |
| 1271 | | |
| 1272 | A: | Oh. |
| 1273 | | |
| 1274 | Q: | And we'd bomb each other with dirt clots and it'd pull the grass up and have a |
| 1275 | | big buncha dirt on it he - heave that and it'd go flyin' over, pretty soon |
| 1276 | | somebody would say owe.  So, but that was fun we used to - we'd have… |
| 1277 | | |
| 1278 | A: | Yeah. |
| 1279 | | |
| 1280 | Q: | …there was about… |
| 1281 | | |
| 1282 | A: | We did that… |
| 1283 | | |
| 1284 | Q: | …six of us. |
| 1285 | | |
| 1286 | A: | …all the time. |
| 1287 | | |
| 1288 | Q: | Yeah?  So, but you were scared 'cause you like - you didn't wanna - you like |
| 1289 | | your cousin (J        )? |
| 1290 | | |
| 1291 | A: | Yeah. |
| 1292 | | |
| 1293 | Q: | And you like goin' over there? |
| 1294 | | |
| 1295 | A: | He's not my cousin he's like one of my best friends. |
| 1296 | | |
| 1297 | Q: | But you call him your cousin kinda? |
| 1298 | | |
| 1299 | A: | Yeah. |

Page 395

INV_GJPD_00002318

1300
1301    Q:          Okay.  All right.  And uh, has anybody else that you know that - that (Mike)
1302                touched?
1303
1304    A:          hm-mm.
1305
1306    Q:          Okay.  Um, K        , thank you for talkin' with me okay?
1307
1308    A:          Uh-huh.
1309
1310    Q:          I know it's hard, but it - it needs - we need to stop (Mike) and - and get him
1311                some help too but…
1312
1313    A:          Yeah.
1314
1315    Q:          …we need to get you some help okay, so this doesn't happen to other boys.
1316                But, and I already told you that I've talked to some other boys okay, and you
1317                can talk with them later about it…
1318
1319    A:          Uh-huh.
1320
1321    Q:          …'cause it may be a good thing too, but for right now um…
1322
1323    A:          I just don't wanna go to school today.
1324
1325    Q:          Okay and I don't think that - you probably shouldn't okay?  But nobody at
1326                school knows about this, or should know about it okay?
1327
1328    A:          My (unintelligible) my uh, counselor…
1329
1330    Q:          Your counselor ta…
1331
1332    A:          …(unintelligible) I just don't wanna go to school because I don't want to have
1333                an outburst.
1334
1335    Q:          That's okay.
1336
1337    A:          'Cause if I have an outburst class e- they what they do they take grades down.
1338
1339    Q:          Yeah, well…
1340
1341    A:          They take the (unintelligible) points part, or whatever it's called par…
1342
1343    Q:          Don't…
1344

INV_GJPD_00002319

| 1345 | A: | (Unintelligible)… |
|------|----|-----|
| 1346 | | |
| 1347 | Q: | …that's okay, don't let this cause your outbursts okay?  This is a - this is over |
| 1348 | | done and… |
| 1349 | | |
| 1350 | A: | I had an outburst this morning and I don't want it to happen again. |
| 1351 | | |
| 1352 | Q: | We- we'll try to do better from here okay?  And, that's why I'm here - I'm |
| 1353 | | here to help you all right? |
| 1354 | | |
| 1355 | A: | Okay. |
| 1356 | | |
| 1357 | Q: | Now, um, you talked about yourself here… |
| 1358 | | |
| 1359 | A: | Yeah. |
| 1360 | | |
| 1361 | Q: | …what about - what about (L      )? |
| 1362 | | |
| 1363 | A: | (L        a hard sleeper, he don't wake up to anything. |
| 1364 | | |
| 1365 | Q: | Okay.  All right. |
| 1366 | | |
| 1367 | A: | Um, the only way he'll wake up if you take all of his blankets and go like this, |
| 1368 | | he wake up and punch you. |
| 1369 | | |
| 1370 | Q: | Okay.  All right.  You know, remember we started at the beginning and I told |
| 1371 | | you about the puzzle? |
| 1372 | | |
| 1373 | A: | Yeah. |
| 1374 | | |
| 1375 | Q: | And then I told you about my house that you wouldn't know… |
| 1376 | | |
| 1377 | A: | Uh-huh. |
| 1378 | | |
| 1379 | Q: | …what my house looked like, is there anything else K      , that you can think |
| 1380 | | of that I didn't ask you about, anything that you're aware of?  Okay.  All right. |
| 1381 | | Um, well lemme ask you this, there's - there's a couple more questions, when |
| 1382 | | (Mike) did that, did anything happen after he did that? |
| 1383 | | |
| 1384 | A: | Uh-uh. |
| 1385 | | |
| 1386 | Q: | A- what stopped it? |
| 1387 | | |
| 1388 | A: | He uh, I don't know but he has pills, but I don't know what it helps him with. |
| 1389 | | |

Page 397

INV_GJPD_00002320

| 1390 | Q: | Okay.  When - you said he did it for two minutes? |
| 1391 | | |
| 1392 | A: | Uh-huh, like a couple them. |
| 1393 | | |
| 1394 | Q: | What happened at the end of two minutes? |
| 1395 | | |
| 1396 | A: | He got up and moved and went and did somethin' so he didn't do it again. |
| 1397 | | |
| 1398 | Q: | I'm sorry? |
| 1399 | | |
| 1400 | A: | He got up and went to do somethin' and then it didn't happen again it's ye… |
| 1401 | | |
| 1402 | Q: | Okay, he got up and did somethin'? |
| 1403 | | |
| 1404 | A: | Yeah I think he took pills. |
| 1405 | | |
| 1406 | Q: | He - he took pills? |
| 1407 | | |
| 1408 | A: | Yeah. |
| 1409 | | |
| 1410 | Q: | Okay.  All right.  Well was there… |
| 1411 | | |
| 1412 | A: | And he w- well one more thing, he was overdosing me with pills, to sleep |
| 1413 | | with. |
| 1414 | | |
| 1415 | Q: | When was that? |
| 1416 | | |
| 1417 | A: | He does it every time I'm there. |
| 1418 | | |
| 1419 | Q: | What do you mean he's overdosin' you? |
| 1420 | | |
| 1421 | A: | He's t- he givin' me five or six  - five to six pills of sleep medicine I d- gotta |
| 1422 | | ask my mom what it's called 'cause… |
| 1423 | | |
| 1424 | Q: | Okay. |
| 1425 | | |
| 1426 | A: | …I can't name it… |
| 1427 | | |
| 1428 | Q: | Okay. |
| 1429 | | |
| 1430 | A: | …it's too hard. |
| 1431 | | |
| 1432 | Q: | He'd give you five to six? |
| 1433 | | |
| 1434 | A: | Yeah. |

Page 398

INV_GJPD_00002321

| 1435 | | |
|---|---|---|
| 1436 | Q: | How often did he give those to you? |
| 1437 | | |
| 1438 | A: | Every night. |
| 1439 | | |
| 1440 | Q: | Every night? |
| 1441 | | |
| 1442 | A: | When I was over there. |
| 1443 | | |
| 1444 | Q: | Did he give them to you this night? |
| 1445 | | |
| 1446 | A: | No. |
| 1447 | | |
| 1448 | Q: | No?  Okay. |
| 1449 | | |
| 1450 | A: | 'Cause he was out, or he would've. |
| 1451 | | |
| 1452 | Q: | Okay.  Um, and well what did those pills do to you?  What do you think they |
| 1453 | | did to you? |
| 1454 | | |
| 1455 | A: | Well after three minutes I was out cold. |
| 1456 | | |
| 1457 | Q: | You were out cold?  Okay.  What w- you know when you went to his house |
| 1458 | | did you sleep on - in his bedroom or did you sleep on the couch, you said you |
| 1459 | | slept on the couch? |
| 1460 | | |
| 1461 | A: | Uh-huh, I slept on reclining chairs. |
| 1462 | | |
| 1463 | Q: | Did you ever find yourself someplace else where yo- where you didn't go to |
| 1464 | | sleep at? |
| 1465 | | |
| 1466 | A: | Yeah, sometimes on the floor but (unintelligible). |
| 1467 | | |
| 1468 | Q: | Okay.  All right.  All right.  Um, K____, do you have any questions for me? |
| 1469 | | |
| 1470 | A: | Uh-uh. |
| 1471 | | |
| 1472 | Q: | Okay.  If you do you know how to get a hold of me? |
| 1473 | | |
| 1474 | A: | Yeah. |
| 1475 | | |
| 1476 | Q: | You ask your mom and she'll call me?  Okay?  She's got my phone number |
| 1477 | | and she knows how to get a hold of me. |
| 1478 | | |
| 1479 | A: | Uh-huh. |

Page 399

INV_GJPD_00002322

| | | |
|---|---|---|
| 1480 | | |
| 1481 | Q: | Okay?  And if you do have questions… |
| 1482 | | |
| 1483 | A: | (Unintelligible) it's just been botherin' me… |
| 1484 | | |
| 1485 | Q: | It would be kinda… |
| 1486 | | |
| 1487 | A: | …she's so (unintelligible)… |
| 1488 | | |
| 1489 | Q: | …kinda hard to sleep on that pillow huh? |
| 1490 | | |
| 1491 | A: | Oh, (unintelligible) a long time. |
| 1492 | | |
| 1493 | Q: | Okay.  All right.  Well, um, I'm gonna give your mom my - my card okay? |
| 1494 | | |
| 1495 | A: | Okay. |
| 1496 | | |
| 1497 | Q: | So that if you have questions, and it's okay, you can call me okay? |
| 1498 | | |
| 1499 | A: | Okay. |
| 1500 | | |
| 1501 | Q: | All right.  Now let's go downstairs. |
| 1502 | | |
| 1503 | A: | Is that your cat? |
| 1504 | | |
| 1505 | Q: | Is that my cat?  Nope, I don't have a cat, looks like it has a big fish though. |
| 1506 | | |
| 1507 | A: | It does. |
| 1508 | | |
| 1509 | Q: | Better fisherman than I am. |
| 1510 | | |
| 1511 | A: | (Unintelligible). |
| 1512 | | |
| 1513 | Q: | I don't catch fish that big. |
| 1514 | | |
| 1515 | A: | Nobody catches my fish. |
| 1516 | | |
| 1517 | Q: | I catch little fish. |
| 1518 | | |
| 1519 | A: | (Unintelligible). |
| 1520 | | |
| 1521 | Q: | Yeah.  Okay. |
| 1522 | | |
| 1523 | A: | (Unintelligible). |
| 1524 | | |

Page 400

| 1525 | Q: | Okay, be careful. |
| 1526 | | |
| 1527 | Woman: | It'll take just a couple seconds to get restarted. |
| 1528 | | |
| 1529 | | |

INV_GJPD_00002324