IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL TRACY MCFADDEN,

    Defendant.

## ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT AND CONTINUE TRIAL DATES

This matter is before the Court on Defendant Michael Tracy McFadden's Fifth Unopposed Motion to Vacate and Reset Trial Date (Doc. #42). The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. Additional discovery was provided to defense counsel on January 21, 2021. Defense counsel needs additional time to review this new discovery with the Defendant.

2. Defense counsel's ability to review discovery with Defendant is limited due to COVID concerns at the facility in which the Defendant is being housed.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that Defendant Michael Tracy McFadden's Fifth Unopposed Motion to Vacate and Reset Trial Date (Doc. #42) is GRANTED and time is excluded from the current trial date of **April 5, 2021** to **July 26, 2021**.  It is

ORDERED that pretrial motions are due by **June 1, 2021**.  Responses due by **June 15, 2021**.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference set for March 23, 2021, is VACATED and RESET to **July 8, 2021, at 3:00 PM**, and will be held *via VTC*.  Counsel are directed to contact my Courtroom Deputy via email (Socorro_West@cod.uscourts.gov) not later than THREE DAYS before the Hearing for instructions on how to proceed with the VTC/Telephone**.**   It is

FURTHER ORDERED that **five-day jury trial** set to begin on April 5, 2021 is VACATED and RESET to **July 26, 2021, at 8:30 AM**, Courtroom A 602 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello.

DATED:  February 2, 2021           BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

2