IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY MCFADDEN,**

    **Defendant.**

_____

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR
APPOINTMENT OF COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL**
_____

    MR. MICHAEL MCFADDEN, by and through undersigned counsel, requests an Order withdrawing the Federal Public Defender and undersigned counsel from further representation of him, and for the appointment of a member of the Criminal Justice Act Panel to represent him.

    Colorado Rule of Professional Conduct (CRPC) 1.16 requires an attorney to withdraw from a client's case after representation has commenced when "the representation will result in violation of the Rules of Professional Conduct." *See* CRPC 1.16(a)(1) (2016). Undersigned counsel maintains that good cause exists for withdrawal in the present case because continued representation of Mr. McFadden would violate the Rules of Professional Conduct.

    Specifically, CRPC 1.7 prevents the representation of a client if the representation involves a concurrent conflict of interest. *See* CRPC 1.7(a). Such a conflict exists if:

    1) The representation of one client will be directly adverse to another client; or

> 2) There is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person . . .

*Id.*

Based on information learned within the last week, undersigned counsel believes that continued representation of Mr. McFadden would violate multiple Rules of the CRPC, particularly:

    a) Rule 1.3 (Diligence),

    b) Rule 1.7(a)(2) (Conflict of Interest: Current Clients), and

    c) Rule 1.9 (Duties to Former Clients).

As a result, Rule 1.16(a) prohibits undersigned counsel's office from continuing to represent Mr. McFadden. Furthermore, undersigned counsel is precluded from disclosing more specific information as such information is covered by the attorney-client privilege. *See* CRPC 1.6.

Pursuant to CRPC 1.16, undersigned counsel is filing the present motion seeking withdrawal with the appointing authority. *See* Comment Two to CRPC 1.16. A copy of this motion will be mailed to Mr. McFadden. Because Mr. McFadden previously has been declared indigent, undersigned counsel respectfully requests that a member of the Criminal Justice Act Panel be appointed to represent him.

WHEREFORE, undersigned counsel respectfully requests that this Court issue an Order to withdraw the Federal Public Defender and undersigned counsel from further representation of Mr. McFadden, and to appoint a member of the Criminal Justice Act Panel to represent him.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Timothy_OHara@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021, I electronically filed the foregoing

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Jeremy Chaffin
    Assistant US Attorney
    Jeremy.Chaffin@usdoj.gov

    Andrea Surratt
    Assistant US Attorney
    Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Michael McFadden (U.S. Mail)

                                        *s/Timothy P. O'Hara*
                                        TIMOTHY P. O'HARA
                                        Assistant Federal Public Defender
                                        633 Seventeenth Street, Suite 1000
                                        Denver, Colorado  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Email:  Timothy_OHara@fd.org
                                        Attorney for Defendant