IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

    **Defendant.**

---

## NOTICE OF ENTRY OF APPEARANCE

---

    COMES NOW, Sean M. McDermott, an attorney with the law firm of McDermott Stuart & Ward LLP, hereby enters his appearance as court appointed counsel in the above captioned matter on behalf of his client, Mr. McFadden.

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
  Email: smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of February 2021, I filed the foregoing **Notice of Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
   Sean McDermott