# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL TRACY MCFADDEN,

    Defendant.

---

## ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT AND CONTINUE TRIAL DATES

---

This matter is before the Court on Defendant Michael Tracy McFadden's Sixth Unopposed Motion to Vacate and Reset Trial Date (Doc. #47).  The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. Counsel entered his appearance on this case on February 15, 2021.

2. After counsel was appoint to the case, Defendant was moved from the Clear Creek County Detention Facility to Washington County.  Defendant's discovery did not accompany the Defendant.

3. Counsel needs additional time to review the discovery.

4. Defense counsel's ability to review discovery with Defendant is limited due to COVID concerns at the facility in which the Defendant is being housed.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

ORDERED that Defendant Michael Tracy McFadden's Sixth Unopposed Motion to Vacate and Reset Trial Date (Doc. #47) is GRANTED and the Court hereby grants an ends of justice continuance in this case of **280 days**, which shall be excluded from the current trial date of **July 26, 2021**.  It is

ODERED that pretrial motions are due by **December 6, 2021**.  Responses due by **December 20, 2021**.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference set for July 8, 2021 is VACATED and RESET to **April 19, 2022, at 3:00 PM**, and will be held *via VTC.* Counsel are directed to contact my Courtroom Deputy via email (Socorro_West@cod.uscourts.gov) not later than THREE DAYS before the Hearing for instructions on how to proceed with the VTC/Telephone**.**   It is

FURTHER ORDERED that **five-day jury trial** set to begin on July 26, 2021 is VACATED and RESET to **May 2, 2022, at 8:30 AM**, Courtroom A 602 of the Alfred A.

Arraj United States Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello.

DATED: May 27, 2021  BY THE COURT:

*[signature]*
CHRISTINE M. ARGUELLO
United States District Judge