IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

    **Defendant.**

---

### ERRATA TO DEFENDANT MICHAEL TRACY MCFADDEN'S SUPPLEMENT TO MOTION FOR AN EXTENSION OF TIME AND SEVENTH MOTION TO VACATE AND RESET TRIAL DATE PURSUANT TO 18 U.S.C. §3161(h)(7)(A)

---

COMES NOW, Mr. McFadden by and through his attorney Sean M. McDermott, and submits this Notice of Errata *to Defendant Michael Tracy McFadden's Supplement to Motion For an Extension of Time and Seventh Motion to Vacate and Reset Trial Date Pursuant to 18 U.S.C. § 3161(h)(7)(A)* (Doc. No. 51) and states the following:

**Paragraph 38** should read:

"Undersigned counsel contacted the United States about the present Motion by email communication two times. Undersigned counsel intended to place a phone call as well, but due to commitments on a separate matter, he did not do that prior to filing the Motion. Therefore, the Defendant, Michael McFadden cannot represent what the prosecution's position is" **instead of** "The Assistant United States Attorney handling the present matter has no objection to vacating the current dates nor to the requested extension of time."

Respectfully submitted,

s/Sean M. McDermott
   Sean M. McDermott
   McDermott Stuart & Ward LLP
   140 E. 19th Avenue, Suite 300
   Denver, CO 80203
   (303) 832-8888
   (303) 863-8888 (fax)
   Email: smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of December 2021, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

   s/ Sean McDermott
     Sean McDermott