IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

    **Defendant.**

---

**SECOND ERRATA TO DEFENDANT MICHAEL TRACY MCFADDEN'S SUPPLEMENT TO MOTION FOR AN EXTENSION OF TIME AND SEVENTH MOTION TO VACATE AND RESET TRIAL DATE PURSUANT TO 18 U.S.C. §3161(h)(7)(A)**

---

COMES NOW, Mr. McFadden by and through his attorney Sean M. McDermott, and submits this Notice of Errata *to Defendant Michael Tracy McFadden's Supplement to Motion For an Extension of Time and Seventh Motion to Vacate and Reset Trial Date Pursuant to 18 U.S.C. § 3161(h)(7)(A)* (Doc. No. 51) and states the following:

**Paragraph 37** should read

To have enough time to properly investigate this case, to file Motions that do not have errors, and to minimize or obviate the need and to avoid scheduling conflicts with a trial in the case that is referenced in ¶¶ 20-21 that is set to commence on February 7, 2022 in Denver District Court, and two trials in the United States District Court of Denver Colorado; *United States v. Juan Antonio-Amaya-Nunez, et.,al.,* and *Helvie v. Jenkins,* 20-cv-02521-STV, counsel for Mr. McFadden is requesting an additional 129 days be excluded from the speedy trial clock. This would put the speedy trial deadline on September 17, 2021.

**instead of**

To have enough time to properly investigate this case, and to minimize or obviate the need to request more continuances, and to avoid scheduling conflicts with two major trials that undersigned counsel has scheduled to commence on February 27, 2022 ,in Denver District Court, and March 28, 2022 in the United States District Court of Colorado, Courtroom A801; counsel for Mr. McFadden is requesting an additional 280 days be excluded from the speedy trial clock. This would put speedy trial at, May 13, 2022.

**Paragraph 38** should read:

"Undersigned counsel contacted the United States about the present Motion by email communication two times. Undersigned counsel intended to place a phone call as well, but due to commitments on a separate matter, he did not do that prior to filing the Motion. Therefore, the Defendant, Michael McFadden cannot represent what the prosecution's position is" **instead of** "The Assistant United States Attorney handling the present matter has no objection to vacating the current dates nor to the requested extension of time."

The prayer for relief should state, "Wherefore Mr. McFadden requests that this Court issue an Order to vacate current deadlines and the trial date, excluding 129 days from the speedy trial calculation, and setting a motions deadline for the beginning of March 2022 and setting the matter for trial in September of 2022."

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)

Email: smcdermott@mswdenver.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December 2021, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
Sean McDermott