IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

    **Defendant.**

---

### UNOPPOSED MOTION FOR A ONE-WEEK EXTENSION TO FILE MOTIONS

---

Mr. McFadden by and through his attorney Sean M. McDermott, moves this Honorable Court for a one-week extension of time to file Motions. As grounds thereof, Mr. McFadden states the following:

#### Conferral

1. The parties conferred by email. On September 1, 2022, the United States as represented by Jeremy Chaffin represented that the Government does not object to the requested one week extension, but opposes any further delay of this case. Therefore, this Motion is unopposed.

#### Reasons for the Requested Relief

2. On May 17, 2019, the government filed a five count Indictment against Mr. McFadden alleging that he has violated two sections of the United States Criminal Code, 18 U.S.C. §§ 2241(c) and 2423(a).  ( Document No. 1).

3. Counts one and three are punishable by 30 years to life imprisonment and not less than five years to life of supervised release for a first offense. Counts 2,4-5 are punishable by ten

years to life imprisonment and five years to life of supervised release.

4. The allegations span the years 2007 through 2013. The age of the allegations presents challenges to the defense.

5. Defense counsel has limited his intake of new work, so that he can devote the time and attention to this case that Mr. McFadden deserves.

6. Nonetheless, undersigned counsel does have commitments to other clients and cases. One of these cases is *People v. Leon,* 2019CR1239, Boulder County.

7. The current posture of *People v. Leon* is that the trial is scheduled to commence September 19, 2022. It will likely go through most of that week. This trial was scheduled over Mr. Leon's objection outside of speedy trial.  A fourth different prosecutor recently took the case over as the responsible attorney. The previous prosecutor was appointed to be the District Attorney in the twelfth judicial district of the state of Colorado.

8. On August 22, 2022, a late discovery disclosure was made by the People of Boulder in *People v. Leon*. Due to commitments, including commitments in the above captioned matter, counsel could not review this material until August 26, 2022. The material contains DEA reports from 2020. The discovery material points to other reports, including witness statements and officer reports that undersigned counsel does not believe have ever been disclosed to the defense. On September 1, 2022, undersigned counsel drove to Boulder to go through discovery with the prosecutor who has taken over this case. Undersigned counsel and this prosecutor intend to follow up with each other on Labor or as early as possible, the week of September 5th. A hearing in *People v. Leon* is scheduled for Friday, September 9, 2022.

9. The circumstances in *People v. Leon*, has taken time away from the time that had been allocated to finish the drafting of Motions in the above captioned matter. Undersigned

counsel could not, or at least did not foresee these circumstances.

10. Because of these unforeseen circumstances, that are not the fault of undersigned counsel or Mr. McFadden, Mr. McFadden respectfully requests an additional week, so that his counsel can finish drafting and revising motions in this case.

11. Good cause exists for this additional week.

WHEREFORE, Mr. McFadden respectfully requests that this Court give Mr. McFadden through September 13, 2022, to file Motions in this matter.

Respectfully submitted,

s/Sean M. McDermott
   Sean M. McDermott
   McDermott Stuart & Ward LLP
   140 E. 19th Avenue, Suite 300
   Denver, CO 80203
   (303) 832-8888
   (303) 863-8888 (fax)
   Email: smcdermott@mswdenver.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

   s/ Sean McDermott
      Sean McDermott