IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL TRACY McFADDEN,

    **Defendant.**

---

## MOTION TO SUPPRESS STATEMENTS
---

    Mr. McFadden by and through his attorney Sean M. McDermott, moves this Honorable Court to suppress statements that were involuntarily made

    1.    Mr. McFadden is charged with two counts of crossing state lines with intent to engage in a sexual act with a minor under 12 years of age, and three counts of transportation of a person over state lines with the intent to engage in a sexual act that is a crime.

    2.    On December 19, 2012, Mr. McFadden was contacted via phone by Detective Prescott. Mr. McFadden ended up meeting Detective Prescott and making a statement. The interaction between Detective Prescott and Mr. McFadden renders the statement involuntary and should be suppressed.

    3.    Mr. McFadden was implicitly if not explicitly threatened in the lead up to the interview. Mr. McFadden was given the impression that he had no choice but to submit to an interview.

    4.    Under the Due Process Clause of the United States and Colorado Constitutions in order for an accused's statement to be used against her or him, the statement must be voluntarily

made.  U.S. CONST. AMENDS. V, *Mincey v. Arizona*, 437 U.S. 385 (1978). a defendant in a criminal case is deprived of due process of law if his conviction is founded, in whole or in part, upon an involuntary confession, without regard for the truth or falsity of the confession. *Jackson v. Denno*, 378 U.S. 368, 376, 84 S. Ct. 1774, 1780 (1964).

5. While Mr. McFadden's statements are largely exculpatory. The defense can foresee a scenario where the prosecution attempts to use his statements to inculpate him.

Wherefore, Mr. McFadden respectfully requests that this Court conduct a hearing regarding the voluntariness of his statements, and then suppress the statements as involuntarily made.

Respectfully submitted,

s/Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Suite 300
Denver, CO 80203
(303) 832-8888
(303) 863-8888 (fax)
Email: smcdermott@mswdenver.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of September 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

      s/ Sean McDermott
        Sean McDermott