IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

    **Defendant.**

---

**UNOPPOSED MOTION TO WITHDRAW DOCUMENT 59**

---

    **COMES NOW,** Sean McDermott, by and through Sean McDermott of McDermott Stuart & Ward LLP, and respectfully moves this Honorable Court to withdraw document 59. As grounds thereof, Mr. McFadden states the following:

    1.    Counsel for Mr. McFadden filed this pleading. The documents within the pleading lists minors or minors who are now adults by initials.

    2.    However, the names of their respective families are included in this pleading and their dates of birth are as well.

    3.    The parties conferred and to ensure that the Protective Order (Doc. No. 22) and Fed. R. Crim. P 49.1 are complied with, undesigned counsel respectfully requests that Doc. No. 59 and 59-1 be withdrawn.

    4.    Mr. McFadden will file Doc. 59 and request an appropriate level one restriction, so that the parties and the Court have access, but the general public does not.

Wherefore, Mr. McFadden respectfully requests that Doc. No. 59 and 59-1 be withdrawn so that they can be re-filed with a level one restriction viewable by the Court and the parties.

Respectfully submitted,

Dated: September 14, 2022

s/Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Suite 300
 Denver, CO 80203
(303) 832-8888
(303) 863-8888 (fax)
Email: smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
Sean McDermott

2