IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

    **Defendant.**

---

### UNOPPOSED MOTION TO WITHDRAW DOCUMENT 60

---

**COMES NOW,** Sean McDermott, by and through Sean McDermott of McDermott Stuart & Ward LLP, and respectfully moves this Honorable Court to withdraw document 60. As grounds thereof, Mr. McFadden states the following:

1. Counsel for Mr. McFadden filed this pleading. The documents within the pleading lists minors or minors who are now adults by initials.

2. However, the affidavit mentioned in the document that is supposed to accompany this pleading lists dates of birth as well.

3. The parties conferred and to ensure that the Protective Order (Doc. No. 22) and Fed. R. Crim. P 49.1 are complied with, undesigned counsel respectfully requests that Doc. No. 60 be withdrawn.

4. Mr. McFadden will file Doc. 60 and request an appropriate level one restriction, so that the parties and the Court have access, but the general public does not.

Wherefore, Mr. McFadden respectfully requests that Doc. No. 60 be withdrawn so that the correct pleading and accompanying affidavit can be re-filed with a level one restriction viewable by the Court and the parties.

                                                        Respectfully submitted,

Dated: September 14, 2022

                                                        s/Sean M. McDermott
                                                        Sean M. McDermott
                                                        McDermott Stuart & Ward LLP
                                                        140 E. 19th Avenue, Suite 300
                                                         Denver, CO 80203
                                                        (303) 832-8888
                                                        (303) 863-8888 (fax)
                                                        Email: smcdermott@mswdenver.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of September 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

      s/ Sean McDermott
         Sean McDermott