IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

    **Defendant.**

---

### MOTION FOR LEVEL ONE RESTRICTION

---

**NOW COMES,** Sean McDermott, by and through Sean McDermott of McDermott Stuart & Ward LLP, and respectfully moves this Honorable Court for Level 1 Restriction for document 60.

Respectfully submitted,

Dated: September 14, 2022

s/Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Suite 300
 Denver, CO 80203
(303) 832-8888
(303) 863-8888 (fax)
Email: smcdermott@mswdenver.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of September 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

    s/ Sean McDermott
        Sean McDermott