IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL TRACY McFADDEN,

    Defendant.

## NOTICE OF ERRATA

**COMES NOW,** Michael Tracy McFadden, by and through Sean McDermott of McDermott Stuart & Ward LLP, and respectfully submits, this errata to his Objection To Government's Notice of Intent to Introduce Evidence Pursuant to Federal Rules of Evidence 414, 404(b) and 807 filed at Docket No. 59; and his Motion to Compel Production and Request for a Subpoena Return Date filed at Docket No. 60.

Mr. McFadden's Motion to Compel Production and Request for a Subpoena Return Date filed at Docket No. 60 references Exhibit A which is an affidavit submitted by Dr. David Thompson in support of this Motion. This exhibit was mistakenly filed as an attachment to his Objection To Government's Notice of Intent to Introduce Evidence Pursuant to Federal Rules of Evidence 414, 404(b) and 807 filed at Docket No. 59.

Consistent with the Court's orders at Docket Nos. 75 and 76, Mr. McFadden will re-file these documents with the appropriate redactions. He will also file the Affidavit of David Thompson to accompany his Motion to Compel Production and Request for a Subpoena Return Date instead of the Objection To Government's Notice of Intent to Introduce Evidence Pursuant

to Federal Rules of Evidence 414, 404(b) and 807. Except for updating the date, no other changes will be made.

Respectfully submitted,

Dated: September 14, 2022

s/Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Suite 300
 Denver, CO 80203
(303) 832-8888
(303) 863-8888 (fax)
Email: smcdermott@mswdenver.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of September 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

      s/ Sean McDermott
        Sean McDermott