| | 04/17/2011 1:50 PM | Mesa | Mesa | 04/18/2011 | 5 Days | 12/15/2011 |

**Victim**
K▇▇ W▇▇
S▇▇ B▇▇

**Allegation Severity/Category/Type**
Minor - Intra Familial Abuse - Sexual
Minor - Intra Familial Abuse - Sexual

**Perpetrator**
K▇▇ B▇▇
K▇▇ B▇▇

**Finding**
Report Unfounded
Report Inconclusive

**Assessment Closure Summary**

A/N sexual abuse allegations regarding S▇▇ J▇▇ B▇▇ (6, Caucasian) and K▇▇ B▇▇ (9, Caucasian). Sexual abuse allegations that K▇▇ B▇▇ (not FOC to either child, but ex husband to S▇▇) was touching K▇▇ in the past and must have done something recently to S▇▇ after she made a disclosure. S▇▇ and K▇▇ interviewed at WSCC, K▇▇ made no disclosure about sexual abuse and spoke only about prior physical abuse. This appears to have been previously investigated and concerns about DV between S▇▇ and J▇▇. S▇▇ made a disclosure that K▇▇/J▇▇ touched her one time with her clothes on with his finger, like a poke, around her vaginal area. S▇▇ stated she was sitting on the couch playing kid games and J▇▇ touched her "no no spot" she stated he said "don't" and that was all that he said and he poked her hard. S▇▇ stated she was 5 1/2 when this happened. Both Kids made it clear they did not like K▇▇ and have not had contact with him. Both children were set up with services at CWMH. The time line given by S▇▇ doesn't line up with the time line given by S▇▇ about when this could have happened, however with S▇▇'s age and understanding of time this is not surprising. It appears similar allegations have been investigated in the past with recommendation that MOC follow up with services, which have happened sporadically. Allegations in 2007 that K▇▇ touched S▇▇ were Inconclusive as well. It seems that following up on services is paramount and was recommended to the family to continue with services until provider says they are not needed. CM unable to contact K▇▇ to discuss the allegations and a time line of when he would have seen S▇▇ for this reason the referral is Inconclusive. Services are recommended for both kids for a number of reasons including a possible future disclosure as children are more comfortable talking about past incidents of abuse. S▇▇ has an extensive history with DHS and a new allegation was made 6/6/11 ▇▇▇ See that referral for info on new allegations. There are 15 prior referrals since 2001 that have been investigated and more that were NAFA. 10/07 lack of supervision was founded which resulted with K▇▇ being placed in a foster home until the shelter hearing when he was returned home. All other investigations have been unfounded or inconclusive. Since 10/08 all referrals, 10/08, 12/08, 4/09, 10/10, and 12/10 have been Unfounded for abuse or neglect. Family has been recommended to access and follow up on community resources as that is needed for these children to have needs met and services for S▇▇ is important due to her history of abuse as well. At this time Allegations for sexual abuse by K▇▇ on S▇▇ is INCONCLUSIVE and allegations for sexual abuse on K▇▇ by K▇▇ is UNFOUNDED. No services and No open case.

GOVERNMENT EXHIBIT 1
19-cr-00243-CMA-GPG