```
 1    that the testimony you give will be the truth, the whole

 2    truth, and nothing but the truth?

 3              MR. K.H.W.  Yes.

 4              THE COURT:  Thank you.  Go ahead and have a seat in

 5    that green chair.

 6    (Asides)

 7    Whereupon,

 8                               K.H.W.

 9    Was called as a witness, and after having been first duly

10    sworn, was examined and testified as follows:

11                        DIRECT EXAMINATION

12              BY MR. WAITE:

13         Q    Good morning, K.H.W.

14         A    Good morning.

15         Q    K.H.W., would you state your name, please, and

16    spell your last name?

17         A    K.H.W.  K.H.W.

18         Q    K.H.W., how old are you?

19         A    Fourteen.

20         Q    And what's your birth date?

21         A    April 23rd, '01.

22         Q    Okay.  And where do you, where do you currently

23    live?

24         A    Enoch, Utah.

25         Q    Okay.  Where is that in Utah?  Can you tell us --
```

INV_TRAN_00002733

10

| | | |
|---|---|---|
| 1 | A | Close -- |
| 2 | Q | -- about [indiscernible]? |
| 3 | A | -- to Cedar City. |
| 4 | Q | Okay.  And where do you go to school over there? |
| 5 | A | Canyon View High. |
| 6 | Q | Okay.  So, what grade will you be in, here come in |

7    the fall?

| | | |
|---|---|---|
| 8 | A | Ninth. |
| 9 | Q | Ninth grade?  Do you have a favorite subject? |
| 10 | A | Math. |
| 11 | Q | Math is your favorite?  You're pretty good at math? |
| 12 | A | Yes. |
| 13 | Q | All right.  Tell me a little bit about your family. |

14    Who is your mom?

15    A    My mom is a -- she works at Wal-Mart.  And she is

16    opening a ceramic shop.  She is kind of short.

| | | |
|---|---|---|
| 17 | Q | Okay.  What's her name? |
| 18 | A | Stacy W█████████ |
| 19 | Q | Okay.  And is she in the courtroom today? |
| 20 | A | Yes. |
| 21 | Q | Okay.  Is this your mom sitting right over here? |
| 22 | A | Yes. |
| 23 | Q | Okay.  Do you have any sisters and brothers? |
| 24 | A | Yes. |
| 25 | Q | Can you tell me who they are? |

INV_TRAN_00002734

```
 1      A     Lo.W., and S.L.W., and
 2   S████ D████ W████████ Jr. [phonetic]
 3      Q     Okay.  Okay.  Which one is the oldest?
 4      A     S████ D████ W████████ Jr.
 5      Q     And how old is he?
 6      A     Twenty-one.
 7      Q     Okay, 21?  Okay.  How old is Lo.W.?
 8      A     Nine.
 9      Q     Okay.  And -- well, I will ask you that in a
10   minute.  And, and what's your sister's name?
11      A     S.L.W.
12      Q     And, and how old is she?
13      A     She is 11.
14      Q     Eleven?  Okay.  And what's your dad's name?
15      A     Scott David W█████ Sr.
16      Q     Okay.  And do you live with all of those folks?
17      A     Yes.
18      Q     Okay.  Over there in Enoch?
19      A     Yes.
20      Q     Okay.  K.H.W., I want to take you back to a time
21   when you were living here in Grand Junction, and then down in
22   Montrose.  Do you remember that?
23      A     Yes.
24      Q     And is there a time when you used to go over and
25   spend a lot of time at a guy's house by the name of
```

INV_TRAN_00002735

12

```
 1      Michael McFadden?
 2          A    Yes.
 3          Q    Do you remember about when you started going over
 4      there?
 5          A    I'm not sure.
 6          Q    Okay.  Do you --
 7          A    It was --
 8          Q    -- remember where you --
 9          A    -- when my mom needed help and tried to find a job.
10          Q    Okay.  Do you remember where you guys were living
11      about the first time you started going over there?
12          A    Somewhere in North Avenue, the Trailer Park on
13      North Avenue.
14          Q    If I said the Lemaster Trailer Park, would that
15      sound right to you?
16          A    I'm not for sure.
17          Q    Not for sure on that?  Okay.  And when you first
18      started going over there, do you remember were there kids
19      over there at Michael McFadden's --
20          A    Yes.
21          Q    -- house?  Can you tell me who the kids were that
22      were there?
23          A    L.W., J.W., and S.C.
24          Q    Okay.  Now, L.W. -- you said, L.W. and J.W.  Were,
25      were there some of those kids that were friends of yours?
```

13

1      A    Yes.

2      Q    And who was that?

3      A    All of them.

4      Q    All of them were?  Okay.  Did you go over there

5  primarily to play with them?

6      A    Yeah.

7      Q    Okay.  And did you spend some nights over there, as

8  well?

9      A    Yes.

10     Q    Okay.  Now, what relationship did Michael McFadden

11  have to your family?  Was he related in some way, or --

12     A    No.

13     Q    -- just a friend of the family?

14     A    Just a friend for a long time.

15     Q    Okay.  Did you spend a lot of time over there?

16     A    Yes.

17     Q    Were there fun things to do over at Mike's house?

18     A    Yes.

19     Q    What kinds of things would you do when you were

20  over there?

21     A    me and J.W., we used to like -- me, J.W., Lo.W., we

22  used to like go out to this field.  And we would build a fort

23  out there.

24     Q    Okay.

25     A    And spend a lot of time over there.

14

| | | |
|---|---|---|
| 1 | Q | Okay.  Other fun things to do? |
| 2 | A | Yes. |
| 3 | Q | What -- like what? |
| 4 | A | There was a PS2, and a lot of games, and a lot of |

5  fun stuff to do there.

| 6 | Q | Okay.  Is a PS2 like a videogame -- |
| 7 | A | Yes. |
| 8 | Q | -- thing?  Okay. |
| 9 | A | PlayStation. |
| 10 | Q | Okay.  Were there lots of TVs over there? |
| 11 | A | Yes. |
| 12 | Q | Dirt bikes? |
| 13 | A | Yes. |
| 14 | Q | Do you remember some dirt bikes? |
| 15 | A | No. |
| 16 | Q | No, don't remember the dirt bikes?  How about |

17  trampolines, anything --

| 18 | A | Yes. |
| 19 | Q | -- like that over there?  Okay.  And were there |

20  some pets over there as well?

21       A    I'm not sure again.  No, I don't think so -- yeah,

22  Phyllis Hawkenberry had two, two or three dogs over there.

23       Q    Okay.  So, were there other adults at the house, as

24  well?

25       A    Yes.

INV_TRAN_00002738

15

1      Q      Okay.  Do you remember what their names were?

2      A      John H[REDACTED], Phyllis H[REDACTED].

3      Q      Okay.  Was there -- was it their son S.C. that was

4   over there?

5      A      S.C., yes.

6      Q      Okay.  Now, you, you said you remembered

7   Mike McFadden.  Do you see him in the courtroom today?

8      A      Yes.

9      Q      And could you describe, please, kind of where he is

10  sitting?  Or if you want to just point in that direction.

11     A      Over there.

12     Q      Okay.  And over here, there are two gentlemen.  One

13  is on my right-hand side.  And one is on my left-hand side.

14  Can you tell me which one it is?

15     A      Left.

16     Q      Left-hand side?

17            MR. WAITE:  Your Honor, I would ask the record

18  reflect, he has identified the Defendant, Mr. McFadden.

19            THE COURT:  The record will so reflect.

20  (Asides)

21            BY MR. WAITE:

22     Q      Now, you have talked about some fun things that

23  happened at Mike's.  Can you tell us a little bit about, were

24  there other things that happened over there that made you

25  uncomfortable?

INV_TRAN_00002739

16

1      A     Yes.

2      Q     Okay.  Can you tell me one of the first things you

3  remember about happening over there that made you feel

4  uncomfortable?

5      A     He touched in the wrong places.

6      Q     Okay.  And by touching you in the wrong places, can

7  you, can you tell me a little bit more about that?  What did

8  he use to touch you?

9      A     His hands.

10     Q     His hand, okay.  And where would he touch you?

11     A     My junk.

12     Q     Your junk, okay.  And is that another word for like

13  your penis?

14     A     Yes.

15     Q     Okay, in that area, okay.  When he would do that,

16  was it over your clothes or under your clothes?

17     A     Under.

18     Q     Under, okay.  And then, did that happen more than

19  once?

20     A     Yes, sir.

21     Q     Okay.  Did that start happening when you first

22  started going over there to Mike's house?

23     A     Yes.

24     Q     Okay.  And would it typically happen during the

25  daytime or in the --

1     A     Night.

2     Q     -- nighttime, or -- nighttime, okay.  Do you

3     remember when you would go over there and spend the night,

4     K.H.W.?

5     A     Yes.

6     Q     When you, when you would, would there be -- would

7     -- he would give you something to help you sleep?

8     A     Yeah, melatonin.

9     Q     Melatonin, okay.  And you knew it was melatonin?

10    A     [Indiscernible]

11    Q     Okay.  And did that help you sleep?

12    A     Yeah, some, some nights.

13    Q     Okay, all right.  Now, do you remember -- you said

14    that that happened to you, and it happened more than once.

15    Can you give us any idea of how many times it happened while

16    you were there?

17    A     I'm not sure.

18    Q     Okay.  And how would it -- where would it typically

19    happen in the house, do you remember?

20    A     His bedroom.

21    Q     In the bedroom?  Was it in Mike's bedroom?

22    A     Yes.

23    Q     Okay.  Was it in Mike's bed?

24    A     Yes.

25    Q     Okay.  Would you sleep in the bed from time to

INV_TRAN_00002741

18

1    time?

2        A    Yes.

3        Q    Okay.  Who else was sleeping in the bed when you

4    were --

5        A    J.W. --

6        Q    -- sleeping?  J.W. was there too?  Okay.  And I

7    assume that he was asleep when this was happening, or --

8        A    Yeah.

9        Q    Do you remember, did anybody say anything about it?

10   Is that a no?

11       A    Yeah.

12       Q    Yes, that's a no?

13       A    [Indiscernible].

14       Q    Okay.  Now, do you remember talking to Ed Prescott

15   about something had happened just before the end of all of

16   this?

17       A    Truck driving, yes.

18       Q    A truck driving incident?  Okay.  Do you remember

19   what happened during that truck driving incident?

20       A    Yeah.

21       Q    Okay.  Who, who all was on that trip?

22       A    Lo.W., L.W., and J.W.

23       Q    Okay.  Were -- and you were there?

24       A    Yeah.  And so, was S█ █ D█ █ W█ █ Jr.

25       Q    Okay.  So, S█ █ Jr. was there also?

INV_TRAN_00002742

19

1     A     Yeah.

2     Q     Okay.  And were you --

3     A     No --

4     Q     -- guys --

5     A     -- not L.W. and J.W. [indiscernible] were there.

6  But, I remember one time when they went with us.

7     Q     Okay.  So, there were --

8     A     It was just, it was just my family.

9     Q     Okay.  So, let me, let me confirm that, make sure

10 we are clear.  Were there a couple of truck trips?

11    A     Yes.

12    Q     Okay.  On the, on the very last one, you were

13 there.  Who else was there?

14    A     L.W. -- or Lo.W., and S█████ D██ W█████████ Jr.

15    Q     Okay.  So, your brothers were there as well?

16    A     [Indiscernible].

17    Q     And where did you guys start out from?

18    A     Grand Junction.  We went somewhere.  Then, we --

19 I'm not sure where.  I think it was Telluride.  Then, we went

20 to New Mexico to drop off rocks.

21    Q     And then, didn't you end up somewhere like in

22 Nebraska?

23    A     Yeah.  I'm not sure.  I can't remember exactly.

24    Q     Not sure where you were?  Okay.  Did something

25 happen on that trip to you?

INV_TRAN_00002743

```
 1       A      Yes.

 2       Q      Can you tell us what it was?

 3       A      He touched me.

 4       Q      Okay.  How did he touch you on that trip?

 5       A      With his junk.

 6       Q      And when you mean, his junk, I, I assume you mean

 7   his penis?

 8       A      [Indiscernible].

 9       Q      What did he do with his penis?

10       A      He stuck it on my butt.

11       Q      Okay.  He stuck on your butt, or in your butt?

12       A      In.

13       Q      Okay.  Did this happen at night?

14       A      Yes, sir.

15       Q      Was it inside or outside the truck?

16       A      Inside, because there was snow on the ground.

17       Q      Okay.  Was there kind of a -- is there kind of a

18   sleeping compartment in the truck?

19       A      Yes.

20       Q      And was it in that sleeping compartment?

21       A      Yes.

22       Q      Okay.  How did, how did that make you feel when he

23   did that to you?

24       A      Extremely uncomfortable.

25       Q      Okay.  Did it hurt, as well?
```

INV_TRAN_00002744

Exhibit E

21

```
 1       A    Yes.

 2       Q    Okay.  Did you try to tell him no?

 3       A    I was sleeping.

 4       Q    Okay.  So, you were kind of sleeping, and woke up

 5  to that?

 6       A    Yeah.

 7       Q    Okay.  And that was the last time you remember

 8  anything like that --

 9       A    Yeah.

10       Q    -- happening?

11       A    That was the last thing I have ever had.

12       Q    Okay.  You haven't had any contact with him since

13  then, right?

14       A    [Indiscernible].

15       Q    Okay.  Now, when you guys were staying -- let me,

16  let me go back just a little.  When you guys were staying at

17  the, at the hotel there on North Avenue, and you would go

18  over and visit him, do you remember the address --

19       A    No --

20       Q    -- of the --

21       A    -- it was a, it was a house.  It was like a two-

22  story old house that they burnt down.  Because -- we got

23  kicked out of it because it was a condemned.  We could go

24  through the floor any second.

25       Q    Okay.
```

INV_TRAN_00002745

```
 1      A    It was --

 2      Q    So --

 3      A    -- like over 100 years old, at --

 4      Q    Okay.

 5      A    -- the most.  It wasn't taken care of --

 6      Q    Okay.

 7      A    -- before when we moved in.

 8      Q    Okay.  Before that, before you moved in there, you

 9  were living at -- on North Avenue?

10      A    Yes.

11      Q    And, and when you were living on North Avenue, when

12  you went over to Mike McFadden's house, do you remember where

13  he was living at the time?

14      A    It was like a two-story house somewhere close by.

15      Q    Somewhere --

16      A    I'm not --

17      Q    -- fairly --

18      A    -- exactly --

19      Q    -- close?

20      A    -- sure.

21      Q    Okay.  And then, did he -- and is that when you

22  first started going over there, when --

23      A    Yes.

24      Q    -- he was living at that house?

25      A    And then, I helped him over at [indiscernible].
```

INV_TRAN_00002746

23

1     Q     Okay.  So, you helped him move over to another

2   house, this [indiscernible] Road sound right?

3     A     Yeah.

4     Q     About then?  And then, you guys moved into --

5     A     It was --

6     Q     -- a house --

7     A     -- a 22-acre lot.  So --

8     Q     Pretty big lot?  Okay.  And then, you guys moved

9   into the house right next door?

10    A     Yes.

11    Q     And is that the one you were talking about

12  [indiscernible]?

13    A     Yeah, that, that, that 100-year old house one --

14    Q     Okay.

15    A     -- that they burnt down.

16    Q     Okay.  So, it was kind of a yucky house?

17    A     Yeah.

18    Q     Okay.

19    A     It --

20    Q     How --

21    A     -- was a, it was a pretty house, but it was just

22  too old.  It wasn't taken care of properly.

23    Q     Okay.  And you guys lived next then -- next --

24  right next door to Mike McFadden?

25    A     Yeah, we could just walk like right across the

INV_TRAN_00002747

1    field.

2        Q    Okay.  And did you see him a lot during that

3    period --

4        A    Yes.

5        Q    -- of time also?

6        A    During the summer, mainly.

7        Q    Okay.

8        A    Summer, and like weekends.

9        Q    Okay.  And did you continue to go over there and

10   visit, and spend time --

11       A    Yeah.

12       Q    -- with the kids and everything, then, too?  Okay.

13   Just a second.  K.H.W., when, when was the first time that

14   you ever told anybody about this?

15       A    The Detective that is sitting right there with the,

16   the official visitor badge.

17       Q    Okay.  So, this guy right over here to my right?

18       A    Yes.

19       Q    Okay.  You remember talking to him?  Was that the

20   first time you ever really described what had happened to

21   you?

22       A    Yes.

23       Q    Okay.  Thank you, K.H.W.  I don't have anything

24   else.  But, the Defense may have some questions for you.

25       A    Okay.

INV_TRAN_00002748

25

```
1              THE COURT:  Mr. Burrill?

2              MR. BURRILL:  Thank you, Your Honor.

3    (Asides)

4                    CROSS EXAMINATION

5              BY MR. BURRILL:

6        Q    Hello, K.H.W.

7        A    Hello.

8        Q    My name is Scott Burrill.  How are you doing?

9        A    Good.

10       Q    First thing I would like to ask is, did you review

11   anything prior to coming in and testifying here today?

12       A    No.

13       Q    If I can have just one second, K.H.W.?  Now, today,

14   you're here testifying about Michael McFadden --

15       A    Yes.

16       Q    -- right?  [Indiscernible]?  And this is a criminal

17   case, right?

18       A    Yes, sir.

19       Q    You know this is a criminal case, correct?

20       A    [Indiscernible]

21       Q    And K.H.W., one of the things that sometimes

22   Judge Robison tells people to, is if you have an answer, you,

23   you have to speak it out loud in here, because everything is

24   recorded, okay?

25       A    Okay.
```

INV_TRAN_00002749

26

```
 1      Q    Is that okay?

 2      A    [Indiscernible].

 3      Q    Okay.  So, this is a criminal case, right?

 4      A    Yes.

 5      Q    And, and there's somebody that's prosecuting this

 6   case, correct?

 7      A    Yes.

 8      Q    And you have met this -- with this Prosecutor

 9   beforehand, right?

10      A    Yes.

11      Q    His name is David Waite, right?

12      A    Yes, sir.

13      Q    And how many times have you spoken with him before?

14      A    Three or four times, at the most.

15      Q    Okay.  And did he come and he show you around the

16   courtroom at all before you testified?

17      A    No, sir.

18      Q    Okay.  Now, you have your own criminal case going

19   on right now in Utah, correct?

20      A    Yes, sir.

21      Q    Okay.  And that case involves a charge of burglary,

22   right?

23      A    Yes, burglary and theft.

24      Q    Burglary and theft.  So, essentially, you have been

25   charged with an offense that involves going into someone's
```

INV_TRAN_00002750

27

```
 1   house, right?

 2        A    Yes, sir.

 3        Q    And --

 4        A    And taking their cell phone, taking their son's

 5   cell phone.

 6        Q    And you would agree that that cell phone did not

 7   belong to you, correct?

 8        A    Yes, sir.

 9        Q    Okay.  But, you did -- you took it anyway, right?

10        A    Yes.

11             THE COURT:  And could you all approach, please?

12             (Proceedings at the bench)

13             THE COURT:  Is, is this an ongoing prosecution?  Do

14   I need to talk to him about his Fifth Amendment rights?  Is

15   this something that's resolved?  I'm, I'm a little concerned

16   based on --

17             MR. WAITE:  [Indiscernible].

18             THE COURT:  -- the questioning.  I don't know.

19             MR. WAITE:  At this point, Judge, I mean, I think

20   that they have gone into everything they can go into with --

21             MR. BURRILL:  [Indiscernible] --

22             MR. WAITE:  -- to that.

23             MR. BURRILL:  -- ask anymore questions about that

24   [indiscernible].  It is -- I mean, we are certainly allowed

25   to ask the questions that we have under Davis [phonetic] v.
```

INV_TRAN_00002751

28

1    Alaska.  But --

2            THE COURT:  Then, I also need to advise the Witness

3    about his Fifth Amendment rights before that goes on.  So,

4    I'm a little concerned.

5            MR. WAITE:  I didn't realize [indiscernible] --

6            THE COURT:  [Indiscernible].

7            MR. WAITE:  -- fact.  But, I think [indiscernible]

8    gone in --

9            MR. BURRILL:  [Indiscernible] --

10           MR. WAITE:  -- assuming we [indiscernible].

11           MR. BURRILL:  -- [indiscernible] questions

12   [indiscernible] asked.

13           MR. WAITE:  Okay.

14           THE COURT:  I need to talk about whether I need to

15   advise K.H.W. --

16           MR. WAITE:  I don't think [indiscernible] --

17           THE COURT:  -- on that.

18           MR. WAITE:  -- Judge.  I honestly think that it's a

19   case that's been disposed of.  He has, he has -- I think he

20   has been sentenced.  And I think he is currently just doing

21   whatever he is doing on a sentence.  I'm not even sure what

22   that is.  But --

23           MR. BURRILL:  [Indiscernible] never -- I guess, I

24   have, I have asked people about pending criminal matters

25   before, and I have never done it where I notify anyone I'm

INV_TRAN_00002752

29

1    going to do it beforehand.  So, I apologize of that.

2            THE COURT:  If it's pending in sentence, I don't

3    have a problem.  There is no issue.  If it's pending and --

4    not resolved, that's when I got to make the advisement for

5    him.  But, it sounds like it's resolved already.

6            MR. WAITE:  It sounds like it.

7    (Asides)

8            THE COURT:  Thank you.

9            (Proceedings return to open court)

10           THE COURT:  Thank you.  Mr. Burrill?

11           MR. BURRILL:  Thank you, Your Honor.  Okay.

12           BY MR. BURRILL:

13       Q    K.H.W., one of the things I wanted to talk about

14   was your relationship with your family.

15       A    Yes.

16       Q    Now, you mentioned when you were talking to

17   Mr. Waite, that you live with all your family --

18       A    Yes.

19       Q    -- in Utah, right?  So, you live with your dad,

20   Scott --

21       A    Stepdad.

22       Q    -- or stepdad, stepdad, Scott Sr.?

23       A    Yes.

24       Q    You live with your mom, Stacy Wasolowski?

25       A    Yes

INV_TRAN_00002753

1    Q    You live with your brother, S█ W█████ Jr.?

2    A    Yes.

3    Q    You live with your brother, Lo.W.?

4    A    Yes.

5    Q    And you live with your sister, S.L.W., right?

6    A    Yes.

7    Q    And you know, you love your mom, right?

8    A    Yes.

9    Q    You get along with her?

10   A    Sometimes.

11   Q    Sometimes.  As much as you can, right?  Is that, is

12   that correct?

13   A    Yes.

14   Q    And you love your brothers and sisters, right?

15   A    Yes.

16   Q    You, you love your dad, your --

17   A    Yes.

18   Q    -- stepdad, Scott Sr., right?

19   A    Yes.

20   Q    And you are able to talk with them about problems

21   that you're having, right?

22   A    Yes.

23   Q    You talk about the problems that you're having, if

24   you have any problems at school, or anything like that,

25   right?

INV_TRAN_00002754

31

```
 1       A    Not a lot, but sometimes.
 2       Q    Okay.  You talk to them about what's going on in
 3  your life --
 4       A    Yes.
 5       Q    -- right?  Now, back in 2012 and 2013, you, you
 6  loved your family back, then, too --
 7       A    Yes.
 8       Q    -- right?
 9       A    I love my family since the beginning.
10       Q    Your whole life, you have loved them, right?
11       A    [Indiscernible].
12       Q    And that goes for everybody that's in your family,
13  right?
14       A    [Indiscernible].
15       Q    And I'm sorry.  Could you say yes or no out loud?
16       A    Yes.
17       Q    Okay.  I'm sorry, K.H.W.  I got to keep asking you
18  that.  I apologize.  Now, you never, ever mentioned that Mike
19  touched you in any way, until, as you testify today, you told
20  Ed Prescott, correct?
21       A    Yes.
22       Q    Okay.  And I know that this was a long time ago.
23  But, was it also possible that the day before you talked to
24  Ed Prescott, you told your Therapist?  Do you remember
25  anything with that?
```

INV_TRAN_00002755

1      A      No.

2      Q      Okay.  So, you don't remember ever talking to your

3    Therapist before talking to Ed Prescott?

4      A      No.

5      Q      Okay.

6      A      I don't really get along with Therapists.  So --

7      Q      And what, what did you say again, K.H.W.?

8      A      -- I don't really get along with Therapists.  So --

9      Q      Okay.  So, you have never been in therapy?

10     A      -- I have been in therapy.  Yes.

11     Q      Okay.  But, you don't recall being in therapy about

12   the time that you spoke with Ed Prescott, back in 2013?

13     A      Yes -- no.

14     Q      Okay.  So, you don't remember being in --

15     A      Yeah.

16     Q      Okay.  Sorry, it was a weird way I phrased that

17   question, K.H.W.  Now, let's talk a little bit about this

18   Nebraska thing.  One of the things that you mentioned is that

19   you took a trip to Nebraska, or at least a trucking trip with

20   Michael McFadden --

21     A      Yes.

22     Q      -- correct?  You don't remember exactly all the

23   places you went, right?

24     A      No.

25     Q      And I --

INV_TRAN_00002756

```
 1        A    All I know is the halfway point was Telluride.

 2        Q    Okay.  So, you went to Telluride at one point on

 3   that --

 4        A    Yeah.

 5        Q    -- trip?  Okay.

 6        A    Like a lot of the time, I'm not sure.

 7        Q    And while you were on that trip, that's when,

 8   essentially, your parents came and got you, correct?

 9        A    Yes.

10        Q    Okay.

11        A    My -- Stacy W. ████████, Mike,

12   Mike John [phonetic] [Indiscernible], and another truck

13   driver [indiscernible].

14        Q    Okay.  They all came to get you, correct?

15        A    Yes.

16        Q    And they picked you up in Nebraska.  You remember

17   that, right?

18        A    Yes.

19        Q    And you remember that it was a long drive, correct?

20        A    Yes.

21        Q    And you know it was a long drive, because you rode

22   in the car all the way back, right?

23        A    Yes.

24        Q    And you rode back with your mom, Stacy W ████████?

25        A    It was actually a faster drive --
```

INV_TRAN_00002757

34

1      Q      Okay.

2      A      -- back.

3      Q      It was faster, because you were in a car rather

4   than a truck?

5      A      Yeah.

6      Q      Okay.  But, again, it was still a long drive,

7   right?

8      A      Yeah.

9      Q      It was about 10-hour drive, right?

10      A      Yes.

11      Q      And you drove back with your mom, Stacy?

12      A      Yes.

13      Q      And on the way back from that trip, your mom told

14   you about what people were saying Mike did, right?

15      A      Yes.

16      Q      She told you what the allegations were in this

17   case, correct?

18      A      Yes.

19      Q      And she started asking you questions about it,

20   right?

21      A      Yes.

22      Q      And she started asking questions about whether or

23   not Mike ever did anything to you, right?

24      A      Yeah.

25      Q      And she asked you a bunch of questions about that?

INV_TRAN_00002758

1     A     Yes.

2     Q     And in fact, you told her that Mike had not done

3  anything to you, correct?

4     A     Yes.

5     Q     You never told her that Mike ever stuck anything in

6  your butt, correct?

7     A     Yes.

8     Q     You never told her that he ever touched you before,

9  correct?

10     A     Yes.

11     Q     Now, you mentioned that you don't remember being in

12  counseling about the time that you talked to

13  Detective Ed Prescott.  But, you do recall that you have had

14  Therapists in the past, right?

15     A     Yes.

16     Q     And when you went to those Therapists, it was some

17  family counseling, right?  Or was it --

18     A     Sometimes, yes, and sometimes, just me.

19     Q     Okay.  So, sometimes, you were meeting with some of

20  your siblings at the same time --

21     A     Yes.

22     Q     -- right?  So, for example, sometimes, it was you

23  and S.L.W. meeting at the same time?

24          MR. WAITE:  Judge, I'm going to object.  I don't

25  see the relevance to this at all.

INV_TRAN_00002759

1          MR. BURRILL:  And Your Honor, I think that the

2    relevance is -- actually, may we approach really briefly?

3          THE COURT:  Yes.

4          (Proceedings at the bench)

5          MR. BURRILL:  And Your Honor, the relevance is, he

6    has testified that he doesn't recall being in counseling

7    prior to essentially making his disclosure to Ed Prescott.

8    But, we have evidence that he was actually in counseling the

9    day beforehand.

10         And that's when the first disclosure occurred.  The

11   nature of that disclosure was in a group setting.  It was not

12   him one on one on with his Therapist.  And then, the nature

13   of that disclosure, also, we contend, influenced S.L.W.'s

14   disclosure after that, because he was actually meeting, we

15   believe, with his sister at the time that that occurred.

16         That's why I'm asking these questions.  These are

17   questions that go towards, you know, whether or not this

18   disclosure was made on a one on one setting, whether or not

19   he was influencing other disclosure, whether or not someone

20   was influencing him in making the disclosure.  So, that's the

21   reason and relevance for the question.

22         THE COURT:  Has privilege been waived?

23         MR. WAITE:  No.  Privilege has never been waived.

24         MR. BURRILL:  I, I -- has privilege been waived?

25   The way that this has occurred, is after the counseling

INV_TRAN_00002760

1    appointment, Stacy W█████████ contacted Law Enforcement, and

2    disclosed that there had been a disclosure during this

3    counseling appointment.

4            Ed Prescott questioned K.H.W. about the, the

5    counseling appointment.  He told Detective Ed Prescott that

6    he disclosed during the counseling appointment.

7            So, in my opinion, it has clearly been waived by

8    the fact that he has disclosed exactly what was said during

9    the counseling appointment.  So, I don't even know how that

10   argument could be made that he has not waived that privilege.

11           MR. WAITE:  Well, I'm, I'm less worried about that,

12   Judge.  I'm more worried about the fact the questions

13   actually have been more general than that, about all the

14   counseling he has had beforehand, about when he was

15   counseling, about who he was counseling with.

16           I think that, I think that if they keep just

17   directly to the counseling that happened shortly before his

18   disclosure to Ed.  I understand that.

19           But, he has already said he doesn't remember doing

20   that.  And so, I think that these questions are, are designed

21   to get into more of his counseling, more of those issues.

22           And, and I -- you know, I'm -- I don't think he has

23   waived with respect to that.  I think he has waived with

24   respect to the disclosure he made in this particular case.

25           MR. BURRILL:  I'm not asking him specifics about

INV_TRAN_00002761

```
 1    what he has talked to his Therapist on in the past.  I'm
 2    asking whether or not other people were present when he has
 3    met with his Counselor in the past, which I think again, goes
 4    towards again, the quality of the nature of the disclosures
 5    in this case, and you know, whether or not they were tainted
 6    or contaminated with, with other people present for both
 7    himself and his sister.
 8            So, I'm, I'm not going to ask any questions that
 9    involve like in past therapy appointments, whether or not any
10    specifics about what he mentioned.  I'm just asking whether
11    or not in the past, other people have been present when he
12    has met with his Therapist.
13            THE COURT:  I, I think that you can ask about the
14    specific incident that you're talking about.  It sounds like
15    not only has he discussed it, but also, his mother has
16    discussed it, who would probably be the privilege holder,
17    since he is a minor.
18            So, both, she has, she has waived it to the extent
19    that she indicated that a disclosure had occurred.  And then,
20    K.H.W. has, as well.
21            So, I don't find that there's a privilege issue for
22    that particular appointment in the disclosure that is stated
23    to have been made based on the record made by Counsel.  With
24    respect to the objection on relevance, the objection is
25    overruled.  I certainly find that it is relevant.  Anything
```

INV_TRAN_00002762

39

1   else?

2            (Proceedings return to open court)

3            THE COURT:  The objection is overruled.

4   Mr. Burrill?

5            BY MR. BURRILL:

6       Q    So -- and K.H.W., my memory is not exactly right.

7   But, I, I think that the last question I had asked you, is

8   that in some of your therapy appointments, other people were

9   present and met with you and your Therapist?

10      A    Yeah, my mom and my little sister.

11      Q    Okay.  Thank you.  Another thing that I wanted to

12  ask you is again, you remember talking to

13  Detective Ed Prescott back in 2013, correct?

14      A    Yes, sir.  [Indiscernible].

15      Q    Isn't it true that you told Detective Prescott that

16  you first disclosed the day beforehand in your Therapist

17  appointment?  Do you remember that?

18      A    No, sir.

19      Q    Okay.  You don't recall making that statement?

20      A    No.

21      Q    Okay.  Now, when you got home from, when you got

22  home from Nebraska, there was a little bit of time before you

23  talked to Detective Ed Prescott, correct?  Is, is that

24  correct?

25      A    Yes, sir.

INV_TRAN_00002763

```
 1        Q    Okay.  And when -- would you estimate it was about

 2   two weeks?  Is that what you would say it was before you

 3   talked to Detective Ed Prescott?

 4        A    I think about two weeks or a month, one of the two.

 5        Q    Somewhere in that vicinity, right?  Is that

 6   correct?

 7        A    Yes, sir.

 8        Q    And while that was going on, people were talking

 9   about Michael McFadden's case, correct?

10        A    Yes.

11        Q    People were talking about the allegations from

12   I.S., right?

13        A    Yes.

14        Q    And you remember that, correct?

15        A    Yes.

16        Q    Your mom was talking about it?

17        A    I don't think she was talking about it.  She was

18   just really upset.

19        Q    Really upset.  And you could tell she was really

20   upset, right?

21        A    Yes.

22        Q    That was something that you knew, just from looking

23   at it, correct?

24        A    Yeah.

25        Q    And maybe some things she mentioned, as well?
```

INV_TRAN_00002764

1    A    Especially when she gets overstressed, and she goes

2    out.

3    Q    Okay.  And that was going on before you talked to

4    Ed Prescott, correct?

5    A    Yes.

6    Q    Okay.  Now, during your testimony today, you didn't

7    mention anything about seeing anything else that Mr. McFadden

8    did, correct?

9    A    Yes.

10    Q    You, you didn't mention anything about Mr. McFadden

11    touching any other children, correct?

12    A    Yes.

13    Q    In some past times, you have discussed this case,

14    you had talked about that though, correct?

15    A    Yes.

16    Q    In fact, when you talked to -- when you first

17    talked to your mom, you said that you had seen

18    Michael McFadden have sex with J.W., correct?

19    A    Yes.

20    Q    But, that's not what you told Detective Prescott,

21    was it?

22    A    No, sir.

23    Q    In fact, with Detective Prescott, you told him that

24    you didn't see anything directly, correct?

25    A    Yes, sir.

INV_TRAN_00002765

42

1      Q     You told him that you had seen essentially,

2  Mr. McFadden's hand move from outside -- from under a

3  blanket, correct?

4      A     Yes, sir.

5      Q     You never told Detective Prescott that you saw

6  Mr. McFadden have sex with J.W., correct?

7      A     Yes, sir.

8      Q     And again, there was a period of time that

9  separated your conversation with your mom and

10  Detective Ed Prescott, correct?

11      A     Yes, sir.

12      Q     Now, let's talk a little bit about this Nebraska

13  trip, or this trucking trip, I think we could probably call

14  it.  You would agree that J.W. was not on that trip with

15  you --

16      A     Yes --

17      Q     -- correct?

18      A     -- sir.  He was -- he came up for Christmas,

19  because they went somewhere.

20      Q     Okay.  But, he didn't go with you on the trucking

21  trip, right?

22      A     No, sir.  They weren't even [indiscernible].

23      Q     Again, you mentioned that it was you,

24  S███    W█████████ Jr., right?

25      A     Yes.

INV_TRAN_00002766

1    Q    And then, there was Lo.W., right?

2    A    Yes.

3    Q    And then, Mr. McFadden?

4    A    Yes.

5    Q    So, there was four total people on this trip,

6    right?

7    A    Yes, sir.

8    Q    And you knew, again, that, you know, J.W. wouldn't

9    be going with you, right?

10    A    Yeah.

11    Q    But, you still wanted to go on the trip, correct?

12    A    Yeah.

13    Q    And you wanted to go with Michael McFadden,

14    correct?

15    A    Yeah, because I like trucking [indiscernible].

16    Q    Okay.  You like trucking.  But, you did that, even

17    though he supposedly touched you in the past, correct?

18    A    Yes, sir.

19    Q    You never told your mom that you didn't want to go,

20    correct?  Is that correct?

21    A    Yes, sir.

22    Q    And you never told your mom about anything that has

23    happened in the past with Mr. McFadden?

24    A    Yes, sir.

25    Q    And you never mentioned any concerns to her before

INV_TRAN_00002767

44

1    you went on that trip?

2        A    Yes, sir.

3        Q    You don't think your mom would have forced you to

4    go --

5        A    No --

6        Q    -- would --

7        A    -- sir.

8        Q    -- she?  And you also mentioned that this -- I

9    guess there was an incident inside the truck, itself, right?

10        A    Yes, sir.

11        Q    And I think that you said it happened at night,

12    right?

13        A    Yes, sir.

14        Q    And I think that you mentioned that you were asleep

15    at the time?

16        A    Yes, sir.

17        Q    Okay.  So, when we talk about the sleep situation,

18    there were four of you sleeping in this truck --

19        A    Yes --

20        Q    -- right?

21        A    -- sir.

22        Q    And there is a sleeper compartment in this

23    [indiscernible]?

24        A    Yes, sir.

25        Q    Okay.  And the sleeper compartment has a bed in it,

INV_TRAN_00002768

1    right?

2         A    Yes, sir.

3         Q    Okay.  And the sleeper compartment is attached to

4    the rest of the truck, right?

5         A    Yes, sir.

6         Q    In fact, the way that you get into the sleeper

7    compartment is through the front seats, right?

8         A    Yes, sir.

9         Q    There's open pathway through there?

10        A    Yes, sir.

11        Q    Okay.  So, you're sleeping in the truck.  And there

12   are three people on the bed of the truck, correct?

13        A    No.

14        Q    No?

15        A    [Indiscernible].

16        Q    How many people were in the back?

17        A    There was two.  There was -- no, two, two -- My

18   little brother, Lo.W., he was on the other end --

19        Q    Okay.

20        A    -- [indiscernible].  My older brother, he was in

21   the front seat, like spread out on the two seats.  And then,

22   I was in the bed.

23        Q    Okay.  And then, Mr. McFadden was in the bed, too,

24   right?

25        A    Yes, sir.

INV_TRAN_00002769

1       Q    Okay.  So, the way that the sleeping arrangements

2    work too, is Lo.W., your brother, was at the back of the

3    cab --

4       A    Yes.

5       Q    -- correct?  Then, it was Mr. McFadden, correct?

6       A    Yes.

7       Q    And then, it was you closes to the front of the

8    cab --

9       A    Yes, sir.

10       Q    -- correct?  And you were sleeping with your head

11    facing the front of the cab?

12       A    Yes.

13       Q    Okay.  And your brother, S███ W█████ Jr. is --

14       A    Yes.

15       Q    -- in the front of the cab --

16       A    Yeah --

17       Q    -- sleeping?

18       A    -- he was out cold, snoring.

19       Q    Out cold, snoring, okay.  S█ W█████ Jr. was

20    19 years old at the time you took this trip, correct?

21       A    Yes, sir.

22       Q    So, he was an adult, right?

23       A    Yes, sir.

24       Q    Okay.  And again, you mentioned that you have a

25    good relationship with your brother --

INV_TRAN_00002770

47

```
1       A    Yes --

2       Q    -- right?

3       A    -- I do.

4       Q    And he is -- I guess he is -- he is a tough guy,

5    right?

6       A    Oh, yeah, he is.

7       Q    He is a very tough guy, right?  Okay.

8       A    He is a big boy.

9       Q    Okay.  So, you're in there.  And you say that

10   Michael McFadden essentially puts his, his junk or his, his

11   penis in your butt?

12      A    Yes, sir.

13      Q    Okay.  And you mentioned that you are asleep at the

14   time that that, that that happened --

15      A    Yes --

16      Q    -- right?

17      A    -- sir.

18      Q    You also mentioned, this is the only time he ever

19   allegedly did anything like this to you, right?

20      A    No, sir.

21      Q    Well, this is the first time he has ever stuck

22   anything --

23      A    Yes.

24      Q    -- in your butt, correct?  Okay.  So, you're asleep

25   when this happens -- or when it starts to happen, correct?
```

INV_TRAN_00002771

48

```
 1    Is that, is that accurate?

 2         A    Yes.

 3         Q    Okay.  And your clothes are on when you go to

 4    sleep, correct?

 5         A    Yes, sir.

 6         Q    Okay.  And your clothes are on throughout the

 7    incident, or off?

 8         A    They are like half-off.

 9         Q    Okay.  So, they are, they are like half-off.  So,

10    you're asleep, and you wake up when he stars pulling your --

11         A    No.

12         Q    -- clothes off, or, or --

13         A    I sleep like a rock.  So, I don't really wake up to

14    a lot of things.

15         Q    Okay.  So, you sleep through that.  His hands are

16    where?

17         A    Behind him.

18         Q    His hands are behind him?

19         A    Yes.

20         Q    Okay.  So, his hands aren't touching you at all?

21         A    [Indiscernible].

22         Q    Okay.  So, your testimony is the hands were not

23    touching you while this was going on?

24         A    Yes.

25         Q    Okay.  So, there's none of that.  And you wake up.
```

INV_TRAN_00002772

```
 1    And were his hands, I guess around your butt area at all, or
 2    no?
 3         A    Yes, and no.
 4         Q    Okay, yes and no, they were there.  But, you didn't
 5    wake up when he was touching that area?
 6         A    No.
 7         Q    Okay.  So, you wake up.  And where -- I'm sorry to
 8    be asking these questions.  I know these are tough.  When,
 9    when you wake up, is there something already in your butt?
10    Or what was -- how did that happen?
11         A    I woke up.  And then, he like jumped and moved.
12         Q    Okay.  He jumped and moved.  So, you don't actually
13    know whether or not something was in your butt?
14         A    No.
15         Q    Okay.  So, you admit.  You don't actually know
16    whether or not he did put anything in your butt?
17         A    No.
18         Q    Okay.  And again, you're right by your brother,
19    S█████ W█████████ Jr., right?
20         A    He is in the front, out cold snoring, like I said
21    before.
22         Q    Okay.  So, he is -- would you estimate that he is
23    was maybe 3 feet away from you, or how close would you say?
24         A    I think 4 --
25         Q    Within --
```

INV_TRAN_00002773

1     A     -- 5 --

2     Q     -- 4 --

3     A     -- feet.

4     Q     -- within 4 feet, right?

5     A     Yes.

6     Q     Okay.  And you don't, you don't say anything to

7  him, do you?

8     A     No.

9     Q     Okay.  And you don't --

10     A     It's hard to talk to even him about it.  And our

11  relationships is like really good.

12     Q     Okay.  So, you have a good relationship with him?

13     A     Yes.

14     Q     Okay.  But, you did not mention anything to him,

15  correct?

16     A     Yes.

17     Q     And then, the next morning, when you guys got up,

18  you didn't mention anything to him, right?

19     A     Yes.

20     Q     Now, you guys had access to a cellular telephone

21  when you were there, correct?

22     A     Yes.

23     Q     Okay.  And you never called your mom, did you?

24     A     She called -- she like called us every once in a

25  while.  But -- yeah, I talked to her on the trip.

INV_TRAN_00002774

51

```
 1        Q    Okay.  So, you actually specifically spoke to your

 2   mom during this trip, right?

 3        A    Yes.

 4        Q    And you didn't mention anything to her about

 5   concerns over anything that was going on with --

 6        A    No --

 7        Q    -- Mr. McFadden?

 8        A    -- sir.

 9        Q    Is -- I'm sorry, is that right?

10        A    Yes.

11        Q    You never mentioned that.

12        A    Okay.  I'm sorry, K.H.W.

13             MR. BURRILL:  If I can have just one second?

14             BY MR. BURRILL:

15        Q    All right, thank you, K.H.W.  Thank you for your

16   time.

17             THE COURT:  Anything else, Mr. Waite?

18                    REDIRECT EXAMINATION

19             BY MR. WAITE:

20        Q    All right, K.H.W., just a couple of things here.

21        A    Yeah.

22        Q    Mr. Burrill asked a number of questions that --

23   about whether or not you had told anybody.  And up to that

24   point you hadn't told anybody.

25        A    No, sir.
```

INV_TRAN_00002775

```
 1      Q    How come?

 2      A    I don't like to talk about this stuff.

 3      Q    Okay.  Not something you're comfortable talking

 4   about?

 5      A    No.

 6      Q    Okay.  Even to the folks that were the closest to

 7   you?

 8      A    Yes.

 9      Q    Okay.  Now, he also asked questions about that --

10   he said, people were talking about what Mr. McFadden had done

11   to some of the other kids.  When he says, people, who was

12   talking about that?

13      A    My mom, just -- that's it.

14      Q    Okay.  Just your mom?

15      A    My mom and, my mom and dad, that's just about it.

16      Q    Okay.

17      A    And Detective.

18      Q    Okay.  And were they talking specifics, or just

19   talking about the fact that this had happened to other kids?

20      A    They, they were wondering if it did or not.

21      Q    Okay.  So, they weren't, they weren't talking about

22   something as if it had happened.  They were talking about

23   something, wondering about whether it had happened?

24      A    Yeah.

25      Q    Okay.  Now, one -- yeah, one of the things I didn't
```

INV_TRAN_00002776

53

```
 1    ask you earlier was, had you seen anything happen to anyone

 2    else.  During the course of staying with Mike, it sounds like

 3    you saw something happen --

 4         A    Yeah, it was like his hand like jerked out from

 5    underneath the blanket.  I just left it alone.

 6         Q    Okay.

 7         A    I thought --

 8         Q    That was --

 9         A    -- he was just like moving his hand or something.

10         Q    That was with J.W.?

11         A    Yes, sir.

12         Q    Okay.  So, you hadn't actually seen him have sex

13    with J.W.?

14         A    No.

15         Q    And, and did you ever tell anybody that?

16         A    No.

17         Q    Okay.  You just saw him kind of move his hand out

18    from --

19         A    Yeah.

20         Q    -- under the blanket?  Okay.  And because it had

21    happened to you, did you kind of make the assumption that

22    maybe it was happening to J.W. too?

23              MR. BURRILL:  Objection, leading, and calls for

24    speculation.

25              MR. WAITE:  I will, I will withdraw, and rephrase
```

INV_TRAN_00002777

```
 1    that.
 2              THE WITNESS:  All right.
 3              BY MR. WAITE:
 4         Q    Why did you think something was happening at that
 5    point?
 6         A    Because it's -- I'm not -- I can't explain it
 7    exactly.
 8         Q    But, you had a suspicion?
 9         A    Yes, I had a suspicion.
10         Q    Okay.  Now, Mr. Burrill just asked you a bunch of
11    questions about being in the truck.  And it made it sound
12    maybe like you don't know for sure exactly what happened
13    in --
14         A    Yeah.
15         Q    -- in the truck?  Do you, do you remember what
16    happened in the truck?
17         A    No, but the next day it was kind of hard to sit
18    down.
19         Q    Okay.  But, you said earlier, that he put his junk
20    in your butt.
21         A    Yeah.
22         Q    Did that happen?
23         A    I can't explain it, but it kind of felt like it.
24         Q    Okay.  Kind of felt like it, in what fashion?
25         A    I can't explain it exactly.
```

INV_TRAN_00002778

55

1      Q      Okay.  But, do you remember it hurting?

2      A      Yes, sir.

3      Q      Okay.  You remember your clothes being halfway off?

4      A      Yes, sir.

5      Q      Do you remember kind of waking up, and him kind of

6   moving away from you at that --

7      A      Yes --

8      Q      -- point?

9      A      -- sir.

10     Q      Okay.  You weren't sure exactly where his hands

11  were?

12     A      No, sir.

13     Q      Okay.  And you didn't say anything to anybody about

14  that incident?

15     A      No, sir.

16     Q      Okay.  Up to that point, he had never done that to

17  you before?

18     A      No, sir.

19     Q      Right?  Up to that -- and you, you testified

20  earlier that he had touched you a number of times with his --

21     A      Yes.

22     Q      -- hand, on your, on your penis.  But, that this is

23  the first time that that had ever happened?

24     A      No, he just kind of like rubbed it on me.  But,

25  that's like it.

INV_TRAN_00002779

56

```
 1      Q    Okay.  So, there were times when he would rub it on

 2  you, but not necessarily put it in?

 3      A    Um-hmm.

 4      Q    Okay.  Is that right?  Say yes or no.

 5      A    Yes, sir.

 6      Q    Okay.  Thank you.  And about -- when, when it did

 7  hurt after this incident in the truck, do you remember about

 8  how long it hurt?

 9      A    About two, three days.

10      Q    So, it hurt for a while?

11      A    Yeah.

12      Q    Okay.  Was there anything else that he done to your

13  butt that would have made it hurt --

14      A    No.

15      Q    -- it hurt?

16           MR. WAITE:  Okay.  I don't have anything else.

17           THE COURT:  Mr. Burrill?

18           MR. BURRILL:  Thank you.

19                     RE-CROSS EXAMINATION

20           BY MR. BURRILL:

21      Q    And so, K.H.W., you mentioned that after this

22  happened, your butt hurt, correct?

23      A    Yes.

24      Q    And you mentioned that it hurt for about two or

25  three days after?
```

INV_TRAN_00002780

57

```
 1        A    Yes, sir.

 2        Q    Okay.  You, in fact -- you got a medical

 3   examination done after your conversation with

 4   Detective Ed Prescott, correct?

 5        A    Yes.

 6        Q    And that was close in time to the time that you

 7   talked to Detective Prescott --

 8        A    Yes.

 9        Q    -- correct?  And they checked out that area,

10   correct?

11        A    Yes.

12        Q    Okay.  You mentioned too, that you said that he,

13   Michael McFadden, kind of rubbed it on you in the past?

14        A    Yes.

15        Q    But, did not necessarily put it on you before --

16        A    Yes.

17        Q    -- correct?  Okay.  And you never told

18   Detective Ed Prescott that, did you, when you talked to him?

19        A    No, sir.

20        Q    Okay.  So, that's new information that we are just

21   learning today, correct?

22        A    Okay.

23        Q    Okay.

24             MR. BURRILL:  No further questions.

25             THE COURT:  Anything else, Mr. Waite?
```

INV_TRAN_00002781

58

1          MR. WAITE:  No, Judge.

2          THE COURT:  Any questions from the jury?  No.

3    Thank you, K.H.W.  You're finished.

4          THE WITNESS:  Okay.

5          MR. WAITE:  Judge, I would call Ed Prescott to the

6    stand.

7          THE COURT:  Um-hmm.  And could you all approach,

8    please?

9          (Proceedings at the bench)

10         THE COURT:  Really, I had you approach, because I

11   see K.H.W. sitting down in the audience.  I wanted to make

12   sure that that was -- he is not going to be recalled as a

13   witness.

14         MR. BURRILL:  We are not going to recall.  But,

15   [indiscernible].

16         MR. WAITE:  I'm not going to recall him either.

17   But, I'm not going to ask him to stay, either.  So, I will

18   make sure that he leaves here in just a moment.

19         THE COURT:  [Indiscernible] that's fine, either

20   way.

21         MR. BURRILL:  I think Stacy would have to leave, at

22   this point.

23         MR. WAITE:  Yeah.

24         MR. BURRILL:  Yeah, [indiscernible].

25         THE COURT:  All right.

INV_TRAN_00002782