**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL TRACY McFADDEN,

      Defendant.

_____

**NOTICE OF CONVENTIONAL FILING:**
**EXHIBIT A TO GOVERNMENT'S REPLY TO DEFENDANT'S OBJECTION TO**
**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO**
**FEDERAL RULES OF EVIDENCE 414, 404(b), AND 807 [ECF #88]**
_____

      The United States of America, by and through Andrea Surratt and Jeremy

Chaffin, Assistant United States Attorneys for the District of Colorado, hereby provides

a copy of Exhibit A to the Government's Reply to Defendant's Objection to

Government's Notice of Intent to Introduce Evidence Pursuant to Federal Rule of

Evidence 414, 404(b), and 807 [ECF #88], for delivery to chambers for review. The

Exhibit is contained on a USB drive and consists of a video recording of a January 16,

2013, interview of K.W.

      In order to protect K.W.'s privacy, the Government respectfully requests that

Exhibit A be filed under **Level 2 restriction** such that it is available only to the

Government, the defendant, and the court.

Dated: October 11, 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

*s/ Jeremy Chaffin*
JEREMY CHAFFIN
Assistant U.S. Attorney
U.S. Attorney's Office
205 North 4th Street, Suite 400
Grand Junction, CO 81501
Tel: (970) 257-7113
Fax: (970) 248-3630
E-mail: jeremy.chaffin@usdoj.gov

*s/ Andrea Surratt*
ANDREA SURRATT
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, #1800
Denver, Colorado 80101
Tel: (303) 454-0100
Fax: (303) 454-0400
E-mail: andrea.surratt@usdoj.gov

Attorneys for the Government

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of October, 2022, I electronically filed the foregoing **NOTICE OF CONVENTIONAL FILING: EXHIBIT A TO GOVERNMENT'S REPLY TO DEFENDANT'S OBJECTION TO GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 414, 404(b), AND 807 [ECF #88]** with the Clerk of the Court using the CM/ECF systemwhich will send notification of such filing to all parties of record.

<u>s/Portia Peter</u>
Legal Assistant
United States Attorney's Office 1801
California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100 Email:
Portia.peter@usdoj.gov