IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

     Plaintiff,

**v.**

**MICHAEL TRACY McFADDEN,**

     **Defendant.**

---

## REPLY MOTION TO SUPPRESS STATEMENTS

---

     Mr. McFadden by and through his attorney Sean M. McDermott, submits the herein reply to his Motion to Suppress Statements.

1.    Mr. McFadden is charged with two counts of crossing state lines with intent to engage in a sexual act with a minor under 12 years of age, and three counts of transportation of a person over state lines with the intent to engage in a sexual act that is a crime.

2.    Mr. McFadden pled sufficient facts to have a contested hearing regarding the admission or suppression of his statements.

3.    A statement must be voluntarily made.  U.S. CONST. AMENDS. V, *Mincey v. Arizona*, 437 U.S. 385 (1978). a defendant in a criminal case is deprived of due process of law if his conviction is founded, in whole or in part, upon an involuntary confession, without regard for the truth or falsity of the confession. *Jackson v. Denno*, 378 U.S. 368, 376, 84 S. Ct. 1774, 1780 (1964).

4.      The United States correctly cites that they bear the burden of proving by a preponderance of the evidence that Mr. McFadden's statements were voluntary. *United States v. Lopez,* 437 F. 3d 1059, 1063 (10th Cir. 2006)

Wherefore, Mr. McFadden respectfully requests that this Court conduct a hearing regarding the voluntariness of his statements, and then suppress the statements as involuntarily made.

Respectfully submitted,

<u>s/Sean M. McDermott</u>
   Sean M. McDermott
   McDermott Stuart & Ward LLP
   140 E. 19th Avenue, Suite 300
   Denver, CO 80203
   (303) 832-8888
   (303) 863-8888 (fax)
   Email: smcdermott@mswdenver.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
Sean McDermott