## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL TRACY McFADDEN,

    Defendant.

---

### GOVERNMENT'S STATEMENT ADDRESSING SPEEDY TRIAL CALCULATION

---

The United States of America, by and through Jeremy Chaffin and Andrea Surratt, Assistant United States Attorneys, hereby submits the following speedy trial calculation.[1]

| Date | Event | Days run in speedy trial calculation | Notes/citation |
|---|---|---|---|
| 5/22/19 | Initial appearance on indictment [ECF # 5] | n/a | 70-day clock starts on initial appearance in District; 18 U.S.C. § 3161(c)(1). |
| 5/22/19-6/13/19 | | 22 days | It is the Government's position that the time from 5/22/19-5/31/19 is excludable since the Government moved for detention on 5/22/19 [ECF #5] and the motion was granted after a hearing on 5/31/19. [ECF #12]. 18 U.S.C. § 3161(h)(1)(D).  Out |

---

[1] The Government has consulted with Mr. McDermott, who stated that he is still working through the speedy trial calculation and will be prepared to address it with the Court on Monday.

| | | | |
|---|---|---|---|
| | | | of an abundance of caution, after consulting with counsel for the defendant, and to maintain consistency with other speedy trial calculations in this case, the parties here do not exclude this time. |
| 6/14/19-6/16/19 | First defense EOJ motion pending [ECF #19] | n/a | Motion stops clock; 18 U.S.C. § 3161(h)(1)(D). |
| 6/16/19 | First EOJ motion granted, excluding time from 7/1/19 through 1/6/20 [ECF #20] | n/a | |
| 6/17/19-7/1/19 | | 15 days | |
| 11/4/19-11/6/19 | Second defense EOJ motion pending [ECF #28] | n/a | |
| 11/6/19 | Second defense EOJ motion granted, excluding time from 11/6/19 through 6/1/20 [ECF #29] | n/a | |
| 4/6/20-4/7/20 | Third defense EOJ motion pending [ECF #31] | n/a | |
| 4/7/20 | Third defense EOJ motion granted, excluding time between 4/7/20 and 11/2/20 [ECF #32] | n/a | |
| 9/8/20-9/9/20 | Fourth defense EOJ motion pending [ECF #37] | n/a | |
| 9/9/20 | Fourth defense EOJ motion granted, excluding time from 9/9/20 through 4/6/21 [ECF #38] | n/a | |
| 2/1/21-2/2/21 | Fifth defense EOJ motion pending [ECF #42] | n/a | |
| 2/2/21 | Fifth defense EOJ motion granted, excluding time from 4/5/21 through 7/26/21 [ECF #43] | n/a | |
| 5/26/21-5/27/21 | Sixth defense EOJ motion pending [ECF #47] | n/a | |

| 5/27/21 | Sixth defense EOJ motion granted, excluding 280 days from the speedy trial clock, starting from 7/26/21 [ECF #48] | n/a | Time excluded from 7/26/21 through 5/2/2022 |
|---|---|---|---|
| 12/22/21-12/30/21 | Seventh defense EOJ motion pending [ECF #51] | n/a | |
| 12/30/21 | Seventh defense EOJ motion granted in part and denied in part; no additional time excluded [ECF #54] | n/a | |
| 2/1/22-2/3/22 | Eighth defense EOJ motion pending [ECF #55] | n/a | |
| 2/3/22 | Eighth defense EOJ motion granted, excluding time from 5/2/22 through 11/7/22 [ECF #56] | n/a | |
| **Total days included in calculation** | **37** | | |
| **Total days remaining on 70-day clock** | **33** | | |

As calculated in the above chart, 37 days have run from the speedy trial clock, leaving 33 days remaining.  Time has already been excluded through November 7, 2022.  [ECF #56].  The 70-day clock therefore expires on December 10, 2022.


Respectfully submitted,

COLE FINEGAN
United States Attorney

s/ Jeremy Chaffin
JEREMY CHAFFIN
Assistant U.S. Attorney
U.S. Attorney's Office
205 North 4th Street, Suite 400
Grand Junction, CO 81501
Tel: (970) 257-7113
E-mail: jeremy.chaffin@usdoj.gov

s/ Andrea Surratt
ANDREA SURRATT
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Tel: (303) 454-0124
E-mail: andrea.surratt@usdoj.gov

Attorneys for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Defense Attorney:**
Sean M. McDermott

**Email Address:**
smcdermott@mswdenver.com