IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

      Plaintiff,

**v.**

**MICHAEL TRACY McFADDEN,**

      **Defendant.**

---

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE EXHIBIT LIST

---

Mr. McFadden by and through his attorney Sean M. McDermott, moves this Honorable Court for a six-day extension of time to file his exhibit list. As grounds thereof, Mr. McFadden states the following:

<u>Conferral</u>

1.    The parties have conferred by email. The United States does not object to the requested relief.

<u>Reasons for the Requested Relief</u>

2.    The defense has been working to compile exhibits that are both included and not included in discovery and other preparations for this case.

3.    The exhibits and other preparation are not complete.

4.    The defense is currently asking that it be given until the day prior to the presently scheduled pre-trial conference to submit its Exhibit List. This means that the defense is asking to have through October 24, 2022, to submit its exhibit list.

5.      This extension will not prejudice the prosecution or inconvenience the Court.

WHEREFORE, Mr. McFadden respectfully requests that this Court give Mr. McFadden

through October 24, 2022, to submit his Exhibit List.

Respectfully submitted,

s/Sean M. McDermott
   Sean M. McDermott
   McDermott Stuart & Ward LLP
   140 E. 19th Avenue, Suite 300
   Denver, CO 80203
   (303) 832-8888
   (303) 863-8888 (fax)
   Email: smcdermott@mswdenver.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 18th day of October 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
    Sean McDermott