IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

    **Defendant.**

---

### AFFIDAVIT OF SEAN McDERMOTT

---

Sean McDermott, being sworn states:

1. I am the attorney for Michael McFadden.

2. On February 3, 2022, the Court issued an order found at Doc. No. 56. This order set trial in this matter, for November 7, 2022, at 8:30 a.m. The order indicates that the trial will be held at Courtroom A 602 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello.

3. While preparing this affidavit, undersigned has reviewed past email correspondence, pleadings in other cases, and his calendar. The following facts are based on this review and on undersigned's memory.

4. According to undersigned's review of emails, on Friday February 4, 2022, an email exchange occurred regarding the Court's Order found at Doc. No. 56. The subject of the email thread is the length of the trial and the location. The first email was initiated by Assistant United States Attorney Jeremy Chaffin at 1:09 p.m. The Honorable Court's chambers responded to Mr. Chaffin's email, at night this same calendar day. In a polite email, Mr. Chaffin, responded to chambers on Saturday, February 5, 2022, at 9:13 a.m. Counsel did not respond to this email exchange. As a matter of fact, undersigned counsel did not see this email exchange or thread until a much later date.

5. Undersigned Counsel does not know why he did not see these emails. Counsel knows that an out-of-office meeting was cancelled on February 4,

Exhibit A

2022, and that he attended a birthday dinner that evening. Over the weekend there were family commitments.

6. Undersigned counsel did not see the February 4, 2022, email thread that concluded on February 5, 2022, until after the Court issued the Court's order denying Mr. McFadden's Motion to Continue. Doc. No. 56. This was on October 13, 2022. The Court's order caught undersigned's attention. As a result undersigned, searched his computer for the referenced email.

7. Counsel read the Prosecution's Response to Mr. McFadden's Motion to Continue the trial, which was filed on October 12, 2022, after the Court denied Mr. McFadden's Motion to Continue. This pleading filed by the United States, mentions the February 4, 2022, email by the Court's chambers. See Doc. No. 94.

8. On September 23, 2022, at 2:50 p.m. Assistant United States Attorney Jeremy Chaffin sent an email to the Court's Chambers regarding the location of upcoming hearings and the trial. Undersigned was copied on the email and so was Assistant United States Attorney Andrea Surrat.

9. On Monday, September 26, 2022, the Court's chambers responded to this email at 10:20 a.m.

10. In response to that email undersigned sent an email at 10:33 a.m. Undersigned wrote in relevant part:

> Thank you for the clarification. I took the Court's order to mean that the trial was being heard in Denver. For a lot of reasons that is Mr. McFadden's and my preference. I am happy to address this in more detail or in a pleading. In the interest of a prompt response, I want to let you know our position as quickly as possible, so I am sending this email.

11. At 11:46 a.m., the Court's Chambers sent another email. The Court's Chambers responded in relevant part:

> Yes, if you would let me know as soon as possible that you all plan on having the trial in Denver I will make a note on the Calendar that it is being held in Denver and then we don't need to make any changes down the line. That would be a great help.

12. Undersigned counsel did not immediately see the email sent by Chambers at 11:46 a.m., on September 26, 2022, or the emails that followed it. Undersigned, had a meeting with a Spanish interpreter at the Federal Detention Center to see a client at 1:00 p.m. Undersigned

Exhibit A

believes that he did not immediately see the above referenced emails, because he left his desk to eat lunch at the Great Harvest Bread Company, on his way to the Federal Detention Center. Undersigned did not return to this email thread on September 26, 2022.

13. On October 10, 2022, as part of the case preparation, undersigned reviewed the Court's Orders in this case and all emails sent between the parties and the Court's Chambers. When undersigned did this, undersigned saw the September 26th emails between the Court's Chambers and the parties. Undersigned had not previously read these emails. These emails discuss the location of the trial. A September 26, 11:57 a.m. email sent by Mr. Chaffin states that the United States believes that the trial should be held in Grand Junction. At 3:48 p.m. on September 26, the Court's Chambers sent an email letting counsel know that if undersigned wanted to have the trial in Denver, undersigned should file a Motion so that this could be addressed at the (October 17th) hearing.

14. On October 10, 2022, after reading these September 26th emails, undersigned conferred with the United States by stating the following:
    I went back and reviewed the orders and the email thread from Judge Arguello's clerk. Irrespective of where the trial is held, with the timing of the Motions Hearing and the trial, the logistics of this November date is difficult, and I was considering filing a Motion to Continue the Trial.
    Additionally, I relied on the Court's order stating the trial would be in Denver. For reasons that I cannot get into, I cannot go to Grand Junction in November, but I can go after November. I am going to file a Motion to Continue based primarily on these facts. I don't know what the schedule is in Grand Junction, but I was considering asking for 60 to 90 days to be excluded, so that we can get our respective witnesses in place and under subpoena. Can you please give me your position?

15. The United States gave their position. In an email exchange, after undersigned registered his displeasure with the trial location seemingly being changed via email, Mr. Chaffin stated that we knew that the case could get moved back to Grand Junction. Since undersigned had not read the email chain from February 4 through 5, this was out of context, and this did not register with undersigned.

16. Due to a hearing that Mr. Chaffin had, the parties could not confer further on October 10, 2022. The parties conferred further on October 11, 2022, and then undersigned filed a Motion to Continue. Docket No. 94.

Exhibit A

17. Part of the October 10 preparation that undersigned was doing, was determining trial subpoenas and pre-trial interviews.

18. When initiating scheduling matters with the Court, it is undersigned's practice to contact opposing counsel, and to let opposing counsel know that he wants to address a scheduling matter. Undersigned prefers to then have the parties contact the Court or write a Motion. Undersigned follows this practice as a courtesy, to improve communication, and because he knows that he can get off track with email interruptions.

19. As a result of the experience of not seeing the above-referenced emails in a timely manner, undersigned is now adopting a practice of reviewing emails at the end of the week, to make sure that he has not missed anything.

Exhibit A

The affiant swears that the above is true.

_____
Sean McDermott

STATE OF     Colorado)

                        ) ss.

COUNTY OF    Denver)

The forgoing Affidavit acknowledged before me this 18th day October 2022

My commission Expires: August 8, 2023

Witness my hand and official seal.

KINDRA RODRIGUEZ
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194030263
MY COMMISSION EXPIRES AUG 8, 2023

_____
Notary Public

Exhibit A