IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

    **Defendant.**
_____

**REPLY TO RESPONSE OF DEFENDANT MICHAEL TRACY MCFADDEN'S MOTION TO CONTINUE TRIAL PURSUANT TO 18 U.S.C. §3161(h)(7)(A)**
_____

COMES NOW, Mr. McFadden by and through his attorney Sean M. McDermott, and moves this Honorable Court to continue the scheduled trial date currently set for, November 7, 2022, and to exclude time from the Speedy Trial Act (18 U.S.C. §3161Without knowing what the Court's availability is, the defense is asking for 60 days to be excluded from the speedy trial clock. As further grounds thereof, Mr. McFadden states the following:

    1.    The Government points to counsel's failure to file a Change of Venue Motion in its Response to the Motion to Continue. Respectfully, on Friday February 4, 2022, and the other emails initiated by the United States did not CMA Crim. Practice Standard 1.2 and confer with counsel prior to contacting chambers.

    2.    While undersigned counsel has taken responsibility for his portion of the miscommunication and other things that are contained in his Exhibit A and B, counsel should not have to scour emails to guess where any trial is supposed to be held,

especially one of this magnitude. Counsel is not attempting to assign blame to anyone. Counsel will endeavor to make sure a miscommunication does not occur in the future, but Mr. McFadden should not have his Constitutional rights violated, because in part, lawyers didn't follow this court's protocol regarding scheduling. It will be tragic, if Mr. McFadden does not receive a fair trial because in part of missed emails.

3. Furthermore, counsel has not received updated criminal histories of the witnesses. He knows that at least one of the witnesses that the Government may call is in custody on what appear to be three felony cases.

4. The bottom line is that this case has been pending during an unprecedented time, that being the COVID-19 pandemic. Courtrooms were inoperable, visitation with clients were suspended, and the location of this case was less than clear.

5. Counsel just wants this case to be tried correctly. Counsel has requested a modest extension of 60 days. Counsel is mindful that may be unsettling, given the lengthy history of the case, but under the circumstances, it is a better alternative than risking a retrial.

6. Counsel has entertained the idea of asking for less than 60 days to be excluded, but out of an abundance of caution, 60 days is being requested.

WHEREFORE, Mr. McFadden respectfully requests that this Court issue an Order to continue the trial date, exclude 60 days from the speedy trial calculation, and re-setting the trial.

Respectfully submitted,

s/Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Suite 300
Denver, CO 80203
(303) 832-8888
(303) 863-8888 (fax)
Email: smcdermott@mswdenver.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of October 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

      s/ Sean McDermott
         Sean McDermott