IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL TRACY McFADDEN,

    Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 111**
---

    The United States of America, by and through United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, respectfully moves to restrict document, any order revealing the contents of that document. The basis for this request is that the Motion for Writ contains a victim's name and other personally identifying information. The United States requests a "Level 2" Restriction which would make the document and attachment, any order revealing the contents of that document, "Viewable by Selected Parties & Court" only.

//

//

//

//

1

Respectfully submitted this 21st day of October 2022.

                                RESPECTFULLY SUBMITTED,

                                COLE FINEGAN
                                UNITED STATES ATTORNEY

By:   *s/ Jeremy Chaffin*
        JEREMY CHAFFIN
        Assistant U.S. Attorney
        United States Attorney's Office
        205 N. 4th Street, Suite 400
        Grand Junction, Colorado 81501
        Telephone: (970) 257-7113
        FAX: (970) 248-3630
        E-mail: jeremy.chaffin@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2022, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 111** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Cosandra Foster*
Cosandra Foster
Paralegal Specialist
U.S. Attorney's Office