# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

Plaintiff

v.

**MICHAEL TRACY MCFADDEN,**

**Defendant.**

_____

## NOTICE OF APPEARANCE OF COUNSEL
_____

Benjamin R. LaBranche hereby enters his appearance as court appointed CJA co-counsel

for the defendant, Michael Tracy McFadden, in the above-captioned case.

Dated: October 25, 2022

Respectfully Submitted:

*/s/Benjamin R. LaBranche*
Benjamin R. LaBranche
1544 Race St.
Denver, CO 80206
Phone: 225-927-5495
ben@brllawyer.com

*Attorney for Michael Tracy McFadden.*

**<u>Certificate of Service</u>**

I certify that on October 25, 2022, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*<u>/s/Benjamin R. LaBranche</u>*
Benjamin R. LaBranche