IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

      **Defendant.**

---

### MOTION IN SUPPORT OF LEVEL THREE RESTRICTION FOR DOC. NO. 105

---

      Mr. McFadden by and through his attorney Sean M. McDermott, moves this Court for a level three restriction of Doc. No. 105.

      1.     Doc. No. 105 is an affidavit filed in Support of a Motion to Continue that was filed in Doc. 104.

      2.     The affidavit contains information that touches on private matter including HIPPA protected or medical information.

      3.     The Motion discusses the medical condition of someone under the age of 18 years old. The person is identifiable by the reader and should not be identified to other parties or the public.

      4.     Undersigned Counsel respectfully requests that this document receive a level three restriction, so that it is only viewable by the filing party and the Court.

Wherefore, Mr. McFadden's counsel respectfully requests that Doc. No. 105 receive a level three restriction so that it is only viewable by the filing party and the Court.

Date: October 25, 2022

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
  Email: smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
    Sean McDermott