IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

     **Defendant.**

---

### UNOPPOSED MOTION FOR A TWO-DAY EXTENSION OF TIME TO SUBMIT EXHIBITS

---

     Mr. McFadden by and through his attorney Sean M. McDermott, moves this Honorable Court for a two-day extension of time to submit his exhibits. As grounds, Mr. McFadden states:

<u>Conferral</u>

1.    The parties conferred by email. The United States does not oppose the requested relief.

<u>Reasons for the Requested Relief</u>

2.    The paralegal for Mr. McFadden and for his attorney's other cases was ill and unable to perform work the entire week of October 24, 2022.

3.  She is the person who has been working the exhibits that the defense will tender.

4.  This has impacted the ability for counsel to meet the deadline that the Court set for the submission of exhibits.

5.  At the time of the pre-trial conference, counsel did not know that the staff person would

be ill for the entire week of October 24, 2022. Otherwise, he would have asked for more time.

6.      Good cause exists for this two-day extension of time.

WHEREFORE, Mr. McFadden respectfully requests that this Court give Mr. McFadden

through November 2, 2022, to tender exhibits in this matter.


Respectfully submitted,

s/Sean M. McDermott
   Sean M. McDermott
   McDermott Stuart & Ward LLP
   140 E. 19th Avenue, Suite 300
   Denver, CO 80203
   (303) 832-8888
   (303) 863-8888 (fax)
   Email: smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
   Sean McDermott