IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

　　　**Defendant.**

---

**MOTION IN SUPPORT OF LEVEL THREE RESTRICTION FOR DOC. NO. 132**

---

　　　Mr. McFadden by and through his attorney Sean M. McDermott, moves this Court for a level three restriction of Doc. No. 132.

　　　1.　Doc. No. 132 is an ex parte witness list.

　　　2.　At the trial preparation conference on October 25, 2022, the Court gave the Defendant through November 2, 2022, to file an ex parte witness list.

　　　3.　Doc. 132 is the ex parte witness list.

　　　4.　In addition to the ex parte nature of the pleading, the pleading contains identifying information that is subject to the Protective order in this case found at Docket Number 22.

　　　5.　Undersigned Counsel respectfully requests that this document receive a level three restriction, so that it is only viewable by the filing party and the Court.

Wherefore, Mr. McFadden's counsel respectfully requests that Doc. No. 132 receive a level three restriction so that it is only viewable by the filing party and the Court.

Date: November 2, 2022

Respectfully submitted,

s/Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Suite 300
Denver, CO 80203
(303) 832-8888
(303) 863-8888 (fax)
Email: smcdermott@mswdenver.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
  Sean McDermott