IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL TRACY McFADDEN,

  Defendant.

---

**ORDER TO RESTRICT DOCUMENT NO. 132**

---

This matter is before the Court on the Defendant's Motion to Restrict Document. Upon consideration and for good cause shown,

IT IS ORDERED that said Document, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that said Document, as well as any order revealing the contents of that document, are hereby at a "Level 3 Restriction" and will be "Viewable by the filing Party & Court" only.

IT IS SO ORDERED on this _____ day of October 2022.

                                           BY THE COURT:

                                           THE HON. CHRISTINE M. ARGUELLO
                                           UNITED STATES DISTRICT COURT JUDGE
                                           DISTRICT OF COLORADO