IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL TRACY McFADDEN,

    Defendant.

_____

**DEFENDANT MICHAEL TRACY MCFADDEN'S MOTION TO RESET TRIAL DATE WITHIN SPEEDY TRIAL TO SECURE WITNESSES**
_____

COMES NOW, Mr. McFadden by and through his attorney Sean M. McDermott, and moves this Honorable Court to reschedule the trial date currently set for, November 7, 2022. As grounds, Mr. McFadden states the following:

1. At the October 17, 2022. Motions Hearing the Court affirmed that the trial in this matter will be held in Grand Junction. (Docket No. 102).

2. This affirmation came after counsel filed a Motion to Continue, Docket Number 94 in which the location of the trial was questioned. This Honorable Court denied that Motion to Continue (Docket No. 99). Following a discussion at the October 17, 2022, hearing Mr. McFadden's counsel filed another Motion to Continue, Docket Number 104, which was also denied on October 19, 2022 (Docket No. 108).

3. Mr. McFadden has attempted to secure witnesses for this matter. He has secured some witnesses, but some have not yet been secured. Currently, Mr. McFadden is attempting to subpoena witnesses for the second week of trial.

4. Returns of service for executed and unexecuted subpoenas were received on October 31, 2022. (Doc. Nos. 128 and 129).

5. There are a lot of impeachment witnesses and eye and ear witnesses that have not yet been secured for trial. Many of these witnesses will be necessary to rebut any Federal Rule of Evidence 414 evidence that may be admitted.

6. Mr. McFadden is not asking for an ends of justice continuance. He is asking that he be given more time so that he can secure the witnesses necessary for his defense.

7. Related to this, accommodations for witnesses are limited since downtown hotels are sold out because of the Colorado Government Finance Officers Association convention, which begins November 15, 2022 and runs through November 18, 2022.

8. The United States has currently calculated the Speedy Trial Deadline as December 10, 2022, and the defense has stated that it is December 11, 2022.

9. Good cause exists for a short continuance within speedy trial.

10. Mr. McFadden submits this, so that his counsel may apprise the court of his trial status before or contemporaneous to the scheduled November 3, 2022, hearing scheduled for 10:00 a.m.

WHEREFORE, Mr. McFadden respectfully requests that this Court issue an Order to re-set the trial, so that he can get the witnesses that he need to court.

Respectfully submitted,

<u>s/Sean M. McDermott</u>
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Suite 300
Denver, CO 80203
(303) 832-8888
(303) 863-8888 (fax)
Email: smcdermott@mswdenver.com

Benjamin R. LaBranche
1544 Race St.
Denver, CO 80206
Phone: 225-927-5495
ben@brllawyer.com

*Attorneys for Michael Tracy McFadden*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of November 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

      s/ Sean McDermott
         Sean McDermott