IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA

Date: 11-10-22

Time: 4:20 pm

## NOTE TO COURT

_____ We the jury have a verdict.

__X__ We the jury have a question.

Does Count 5 relate solely to an Arizona trip?

## ANSWER FROM THE COURT

Yes.

PLEASE KEEP AS PART OF THE RECORD

Court Exhibit __1__