IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA

Date: 11/14/2022

Time: ~~10:05 AM~~ 9:05 AM TR

## NOTE TO COURT

__✓__  We the jury have a verdict.

_____  We the jury have a question.

_____

_____

_____

_____

### ANSWER FROM THE COURT

_____

_____

_____

_____

PLEASE KEEP AS PART OF THE RECORD

Court Exhibit __2__