**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL TRACY MCFADDEN,

        Defendant.

---

## VERDICT FORM

---

### COUNT 1

We, the jury, upon our oaths, unanimously find Mr. McFadden, in Count 1 of the Indictment, charging Mr. McFadden with **Crossing State Lines with the Intent to Engage in a Sexual Act with a Minor Under 12 Years Old**, related to K.W.:

_____ Not Guilty             __✓__ Guilty

### COUNT 2

We, the jury, upon our oaths, unanimously find Mr. McFadden, in Count 2 of the Indictment, charging Mr. McFadden with **Transportation of a Minor with Intent to Engage in Sexual Activity**, related to K.W.:

_____ Not Guilty             __✓__ Guilty

## COUNT 3

We, the jury, upon our oaths, unanimously find Mr. McFadden, in Count 3 of the Indictment, charging Mr. McFadden with **Crossing State Lines with the Intent to Engage in a Sexual Act with a Minor Under 12 Years Old**, related to J.W.:

_____ Not Guilty          _✓_ Guilty

## COUNT 4

We, the jury, upon our oaths, unanimously find Mr. McFadden, in Count 4 of the Indictment, charging Mr. McFadden with **Transportation of a Minor with Intent to Engage in Sexual Activity**, related to J.W.:

_____ Not Guilty          _✓_ Guilty

## COUNT 5

We, the jury, upon our oaths, unanimously find Mr. McFadden, in Count 5 of the Indictment, charging Mr. McFadden with **Transportation of a Minor with Intent to Engage in Sexual Activity**, related to J.W.:

_____ Not Guilty          _✓_ Guilty

11/14/2022
DATE

[REDACTED]
FOREPERSON

2