1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLORADO

3    Criminal Action No. 19-cr-00243-CMA-GPG-1

4

5     UNITED STATES OF AMERICA,

6           Plaintiff,

7           vs.

8     MICHAEL TRACY MCFADDEN,

9           Defendant.

10   ------------------------------------------------------------

11                PARTIAL REPORTER'S TRANSCRIPT
                  Jury Trial - Testimony of J.W.
12
     ------------------------------------------------------------
13
                 Proceedings before the HONORABLE CHRISTINE M.
14   ARGUELLO, Senior Judge, United States District Court for the
     District of Colorado, commencing on the 8th day of
15   November, 2022, in United States Courthouse, Grand Junction,
     Colorado.
16
                           APPEARANCES
17
     For the Plaintiff:
18   JEREMY L. CHAFFIN, U.S. Attorney's Office, 205 North 4th St.,
     Ste. 400, Grand Junction, CO 81501
19
     ANDREA L. SURRATT, U.S. Attorney's Office, 1801 California
20   St., Ste. 1600, Denver, CO 80202

21   For the Defendant:
     SEAN M. MCDERMOTT, McDermott Stuart & Ward, LLP, 140 East 19th
22   Ave., Ste. 300, Denver, CO 80203

23   BEN LABRANCHE, Benjamin R. LaBranche PLLC, 1544 Race St.,
     Denver, CO 80206
24

25      Sarah K. Mitchell, RPR, CRR, 901 19th Street, Room A252,
              Denver, CO 80294, 303-335-2108
          Proceedings reported by mechanical stenography;
              transcription produced via computer.

19-cr-00243-CMA-GPG-1   Testimony of J.W.          11/08/2022   2

1                              I N D E X

2

        GOVERNMENT'S WITNESS                                   PAGE
3
        J.W.
4          Direct Examination By Mr. Chaffin                      3
           Cross-Examination By Mr. McDermott                    65
5          Redirect Examination By Mr. Chaffin                   85

6

7

                          GOVERNMENT'S
8                         EXHIBITS                    RECEIVED

9                         1                               7

10                        2-1 - 2-9                      27

11                        3-1 - 3-5                      15

12                        4-1 - 4-4                      19

13                        8-1                             9

14                        8-2                            10

15                        8-3                            12

16

17

18

19

20

21

22

23

24

25

                        Sarah K. Mitchell, RPR, CRR

1              *        *        *        *        *

2          (This portion of proceedings commenced at 9:32 a.m.)

3          THE COURT:  All right.  The Government may call its

4    first witness.

5          MR. CHAFFIN:  Thank you, Your Honor.  The Government

6    calls J.W. to the stand, if we can have just a moment to set

7    up.

8          THE COURT:  Ms. Myhaver, will you please administer

9    the oath.

10         THE COURTROOM DEPUTY:  Please stand and raise your

11   right hand.

12                              J.W.

13   was called as a witness and, having been duly sworn, was

14   examined and testified as follows:

15         THE COURTROOM DEPUTY:  Please be seated.  And then

16   please state your name and spell your first and last name for

17   the record.

18         THE WITNESS:  J.W., and J///////////, W///////////.

19         THE COURT:  Mr. Chaffin, you may proceed.

20         MR. CHAFFIN:  Thank you, Your Honor.

21                      DIRECT EXAMINATION

22   BY MR. CHAFFIN:

23   Q.  Good morning, J.W.  Can you tell the jury how old you are?

24   A.  I am 23 years old.

25   Q.  When is your birthday?

1    A.  Or 22, sorry.  I just turned 22.

2    Q.  When is your birthday?

3    A.  October 25th.

4    Q.  What year?

5    A.  Can I lower this?

6    Q.  Sure.

7    A.  Now I can see you.

8    Q.  Is that a little better?

9    A.  Yeah.

10   Q.  What year were you born?

11   A.  2000.

12   Q.  Where do you live?

13   A.  In Grand Junction.

14   Q.  How long have you lived in Colorado?

15   A.  Basically my whole life.

16   Q.  What do you do for work?

17   A.  I'm an Uber driver right now.

18   Q.  Can you tell the jury your mom's name?

19   A.  My mom's name is Michelle.

20   Q.  What's her last name?

21   A.  R//////.

22   Q.  How about your dad?

23   A.  My dad is Thomas W//////.  He goes by Mike.

24   Q.  Has your dad been in your life a significant portion of

25   growing up?

1   A.   No, he was not.

2   Q.   Why was that?

3   A.   He was always either in jail or not around, going around

4   to other of his friends' houses.  Even though he has kids, he

5   wouldn't really stop by or visit us much.  So he was either

6   always in jail or somewhere not to be known.

7   Q.   Did that upset you if he wasn't around?

8   A.   Kind of.

9   Q.   How about brothers and sisters, do you have any brothers

10   or sisters?

11   A.   Yes, I do.

12   Q.   What are their names?

13   A.   I have a brother.  His name is L.W.  And I have two

14   sisters named K.Wr. and B.W., and I also have some half

15   siblings on my dad's side.

16   Q.   How about L.Wr., how old is L.Wr.?

17   A.   L.Wr. right now is 18.

18   Q.   And you said B.W., how old is she?

19   A.   B.W. is 16 now.

20   Q.   K.Wr.?

21   A.   I think K.Wr. is 26.

22   Q.   And their mom, same mom as you?

23   A.   Yes.

24   Q.   Okay.  Do you know a person named Michael McFadden?

25   A.   Yes, I do.

1   Q.  Do you see him here in the courtroom today?

2   A.  Yeah.

3   Q.  Would you point him out and describe an article of

4   clothing he's wearing?

5   A.  Yeah, he's wearing like a tuxedo suit with a blue

6   undershirt.

7   Q.  Hair, no hair?

8   A.  He's balding.

9   Q.  But he has hair?

10  A.  A little bit, yeah.

11          MR. CHAFFIN:  Your Honor, I ask that the record

12  reflect the witness has identified the defendant.

13          THE COURT:  It will so reflect.

14  Q.  (By MR. CHAFFIN) J.W., there should be a binder in front

15  of you there.

16  A.  Yes.

17  Q.  Can you take a look at Government's Exhibit Number 1 for

18  me.

19  A.  Exhibit 1?

20  Q.  Yeah.

21  A.  Not 21?

22          MR. CHAFFIN:  Can I approach, Your Honor?

23  Q.  (By MR. CHAFFIN) It's on the chair right next to you, J.W.

24  Sorry about that.

25  A.  I see Exhibit 1 now.

1    Q.   What is that?

2    A.   This is a picture of Mike.

3    Q.   Is that Mr. McFadden?

4    A.   Yes, Michael McFadden.

5    Q.   Does that picture depict Mr. McFadden as you remember him

6    kind of growing up?

7    A.   Yes.

8    Q.   Does that fairly and accurately depict him during the time

9    that you spent time with him?

10   A.   Yes.

11          MR. CHAFFIN:  Your Honor, I move to admit

12   Government's Exhibit 1.

13          THE COURT:  Any objection?

14          MR. MCDERMOTT:  No objection, Your Honor.

15          THE COURT:  Exhibit 1 will be admitted.  You may

16   publish.

17      (Government's Exhibit 1 received.)

18   Q.   (By MR. CHAFFIN) J.W., when we talked before -- do you see

19   the earring in Mr. McFadden's ear?

20   A.   In the picture?

21   Q.   Yes.

22   A.   Yes.

23   Q.   When we talked before you mentioned that you also had an

24   earring; is that right?

25   A.   Yeah, the exact same spike earring on my left ear.

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.            11/08/2022    8

1    Q.  Why did you get an earring like that?

2    A.  It was to look like him more.

3    Q.  Was that you -- was that your decision or somebody else's?

4    A.  Yeah, that was my decision.

5    Q.  What was your --

6            MR. CHAFFIN:  We can take Government's Exhibit 1

7    down.  Thank you.

8    Q.  (By MR. CHAFFIN) What was your relationship with

9    Mr. McFadden?

10   A.  He was like a -- almost like a dad to me.  He took care of

11   me and watched over me.

12   Q.  Was he related to you?

13   A.  He was my cousin's mom's uncle, so like my great uncle,

14   you could say.  So yes.

15   Q.  Okay.  J.W., can you take a look at Government's

16   Exhibit 8, and there's a few of them, so let's start with 8-1.

17   Have you taken a look at that?

18   A.  Yes.

19   Q.  What is that?

20   A.  This is a picture of me.

21   Q.  And how old are you in that photo?

22   A.  About like eight years old.

23   Q.  Is that around the time that you started spending time

24   with Mr. McFadden?

25   A.  Yes.

                    Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    9

1   Q.  Does that fairly and accurately depict you as an

2   8-year-old?

3   A.  Yes.

4         MR. CHAFFIN:  Your Honor, I move to admit

5   Government's Exhibit 8-1.

6         THE COURT:  Any objection?

7         MR. MCDERMOTT:  No objection to 8-1, Your Honor.

8         THE COURT:  8-1 is admitted.  You may publish.

9     (Government's Exhibit 8-1 received.)

10  Q.  (By MR. CHAFFIN) Can you just explain to the jury what

11  you're wearing in this photo?

12  A.  I'm wearing a flower collared shirt, short shorts that go

13  above my knees, and some sunglasses, prescription that shade

14  when you're in the sun.

15  Q.  Where did those clothes come from?

16  A.  Those clothes came from Mike.

17  Q.  Did he buy them for you?

18  A.  I can't remember if he bought them for me, but I know they

19  came from him because those are the type of clothes and

20  glasses he would like to wear.

21  Q.  Did you want to wear clothes like that when you were

22  eight?

23  A.  Yeah.

24  Q.  What about the glasses?  How did you get those?

25  A.  So they were prescription glasses.  I went and did an eye

 1   test.  I needed some glasses, and I picked those especially

 2   because Mike had the same exact glasses.  And I really when I

 3   was young I kind of just copied him instead of finding my own

 4   style, you could say.

 5   Q.  Who took you to go get those glasses?

 6   A.  Mike did.

 7   Q.  We can take that exhibit down.  Can you take a look at

 8   Government's Exhibit 8-2.  What are we looking at there?

 9   A.  Looks like a picture of me at a birthday.

10   Q.  And do you know which birthday that was?

11   A.  I think, like, my 10th or 11th birthday.

12   Q.  Does that fairly and accurately depict you at your

13   birthday?

14   A.  Yes.

15        MR. CHAFFIN:  Your Honor, I move to admit

16   Government's Exhibit 8-2.

17        THE COURT:  Any objection?

18        MR. MCDERMOTT:  No objection, Your Honor.

19        THE COURT:  8-2 is admitted.  You may publish.

20     (Government's Exhibit 8-2 received.)

21   Q.  (By MR. CHAFFIN) J.W., can you just count for the jury the

22   number of candles that are on your birthday cake?

23   A.  Looks like there's 10 candles -- or 11 candles.  One more

24   was glowing.

25   Q.  So would that mean --

                         Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    11

1    A.  That would be my 11th birthday, yes.

2    Q.  When would that picture have been taken then?

3    A.  2011.

4    Q.  And around October 25th?

5    A.  Yeah.

6    Q.  Do you remember this birthday?

7    A.  Somewhat, yes.

8    Q.  Was Mr. McFadden there?

9    A.  I believe not.

10   Q.  Was this during this timeframe when you are spending time

11   with Mr. McFadden?

12   A.  Yes.

13   Q.  So we had 8-1 when you were about 8, 8-2 when you're about

14   11.  Can you take a look at 8-3?  What is that?

15   A.  That is a picture of me.

16   Q.  And approximately how old are you in that photo?

17   A.  Looks like I'm about 12 here.

18   Q.  Do you remember when that photo was taken?

19   A.  I do not.

20   Q.  When we spoke before you mentioned that the clothes that

21   you were wearing in that photo in particular helped you

22   understand sort of when it was taken; is that right?

23   A.  Yeah, this is -- as I'm wearing these type of clothes,

24   this is where I started finding my own style instead of

25   copying.

                        Sarah K. Mitchell, RPR, CRR

Case No. 1:19-cr-00243-CMA-GPG  Document 154  filed 11/29/22  USDC Colorado  pg 12 of 93

1    Q.  What -- in those clothes in particular, where did you get

2    them or how did you get them?

3    A.  They are probably hand-me-downs from a cousin.

4    Q.  Did you grab them at some point in relation to something

5    that happened with Mr. McFadden?

6    A.  They were clothes that I had to go grab from the house

7    when I was told to only grab a couple things.

8    Q.  So when you were leaving Mr. McFadden's home?

9    A.  Yes.

10   Q.  Does this photograph fairly and accurately depict you

11   towards the end of when you spent time with Mr. McFadden?

12   A.  Yes, you could say that.

13        MR. CHAFFIN:  I move to admit Government's

14   Exhibit 8-3.

15        THE COURT:  Any objection?

16        MR. MCDERMOTT:  No objection.

17        THE COURT:  8-3 is admitted.  You may publish.

18   (Government's Exhibit 8-3 received.)

19   Q.  (By MR. CHAFFIN) So this -- we had 8-1 sort of at the

20   beginning of your relationship with Mr. McFadden, 8-2 sort of

21   at the middle, and 8-3 towards the end; is that fair to say?

22   A.  Yes, that's correct.

23        MR. CHAFFIN:  Thank you.  We can take 8-3 down.

24   Q.  (By MR. CHAFFIN) J.W., do you remember some of the houses

25   where Mr. McFadden lived?

1    A.   Yes, I do.

2    Q.   What's the first house that you remember?

3    A.   The first house I remember was his house over at the

4    bottom of the Monument.

5    Q.   What do you remember about that house?  What did it look

6    like?

7    A.   It was like a duplex where there was, like, two units and

8    he was on the left side.  He had the left unit.  There was

9    also, like, a shed out front of the unit.

10   Q.   Do you recall who all lived there?

11   A.   I know Mike lived there, and us kids would go over there

12   and visit.

13   Q.   Who's "us kids"?

14   A.   Me and my cousins.

15   Q.   What are your cousin's names?

16   A.   D.O. and E.S.

17   Q.   D.O. and E.S.  Let's talk about them for a second.  How do

18   they fit in -- how are they your cousins?

19   A.   They were Crystal's kids, which is my aunt.

20   Q.   So Crystal is your aunt?

21   A.   Yes.

22   Q.   Do you know what Crystal's last name is?

23   A.   M////////.

24   Q.   And she -- is she related to Mr. McFadden?

25   A.   Yes.

                    Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1   Testimony of J.W.          11/08/2022   14

1    Q.   D.O. and E.S. are her sons?

2    A.   Correct.

3    Q.   Do D.O. and E.S. have other siblings?

4    A.   They have a sister named Jade.

5    Q.   How old is D.O.?

6    A.   About my age, probably a year younger.

7    Q.   E.S., how old is he?

8    A.   He's more around L.Wr.'s age.  He's 17 or 18 now.

9    Q.   And Jade?

10   A.   She's like my younger sister's age.  She's probably around

11   15 to 16 now.

12   Q.   Would you see other people at that house in Monument?

13   A.   Just the people that we've named.  Like my Aunt Crystal

14   I'd see over there.  I'd see Mike over there.  I'd see my

15   cousins over there.

16   Q.   Would you spend time there?

17   A.   Would I spend time over there?

18   Q.   Yeah.

19   A.   Yes.

20   Q.   What sorts of things would you do when you would spend

21   time at Mr. McFadden's house?

22   A.   It was at the bottom of the Monument, so we liked going

23   into the backyard, and it was huge.  You could go as far as

24   you could, and we would even hear bobcats growl sometimes, so

25   we always had fun in the backyard.  And my cousin D.O. had a

19-cr-00243-CMA-GPG-1  Testimony of J.W.        11/08/2022   15

1    little electronic chopper motorcycle, and we used to play on

2    that a lot.

3    Q.  Would you spend nights there?

4    A.  Yes.

5    Q.  What's the next house that you remember Mr. McFadden

6    living in?

7    A.  It would be the Glen Road house.

8    Q.  Could you take a look at Government's Exhibit --

9             MR. CHAFFIN:  3 was by stipulation; is that correct?

10            MR. MCDERMOTT:  Yes.

11            MR. CHAFFIN:  Your Honor, I'd just move to admit

12   Government's Exhibits -- all of Government's Exhibits --

13            THE COURT:  1 through 5?

14            MR. CHAFFIN:  3-1 through 3-4.

15            THE COURT:  Not 5?

16            MR. CHAFFIN:  Yes, 5.

17            THE COURT:  3-1 through 3-5 are all stipulated.

18   Therefore they are all admitted.  You may publish.

19       (Government's Exhibits 3-1 - 3-5 received.)

20            MR. CHAFFIN:  Can we have 3-1 up, please.

21   Q.  (By MR. CHAFFIN) J.W., what are we looking at here?

22   A.  We are looking at that Glen Road house that I just

23   described.

24   Q.  It's a two-story house, right?

25   A.  Yes.

Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.        11/08/2022   16

1   Q.  How many rooms, do you recall?

2   A.  I'm not sure how many rooms, but I do know it was two

3   stories aboveground, and it also had, like, a basement.

4            MR. CHAFFIN:  Can we just quickly put up 3-2.

5   Q.  (By MR. CHAFFIN) What is this?

6   A.  This is a picture of the same house, but from a different

7   angle.

8            MR. CHAFFIN:  3-3, please.

9   Q.  (By MR. CHAFFIN) What is this?

10  A.  This is a picture of the side of the house, and you can

11  see the backyard and back porch -- well, the back fence.

12           MR. CHAFFIN:  Can we have 3-4, please.

13  Q.  (By MR. CHAFFIN) What are we looking at here?

14  A.  This looks like it's the house behind the house, the Glen

15  house.

16  Q.  And you can see sort of the backyard.  The Glen house is

17  to the left?

18  A.  Yeah, you can see the Glen house's porch back door.  You

19  can see the swamp cooler on the roof and some snow on the

20  roof.

21           MR. CHAFFIN:  Can we have 3-5.

22  Q.  (By MR. CHAFFIN) What are we looking at here?

23  A.  This looks like a satellite image of the house.

24  Q.  Can you point out for the jury which house is the Glen

25  Road house?  Feel free to stand up.

                    Sarah K. Mitchell, RPR, CRR

1   A.  It would be this house.

2   Q.  So you're pointing at -- in the center of the photograph

3   there's like four houses, and you pointed to the bottom left?

4   A.  Yeah, bottom left house.  The one that's on the corner of

5   Glen and Gunnison.

6   Q.  Who all lived at the Glen Road house?

7   A.  Me and Mike lived in one of the bedrooms, and then Phyllis

8   and John Hockenberry were Mike's roommates.  And then their

9   son S.H. lived there as well.

10  Q.  Do you know how Phyllis and John Hockenberry became

11  Mr. McFadden's roommates?

12  A.  I think Mike McFadden somehow worked with John.

13  Q.  And you mentioned a S.H.?

14  A.  Yes.  S.H. was their son.

15  Q.  About how old was S.H.?

16  A.  He was about my age.

17  Q.  Did S.H. have his own room?

18  A.  Yes.

19  Q.  You mentioned that you lived there?

20  A.  Yes.

21  Q.  Did you have your own room?

22  A.  No, I did not.

23  Q.  Where did you stay?

24  A.  I stayed in Mike's bedroom.

25  Q.  Anybody else that would come to the house, the Glen Road

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    18

1   house?

2   A.  Cousins would come over.  We would watch WWE events at the

3   house, but it was mainly just us.

4   Q.  Which cousins would come over?

5   A.  My cousins would come over, D.O., E.S., even some friends

6   that we made in the neighborhood would come over.  We used to

7   have like a crotch rocket.  S.H. had some friends as well, and

8   I think S.H. had a brother that used to come over.

9   Q.  Do you remember any of the friends' names that would come

10  over?

11  A.  No, I do not.

12  Q.  You mentioned a crotch rocket.  What is that?

13  A.  A crotch rocket is like a mini motorcycle that goes really

14  fast.

15  Q.  How did you guys end up having a crotch rocket?

16  A.  I think one of the neighbor kids was like getting rid of

17  it or selling it, and we -- I don't think it ran at first, but

18  John or Mike or one of us got it to run for the kids.

19  Q.  Was that fun to use?

20  A.  Yeah, it was fun.

21  Q.  What other fun things would you do at the Glen Road house?

22  A.  We had a hot tub in the backyard that was always fun.  We

23  also had the hiddens we called it.  It was just a field across

24  from the house, and that's where we used to ride that crotch

25  rocket or just bicycles and make like dirt jumps.

                              Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1   Testimony of J.W.                11/08/2022    19

 1   Q.  Sounds like you would spend a lot of time at that house?

 2   A.  Yes.

 3   Q.  About how long were you at the Glen Road house, would you

 4   say?

 5   A.  I'd say over a year.

 6   Q.  Okay.  About how old are you?

 7   A.  I'm probably around nine years old.

 8   Q.  Okay.  Do you remember the next house that Mr. McFadden

 9   lived in?

10   A.  Yes.

11   Q.  What house was that?

12   A.  It was the D 1/2 Road house.

13        MR. CHAFFIN:  Your Honor, I would similarly move to

14   admit Government's Exhibits 4-1 through I think 4-4.

15        THE COURT:  4-1 through 4-4 are stipulated.  They are

16   all admitted.  You may publish.

17      (Government's Exhibits 4-1 - 4-4 received.)

18        MR. CHAFFIN:  Can we have 4-1, please.

19   Q.  (By MR. CHAFFIN) J.W., what are we looking at here?

20   A.  This is that D 1/2 Road house.

21        MR. CHAFFIN:  Can we have 4-4.

22   Q.  (By MR. CHAFFIN) What are we looking at here?

23   A.  This is a satellite image of that D 1/2 Road house.

24   Q.  Which house is the D 1/2 Road house that Mr. McFadden

25   lived in?

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022   20

1    A.  Would you like me to point?

2    Q.  If you would, please.

3    A.  It's going to be this house right here with all the junk

4    around it.

5    Q.  Just for the record, you pointed at the house in the

6    center of the image, correct?

7    A.  Yes.

8    Q.  Okay.  Who all lived at this house, at D 1/2 Road?

9    A.  At first John and Phyllis Hockenberry, Mike's roommates,

10   moved over with us to that house.

11   Q.  And do you know the address of that house?

12   A.  Yeah, it's 2980 D 1/2 Road.

13   Q.  So John and Phyllis Hockenberry lived there, Mr. McFadden

14   lived there.

15   A.  Correct.

16   Q.  Did you live there?

17   A.  Yes.

18   Q.  What about your siblings, were they there?

19   A.  Not at first.

20   Q.  You mentioned S.H. before.  Was John and Phyllis's son

21   S.H., was he --

22   A.  Yes, he moved over there with us.

23   Q.  About how long did John, Phyllis, and S.H. live at that

24   house?

25   A.  I'd say they lived there for about a year, a little over a

Sarah K. Mitchell, RPR, CRR

1    year before they ended up moving out.

2    Q.   Okay.  And when they moved out, did Mr. McFadden stay or

3    did he leave as well?

4    A.   He stayed.

5    Q.   What about you?

6    A.   I stayed as well.

7    Q.   At some point do other people move into the D 1/2 Road

8    house?

9    A.   Yes.

10   Q.   Who all moved in?

11   A.   John, we called him Papa John, he moved into the house.

12   Q.   Tell the jury, who's Papa John?

13   A.   Papa John was our neighborhood's mom -- or dad, sorry.

14   Q.   Okay.  And how did he come to live at the D 1/2 Road

15   house?

16   A.   I remember our neighbor's mom, her name was Stacy, talking

17   with the folks over at our house, and I don't think they had

18   room over there at the neighbor's house for him, but we were

19   so close as neighbors Mike opened and offered his couch for

20   Papa John to stay at.

21   Q.   So when Papa John lived at the house on D 1/2 Road, where

22   would he stay?

23   A.   He would stay in the living room.

24   Q.   Always in the living room?

25   A.   Yeah.

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    22

1   Q.  What about you, where would you stay in this D 1/2 Road

2   house?

3   A.  At first when we first moved to the D 1/2 Road house I

4   would stay in a -- it was like a utility room at first, but

5   Mike added a wall to the utility room to make it two rooms.

6   And then one of the rooms was the laundry room, and then one

7   of the rooms turned into our bedroom.

8   Q.  Who all stayed in the bedroom near the laundry room?

9   A.  Me and Mike.

10  Q.  You and Mr. McFadden?

11  A.  Correct.

12  Q.  How long would you say that you stayed in that room kind

13  of off the laundry room?

14  A.  I'd say for about two years we stayed in that laundry

15  room.

16  Q.  Okay.

17  A.  Room off the laundry room anyways.

18  Q.  At some point did that change?

19  A.  Yes.

20  Q.  Was that in relation to when John and Phyllis kind of

21  moved out?

22  A.  Correct.

23  Q.  What room -- well, did you change rooms at that point?

24  A.  At that point when John and Phyllis moved out, the room

25  they were staying in, which was the master bedroom, Mike moved

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022   23

1   his stuff to the master bedroom and then turned the room we

2   were staying in into like a kid's room.  There were two

3   separate beds.  At one time we even had a bunkbed in there.

4   So it turned into a kids room, and he moved over to the master

5   bedroom.

6   Q.  What about you?

7   A.  At first I stayed in the utility room with the kids, but

8   it didn't take very long for me to go over to the master

9   bedroom with Mike.

10  Q.  Who all at that point was staying in the kids room?

11  A.  The kids room would be for my brother or my cousins, even

12  some of the neighborhood kids that would come and spend the

13  night.  That would be the room they would stay in.

14  Q.  And you said you moved into Mike's room.  Where would you

15  sleep?

16  A.  I'd sleep in his bed.

17  Q.  Would other kids sleep in Mr. McFadden's bed as well?

18  A.  Yes.

19  Q.  Who all do you recall staying in Mr. McFadden's bed?

20  A.  I remember my brother staying.  He would sometimes have to

21  stay on the floor, though, because he had a bed wetting

22  problem, so he would have to make up a cot on the side of the

23  bed.  But he would stay in the room with us.  D.R. would stay

24  in the bed with us.  E.S. would stay in the bed with us.  I.S.

25  would stay in the bed with us.  K.W. would stay in the bed

Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.        11/08/2022    24

1   with us.  All the boys would jump up in the bed, watch a

2   movie, play some video games.

3   Q.  Talk about some of these boys, because I don't think we

4   talked about them yet.  So E.S., is that the same E.S. that

5   you said was a cousin?

6   A.  Yes.

7   Q.  Okay.  That's Crystal's son?

8   A.  Correct.

9   Q.  You mentioned a D.R.  Who's D.R.?

10  A.  D.R. was like a friend that came over.

11  Q.  Whose friend?

12  A.  He was a friend of S.H.'s at first, but once S.H. moved,

13  he already came around and knew us long enough so where we

14  became friends, so even after S.H. moved out he still came

15  over a lot.

16  Q.  And then you mentioned an I.S.?

17  A.  Yes.

18  Q.  Who's I.S.?

19  A.  I.S. I believe is E.S.'s either cousin or step-cousin or

20  step-brother.  I know he's related to my cousin E.S.

21  Q.  So does that make him your cousin as well?

22  A.  It would be like a second cousin, yes.  I didn't know I.S.

23  growing up, so...

24  Q.  Okay.  And then you mentioned a K.W.

25  A.  Yes.  K.W. was the neighbor.

                    Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022   25

1    Q.  You know K.W.'s last name?

2    A.  W//////////.

3    Q.  You said that K.W. was a neighbor.  Where did K.W. live?

4    A.  He lived to the right of the house next door.

5    Q.  Is that on Government's Exhibit 4-4?

6    A.  Yes, it is.

7    Q.  Could you point out for the jury where K.W.'s house was

8    at?

9    A.  K.W.'s house was this house all the way on the bottom

10   right corner.

11         MR. CHAFFIN:  Could we put up 4-2.

12   Q.  (By MR. CHAFFIN) J.W., what is this, 4-2?

13   A.  That would be K.W.'s house, the neighbor's house.

14         MR. CHAFFIN:  Can we have 4-3.

15   Q.  (By MR. CHAFFIN) What is that?

16   A.  That is another picture from a different angle of the

17   neighbor's house.

18   Q.  Did the house look like that all boarded up when K.W.

19   lived there?

20   A.  It wasn't boarded up like that, but it did look like that.

21   It just wasn't boarded up.  The windows were there.  It looked

22   a little more, you know, livable, not rundown.

23         MR. CHAFFIN:  Thank you.  Will you take that down.

24   Q.  (By MR. CHAFFIN) What sorts of things would you do at the

25   D 1/2 Road house?

                    Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.                11/08/2022    26

1  A.  We would do a lot of things at the D 1/2 Road house.  We

2  got into activities like BMX racing, motocross which is a step

3  above BMX because you actually have a motor on your bike.  We

4  had paintball, airsoft.  We built forts.  We drove around the

5  property in the vehicles that we had on the property including

6  some of the heavy machinery.

7  Q.  Was that a lot of fun?

8  A.  Yeah, it was a lot of fun.

9  Q.  Who got you involved in BMX and motocross?

10 A.  Mike got me into it because my cousins already were doing

11 it.

12 Q.  And the like paintball, stuff like that, where did that

13 come from?

14 A.  It probably would just be one of us kids saying, hey,

15 let's get into this, let's try something new, because we would

16 probably get bored of the same activity over the span of a

17 year.  Get bored of BMX racing, so, okay, let's go buy some

18 airsoft guns or paintball guns or make a fort.

19 Q.  And who would go buy you those things?

20 A.  Mike would.

21 Q.  The equipment that you talked about, where did that come

22 from?

23 A.  Mike ran, like, a business with some dude that he worked

24 with, and they used to always bring over, like, backhoes or

25 skitters they'd be using for their work, but they would stay

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    27

1   on our property, so we would be able to drive them around and

2   build forts with them.

3   Q.  Would Mr. McFadden take you on trips?

4   A.  Yes.

5   Q.  Was that fun?

6   A.  Yes.

7   Q.  What sorts of trips would you go on?

8   A.  We would go on trips to different states, and me living in

9   Colorado my whole life I never really left the state, so it

10  was really fun at first when we went to different states and

11  we got to see different places.

12  Q.  How would you go on these trips?

13  A.  It would be in a semi-truck.  He would be going on these

14  trips for his work.

15          MR. CHAFFIN:  Your Honor, I move to admit

16  Government's Exhibits 2-1 through 2-9 by stipulation.

17          THE COURT:  2-1 through 2-9 are stipulated.  They are

18  admitted and you may publish.

19      (Government's Exhibits 2-1 - 2-9 received.)

20          MR. CHAFFIN:  Can we have 2-1, please.

21  Q.  (By MR. CHAFFIN) J.W., what are we looking at here?

22  A.  This is one of our semis that we had that we did trips on.

23  Q.  Were there other semi-trucks that Mr. McFadden had as

24  well?

25  A.  Yes.  There were other semi-trucks, but this is the truck

Sarah K. Mitchell, RPR, CRR

1   we mainly used.

2   Q.  So this is the main truck?

3   A.  Yes.

4   Q.  And it says something on the side.  Can you tell the jury

5   what that says?

6   A.  On the side of the truck it says Precision Construction.

7   Q.  What is that, Precision Construction?

8   A.  That was Mike's and his partner's company.

9   Q.  Do you recall what his partner's name was?

10  A.  Darren or Darrell.

11        MR. CHAFFIN:  Could we have 2-2.

12  Q.  (By MR. CHAFFIN) What is this?

13  A.  This is a picture of that semi-truck from a different

14  angle.

15  Q.  2-3, what is this?

16  A.  This is the other side of that semi-truck.

17  Q.  We're just kind of walking around the truck, right?

18  A.  Yeah.

19  Q.  2-4, what is this?

20  A.  This would be the backside of it if you were continuing

21  walking around.

22  Q.  Now, this -- what was the cab like in this truck?

23  A.  The cab was like a big mattress in the cab.  There were

24  two side flaps that you could flap open to get some fresh air.

25  There was also a cubby on the right side of the bed that you

19-cr-00243-CMA-GPG-1  Testimony of J.W.              11/08/2022    29

 1   could store stuff in, clothes, food, anything.  It was kind of

 2   like a closet.  And then you walk forward.  There's a curtain

 3   you could close for privacy.  You could open the curtain, and

 4   then there's the two front seats of the semi-truck.

 5           MR. CHAFFIN:  Can we take a look at 2-5.

 6   Q.  (By MR. CHAFFIN) What are we looking at right here?

 7   A.  This is, like, if you opened up the driver door of the

 8   semi and you looked into the semi, you would see this.

 9   Q.  And if we take a look at 2-6, what is this?

10   A.  This is a picture of a cab that I was describing earlier.

11   Q.  And I think you mentioned like a mattress?

12   A.  Yes.

13   Q.  Is that in the photo?

14   A.  Yes, it is.

15   Q.  When you went on trips, where would you stay?

16   A.  I would stay on that mattress.

17   Q.  Mr. McFadden, where would he stay?

18   A.  He would sleep on the mattress as well.

19   Q.  2-7, what are we looking at here?

20   A.  This is the other side of the back cab.  You're looking

21   at, like, that window flap that I also was describing and then

22   the bed.

23   Q.  And the cubby, is that in here as well?

24   A.  Yeah, that cubby is to the left.  It wasn't the cubby I

25   was referencing to earlier, but it is another cubby in the

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.        11/08/2022    30

1   semi.

2   Q.   I see.

3   A.   If you had a picture of the other side you'd see the other

4   cubby I was talking about that looked more like a closet.

5         MR. CHAFFIN:  Can we go back to 2-6, I guess.

6   Q.   (By MR. CHAFFIN) Is that the other cubby?  The other cubby

7   you talked about, is that this?

8   A.   Yes.  And right below -- if you can look at the cubby that

9   has Ramen noodles in it, right below that is a spot where you

10  can put hangers and stuff for your clothes.

11  Q.   And the curtain you mentioned, is that depicted here as

12  well?

13  A.   Yes.  You can see the curtain that had buttons so you can

14  snap them together when they're closed.

15  Q.   2-8, what is this?

16  A.   This is a picture of the back of the cab.

17  Q.   Is this the mattress that you talked about?

18  A.   Yes.  At the bottom of the picture you can see the

19  mattress and the pillows.

20  Q.   2-9, what are we looking at here?

21  A.   This is a picture of the front of the semi as if you were

22  sitting on the bed of the cab.

23  Q.   Thank you.  J.W., how long has been it since you've been

24  in this truck?

25  A.   It's been over ten years.

                    Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    31

1   Q.  It's been a while?

2   A.  Yes.

3   Q.  You talked about living with Mr. McFadden.  Did you -- we

4   can take this down now.  Did you always live with Mr. McFadden

5   when you were growing up?

6   A.  I didn't always live with him when I was growing up.

7   Q.  Were there times when you would spend time away from his

8   house as well?

9   A.  When I did live with him?

10  Q.  Yes.

11  A.  Yes.  There were times I went and stayed with my mom.

12  Q.  What was -- what was life like when you were staying with

13  your mom?

14  A.  I didn't like staying with my mom.

15  Q.  Why not?

16  A.  She had a boyfriend that was really abusive, and then she

17  had also a drug problem that her and her boyfriend were

18  having.

19  Q.  When you say that her boyfriend was abusive, what do you

20  mean?

21  A.  He used to beat my mom.  He used to break bottles over her

22  head.  He used to grab my baby sister roughly when she was an

23  infant.  He would even slam me against the walls and stuff if

24  I ever copped an attitude or something with him.

25  Q.  That was scary?

                    Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    32

1   A.  Yeah.

2   Q.  Stuff like that, did that happen when you were staying

3   with Mr. McFadden?

4   A.  No.

5   Q.  Did you feel safe at Mr. McFadden's house?

6   A.  Yes.

7   Q.  What about at your mom's house?

8   A.  I felt safe, but it was just I knew that there was a

9   possibility I could end up seeing my mom get hurt, my siblings

10  get hurt, or even me.

11  Q.  When you were staying with your mom, did you always have

12  enough to eat?

13  A.  No.

14  Q.  What do you mean by that?

15  A.  We didn't have much money growing up.  My mom and her

16  boyfriend kind of thought because we go to school, that's

17  where we will get our meals, so most of the food that we had

18  they would eat.  We would have like a dinner at night, and I

19  always remember getting dinner and it never being enough, and

20  I always remember my sister sneaking me food.

21  Q.  Why would your sister need to sneak you food?

22  A.  Because I was always asking for more after dinner.  I was

23  always hungry.

24  Q.  Those things -- did that sort of thing happen to you when

25  you stayed with Mr. McFadden?

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    33

1   A.   No.

2   Q.   You always had enough to eat?

3   A.   Yeah.

4   Q.   When you were with Mr. McFadden, who got you to school?

5   A.   Mike McFadden got me to school.

6   Q.   Who took you to the doctor?

7   A.   Mike did.

8   Q.   Who made sure that you had clean clothes to wear?

9   A.   Mike did.

10  Q.   At that time how did you feel about Mr. McFadden?

11  A.   At the time I was happy that I could have another place to

12  go to and kind of enjoy being a kid, not having to worry about

13  stuff like what I'm going to eat or if I'm going to have to go

14  to the neighbor's to call the cops because my mom and her

15  boyfriend got in a fight.  So it was a big change.

16  Q.   You said earlier that you thought of him as a dad.  Did

17  you use those words with him?

18  A.   Yeah.

19  Q.   Did you love him?

20  A.   Yeah.

21  Q.   J.W., I want to talk to you a little about some

22  uncomfortable things, okay?

23  A.   Okay.

24  Q.   Were there things that happened when you stayed with

25  Mr. McFadden that made you feel uncomfortable?

                    Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.            11/08/2022    34

1    A.  Yeah.

2    Q.  When is the first time that you remember something that

3    made you feel uncomfortable?

4    A.  The first time that I felt uncomfortable with Mike was we

5    were going to a funeral.  It was one of my cousins that died.

6    We were going to a funeral.  It was located in Arizona, and it

7    was kind of like the first trip I ever took.

8    Q.  Do you remember how old you were?

9    A.  I was about eight.

10   Q.  So early on --

11   A.  Yeah.

12   Q.  Sort of similar age to Government's Exhibit 8-1?

13   A.  Yeah.

14   Q.  How do you know that you went to Arizona?

15   A.  Because -- I know we went to Arizona because I remember

16   driving there.  I remember seeing the Paradise Road signs, and

17   that amused me because here in town we have like North Ave or

18   Gunnison, but in like Arizona they have Paradise Road, and

19   there were palm trees, and it was cool to see.

20   Q.  And you said that a cousin had passed away?

21   A.  Yeah.

22   Q.  Do you know who the cousin was?

23   A.  His name was Justin.

24   Q.  How did he sort of factor into your family?

25   A.  He was my cousins D.O. and E.S. -- he was their cousin's

Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    35

1   brother.  So it was Brandon, it was his brother Justin who

2   passed away, and I was related to them through my cousins.

3   Q.  Okay.  Who all went on this trip down to Arizona to this

4   funeral?

5   A.  Me, Mike, Crystal, our parents, our Uncle Monkey, a

6   majority of us went down there.

7   Q.  You mentioned an Uncle Monkey.  Who's that?

8   A.  That is my grandpa's brother.  We called him Uncle Monkey.

9   Q.  Did you mention Mr. McFadden?

10  A.  Yes.

11  Q.  Okay.  I think you said Mike, right?

12  A.  Yeah, Mike McFadden, he was there as well.

13  Q.  Okay.  I just want to make sure we're talking about the

14  same Mike because there's also your biological father that is

15  referred to as Mike, correct?

16  A.  Correct.

17  Q.  And your biological father is sort of out of the picture?

18  A.  Yeah, he's out of the picture.

19  Q.  Even back then?

20  A.  Yes.

21  Q.  Who did you travel with when you went down to this

22  funeral?

23  A.  I traveled with Mike.

24  Q.  Do you remember who else was in the vehicle?

25  A.  My Aunt Crystal was in the vehicle with us, and I believe

1    one of the kids with us.  Probably my cousin.

2    Q.  Where would you guys stay?

3    A.  When we were going there?

4    Q.  Yeah.

5    A.  We got there all in one trip so we didn't have to stop and

6    stay anywhere, but we did get lost on the way so it took us a

7    longer time than when the rest of our family got there,

8    because I remember us getting there at night, and we were

9    already supposed to be there like a few hours before.

10   Q.  Did you stay at somebody's house?

11   A.  No.  We stayed at a hotel when we got there.

12   Q.  Okay.  Whose room did you stay in?

13   A.  I slept in Mike's hotel room.  It was like a conjoined

14   room that they had.

15   Q.  Do you recall who else stayed in the room?

16   A.  It was me, Mike, and one of the boys.  It was E.S., I

17   believe.

18   Q.  What about your mom?

19   A.  My mom and the girls stayed in the other conjoined room.

20   So it was kind of like this was the boy room, and then this

21   was the girl room.  Then there was a conjoined door.

22   Q.  You said that something uncomfortable happened on this

23   trip.  What happened?

24   A.  During that night I went to bed and I woke up late in the

25   night to like a wet sensation in my rectum area.  I woke up,

1   and when I came to awareness, my pants were lowered and I had

2   that wet sensation.

3   Q.   Do you remember going to bed that night?

4   A.   Yeah.

5   Q.   What were you wearing when you went to bed?

6   A.   I was wearing, like, some pajamas.

7   Q.   And you said that when you woke up you felt this wet

8   sensation in your rectum?

9   A.   Yeah.

10   Q.   Had you ever felt something like that before?

11   A.   No.

12   Q.   That you said your pants were down?

13   A.   Uh-huh.

14   Q.   How were they down, where were they at?

15   A.   Like around the ankles.

16   Q.   What did you do when you woke up to that?

17   A.   I didn't quite know what to do, but I know because I had

18   like that wet sensation, I knew I needed to change, so I got

19   up and changed.

20   Q.   Was there anybody else up at that point?

21   A.   Yeah.  Mike was up at that point because I was already

22   rolling and tossing and turning and showing like signs of

23   struggle, so, like, he, if I remember, asked me like what was

24   wrong, and I said I needed to change.

25   Q.   Did you talk to him about this sensation that you felt?

19-cr-00243-CMA-GPG-1  Testimony of J.W.            11/08/2022    38

1   A.   No, I didn't.

2   Q.   Did he say anything else?

3   A.   No.  I just kind of went back to bed.

4   Q.   Why did that make you feel uncomfortable?

5   A.   Because it was something that I knew, like, wasn't right,

6   and I knew something -- like, I didn't do that myself, but I

7   was kind of confused, so I knew it wasn't right, but I was

8   just confused.

9   Q.   Did anything else like that happen on that trip?

10  A.   No.

11  Q.   When's the next time that you recall something -- well,

12  did you tell anybody about that --

13  A.   No.

14  Q.   -- experience?

15  A.   No.

16  Q.   Why not?

17  A.   It was -- like I said, I was confused and you could say

18  even I was scared a little bit.  I didn't really know.

19  Q.   When's the next time that you remember something

20  uncomfortable happening?

21  A.   The next time I remember something uncomfortable happening

22  was his first house we talked about over on the Monument.

23  Q.   The house with the big backyard?

24  A.   Yeah, the backyard with, like, the Bobcat and stuff.

25  Q.   Where did this happen, this uncomfortable thing?

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022   39

1    A.  We were on an air mattress in, like, the living room at

2    the house.

3    Q.  Who's we?

4    A.  We as in me and Mike stayed on the air mattress.

5    Q.  So you and Mr. McFadden were sleeping on an air mattress?

6    A.  Correct, yeah.

7    Q.  What happened?

8    A.  I remember being super sick during the time, like having a

9    bug or a fever, and I remember sweating a lot, and because I

10   was sweating through my clothes, Mike was there for me to keep

11   changing my clothes for me when I sweat through them.  And

12   during part of the night I woke up and kind of just thought

13   maybe he was changing my clothes because I sweat through them,

14   but I was soon to realize that that uncomfortable feeling in

15   my rectum area was there as well, so I was already kind of

16   putting two and two together, and I know it was uncomfortable

17   and it didn't feel good.

18   Q.  The uncomfortable feeling in your rectum, what was that?

19   A.  It was when I woke up I first thought that he was just

20   changing my clothes, so I kind of like played asleep because I

21   was sick.  I didn't feel good.  And as he was changing my

22   clothes, I felt like pressure in my rectum area and that wet

23   sensation feeling, and that's when I knew he wasn't just

24   changing my clothes because I was sick.

25   Q.  What was he doing?

                          Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.           11/08/2022    40

1   A.  He was sticking his penis into my rectum.

2   Q.  How do you know that it was his penis?

3   A.  Because of the way it felt and because of the positioning

4   we were laying in.

5   Q.  Can you describe for the jury the position that you were

6   laying in?

7   A.  Yeah, I was laying on my side with my knees up, so kind of

8   like to where my butt is sticking out.  And I was laying on my

9   left side, and he was like kind of cuddling me in the same

10  exact position that I was in, so on our sides, left sides,

11  looking at the wall.

12  Q.  How -- you talked about staying at that house quite

13  frequently.  Do you recall something like that happening again

14  at the --

15  A.  No, because when something like that started to happen

16  after that incident at that house on the air mattress I kind

17  of positioned myself differently on the bed.

18  Q.  How so?

19  A.  Before I even went to sleep I kind of didn't turn my back

20  anymore.  And then, again, if I woke up to one of those

21  sensations or something, I would roll and turn and try to not

22  keep my backside exposed.  So the rest of the period where we

23  went over to that Monument house, I can't remember an incident

24  that happened after that incident because I was always tossing

25  and turning and preventing it.

Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    41

1   Q.   Okay.  What about the Glen Road house, would uncomfortable

2   things happen there?

3   A.   Yes.

4   Q.   What sorts of things?

5   A.   Sort of the same incidents.  We were -- instead of on an

6   air mattress we were actually on a mattress this time, and it

7   was in my room.  So instead of it being, like, a living room,

8   it was actually my room.

9   Q.   When you say your room, what do you mean?

10  A.   Because me and Mike lived in that room.  I had my own

11  dresser.  I had my own stuff.  I had my own clothes.  I had my

12  own TV, so I considered that my room.

13  Q.   So it's the room that you shared with Mr. McFadden?

14  A.   Correct.

15  Q.   Would you do that tossing and turning that you talked

16  about before at the Glen Road house?

17  A.   Yeah, it wouldn't always work, though.

18  Q.   What does that mean, it wouldn't always work?

19  A.   Like sometimes I would toss and turn, and it might stop

20  the touching and weird sensation for a little bit, but I would

21  always wake up to it again.  Even if I did toss and kept my

22  front side to him, I'd always wake up and I'd be back on that

23  side.

24  Q.   And when you would wake up, what would be happening?

25  A.   It would be the same instance I said before.  I'd feel

                    Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.            11/08/2022    42

1    like a pressure in my rectum area, and I'd also feel like a

2    wetness there, and it was a lot of pressure, and it didn't

3    feel very good.  It was hurting to a point.

4    Q.  Would you -- would there be times when you would be awake

5    -- it sounds like you're talking about you would wake up in

6    the middle of something happening; is that fair to say?

7    A.  Yeah.  What I said on the two incidents so far, yes.

8    Q.  Are there times when you would wake up -- or would be

9    awake before things started happening?

10   A.  Yeah, there were times that I didn't have to wake up

11   because I faked going to sleep kind of.  I pretended I was

12   sleeping, you could say.

13   Q.  Why would you pretend that you were sleeping?

14   A.  After the first few incidences, I knew something wasn't

15   right, and I knew it wasn't myself doing it.  So at that Glen

16   Road house I used to fake going to sleep to kind of see what

17   it was for sure.  I had a thought of what it was, but when I

18   started doing my fake sleep, that's when I figured out really

19   what it was.

20   Q.  What did you figure out?

21   A.  I figured out that it was Mike doing it the whole time.

22   Q.  What would happen on one of those instances when you faked

23   sleep?

24   A.  One of those instances when I was fake sleeping I used to

25   always remember peeking at my alarm clock and waiting for

Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.              11/08/2022    43

1   something to happen, and one of the nights something did

2   happen when I was not asleep yet, and I had that wet sensation

3   and that pressure feeling, and I knew it was Mike, and I

4   didn't want to show that I was awake, so at that time I didn't

5   try my rollover technique or anything.  I kind of just fake

6   sleeped and beared through it.

7   Q.  You said that you felt that wet sensation.  Where did that

8   come from?

9   A.  It was like fluids that were coming from my rectum, and it

10  was like poop fluid.

11  Q.  And you said that you bore through it.  What does that

12  mean?

13  A.  I -- like other times when I had that feeling or when I

14  was thinking he was starting to touch me or -- I would roll

15  over and go back to sleep, but this time I didn't roll over.

16  I stayed in my position I was in and let him finish what he

17  was doing so that I could see what the full thing was going

18  on.

19  Q.  And what did he do at that point?

20  A.  So he -- as I was fake sleeping he lowered my pants, kind

21  of propped my butt into a better position kind of sticking

22  out, and that's when I felt that pressure and that pain.

23  After around five minutes or so I would start having fluids

24  coming out, and it had a smell to it.  That's how I knew it

25  would be poop fluids, and he would be done at that point, and

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    44

1   he would clean me up and put my clothes back on, and that

2   whole time I just stayed sleeping.

3   Q.  When you felt that pressure, was that -- where did you

4   feel the pressure?

5   A.  I felt the pressure on my rectum.  It was like something

6   being inserted into me.

7   Q.  What was being inserted into you?

8   A.  Because of the way we were laying I know it was his penis

9   being inserted to me because I felt his arms around me and the

10  only thing in that area was his waist.

11  Q.  How frequently did stuff like that happen at the Glen Road

12  house?

13  A.  It happened a lot.

14  Q.  How much is a lot?

15  A.  Like two or three times a week, I would say.

16  Q.  And you said earlier that you lived there about a year?

17  A.  Yeah, a little over a year.

18  Q.  Was that sort of off and on throughout that year?

19  A.  Yeah.

20  Q.  Did stuff like that continue at the D 1/2 Road house?

21  A.  Yes, it did.

22  Q.  Where would that take place?

23  A.  At first it would take place in the utility room that we

24  said that he turned into a bedroom and a laundry room.  So at

25  first -- the first instance in that new house, it happened in

Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    45

 1   that room.

 2   Q.   Same sorts of things?

 3   A.   Yes.

 4   Q.   Would you be awake or would you be asleep or what?

 5   A.   Some of the times I would wake up during.  Some of the

 6   times I would be fake sleeping.  And then some of the times I

 7   would have like a hard time remembering.

 8   Q.   How come?

 9   A.   At first I didn't really know why.  I didn't know if I

10   just didn't get enough sleep or what.  But soon I realized

11   that -- I found a little pill in my soda, and I put two and

12   two together.  Because I was already given medication for

13   sleeping because I had trouble sleeping, and so I was given

14   hand-to-hand medication that I would take, but that was the

15   first time that I found something, like, in my drink that I

16   didn't know I was taking.

17   Q.   Let's unpack that a little bit.  You said that you were

18   taking medication for sleeping.

19   A.   Yes.  Not necessarily like a prescription medication, but

20   because I had trouble sleeping, my parents and even Mike would

21   give me a melatonin gummy or a melatonin pill to help me

22   sleep.  So I was already used to taking, like, melatonin

23   before I went to bed.

24   Q.   What -- how often would you take melatonin before you went

25   to bed?

                        Sarah K. Mitchell, RPR, CRR

1    A.  It would usually be if I was having trouble sleeping.  It

2    wouldn't be, like, every night you get a melatonin, but I did

3    have trouble sleeping a lot.

4    Q.  Who would give you the melatonin?

5    A.  Mike would give me the melatonin.

6    Q.  Explain to us this stuff that you found in your drink.

7    When was that?

8    A.  It was at the D Road house.  We were limited sodas, so we

9    couldn't just open the fridge and open a soda.  We could only

10   get one for dinner, and it would already be there opened at

11   our dinner table ready for us to drink.

12   Q.  Who would give you the soda?

13   A.  Mike would give us the soda for dinner.

14   Q.  And the can would already be open?

15   A.  Yeah.

16   Q.  Okay.  And it sounds like you said earlier you found

17   something in your drink?

18   A.  Yeah.  I drank all of it, and I had this weird residue in

19   my mouth, and then I shook my can, and I could tell there was

20   something in my can, so I tilted it and seen that it was like

21   a mushy white substance.

22   Q.  Did you ask anybody about that?

23   A.  Yeah, I asked Mike about it.

24   Q.  What did Mr. McFadden tell you?

25   A.  He told me that it was probably sugar or something that

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    47

1    didn't get dissolved in the soda when they made it.

2    Q.  How long ago was that?

3    A.  About 9, 10 years ago.

4    Q.  In the 9, 10 years since then I imagine you've drank soda?

5    A.  Yeah, I drink soda every day.

6    Q.  Ever find sugar, undissolved sugar in your soda?

7    A.  No.

8    Q.  So there would be times when you would be asleep and

9    things would happen.  There would be times when you were sort

10   of groggy it sounds like?

11   A.  Yeah.

12   Q.  And there would be times when you fake slept.  Who was

13   there during all of these uncomfortable times?

14   A.  Mike was there.

15   Q.  Were there times when there were other people nearby?

16   A.  There were times when other people were nearby.

17   Q.  Did they wake up?

18   A.  Did the other people wake up?  I'm not sure.

19   Q.  Did other -- did anybody else in the house get melatonin

20   for sleep?

21   A.  Yeah.

22   Q.  Who all to your knowledge received melatonin?

23   A.  Mainly the kids.  None of the adults received melatonin.

24   It was mainly us kids, because we were rambunctious and rowdy

25   and would watch a WWE event and try to wrestle each other all

                    Sarah K. Mitchell, RPR, CRR

1   night, and were, like, hyper all night, so us kids were the

2   ones who were getting melatonin.

3   Q.  Do you recall the names of the kids who --

4   A.  Yeah, my cousins, even some of the neighborhood friends or

5   friends of S.H.

6   Q.  So I think you talked about D.O. and E.S.?

7   A.  Yeah, my cousins.

8   Q.  Would they get melatonin?

9   A.  Yeah.

10  Q.  You talked about K.W.?

11  A.  Yeah.

12  Q.  He would get melatonin?

13  A.  Yeah.

14  Q.  J.W., I want to talk to you about some truck trips, okay?

15  A.  Okay.

16  Q.  Did -- are you doing okay?

17  A.  Yeah.

18  Q.  Did anything uncomfortable happen on a truck trip?

19  A.  Yeah.

20  Q.  What's the first trip that you recall something

21  uncomfortable happening?

22  A.  The first trip I remember something uncomfortable

23  happening was that funeral trip.

24  Q.  Okay.  Was that with the semi-truck?

25  A.  No, it wasn't a semi-truck.  So that was a trip without a

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    49

1   semi.

2   Q.   Okay.  What's the first semi-truck trip that you recall

3   something uncomfortable happening?

4   A.   The first time I recall taking, like, a semi trip we

5   didn't leave state, but we did take a haul from town to one of

6   the neighboring cities, like, I believe it was Durango because

7   I remember going past the Durango pass and it being scary.

8   Q.   Okay.  What happened on that trip?

9   A.   It's like the same incidence I described before where I

10  had, like, a wet sensation, and during that trip was after I

11  had already stayed awake and already kind of did my experiment

12  to see what it was.  So during that time I knew what was going

13  on, and I just played asleep and continued on with the trip.

14  Q.   In times before when we spoke you referred to those as

15  sort of a normal incident?

16  A.   Yeah, a normal incident as in, like, I woke up with

17  pressure or a wet sensation on my rear.

18  Q.   Why would you call it normal?

19  A.   Because of how frequently and how many times I had to just

20  sit there and fake sleep through it and...

21  Q.   Okay.  Do you remember trips where you went out of state?

22  A.   Yeah.

23  Q.   Do you recall a trip between Telluride and Farmington?

24  A.   Yeah.

25  Q.   How old were you when you went on trips between Telluride

Sarah K. Mitchell, RPR, CRR

1  and Farmington?

2  A.  I was probably like 10.

3  Q.  Okay.  So would have been sometime in 2010?

4  A.  Yes.

5  Q.  It's easy for you to kind of figure out the year based on

6  your age, right?

7  A.  Yeah.  Because I was born in 2000, so whatever year I am

8  will be that year.  And that's kind of why I got confused

9  earlier when I said my wrong age because it's about to be

10  2023, so usually whatever year it is, that's what age I am.

11  Q.  Do you remember what sort of loads you were taking between

12  Telluride and Farmington?

13  A.  It was like some pipe, I want to say.

14  Q.  Okay.  Where would you go to pick up the loads?

15  A.  We were going to Telluride to pick up the loads.

16  Q.  Do you remember where in Telluride you went?

17  A.  I don't remember where in Telluride I went, but I do

18  remember it being really close to an airport.

19  Q.  Okay.

20  A.  Like right next to an airport because I remember seeing

21  the planes land right across the fence that we were parked at.

22  So it was right next to the airport.

23  Q.  And where were you at when you saw these planes coming in?

24  A.  I was in the semi-truck.

25  Q.  Was it that green truck that we talked about before?

Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1   Testimony of J.W.        11/08/2022    51

1   A.   Yes.

2   Q.   The one that's in Government's Exhibit 2?

3   A.   Yes.

4   Q.   So you would go someplace near the airport.  Sounds like

5   that's where you would pick up loads?

6   A.   Yeah, that's where we picked it up at.  And there was

7   multiple loads, because we went there and picked up a load,

8   and we would go to New Mexico and drop it off in Farmington,

9   and then we'd have to come back to Telluride, pick up another

10  load, back to New Mexico.  So it was multiple loads during the

11  one trip.

12  Q.   How do you know that it was in Farmington?

13  A.   I remember Farmington not only because of the name of

14  Farmington and because I never really left my state a lot, but

15  I remember seeing a really big high-speed chase, and we don't

16  really -- I'd never seen anything like that in my town.  It

17  was like a 15-police-car chase on the interstate of

18  Farmington.

19  Q.   So you saw this big police chase?

20  A.   The police chase.  That's how I know it was in Farmington.

21  Q.   Did you guys ever stay anywhere on these trips?

22  A.   Yeah, we stayed in the semi, but we wouldn't just, like,

23  park.  We would go to a truck stop.

24  Q.   Okay.  Do you recall something happening on one of these

25  trips between Telluride and Farmington?

                    Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022   52

1    A.  Yeah.

2    Q.  Where would you guys park for the night?

3    A.  We would park at a truck stop in Farmington and sleep

4    before we went and picked up the next load in Telluride the

5    next morning.

6    Q.  Where would you sleep?

7    A.  I'd sleep in the back cab of the semi.

8    Q.  On that mattress?

9    A.  On that mattress, yes.

10   Q.  How about Mr. McFadden, where did he sleep?

11   A.  He'd sleep next to me on that mattress.

12   Q.  Can you tell the jury what happened during that incident?

13   A.  Yeah.  After like that high-speed chase and everything

14   went down, I remember getting a message from my mom.  My mom

15   didn't want me to go on that trip for some reason, and I just

16   told her that it was okay.  I had seen a high-speed chase, it

17   was cool, and I'd be home soon.  Then I remember going to bed

18   in the back of the bed, and it was dark out because I remember

19   when the high-speed chase happened it was dark, I could see

20   all the lights clearly.  So I went to bed in the back of the

21   cab of the semi and woke up to Mr. McFadden pulling my pants

22   down, and this was one of those incidents I called a normal

23   incident because I just played asleep and let him do his thing

24   and just kind of suffered through it.  And once it was done

25   and over with, I just stayed remaining like I was sleeping and

 1    just went on with the trip.

 2    Q.   Did something happen to you after this incident?

 3    A.   As in like?

 4    Q.   Was there a mess that had to be cleaned up?

 5    A.   Yeah.  So after the incident -- like I was stating earlier

 6    when I would have some of like -- I call it poop juice or some

 7    type of fluid, during this specific incident it was worse than

 8    incidents I mentioned before.  It was so worse that he had to

 9    grab a thing of wipies and actually clean up and give me a

10    change of clothes.

11    Q.   And this normal incident, what did that involve?

12    A.   It involved him pulling my pants down, feeling that

13    pressure in my rectum which was him sticking his penis into

14    me.

15    Q.   Into your butt?

16    A.   Into my rectum.  Yeah, into my butt.

17    Q.   Did you talk to him at all --

18    A.   No.

19    Q.   -- during this incident?

20    A.   No.

21    Q.   Did he say anything to you?

22    A.   No.  Even after when he -- when I made a mess and he had

23    to get me a change of clothes I still acted like I was

24    sleeping and I was just out of it, and when I -- at that time

25    I was not out of it.  I was just acting like I was out it.  I

19-cr-00243-CMA-GPG-1  Testimony of J.W.            11/08/2022    54

1    remember him cleaning me up and giving me a change of clothes.

2    Q.  Why did you act like you were out of it?

3    A.  Because I was afraid.  I didn't want him to know I was

4    fake sleeping.  I didn't want him to know that I was doing

5    that.

6    Q.  What were you afraid of?

7    A.  I was afraid that if I -- because usually I would just

8    toss and turn so I didn't have to say anything physically to

9    him like stop or -- so I would toss and turn, and usually that

10   would get -- be done with it.  I was really afraid to say

11   something after an incident because I just felt my day-to-day

12   life would change, and I would have to go through what I am

13   going through now if I said something, or he would do

14   something that I never saw before, so I was, like, afraid of

15   that.

16   Q.  During these trips, did anything else happen, these trips

17   between Telluride and Farmington?

18   A.  So the night of the police chase, that was the first trip

19   that we did, and then when we went back to Telluride and then

20   picked up another load and went back to Farmington.  That

21   second night there was another instance what I would call as

22   just a same incident, just a normal incident happened.

23   Q.  Was there ever -- during these trips was there ever

24   something unusual that happened?  Different than the normal?

25   A.  Yeah.  So I would say those are normal just because it was

                        Sarah K. Mitchell, RPR, CRR

1   just the pressure feeling that I had of him inserting and then

2   me playing it off.  But a time that was what I would consider

3   a not normal incident was one time when I woke up -- I wasn't

4   playing sleeping, but I actually woke up to a wet sensation in

5   my rectum, but it wasn't a wet sensation like the wet

6   sensations I felt before.  It was like a tongue feeling.

7   Q.  Where were you at when this happened?

8   A.  I was at the back of the cab of the semi.

9   Q.  Do you recall where the semi was parked?

10  A.  Yeah, it was parked down from my house.

11  Q.  Why were you in the semi parked down from your house?

12  A.  It was one of those incidences where my mom didn't want me

13  to go, and so my mom just said whenever you're done for the

14  trip, just come back to the house.  And like I said earlier, I

15  didn't mind going and staying with my mom, but my mom always

16  insisted that I would prefer to stay over at Mike's house, but

17  she wanted me back that day.  So after our trip, instead of

18  him just taking me back to the house and dropping me off, it

19  was early in the morning, none of my parents were even up in

20  the house yet, so he parked down the road from my house and

21  let me finish sleeping and then was going to take me to my

22  house.

23  Q.  And you said you woke up?

24  A.  Yeah, I woke up, and the side of the flap was open, and I

25  could look out, and that's how I could tell I was in my

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    56

1   neighborhood of my house.  And so I kind of peeked out the

2   little slide flap and seen I was in my neighborhood, but I was

3   quick to realize that it was a different feeling than I ever

4   felt before.

5   Q.  You said it felt like a tongue?

6   A.  Yeah, it was, like, a tongue, and the reason I would say

7   it was a tongue is because I felt his mustache, and it was

8   poking me.  And then on the normal incidents I knew it was his

9   penis because his arms would be around me and his waist would

10  be there, but during this incident he wasn't laying next to

11  me.

12  Q.  Where did you feel his tongue?

13  A.  On my rectum.

14  Q.  J.W., I'd like to talk to you about a different trip now.

15          THE COURT:  Mr. Chaffin, we've been sitting for a few

16  hours, so is it okay if we take a break?

17          MR. CHAFFIN:  I think this is probably a perfect

18  point to take a break.

19          THE COURT:  Great.  So, ladies and gentlemen,

20  remember you do not discuss this case among yourselves or with

21  anyone else.  Do not conduct any research.  We will take a

22  15-minute break.  We'll reconvene at approximately 11 o'clock.

23          THE COURTROOM DEPUTY:  All rise for the jury.

24      (Jury left the courtroom at 10:44 a.m.)

25      (Break was taken from 10:45 a.m. to 11:01 a.m.)

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    57

1           THE COURT:  You may be seated.  It's been brought to

2   my attention by Ms. Myhaver that one of the jurors' husbands

3   texted to indicate that his mother was going into hospice now

4   and she has 48 hours to live.  So I don't know that she will

5   be able to concentrate, to even hear anything, and I wish I

6   picked two alternates, but I didn't.  I didn't think we would

7   lose somebody this quickly, but my suggestion is that we

8   excuse her from jury duty.

9           MR. CHAFFIN:  No objection.

10           MR. MCDERMOTT:  Of course.

11           THE COURT:  All right.  So, Ms. Myhaver, would you

12   tell them that she's excused from jury duty and she can go be

13   with her family.

14           THE COURTROOM DEPUTY:  I will do that, yes, and then

15   I'll bring them in.

16           All rise for the jury.

17       (Jury entered the courtroom at 11:03 a.m.)

18           THE COURT:  Mr. Chaffin, you may proceed.

19   Q.  (By MR. CHAFFIN) J.W., I want to talk to you about another

20   trip that you took to Arizona.  Do you recall that trip?

21   A.  Yeah, the one after the funeral.

22   Q.  In the semi-truck?

23   A.  Yes, in the semi-truck.

24   Q.  About -- well, do you recall how old you were on that

25   trip?

Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    58

1    A.  I was like nine, I'd say.  I'd say it was before the trip

2    to New Mexico.

3    Q.  Where were you going in Arizona?

4    A.  I can't remember where we were going in Arizona, but I do

5    remember it was going to Arizona.

6    Q.  How do you know that it was to Arizona?

7    A.  Because when we got past the border and into Arizona we

8    stopped at a truck stop.

9    Q.  What do you recall about this truck stop?

10   A.  It was a big truck stop, bigger than the ones we normally

11   stay at, and they had all kinds of cool trucking knickknacks

12   in that truck stop.

13   Q.  What sorts of stuff do you recall in the truck stop?

14   A.  There was, like, toy semi-trucks, and the thing that,

15   like, standed out mainly to me there was a big, huge, probably

16   like this big remote control semi that had a truck and a

17   trailer.

18   Q.  And you're holding your hands about three feet apart?

19   A.  Yeah.

20   Q.  A big remote --

21   A.  Big remote control semi you could drive with a trailer

22   connected to it.

23   Q.  And that was cool to you?

24   A.  Yeah, that was real cool to me.

25   Q.  Did you guys spend the night there at that truck stop?

                          Sarah K. Mitchell, RPR, CRR

```
 1    A.  Yeah.

 2    Q.  Same truck that we've been talking about?

 3    A.  Yes.

 4    Q.  That green truck in Exhibit 2, right?

 5    A.  Yes.  The green semi with Precision Construction on the

 6    side.

 7    Q.  Did you and Mr. McFadden -- was it you and Mr. McFadden?

 8    A.  Yes.

 9    Q.  Anybody else?

10    A.  No.

11    Q.  Did you guys sleep in the same places?

12    A.  Yes.  In the cab of the semi on the mattress.

13    Q.  What, if anything, happened that night?

14    A.  That night after looking at that toy semi and all that I

15    remember watching a movie in the cab and going back into the

16    truck stop for a few different times like maybe to use the

17    restroom or to grab another snack or soda and watched a movie

18    and went to sleep that night, and it wasn't until later that

19    night until I woke up to like an incident.

20    Q.  What did you wake up to?

21    A.   I woke up to a wet sensation, kind of one of my normal

22    experiences, but prior to that it was like a wet sensation and

23    pressure.

24    Q.  What was the pressure from?

25    A.  It was Mike McFadden sticking his penis into me.
```

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.            11/08/2022    60

1    Q.  Into your butt?

2    A.  Yes, into my rectum.

3    Q.  What made that incident stop, do you recall?

4    A.  Me tossing and turning made that incident stop earlier

5    than it would have.

6    Q.  Did you ever talk to Mr. McFadden during that incident?

7    A.  No.

8    Q.  Were there other times that stood out for you?  Let me ask

9    it this way.  Were there times when something happened that

10   stood out for you thinking back?

11   A.  Like, incidences during the night that stand out?

12   Q.  Yeah, or things that happened afterwards.

13   A.  That tongue incident was one that really stands out, and

14   one time another incident that stood out was instead of like a

15   pressure feeling that I was normally feeling, during one of

16   the incidences I kind of felt maybe a finger instead of a

17   tongue or a penis.  That might have been a strange incident.

18   Q.  Do you recall where that took place?

19   A.  I believe it took place at the Glen Road house.

20   Q.  How would you feel after these incidents?  How would your

21   body feel?

22   A.  I'd, like, feel sick kind of, like almost nauseating.  And

23   I had real troubles using the bathroom.  For instance, I

24   remember one time being at school and going and using the

25   bathroom and wiping, and it was all red, all blood.  And then

19-cr-00243-CMA-GPG-1   Testimony of J.W.            11/08/2022    61

1    I knew it was from that, and I just didn't tell nobody.  And

2    certain instances afterwards that would happen and on the

3    worser instances.  So that's the incidences I remember.

4    Q.  When you say you had trouble going to the bathroom...

5    A.  I had trouble pooping.  It hurt really bad.

6    Q.  Would you get diarrhea?

7    A.  Yeah.

8    Q.  Do you recall talking to us about a time at school where

9    you had diarrhea?

10   A.  Uh-huh.

11           MR. MCDERMOTT:  Objection, leading.

12           THE COURT:  He's transitioning.  Overruled.

13           MR. CHAFFIN:  Thank you, Your Honor.

14   Q.  (By MR. CHAFFIN) About how old was that incident?

15   A.  I was around like 9.  9, 10.

16   Q.  Do you remember what grade you were in?

17   A.  I think I was in like 3rd or 4th grade.

18   Q.  Okay.  What school?

19   A.  Dos Rios.

20   Q.  Okay.  That's here in Grand Junction?

21   A.  Yes.

22   Q.  What happened at school at that -- did you have trouble

23   going to the bathroom?

24   A.  Yes.  I was having trouble going to the bathroom, and I

25   was having really bad diarrhea, and in this instance I

                      Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    62

1    couldn't really make it to the bathroom, and so I needed a

2    change of clothes at school.

3    Q.  Okay.  Did you -- how many times did you have to go to the

4    bathroom that time?

5    A.  I'd say, like, three times I had to go, like, back to back

6    to back almost, and because I had to ask so many times, my

7    teacher was like, Are you okay?  And I told her I was having

8    trouble going to the bathroom.

9          MR. CHAFFIN:  Could I have just one moment, Your

10   Honor?

11         THE COURT:  You may.

12   Q.  (By MR. CHAFFIN) J.W., did you ever tell your teachers

13   about what was going on?

14   A.  No.

15   Q.  Did you ever tell your mom?

16   A.  No.

17   Q.  What about your cousins?

18   A.  No.

19   Q.  Your aunts?

20   A.  No.

21   Q.  Your grandma is in the picture, right?

22   A.  Yeah.

23   Q.  Did you tell her?

24   A.  No.

25   Q.  Do you remember telling -- do you recall a time -- well,

                    Sarah K. Mitchell, RPR, CRR

```
 1   do you recall a time meeting with police officers when you
 2   were about seven?
 3   A.  Yeah.
 4   Q.  And they asked you questions, right?
 5   A.  Yeah.
 6   Q.  Did you ever tell them about what was going on during that
 7   incident?
 8   A.  No.
 9   Q.  Why not?
10   A.  I was scared, and I didn't want to be the first person to
11   say something.
12   Q.  Were there times -- was there a time when you felt like
13   something was happening to another boy?
14   A.  Yeah.
15   Q.  K.W., right?
16   A.  Yeah.
17   Q.  Can you tell the jury about what happened that made you
18   feel like something was happening to him?
19   A.  I was at the 2980 D 1/2 Road house, and it was before John
20   and Phyllis moved out.  So we were staying in the utility room
21   next to the laundry room, and it was me, Mike and K.W. who
22   were sleeping in the bed.  And Mike was in the middle of the
23   bed, and K.W. was on the right side, and I was on the left
24   side, and I woke up to K.W. saying, Stop, and K.W. saying, Ew,
25   that's gross.  And because of previous instances with Mike I
```

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    64

1   already knew what was going on, but I continued to play asleep

2   on my side, continued hearing K.W. say, Stop, that's nasty,

3   that's gross, and Mike saying, Quit it, knock it off, you

4   little shit, go to bed.  And I just remained acting like I was

5   asleep.

6   Q.  And you said because of prior instances you knew what was

7   going on.  Are you talking what about was happening with you?

8   A.  With me.  And in this instance when he said that's gross

9   and stop, I put two and two together from my previous

10  instances on myself, yes.

11  Q.  During that incident with K.W. did you feel anything that

12  was going on?

13  A.  I felt like a motion in the bed.  After he was saying

14  stop, he was trying to almost get out of the bed and rolling

15  around in the bed, so I did feel a commotion in the bed.

16  Q.  And did you smell anything?

17  A.  Like a musty smell.

18  Q.  What did that smell remind you of?

19  A.  It reminded me of the previous instances where I would

20  have, like, juices come out of my butt.  It would kind of

21  smell like that.  It was a like musty fart smell.

22  Q.  Did it remind you of the times that Mr. McFadden put his

23  penis in your butt?

24  A.  Yes, it did.

25  Q.  Did you ever say anything to K.W.?

                    Sarah K. Mitchell, RPR, CRR

1   A.   No.

2   Q.   Why not?

3   A.   Again, I was scared to say anything to anyone, and let

4   alone I really didn't want to be the first person to say

5   something.

6   Q.   And when you heard Mr. McFadden speaking to K.W. and

7   saying you're being a shit, how did that make you feel?

8   A.   Well, at first I kind of felt kind of good because K.W.

9   was sticking up for himself.  And then when I seen how Mike

10  reacted to him was kind of my thoughts of why I never really

11  wanted to say something myself, because when K.W. said

12  something, he got angry, and he said, stop, you little shit,

13  and was throwing him back in bed, and that's one of the

14  reasons why I never wanted to say anything during the

15  incidents because I was afraid something like that would

16  happen.

17           MR. CHAFFIN:  Nothing further, Your Honor.

18           THE COURT:  All right.  Cross-examination.

19                      CROSS-EXAMINATION

20  BY MR. MCDERMOTT:

21  Q.   So, J.W., I actually am going to begin where you just left

22  off.  You've spoken with law enforcement a number of times

23  about this case and the allegations against Mr. McFadden; is

24  that right?

25  A.   How many times?

19-cr-00243-CMA-GPG-1  Testimony of J.W.            11/08/2022    66

 1   Q.  You've spoken with them quite a few times; is that

 2   correct?

 3   A.  I would say that's not correct.  I'd say I spoke to them a

 4   few times.

 5   Q.  A few times.  Okay.  Well, I'm going to focus on the last

 6   time that you spoke with the prosecutor and Agent Zappe

 7   getting ready for trial on October 27th of this year; is that

 8   right?

 9   A.  Yes.

10   Q.  Okay.  And with respect to what you just testified to with

11   respect to K.W. sticking up for himself, as you put it, that

12   was the first time you ever said you witnessed something with

13   K.W.; is that correct?

14   A.  Yes.

15   Q.  Now, I'm going to now back up, and I want to talk about in

16   more specificity some of the things you previously have said,

17   okay?

18   A.  Yeah.

19   Q.  All right.  You were interviewed in -- on January 21st of

20   2009, correct?

21   A.  Possibly.

22   Q.  Possibly.  It's hard to remember, right?

23   A.  Yeah.

24   Q.  Yeah.  You were, what, nine years old?

25   A.  It was in 2009?

                        Sarah K. Mitchell, RPR, CRR

 1   Q.  Yeah.

 2   A.  Yes, I would be nine.

 3   Q.  Okay.  And back when you were nine years old, you were

 4   asked whether anyone had ever touched you sexually, correct?

 5   A.  Yes.

 6   Q.  And you answered no, right?

 7   A.  Correct.

 8   Q.  And you were also asked if anyone ever touched you what

 9   would you do, and you answered that, correct?

10   A.  Yes.

11   Q.  And you told them that you would tell your mother?

12   A.  Yeah.

13   Q.  And I know that your mom has had difficulty, but you got

14   along with your mother when you were nine years old; is that

15   fair to say?

16   A.  Yeah.

17   Q.  You loved your mom?

18   A.  Yeah.

19   Q.  She loved you?

20   A.  Yeah.

21   Q.  She was the kind of person who told you if there was

22   something going on you could tell her?

23   A.  No.

24   Q.  No.  Okay.  Now, I want to move on to when you were -- I

25   guess you had just turned 13 because it was December 21, 2012.

                          Sarah K. Mitchell, RPR, CRR

```
 1    You spoke --
 2    A.  So I just turned 12.
 3    Q.  Yes.  Yeah.  You spoke with a woman named Ms. Surad; is
 4    that correct?
 5    A.  I'm not sure.
 6    Q.  You're not sure.  I believe she was with Detective
 7    Prescott back then.  Do you remember the conversation?
 8    A.  Not much.
 9    Q.  Okay.  Well, my understanding is that you told Ms. Surad
10    that you lived with your sister B.W., lived with L.Wr., Cindy,
11    your mom, your uncle Mike, your cousin D.O., your cousin E.S.,
12    your aunt Crystal, and some dogs.  Is all that accurate and
13    correct?
14    A.  Yes.
15    Q.  And in that interview you were asked whether anyone had
16    ever touched you inappropriately; is that correct?
17    A.  Yes.
18    Q.  And you told them no?
19    A.  Correct.
20    Q.  And this is back at the end of 2012.  It's a little bit
21    before the time Mr. McFadden was arrested; is that right?
22    A.  Yes.
23    Q.  And you were living at D 1/2 Road at the time; is that
24    right?
25    A.  Correct.
```

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022   69

1   Q.  And you went through it a bit, but I want to talk about D

2   1/2 Road for just a bit, okay?

3   A.  Yeah.

4   Q.  All right.  Now, in 2012, there were a lot of people

5   living on D 1/2 Road; is that right?

6   A.  Yeah.

7   Q.  And each person was kind of assigned -- I don't want to

8   say assigned, but people had areas where they generally slept;

9   is that fair to say?

10  A.  Yes.

11  Q.  Now, in one bedroom Cindy R. lived in there with D.O.,

12  E.S., and Jade McFadden; is that correct?

13  A.  Yes.

14  Q.  And in another -- actually in the living room, there were

15  four people living in the living room; is that correct?

16  A.  I can't remember if it was four, but I know there was a

17  lot of people staying.

18  Q.  Well, let me name the names, and tell me if this sounds

19  right or not.  Donna Foxx, Tyson Cross, Hailey Cross, and John

20  Foxx?

21  A.  I only remember John, which was our Papa John, staying in

22  the living room.

23  Q.  So you remember John staying in the living room?

24  A.  Yeah.

25  Q.  All right.  Could the others have lived there, or do you

Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.            11/08/2022    70

1   just not remember?

2   A.  No, they didn't live there.

3   Q.  Okay.  In the other bedroom, K.Wr., B.W., and K.Wr. had a

4   boyfriend who was living there, right?

5   A.  Correct.

6   Q.  Okay.  And in another bedroom there was you, Mr. McFadden,

7   and your brother L.Wr.?

8   A.  Correct.

9   Q.  Okay.  And was D.R. living in the house at the time?

10  A.  I wouldn't say living, but he spent the majority of nights

11  over at our house.

12  Q.  The majority of the time over there, but he wasn't there

13  every night?

14  A.  Right.

15  Q.  Okay.  And there were two trailers in the back of the

16  house; is that correct?

17  A.  Correct.

18  Q.  And your mom lived in one; is that right?

19  A.  Yeah.

20  Q.  And she lived there with Trevor, Zach, and a person named

21  Chris Vigil?

22  A.  I wouldn't say lived with her, but they were always

23  around, yes.  My mom was the one that stayed in the trailer,

24  but they did not live there, no.

25  Q.  And in another trailer there was Crystal M.  She was in

                    Sarah K. Mitchell, RPR, CRR

 1   another trailer, correct?

 2   A.  Correct.

 3   Q.  Sean Crohn?

 4   A.  Correct.

 5   Q.  Someone named Brandon?

 6   A.  I can't remember.

 7   Q.  Someone named Sean Elm?

 8   A.  Yeah.

 9   Q.  This house had one bathroom, correct?

10   A.  Correct.

11   Q.  Now, Mr. McFadden was arrested in January of 2013.  Up to

12   that point you had never told anyone that he did anything

13   sexually inappropriate with you, correct?

14   A.  Correct.

15   Q.  And to your knowledge, nobody in this house ever saw

16   Mr. McFadden do anything sexually inappropriate to you?

17   A.  Can you rephrase that?

18   Q.  Yes.  Nobody ever came and told you that they saw

19   Mr. McFadden do anything sexually inappropriate to you,

20   correct?

21   A.  Correct.

22   Q.  And the first time you said that Mr. McFadden did anything

23   sexually inappropriate to you was in February of 2013; is that

24   correct?

25   A.  Is that the incident where they came up to my house on

1  Glade Park?

2  Q.  Yes.

3  A.  Then yes.

4  Q.  And that was Julie Stogsdill and Detective Prescott,

5  correct?

6  A.  Detective Prescott?

7  Q.  Yes.

8  A.  I don't recall that.

9  Q.  Okay.  Who do you recall, Ms. Stogsdill?

10  A.  Yeah, and Ed.

11  Q.  Ed Prescott?

12  A.  Is that his last name?  I know him by Ed.

13  Q.  Okay.  During the interview they asked you if you knew why

14  you were here, and you answered them, and you told them that

15  they were there because Mike is a bad person; is that correct?

16  A.  Yeah.

17  Q.  You told them that Mike is a bad person because he touches

18  people?

19  A.  Is that all I said?

20  Q.  Yes.

21  A.  I don't think that was all I said.

22  Q.  Okay.  You told them they were there because he was a bad

23  person.  We're in agreement with that?

24  A.  Yeah.

25  Q.  Okay.  And during that interview -- and just to be clear,

1   as you said, this is the first time you're telling anybody

2   about --

3   A.  Anything, yes.  First time I ever spoke out and said Mike

4   is a bad person, yes.

5   Q.  And you initially told them that it happened once in a

6   great while; is that correct?

7   A.  I can't remember.

8   Q.  Okay.  There is a notebook down there.

9           MR. MCDERMOTT:  Your Honor, permission to refresh?

10          THE COURT:  You may.

11  Q.  (By MR. MCDERMOTT) Okay.  I can get it for you if that

12  makes it easier.

13  A.  No.  Which one?

14  Q.  Defendant's exhibits, and it begins with the letter A.

15  It's a larger notebook that should be down there.

16  A.  There's two of them here.

17  Q.  Okay.  If you go to the tab that is labeled B-1, okay, and

18  then can you -- let me grab my book as well.  Okay.  If you

19  look at the bottom, and if you go to page 1177.

20  A.  1177?

21  Q.  Yes.  Okay.  And then if you can just review -- you see

22  where the lines are on the left side?

23  A.  Yeah.

24          THE COURT:  Are we on D-1?

25          MR. MCDERMOTT:  B-1.

                    Sarah K. Mitchell, RPR, CRR

1          THE COURT:  D?

2          MR. MCDERMOTT:  B, as in boy, Your Honor.  Sorry.

3          THE COURT:  I'm sorry.  Go ahead.

4  Q.  (By MR. MCDERMOTT) If you can just review the top of the

5  page through line number 868.

6  A.  You want me to read that?

7  Q.  Just read it to yourself.  And does that refresh your

8  memory as to the question that was asked?

9  A.  Yeah.

10  Q.  Okay.  And do you recall now that they did ask you how

11  many times this had happened?

12  A.  Yeah.

13  Q.  Okay.  And your answer was, Once in a great while,

14  correct?

15  A.  Yeah.

16  Q.  Now in March of 2013, you went and saw a nurse; is that

17  correct?

18  A.  Yeah.

19  Q.  She asked you questions about this?

20  A.  Yeah.

21  Q.  And you were 13 years old, correct?

22  A.  Correct.

23  Q.  And when you spoke with her, you told her that it happened

24  since you were six, and it happened until December of 2012,

25  correct?

19-cr-00243-CMA-GPG-1   Testimony of J.W.            11/08/2022    75

1    A.  Yeah, that's correct.

2    Q.  And we're approximately three months removed from when you

3    initially said that anybody had ever touched you?

4    A.  Three months from that point?

5    Q.  Yes.

6    A.  I can't remember.  This instance where I'm talking with Ed

7    is three months after?

8    Q.  No.  Let me back up.  I confused you.  I apologize.  In

9    December of 2012, you reported that nobody had touched you

10   inappropriately, correct?

11   A.  Who did I report that to?

12   Q.  Ms. Surad and Mr. Prescott.

13   A.  I believe that is incorrect.  Especially after seeing this

14   and re-jogging my memory, I didn't tell them that nothing

15   happened.  I just said it wasn't a lot, frequently.  That it

16   only happened once in a while is what I said here.

17   Q.  Okay.  Well, and my question is I'm going back to the

18   December 2012 interview that you had with --

19   A.  With Ed and --

20   Q.  Ms. Surad is who I'm talking about.

21   A.  Up at Glade Park?

22   Q.  When they came and asked you in December --

23   A.  Where was this?

24   Q.  We've already gone through it.

25   A.  I'm just confused.

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1   Testimony of J.W.        11/08/2022    76

1   Q.  Okay.  I'm backing up to the time before Mr. McFadden was

2   arrested.

3   A.  Okay.  So you're going back to 2009 is when I was

4   interviewed.

5   Q.  Well, you were interviewed when you were nine.

6   A.  Yeah.

7   Q.  That was the first time you said that nobody touched you.

8   A.  Uh-huh.

9   Q.  In that interview you said if someone did, you would tell

10  your mom.

11  A.  Then we went to --

12  Q.  Now I'm going --

13  A.  Forward.

14  Q.  -- to December 2012.

15  A.  When Ed and the female officer came and did an interview

16  with me up at my house?

17  Q.  No.  That is the January one when you finally say that,

18  yes, someone has touched you.

19  A.  So you're talking at the police station before that?

20  Q.  Yes.

21  A.  Okay.  Thank you.  Now I can remember.

22  Q.  Okay.  And just so we're clear with each other, so

23  December 2012, you said no one touched you.  And then in

24  January of 2013, you changed your story, and you said

25  Mr. McFadden had touched you, correct?

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.        11/08/2022    77

1   A.  Correct.

2   Q.  And then in March of 2013, you went and you spoke with

3   this nurse, correct?

4   A.  Correct.

5   Q.  Okay.  Now, I want to go ahead and talk about a few things

6   that were discussed in this January interview that we're

7   talking about that's in front of you in the notebook, okay?

8   A.  Can you give the dates when you say the interviews?  It

9   helps me to remember.

10  Q.  But it's the one -- yes.  It's the one that's right in

11  front of you.

12  A.  The one at my house in Glade Park?

13  Q.  Yes.  Okay.

14  A.  Yes.

15  Q.  Now, you indicated to them that sometimes you would sleep

16  in your mom's room and sometimes you would sleep in

17  Mr. McFadden's room, correct?

18  A.  What location?

19  Q.  Mr. McFadden's bedroom.

20  A.  And then my mom's bedroom?  Because my mom didn't have a

21  bedroom.  She had a trailer.

22  Q.  Okay.

23  A.  And I don't recall saying that I stayed in the trailer

24  with my mom.

25  Q.  Okay.  Well, you can turn to -- so your belief is that you

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    78

1   never stayed with your mom in her trailer, if I understand

2   correctly?

3   A.  Yeah.  I never stayed in the trailer with my mom.

4   Q.  Okay.  All right.  Well, to give you a date, you were

5   interviewed by a woman named Stephanie Knapp on August 8,

6   2018; is that correct?

7   A.  Yeah.

8   Q.  Okay.  And can you please -- I'll move on to another

9   topic.  J.W., the interview you had on October 26, 2022, you

10  spoke about the Arizona trip that you took with Mr. McFadden;

11  is that correct?

12  A.  Yes.

13  Q.  Okay.  And you told Agent Zappe and Mr. Chaffin that

14  Mr. McFadden did not put anything white in your drink on that

15  trip; is that correct?

16  A.  On the Arizona trip with the semi remote-control trip?

17  Q.  Yes.

18  A.  No.  He didn't put anything into my drink.

19  Q.  Okay.  And in this interview, this is the first time you

20  said anything about Mr. McFadden putting his tongue on your

21  anus; is that correct?

22  A.  In the interview in 2018?

23  Q.  No.  The October 26, 2022, interview.

24  A.  Was the first time I said that he touched my anus with his

25  tongue?

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022     79

1   Q.  Yes.

2   A.  Of 2022?

3   Q.  Yes.

4   A.  That's incorrect.

5   Q.  That's incorrect.

6   A.  Yeah.

7   Q.  Okay.  You told them that this happened after you returned

8   from a semi trip, and it happened in the truck while you were

9   parked in the street, correct?

10  A.  Correct.

11  Q.  And if I heard on direct correctly, you told -- or you

12  just testified that was right before Mr. McFadden brought you

13  to your house?

14  A.  Correct.

15  Q.  And it's your belief that you have told that version to

16  law enforcement before October 26, 2022?

17  A.  Yes.  I recall telling someone when asked about any

18  different instances that happened I do recall saying something

19  about me feeling a tongue on my anus to somebody.

20  Q.  And you think you said that to someone before October 26,

21  2022?

22  A.  I think so.

23  Q.  And the thing about K.W. making painful grunting noises,

24  the first time you said anything about that was October 26,

25  2022, correct?

Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    80

1    A.  Correct.

2    Q.  And you said that that is the reason you never reported

3    abuse before, correct?

4    A.  That's because I had an incident where I watched another

5    boy say something?

6    Q.  Yes.

7    A.  Correct.

8    Q.  And this was the first time you said anything about seeing

9    Mr. McFadden abuse someone else?

10   A.  The first time I said that I heard another boy say verbal

11   words that led me to believe something was going on, yes.

12   Q.  Okay.  And so my question to you is the first time you

13   said that was October 26, 2022, correct?

14   A.  Yeah.

15   Q.  I want to talk about the Arizona trip, okay?

16   A.  Okay.

17   Q.  You have -- you initially indicated that the first time

18   anything happened was at that funeral in Arizona; is that

19   correct?

20   A.  That is correct.

21   Q.  And you initially said that in an August 8th interview

22   with a woman named Stephanie Knapp; is that correct?

23   A.  That's correct.

24   Q.  And you said --

25   A.  My watch.  Sorry.

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1   Testimony of J.W.            11/08/2022    81

1    Q.  That's fine.

2    A.  I accidentally pushed Siri.

3              THE COURT:  What year on the August date?

4              MR. MCDERMOTT:  I'm sorry, Your Honor?

5              THE COURT:  You said an August date, but no year.

6    Can we have the year?

7              MR. MCDERMOTT:  Yes, Your Honor.  I said August 8th,

8    2018.

9              THE COURT:  Okay.

10   Q.  (By MR. MCDERMOTT) Now, there were other people who were

11   on that trip, correct?

12   A.  On which trip?

13   Q.  On the --

14   A.  That funeral trip?

15   Q.  Yes.

16   A.  Correct.

17   Q.  That was for a family funeral?

18   A.  Correct.

19   Q.  And in your interview with Ms. Knapp you weren't clear as

20   to who all went on that trip, correct?

21   A.  Correct.

22   Q.  I believe your words were it was kind of like a haze?

23   A.  Kind of like a haze?

24   Q.  Yes.

25   A.  I probably listed the people I could remember, but I

                      Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.        11/08/2022    82

1   couldn't remember everybody, correct.

2   Q.  Okay.  And when you had this interview with Ms. Knapp, you

3   indicated that actually Mr. McFadden had put drugs in your

4   drink?

5   A.  On that trip?

6   Q.  Yes.

7   A.  I don't recall that.

8   Q.  You don't recall that.

9        MR. MCDERMOTT:  Your Honor, I apologize.  I misplaced

10  my source on that.  May we take our break?

11       THE COURT:  No.

12  Q.  (By MR. MCDERMOTT) With respect to that trip --

13  A.  Which trip?

14  Q.  The Arizona trip for the funeral.

15  A.  Okay.

16  Q.  People were in adjoining rooms.  There was a boys' room

17  and a girls' room, correct?

18  A.  Correct.

19  Q.  And you were in the boys' room; is that correct?

20  A.  Yeah.

21  Q.  And there were -- there was a door that connected the two

22  rooms?

23  A.  Correct.

24  Q.  And that door was open for most of the trip, correct?

25  A.  Incorrect.

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    83

1    Q.   Incorrect?

2    A.   Incorrect.

3    Q.   Okay.  There were other boys who were in the room and in

4    the bed with you, correct?

5    A.   Correct.

6    Q.   And do you recall which boys were there with you?

7    A.   E.S. and D.O., my cousins.

8    Q.   And they slept in the same bed as you, correct?

9    A.   Correct.

10   Q.   And you didn't report Mr. McFadden doing anything to you

11   to them, correct?

12   A.   To my cousins?

13   Q.   Right.

14   A.   Correct.

15   Q.   J.W., with respect to the smell that you described in your

16   direct testimony, the first time you reported that was in your

17   October 28th interview getting ready for trial; is that

18   correct?

19   A.   Correct.

20   Q.   With respect to the trips that you went to New Mexico, you

21   were not the only person on those trips; is that correct?

22   A.   On the New Mexico trip?

23   Q.   Yes.

24   A.   I was the only person.

25   Q.   You believe you were the only person?

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.        11/08/2022    84

1   A.   Yes.

2   Q.   Okay.  And how many of those trips do you recall going on?

3   A.   A lot.

4   Q.   A lot?

5   A.   Yeah.

6   Q.   J.W., how long were you at the D 1/2 address?

7   A.   For the majority of the incidents that we talked about.

8   I'd say about five years, six years.

9   Q.   Five to six years?

10  A.   Maybe even more.

11  Q.   And the entire time at D 1/2 you never told anybody that

12  Mr. McFadden was doing anything to you?

13  A.   At the D 1/2 house?

14  Q.   Right.

15  A.   Correct.  I never told nobody.

16  Q.   And on October 28th, 20 -- excuse me -- on October 28th

17  getting ready for this trial you mentioned an incident that

18  happened at Mr. McFadden's home prior to the Glen Road

19  address, correct?

20  A.   Correct.

21  Q.   And getting ready for trial, that was the first time you

22  mentioned that allegation, correct?

23  A.   Yeah.

24        MR. MCDERMOTT:  Those are my questions, Your Honor.

25        THE COURT:  All right.  Any redirect?

                    Sarah K. Mitchell, RPR, CRR

1          MR. CHAFFIN:  Yes, please.

2                   REDIRECT EXAMINATION

3    BY MR. CHAFFIN:

4    Q.  J.W., I just want to -- I'm a little confused about the

5    order of interviews, so I want to clarify.

6    A.  Okay.

7    Q.  So there was an interview in 2007.

8    A.  Yeah.

9    Q.  Who was that with, do you remember?

10   A.  I believe it was in Arizona when we went to go visit my

11   cousins D.O. and E.S. who lived in Arizona.  I believe the

12   instance happened when police received a phone call.

13   Q.  Okay.  Was there a time here in Grand Junction when you

14   talked to police?

15   A.  Yes.

16   Q.  Okay.  When was that?

17   A.  Right after we were told -- or before, I guess, we were

18   told to go grab a couple things of clothes from the 2980 Road

19   house we were brought to the police station.

20   Q.  Okay.  Do you remember speaking with a Detective Sean

21   Crocker?

22   A.  I'm not good with names.

23   Q.  But you remember talking to a police officer in 2007,

24   2008?

25   A.  Yeah.

                    Sarah K. Mitchell, RPR, CRR

1   Q.  Do you remember going to the Western Slope Center For

2   Children?

3   A.  Yes.

4   Q.  You remember that interview?

5   A.  Yes.

6   Q.  And you didn't disclose during that interview?

7   A.  Correct.

8   Q.  Okay.  We talked about why?

9   A.  Yeah.

10  Q.  Do you remember meeting with someone at the Grand Junction

11  Police Department from Child Protective Services?

12  A.  Around when?

13  Q.  Around December of 2012.

14  A.  Yes.

15  Q.  Her name was Niki Surad.  Do you remember her name at all?

16  A.  No.

17  Q.  Do you remember speaking with a woman?

18  A.  Yeah.

19  Q.  Had you met Detective Ed Prescott then?

20  A.  I don't know if I met him, but I know I was told about Ed.

21  Q.  When you met with that woman from Child Protective

22  Services, did you tell her about what was going on?

23  A.  No.

24  Q.  Is that for the same reasons that we've talked about

25  already?

Sarah K. Mitchell, RPR, CRR

1   A.   Yeah.  I was like kind of like -- because I know something

2   had already been said because that's why everyone is asking,

3   but I was kind of just, like, seeing if it was going to be one

4   of those, like, questions that were asked to me in 2007, if it

5   was just going to blow over when I said no and everyone said

6   no, or if it was going to be bigger than it was.

7   Q.   Okay.  Had you dealt with Child Protective Services during

8   your life at that point?

9   A.   Yeah.

10  Q.   What had happened when you've had to deal with them in the

11  past?

12  A.   I used to have them coming to my school and asking me

13  questions because I was -- like, example, I was always hungry,

14  or I remember one time kids saying I smelled, and so child

15  services got called.

16  Q.   Did they ever take you out of your home?

17  A.   No.

18  Q.   Were you worried that might happen?

19  A.   Yeah.

20  Q.   Were you worried they might take you away from Mike's

21  house?

22  A.   Yeah.

23  Q.   And then you meet with Detective Prescott and a female

24  detective at your house?

25  A.   Yes.

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    88

1   Q.  And this is after things had happened?

2   A.  Yes.

3   Q.  Is that after you had been told you can only go into the

4   house and get some clothes?

5   A.  Yes, that was after.

6   Q.  So you had been taken out of Mr. McFadden's house?

7   A.  Yes.

8   Q.  You lost all those things --

9   A.  All those things.

10  Q.  -- that you talked about?

11  A.  Yeah.  I went into my house and grabbed a few articles of

12  clothing that I needed and a toothbrush and just to see if it

13  was going to die over and I could come back and play my Xbox.

14  When it didn't die over, we went to go grab the things I

15  wanted from the house like my airsoft guns, my Xbox, and

16  everything was ransacked.

17  Q.  And when you met with Detective Prescott, is that the

18  first time that you told anybody a little bit of what had been

19  going on?

20  A.  Yeah.  At that moment I realized it wasn't blowing over,

21  and that I wasn't going to be the only one having to do this,

22  and it reassured me a little bit.

23  Q.  Did you tell Detective Prescott everything that had

24  happened to you?

25  A.  Not even close.  I still to this day haven't told

                         Sarah K. Mitchell, RPR, CRR

1   everybody every single instance because it would take forever.

2   Like I said, it happened two to three times a week for seven

3   years, so that would be a hard thing to describe every

4   incident that happened.

5   Q.  Can you even remember every single incident that happened?

6   A.  I remember a majority of it.  There's instances of

7   blocking.

8   Q.  Do they sometimes sort of blend together?

9   A.  Yeah.

10  Q.  But the ones that we talked about on direct, you remember

11  those?

12  A.  Yeah.

13  Q.  Mr. McDermott asked you about talking about the time when

14  you felt licking or a tongue.

15  A.  Uh-huh.

16  Q.  He suggested you had just said that recently.

17  A.  Yeah.  Uh-huh.

18  Q.  But I think you said that was incorrect, right?

19  A.  Yeah, because I think I told in the 2018 interview to the

20  center when I finally was saying things and more things were

21  coming to my mind, I believe when the lady asked me if there

22  was anything strange or out of the picture that you could

23  remember, and I believe I remember saying that.

24  Q.  Could you -- could you look at that defense exhibit

25  binder?  Do you have that in front of you?

Sarah K. Mitchell, RPR, CRR

 1   A.  Is it the first one we were using?

 2   Q.  It's the ones that go A and B and C.

 3   A.  Yeah, I have it in front of me.

 4   Q.  Can you turn to Defense Exhibit C-1.

 5   A.  Okay.

 6   Q.  What does it say that is?

 7   A.  It says it's an audio transcript interview of J.W. by

 8   Stephanie Knapp on the August 8th of 2018.

 9   Q.  And it's pretty thick, right?

10   A.  Yeah.

11   Q.  Could you turn to page 88.

12   A.  Page 88.

13   Q.  Could you just read lines 10 through 16, please.

14        THE COURT:  To himself or out loud?

15        MR. CHAFFIN:  Sorry, Your Honor?

16        THE COURT:  To himself or out loud?

17        MR. CHAFFIN:  I would ask that he read them out loud

18   to the jury, Your Honor.

19        THE COURT:  All right.  Well, I think that would be

20   inappropriate.  I think he needs to read it to himself.  Then

21   you can ask him about it.  So read it to yourself, J.W.

22   A.  What lines again?

23   Q.  (By MR. CHAFFIN) 10 through 16.

24   A.  10 through 16?

25   Q.  Yes.  Have you had a chance to read those?

                    Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022     91

1   A.  Yeah, on page 86.

2   Q.  88.  Sorry.

3   A.  Page 88, sections 10 through 16?

4   Q.  Lines 10 through 16.  Did you get a chance to read those?

5   A.  Yes, I did.

6   Q.  What are you talking about in those lines?

7   A.  In those lines I'm telling Stephanie that I felt a

8   different type of sensation, not something inserting me, but a

9   licking sensation and a mustache sensation.

10  Q.  Okay.  So you talked with Stephanie Knapp about the

11  licking?

12  A.  Yeah.

13  Q.  Way back in 2018?

14  A.  In 2018, yes.  So I knew I had said it before.

15  Q.  Mr. McDermott also asked you about talking about a smell

16  and suggested that you had just recently said that --

17  A.  Yeah.

18  Q.  -- in October.

19  A.  Yeah.

20  Q.  And I think you said that was correct?

21  A.  Yeah.

22  Q.  Would it refresh your recollection to take a look at what

23  you had talked about with Ms. Knapp about whether or not that

24  actually was correct?

25  A.  Yes.  Now that I see especially that I talked to her about

19-cr-00243-CMA-GPG-1  Testimony of J.W.          11/08/2022    92

1   the mustache and licking sensation, I might have mentioned a

2   smell somewhere in this interview.

3   Q.  Sure.  Could you turn to page 145, and can you just take a

4   look at line 15.  Does that refresh your recollection about

5   when you talked about a smell?

6   A.  Yeah.

7   Q.  You used the words fecal smell?

8   A.  Yeah.

9   Q.  J.W., have you felt like you've ever had a chance to talk

10  about all of the things that have happened to you?

11  A.  No.

12  Q.  And even after all of those things that were going on, did

13  you prefer staying at Mike's house to your mom's house?

14  A.  Yeah.

15          MR. CHAFFIN:  Nothing further, Your Honor.

16          THE COURT:  Thank you very much.  J.W., you may step

17  down.

18          (This portion of proceedings concluded at 1:43 p.m.)

19

20

21

22

23

24

25

Sarah K. Mitchell, RPR, CRR

1                           REPORTER'S CERTIFICATE

2

3           I, SARAH K. MITCHELL, Official Court Reporter for the

4    United States District Court for the District of Colorado, a

5    Registered Professional Reporter and Certified Realtime

6    Reporter, do hereby certify that I reported by machine

7    shorthand the proceedings contained herein at the time and

8    place aforementioned and that the foregoing pages constitute a

9    full, true and correct transcript.

10          Dated this 29th day of November, 2022.

11

12

13

14          _____/s/ Sarah K. Mitchell_____

15                   SARAH K. MITCHELL
                  Official Court Reporter
16          Registered Professional Reporter
                 Certified Realtime Reporter
17

18

19

20

21

22

23

24

25

                     Sarah K. Mitchell, RPR, CRR