2/23/23, 1:34 PM                Trial for accused child molester to start Monday | Western Colorado | gjsentinel.com

https://www.gjsentinel.com/news/western_colorado/trial-for-accused-child-molester-to-start-monday/article_44ebf0b2-5bb9-11ed-a28d-bb5e9687b472.html

# Trial for accused child molester to start Monday

By SAM KLOMHAUS Sam.Klomhaus@gjsentinel.com
Nov 7, 2022



Michael McFadden

A former Grand Junction man whose 324-year sentence for child sex crimes was overturned by the Colorado Supreme Court on a technicality is set to begin an eight-day trial Monday in Grand Junction.

A federal grand jury indicted Michael McFadden in May 2019, on charges of crossing state lines with intent to engage in a sexual act with a minor under 12, and transportation of a minor with intent to engage in sexual activity.

McFadden was convicted in Mesa County of child sex assault, but was freed in 2018 after the Colorado Supreme Court ruled his right to a speedy trial had been violated, and his 2015 conviction was vacated.

At the time of the indictment, 21st Judicial District Attorney Dan Rubinstein called the Colorado Supreme Court's decision "appalling."

The indictment alleges McFadden crossed state lines with the intention of having sex with a child, and also transported a minor across state lines, between December 2012 and January 2013, and also between December 2010 and January 2011.

A fifth count relates to transportation of a minor between January 2007 and January 2013.

The maximum sentence for each count is life in prison, according to the indictment.

According to court documents, the speedy trial deadline for McFadden's case is either Dec. 10 or Dec. 11.

Sam Klomhaus