IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN,**

    **Defendant.**

---

**UNOPPOSED MOTION FOR LEAVE TO FILE LETTER OF SUPPORT PRIOR TO SENTENCING**

---

Mr. McFadden by and through his attorneys Sean M. McDermott and Benjamin LaBranche, moves this Honorable Court to submit a letter prior to his sentencing hearing. As grounds, Mr. McFadden states:

Conferral

1. The parties conferred by email. The United States does not oppose the requested relief. Counsel for Mr. McFadden also discussed this matter via email with the Probation Department on March 6, 2023. The Probation Department expects this pleading instead of the Probation Department filing an addendum.

Reasons for the Requested Relief

2. Undersigned counsel received the letter that is attached as Exhibit 1 on, Tuesday February 28, 2023. This was within ten days of the scheduled sentencing hearing of Mr. McFadden.

3. On March 1, 2023, Mr. McFadden's counsel contacted the probation department

regarding the filing of an addendum to the presentence report, and defense counsel noted that this was within ten days of the scheduled hearing.

4. The probation officer overseeing this case, was unavailable until March 6, 2023. This was through no fault of the probation officer. The email was shared with the probation within 10 days of the scheduled sentencing hearing.

5. An addendum by the probation office was initially offered, but after further communication, undersigned counsel agreed to submit the letter via Motion.

6. Mr. McFadden's counsel requests that this document be filed and accepted. It is being filed as a separate ECF filing as Exhibit 1 to this Motion. It is also requested that the exhibit be filed restricted to the court and the parties. This is a document that would usually be included in an addendum to a presentence report and therefore not viewable by the public.

WHEREFORE, Mr. McFadden respectfully requests that this Court permit him to file the letter, Exhibit 1 prior to sentencing.

Respectfully submitted,

Dated: March 7, 2023

    s/Sean M. McDermott
    Sean M. McDermott
    McDermott Stuart & Ward LLP
    140 E. 19th Avenue, Suite 300
    Denver, CO 80203
    (303) 832-8888
    (303) 863-8888 (fax)
    Email: smcdermott@mswdenver.com

    s/Benjamin R. LaBranche
    Benjamin R. LaBranche (54678)
    1544 Race Street
    Denver, CO 80206
    Phone: (225) 927-5495
    Fax:   (225) 927-5568
    Email:  ben@brllawyer.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of March 2023, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

      s/ Sean McDermott
        Sean McDermott

3