IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN**

    **Defendant.**

---

**MOTION IN SUPPORT OF MOTION FOR LEVEL ONE RESTRICTION FOR DOCUMENT NO. 167 WHICH IS AN EXHIBIT TO DOC. NO. 166**

---

    **COMES NOW,** Sean McDermott, by and through Sean McDermott of McDermott Stuart & Ward LLP, and respectfully states the following in support of his Motion for Level two Restriction of Document No 167 which is an exhibit to Doc. No. 166. This document is a letter of support for Mr. McFadden's sentencing hearing.

    1.    Counsel for Mr. McFadden filed this document.

    2.    This is a document that would under ordinary circumstances be filed as an addendum to a presentence report.

    3.    The author of the document sent this to undersigned counsel on February 28, 2023. The writer of the document informed counsel that due to work commitments it was difficult to write and submit the document to counsel by that date.

    4.    The probation officer who authored the presentence report was unavailable to respond to counsel's email correspondence regarding the timing of the document until March 6, 2023. This was through no fault of the probation officer, as the document was shared less than 10 days prior to the sentencing hearing.

5. Following correspondence on March 6, 2023, undersigned counsel agreed to file this document.

6. On March 1, 2023, the United States represented that it would not oppose the filing of this document prior to the sentencing hearing, even though it was known that it would likely be filed within seven days of the sentencing hearing.

7. The United States does not oppose this document being restricted.

8. A level one restriction will help ensure that the Protective Order (Doc. No. 22) and Fed. R. Crim. P 49.1 are complied with.

9. Undesigned counsel respectfully requests that the Document No. 167 be given a level two restriction, so that it is viewable by selected parties and the Court.

Wherefore, Mr. McFadden respectfully requests that Doc. No. 167 be given level one restriction that is only accessible by selected parties and the Court.

Respectfully submitted,

Dated: March 7, 2023

s/Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Suite 300
Denver, CO 80203
(303) 832-8888
(303) 863-8888 (fax)
Email: smcdermott@mswdenver.com

Benjamin R. LaBranche (54678)
1544 Race Street
Denver, CO 80206
Phone: (225) 927-5495
Fax:    (225) 927-5568
Email:  ben@brllawyer.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of March 2023, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

      s/ Sean McDermott
         Sean McDermott