IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-0000243-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL TRACY McFADDEN**,

    Defendant.

_____

**NOTICE OF APPEAL**
_____

Comes now, the Defendant, Michael Tracy McFadden, by and through undersigned court appointed (CJA) counsel Sean McDermott and Benjamin R. LaBranche and Pursuant to Fed. R. App. P. 3 and Fed. R. App. P. 4(b), notice is hereby given that he appeals to the United States Court of Appeals for the Tenth Circuit from the judgment of conviction and sentence in the above captioned matter (Doc. 172); filed and entered on March 13, 2023; and the related, Order on Motion for Non-Guideline Sentence (Doc. No. 170), filed and entered on Thursday, March 9, 2023.

    Dated: Wednesday, March 22, 2023

    Respectfully Submitted,

    s/Sean M. McDermott
    Sean M. McDermott
    McDermott Stuart & Ward LLP
    140 E. 19th Avenue, Suite 300
    Denver, CO 80203
    Tel: 303.832.8888
    Fax: 303.863.8888
    Email: smcdermott@mswdenver.com

Benjamin R. LaBranche (54678)
1544 Race Street
Denver, CO 80206
Phone: (225) 927-5495
Fax:    (225) 927-5568
Email:  ben@brllawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, March 22, 2023, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

s/Kindra Rodriguez
Kindra Rodriguez