APPEAL,GRNDGJ,TERMED

# U.S. District Court - District of Colorado
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:19-cr-00243-CMA-GPG-1

Case title: USA v. McFadden

Date Filed: 05/17/2019

Date Terminated: 03/13/2023

Assigned to: Senior Judge Christine M. Arguello
Referred to: Magistrate Judge Gordon P. Gallagher-MJ

Appeals court case number: 23-1089 Tenth Circuit

### Defendant (1)

**Michael Tracy McFadden**
*TERMINATED: 03/13/2023*

represented by **Ben LaBranche**
Benjamin R. Labranche PLLC
1544 Race Street
Denver, CO 80206
225-927-5495
Fax: 225-927-5568
Email: ben@brllawyer.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Sean Michael McDermott**
McDermott Stuart & Ward LLP
One Sherman Place
140 East 19th Avenue
Suite 300
Denver, CO 80203
303-355-6789
Email: smcdermott@mswdenver.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Timothy Patrick O'Hara**
Office of the Federal Public Defender
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: timothy_ohara@fd.org
*TERMINATED: 02/09/2021*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 2241(c) Crossing state lines with intent to engage in a sexual act with a minor under 12<br>(1) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of LIFE. Supervised Release of LIFE. Special Assessment of $100.00 |
| 18 U.S.C. § 2423(a) Transportation of a minor with intent to engage in sexual activity.<br>(2) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of LIFE to run concurrently to Counts 1, 3, 4, and 5. Supervised Release of LIFE to run concurrently to Counts 1, 3, 4, and 5. Special Assessment of $100.00 |
| 18 U.S.C. § 2241(c) Crossing state lines with intent to engage in a sexual act with a minor under 12<br>(3) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of LIFE to run concurrently to Counts 1, 2, 4, and 5. Supervised Release of LIFE to run concurrently to Counts 1, 2, 4, and 5. Special Assessment of $100.00 |
| 18 U.S.C. § 2423(a) Transportation of a minor with intent to engage in sexual activity.<br>(4) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of LIFE to run concurrently to Counts 1, 2, 3, and 5. Supervised Release of LIFE to run concurrently to Counts 1, 2, 3, and 5. Special Assessment of $100.00 |
| 18 U.S.C. § 2423(a) Transportation of a minor with intent to engage in sexual activity.<br>(5) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of LIFE to run concurrently to Counts 1, 2, 3, and 4. Supervised Release of LIFE to run concurrently to Counts 1, 2, 3, and 4. Special Assessment of $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jeremy Lee Chaffin**<br>U.S. Attorney's Office<br>205 North 4th Street |

Suite 400  
Grand Junction, CO 81501  
970-257-7113  
Fax: 970-248-3630  
Email: jeremy.chaffin@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Agency Attorney*

**Andrea Lee Surratt**  
U.S. Attorney's Office  
District of Colorado  
1801 California Street  
Suite 1600  
Denver, CO 80202  
303-454-0124  
Email: andrea.surratt@usdoj.gov  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2019 | 1 | INDICTMENT as to Michael Tracy McFadden (1) count(s) 1, 2, 3, 4-5. (Attachments: # 1 Criminal Information Sheet) (jgonz, ) (Entered: 05/17/2019) |
| 05/17/2019 | 2 | Arrest Warrant Issued in case as to Michael Tracy McFadden. (jgonz, ) (Entered: 05/17/2019) |
| 05/20/2019 | 3 | RESTRICTED DOCUMENT - Level 4 by Michael Tracy McFadden. (tsher, ) (Entered: 05/22/2019) |
| 05/22/2019 | 5 | MINUTE ENTRY for proceedings held before Magistrate Judge Gordon P. Gallagher. Initial Appearance as to Michael Tracy McFadden held on 5/22/2019. This is a WSPP case. Detention Hearing set for 5/31/2019 02:00 PM in Room 323 (Grand Junction) before Magistrate Judge Gordon P. Gallagher. Defendant remanded. Hearing concluded. FTR: Grand Junction - AM. (tsher, ) (Entered: 05/23/2019) |
| 05/22/2019 | 6 | CASE REASSIGNED as to Michael Tracy McFadden pursuant to Grand Junction Protocol. This case is directly reassigned to Judge Marcia S. Krieger in the presiding role and Magistrate Judge Gordon P. Gallagher in the referral role. All future pleadings should be designated as 19-cr-00243-MSK-GPG. (Text Only Entry) (tsher, ) (Entered: 05/23/2019) |
| 05/22/2019 | 7 | CJA 23 Financial Affidavit by Michael Tracy McFadden. (tsher, ) (Entered: 05/23/2019) |
| 05/23/2019 | 4 | NOTICE OF ATTORNEY APPEARANCE: Timothy Patrick O'Hara appearing for Michael Tracy McFaddenAttorney Timothy Patrick O'Hara added to party Michael Tracy McFadden(pty:dft) (O'Hara, Timothy) (Entered: 05/23/2019) |
| 05/23/2019 | 8 | Arrest Warrant Returned Executed on 5/21/2019 in case as to Michael Tracy McFadden. (tsher, ) (Entered: 05/23/2019) |
| 05/24/2019 | 9 | ORDER as to Michael Tracy McFadden: Detention Hearing re-set for 5/31/2019 01:30 PM (new time) in Room 323 (Grand Junction) before Magistrate Judge Gordon P. Gallagher. By Magistrate Judge Gordon P. Gallagher on May 24, 2019. Text Only Entry (gpgsec ) (Entered: 05/24/2019) |

| | | |
|---|---|---|
| 05/31/2019 | 11 | MINUTE ENTRY for proceedings held before Magistrate Judge Gordon P. Gallagher: Detention Hearing as to Michael Tracy McFadden held on 5/31/2019. Jury Trial set for 7/1/2019 08:30 AM in Room 323 (Grand Junction) before Judge Marcia S. Krieger. FTR: Grand Junction-AM. (jgonz, ) (Entered: 06/04/2019) |
| 05/31/2019 | 12 | ORDER OF DETENTION as to Michael Tracy McFadden by Magistrate Judge Gordon P. Gallagher on 5/31/2019. (jgonz, ) (Entered: 06/04/2019) |
| 05/31/2019 | 13 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 2 weeks as to Michael Tracy McFadden by Magistrate Judge Gordon P. Gallagher on 5/31/2019. (jgonz, ) Modified on 6/17/2019 to correct PDF (jgonz, ). (Entered: 06/04/2019) |
| 05/31/2019 | 14 | AMENDED MINUTE ENTRY for proceedings held before Magistrate Judge Gordon P. Gallagher: Detention Hearing as to Michael Tracy McFadden held on 5/31/2019. Deadline for Motions to Continue Trial is 6/14/2019 FTR: Grand Junction-PM. (jgonz, ) (Entered: 06/04/2019) |
| 06/05/2019 | 16 | CONSENT OF THE GOVERNMENT AND THE DEFENDANT Pursuant to D.C.COLO.LCrR 11.1(b), by Michael Tracy McFadden. (nmarb, ). (Entered: 06/13/2019) |
| 06/07/2019 | 15 | NOTICE OF ATTORNEY APPEARANCE Andrea Lee Surratt appearing for USA. Attorney Andrea Lee Surratt added to party USA(pty:pla) (Surratt, Andrea) (Entered: 06/07/2019) |
| 06/13/2019 | 17 | GRAND JUNCTION SPECIFIC SETTING AND TRIAL PREPARATION ORDER FOR CRIMINAL ACTIONS FALLING WITHIN THE WESTERN SLOPE PROTOCOL by Magistrate Judge Gordon P. Gallagher on 6/13/2019. (jgonz, ) (Entered: 06/13/2019) |
| 06/13/2019 | 18 | ORDER REFERRING CASE to Magistrate Judge Gordon P. Gallagher as to Michael Tracy McFadden: In view of the filing of the Defendant's Consent 16 , and pursuant to District Court General Order 2015-1, this matter is referred to Magistrate Judge Gordon P. Gallagher for final determination as authorized by statute and rule, and recommendations for those matters that the magistrate judge cannot finally determine. By Judge Marcia S. Krieger on 6/13/19. Text Only Entry (msklc2, ) (Entered: 06/13/2019) |
| 06/14/2019 | 19 | Unopposed MOTION for Order *to Vacate and Reset Trial Date* by Michael Tracy McFadden. (O'Hara, Timothy) (Entered: 06/14/2019) |
| 06/16/2019 | 20 | ORDER granting in part and denying in part 19 Motion for Order as to Michael Tracy McFadden (1): The Court grants the motion to vacate the present trial but denies the motion to set the matter for a status conference without setting a new trial date. However, the parties may request a status conference at any point it they feel such a conference would be beneficial to the process. Defendant entered a not guilty plea to each count of the indictment. This action is set for trial on July 1, 2019. Defendant and the Government unanimously consented to the jurisdiction of the Magistrate Judge to determine speedy trial related matters and to address a motion to continue. Defendant moves to continue the trial on the basis that there is not enough time to be properly prepared for trial on July 1, 2019. The reasons for the continuance include: This is a complex matter which carries a potential 30-year minimum sentence, were Defendant to be convicted. The Government has just or will soon be providing initial discoverywhich will likely be voluminous. There are two (2) alleged victims and a related trial occurred in Mesa County District Court, spanning some twelve (12) days. There will likely be extensive investigation, the need for transcripts and other records, and other matters justifying a continuance of the trial in this action. The Court has considered and includes the reasons set forth in the Defendants motion. The Court, examining the factors set forth in U.S. v. Toombs, 574 F.3d 1262 (10th Cir. 2009) and 18 USC § 3161, determines that the ends of justice would be served by continuing the trial in this matter and that the factors in favor of granting such a |

| | | |
|---|---|---|
| | | continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that failure to grant such a continuance would make it impossible for the Defense to proceed, would provide inadequate preparation time taking into account the fact that the parties have all exercised due diligence. The Government did not object, in any fashion, to the motion to continue. All time between the vacated trial date of July 1, 2019 and the new date of January 6, 2020 shall be excluded from the speedy trial calculation. The parties are to file a joint memo, within 14 days, providing a current speedy trial calculation. Motions due by 11/4/2019. Responses due by 12/2/2019 Jury Trial set for 1/6/2020 08:30 AM in Room 323 (Grand Junction) before Judge Marcia S. Krieger. Pretrial Conference set for 1/2/2020 03:30 PM in Courtroom A 901 before Judge Marcia S. Krieger. by Magistrate Judge Gordon P. Gallagher on 6/16/2019. Text Only Entry (GPG) (Entered: 06/16/2019) |
| 06/17/2019 | 21 | Unopposed MOTION for Protective Order by USA as to Michael Tracy McFadden. (Attachments: # 1 Proposed Order (PDF Only))(Chaffin, Jeremy) (Entered: 06/17/2019) |
| 06/17/2019 | 22 | PROTECTIVE ORDER by Magistrate Judge Gordon P. Gallagher on 6/17/2019. (jgonz, ) (Entered: 06/17/2019) |
| 06/28/2019 | 23 | STATEMENT *on Speedy Trial Clock* by Plaintiff USA (Surratt, Andrea) (Entered: 06/28/2019) |
| 08/07/2019 | 24 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Michael Tracy McFadden. (Attachments: # 1 Proposed Document)(Chaffin, Jeremy) (Entered: 08/07/2019) |
| 08/07/2019 | 25 | ORDER Permitting Disclosure of Grand Jury Material by Magistrate Judge Gordon P. Gallagher on 8/7/2019. (jgonz, ) (Entered: 08/09/2019) |
| 08/22/2019 | 26 | MOTION for Order *Excluding Time* by USA as to Michael Tracy McFadden. (Attachments: # 1 Proposed Order (PDF Only))(Surratt, Andrea) (Entered: 08/22/2019) |
| 08/26/2019 | 27 | ORDER granting 26 Joint Motion to Exclude Time from the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h) through the trial date of January 6, 2020, by Magistrate Judge Gordon P. Gallagher on 8/26/2019. (jgonz, ) (Entered: 08/26/2019) |
| 11/04/2019 | 28 | Unopposed MOTION for Order *to Vacate and Reset Trial Date* by Michael Tracy McFadden. (O'Hara, Timothy) (Entered: 11/04/2019) |
| 11/06/2019 | 29 | ORDER granting 28 Motion for Order as to Michael Tracy McFadden (1) Motions due by 4/6/2020. Responses due by 5/4/2020 Jury Trial set for 6/1/2020 08:30 AM in Room 323 (Grand Junction) before Judge Marcia S. Krieger. Pretrial Conference set for 5/28/2020 03:30 PM in Courtroom A 901 before Judge Marcia S. Krieger. Defendant entered a not guilty plea to each count of the indictment. This action is set for trial on January 6, 2020--with one prior continuance. Defendant and the Government unanimously consented to the jurisdiction of the Magistrate Judge to determine speedy trial related matters and to address a motion to continue. Defendant moves to continue the trial and exclude 180 days from the speedy trial calculation on the basis that there is not enough time to be properly prepared for trial on January 6, 2020. The reasons for the continuance are set forth in Defendants detailed motion on the topic and include: the Defense has received 359 pages of police reports and witness interviews from the Grand Junction Police Department; 687 pages of reports from the investigation of the Federal Bureau of Investigation (FBI); 4,209 pages of transcripts from the prior state court proceedings; 62 pages of reports relating to the criminal history of Mr. McFadden; 34 total video and audio files from the Grand Junction Police Department Investigation (witness/defendant interviews) totaling approximately 21 hours; 24 total video and audio files from the FBI Investigation (witness/defendant interviews) totaling approximately 29 |

| | | |
|---|---|---|
| | | hours; 73 pages of transcribed testimony from the grand jury proceedings along with three video files; and an additional 2,262 pages of discovery material relating to the prior Grand Junction Police Department Investigation. The Defense still needs to: review the entirety of the transcripts from the 2015 jury trial as well as a large majority of the media files tendered in discovery; address issues of potentially significant amounts of 404(b) evidence; interview numerous witnesses in more than one state; address expert witness issues in multiple fields; and draft numerous pre-trial motions.The Court has considered and includes the reasons set forth in the Defendant's motion. The Court, examining the factors set forth in U.S. v. Toombs, 574 F.3d 1262 (10th Cir. 2009) and 18 USC § 3161, determines that the ends of justice would be served by continuing the trial in this matter and that the factors in favor of granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that failure to grant such a continuance would make it impossible for the Defense to proceed and would provide inadequate preparation time taking into account the fact that the parties have all exercised due diligence. The Government did not object, in any fashion, to the motion to continue. Additionally, Defense Counsel has specifically discussed this motion with Defendant and represents that the Defendant does not object to the motion. All time between now and the new date of June 1, 2020 shall be excluded from the speedy trial calculation. The parties are to file a joint memo, within 14 days, providing a current speedy trial calculation. by Magistrate Judge Gordon P. Gallagher on 11/6/2019. Text Only Entry (GPG) (Entered: 11/06/2019) |
| 11/15/2019 | 30 | STATEMENT *on Speedy Trial Clock* by Plaintiff USA (Surratt, Andrea) (Entered: 11/15/2019) |
| 04/06/2020 | 31 | Unopposed MOTION to Continue by Michael Tracy McFadden. (O'Hara, Timothy) (Entered: 04/06/2020) |
| 04/07/2020 | 32 | ORDER granting 31 Motion to Continue as to Michael Tracy McFadden (1) Motions due by 9/8/2020. Responses due by 10/5/2020 Jury Trial set for 11/2/2020 10:00 AM in Room 323 (Grand Junction) before Judge Marcia S. Krieger. Pretrial Conference set for 10/29/2020 03:30 PM in Courtroom A 901 before Judge Marcia S. Krieger. Defendant entered a not guilty plea to each count of the indictment. This action is set for trial on June 1, 2020. Defendant and the Government unanimously consented to the jurisdiction of the Magistrate Judge to determine speedy trial related matters and to address a motion to continue. Defendant moves to continue the trial until November 2020 on the basis that there is not enough time to be properly prepared for trial on June 1, 2020. The reasons for the continuanceset forth in detail in the motion and incorporated hereininclude that Counsel cannot currently meet with Defendant due to the National Emergency and that all in-person prison visits have been cancelled. Also, due to a travel moratorium, Counsel cannot travel to the Western Slope to investigate, interview witnesses, or view evidence. This matter involves thousands of pages of reports, numerous witnesses, and 50 plus hours of video footage. The Defendant, who is currently cut-off from in-person visits with Counsel due to the Covid-19 pandemic, cannot currently view the videos. Similarly, the Defense cannot undertake the in-person investigation necessary to properly defend this matter. The Court has considered and includes the reasons set forth in the Defendants motion. The Court, examining the factors set forth in U.S. v. Toombs, 574 F.3d 1262 (10th Cir. 2009) and 18 USC § 3161, determines that the ends of justice would be served by continuing the trial in this matter and that the factors in favor of granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that failure to grant such a continuance would make it impossible for the Defense to proceed and would provide inadequate preparation time taking into account the fact that the parties have all exercised due diligence. The Government did not object, in any fashion, to the motion to continue. All time between now and the new date of November 2, 2020 shall be excluded from the speedy trial calculation. The parties |

| | | |
|---|---|---|
| | | SHALL file a joint memo, within 14 days, providing a current speedy trial calculation. by Magistrate Judge Gordon P. Gallagher on 4/7/20. Text Only Entry (GPG) (Entered: 04/07/2020) |
| 05/04/2020 | 33 | Unopposed MOTION for Protective Order by Michael Tracy McFadden. (Attachments: # 1 Proposed Order (PDF Only))(O'Hara, Timothy) (Entered: 05/04/2020) |
| 05/06/2020 | 34 | AMENDED PROTECTIVE ORDER re 33 Motion for Protective Order as to Michael Tracy McFadden (1) by Magistrate Judge Gordon P. Gallagher on 5/5/2020. (jgonz, ) (Entered: 05/06/2020) |
| 08/24/2020 | 35 | ORDER as to Michael Tracy McFadden: Pursuant to D.C. Colo. L. Crim. R. 50.1, and with the prior permission of the Chief Judge, this case is transferred to Judge Arguello consistent with her assumption of supervision of the Grand Junction criminal docket. The Clerk of the Court shall reassign this case to Judge Arguello as the presiding Article III judge, terminate the assignment to the undersigned, and adjust the draw of future criminal cases to reflect this reassignment. By Judge Marcia S. Krieger on 8/24/20. Text Only Entry (msklc2, ) (Entered: 08/24/2020) |
| 08/24/2020 | 36 | CASE REASSIGNED pursuant to [#35] Order as to Michael Tracy McFadden. This case is directly reassigned to Judge Christine M. Arguello. All future pleadings should be designated as **19-cr-0243-CMA-GPG**. (Text Only Entry). (sphil, ) (Entered: 08/25/2020) |
| 09/08/2020 | 37 | Unopposed MOTION to Vacate by Michael Tracy McFadden. (O'Hara, Timothy) (Entered: 09/08/2020) |
| 09/09/2020 | 38 | ORDER to Exclude Time from Speedy Trial Act and Continue Trial Dates as to Michael Tracy McFadden (1). Defendant Michael Tracy McFadden's Fourth Unopposed Motion to Vacate and Reset Trial Date (Doc. # 37 ) is GRANTED and time is excluded from the date of this Order through April 6, 2021. Pretrial motions are due by February 1, 2021. Responses due by February 15, 2021. The Final Trial Preparation Conference set for October 29, 2020, is VACATED and RESET to March 23, 2021, at 3:00 PM, Courtroom A 602 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello. Five-day jury trial set to begin on November 2, 2020 is VACATED and RESET to April 5, 2021, at 8:30 AM, Courtroom A 602 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello. By Judge Christine M. Arguello on 9/9/2020. (angar, ) (Entered: 09/09/2020) |
| 12/02/2020 | 39 | Notice of Rule 404b by USA as to Michael Tracy McFadden *Intent to Introduce Evidence 414, 404(b) and 807* (Attachments: # 1 Exhibit 1)(Chaffin, Jeremy) (Entered: 12/02/2020) |
| 12/10/2020 | 40 | Unopposed MOTION for Extension of Time to File by Michael Tracy McFadden. (O'Hara, Timothy) (Entered: 12/10/2020) |
| 12/14/2020 | 41 | ORDER Granting 40 Motion for Extension of Time. Defendant shall have up to and including 2/1/2021 within which to file his objection to 39 Government's Notice of Intent to Introduce Evidence Pursuant to Federal Rules of Evidence 414, 404(b), and 807. SO ORDERED by Judge Christine M. Arguello on 12/14/2020. Text Only Entry (cmasec) (Entered: 12/14/2020) |
| 02/01/2021 | 42 | Unopposed MOTION to Vacate by Michael Tracy McFadden. (O'Hara, Timothy) Modifi (Entered: 02/01/2021) |
| 02/02/2021 | 43 | ORDER that Defendant Michael Tracy McFadden's Fifth Unopposed Motion to Vacate and Reset Trial Date (Doc. # 42 ) is GRANTED and time is excluded from the current trial date of April 5, 2021 to July 26, 2021. That pretrial motions are due by June 1, 2021. |

| | | |
|---|---|---|
| | | Responses due by June 15, 2021. That the Final Trial Preparation Conference set for March 23, 2021, is VACATED and RESET to July 8, 2021, at 3:00 PM. That five-day jury trial set to begin on April 5, 2021 is VACATED and RESET to July 26, 2021, at 8:30 AM, Courtroom A 602 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello, by Judge Christine M. Arguello on 2/2/2021. (evana, ) (Entered: 02/02/2021) |
| 02/07/2021 | 44 | MOTION to Withdraw as Attorney by Timothy P. O'Hara by Michael Tracy McFadden. (O'Hara, Timothy) (Entered: 02/07/2021) |
| 02/09/2021 | 45 | ORDER: Granting 44 Motion to Withdraw as Attorney. Mr. O'Hara is permitted to withdraw as counsel for Defendant due to a conflict of interest existing between Defendant and the Federal Public Defender's Office. The Clerk of the Court is DIRECTED to delete Mr. O'Hara's email address from future ECF filings and electronic notifications in this case. It is FURTHER ORDERED that conflict-free counsel from the Criminal Justice Act Panel shall be appointed for this Defendant. SO ORDERED by Judge Christine M. Arguello on 2/9/2021. Text Only Entry (cmasec) (Entered: 02/09/2021) |
| 02/15/2021 | 46 | NOTICE OF ATTORNEY APPEARANCE: Sean Michael McDermott appearing for Michael Tracy McFaddenAttorney Sean Michael McDermott added to party Michael Tracy McFadden(pty:dft) (McDermott, Sean) (Entered: 02/15/2021) |
| 05/26/2021 | 47 | Unopposed MOTION to Vacate *AND RESET TRIAL DATE PURSUANT TO 18 U.S.C. §3161(h)(7)(A)* by Michael Tracy McFadden. (McDermott, Sean) (Entered: 05/26/2021) |
| 05/27/2021 | 48 | ORDER to Exclude Time from Speedy Trial Act Continue Trial Dates as to Michael Tracy McFadden (1). The Court hereby grants an ends of justice continuance in this case of 280 days, which shall be excluded from the current trial date of July 26, 2021, by Judge Christine M. Arguello on 5/27/2021. Motions are due by 12/6/2021. Responses are due by 12/20/2021. A Final Trial Preparation Conference is set for 4/19/2022 at 03:00 PM in Courtroom A 602 before Judge Christine M. Arguello AND a 5-Day Jury Trial is set for 5/2/2022 at 08:30 AM in Courtroom A 602 before Judge Christine M. Arguello.. (angar, ) (Main Document 48 replaced on 6/1/2021 to attach Correct PDF)) (evana, ). (Modified on 6/1/2021 to attach correct PDF)(evana, ). (Entered: 05/27/2021) |
| 12/15/2021 | 49 | Unopposed MOTION for Leave to File *Motions Out of Time* by Michael Tracy McFadden. (McDermott, Sean) (Entered: 12/15/2021) |
| 12/15/2021 | 50 | ORDER: Granting 49 Unopposed Motion for Leave to File Motion Out of Time. Motions due by 1/5/2022. Responses due by 1/26/2022. SO ORDERED by Judge Christine M. Arguello on 12/15/2021. Text Only Entry (cmasec) (Entered: 12/15/2021) |
| 12/22/2021 | 51 | Supplemental MOTION for Extension of Time to File *Motions AND SEVENTH MOTION TO VACATE AND RESET TRIAL DATE PURSUANT TO 18 U.S.C. §3161(h)(7)(A)* by Michael Tracy McFadden. (McDermott, Sean) (Entered: 12/22/2021) |
| 12/23/2021 | 52 | ERRATA to 51 Supplemental MOTION for an Extension of time and Seventh Motion to Vacate and Rese Trial Date PURSUANT TO 18 U.S.C. §3161(h)(7)(A) by Michael Tracy McFadden (McDermott, Sean) (Entered: 12/23/2021) |
| 12/23/2021 | 53 | Second ERRATA to 51 Supplemental MOTION for an Extension of time and Seventh Motion to Vacate and Rese Trial Date PURSUANT TO 18 U.S.C. §3161(h)(7)(A) by Michael Tracy McFadden (McDermott, Sean) (Entered: 12/23/2021) |
| 12/30/2021 | 54 | ORDER: Granting in part and denying in part 51 Defendant Michael Tracy McFadden's Supplement to Motion for an Extension of Time and Seventh Motion to Vacate and Reset Trial Date. The Court notes that a VTC Final Trial Preparation Conference is set for |

| | | | |
|---|---|---|---|
| | | | 4/19/2022, at 3:00 PM and a five-day Jury Trial is set for 5/2/2022, at 8:30 AM. FURTHER ORDERED that the Motions deadline set for 1/5/2022 is VACATED and RESET to 3/21/2022. The Responses deadline set for 1/27/2022 is VACATED and RESET to 4/4/2022. SO ORDERED by Judge Christine M. Arguello on 12/30/2021. Text Only Entry (cmasec) (Entered: 12/30/2021) |
| 02/01/2022 | | 55 | Unopposed MOTION to Vacate *and Reset Trial Date Pursuant to 18 U.S.C. §3161(h)(7) (A)* by Michael Tracy McFadden. (McDermott, Sean) (Entered: 02/01/2022) |
| 02/03/2022 | | 56 | ORDER by Judge Christine M. Arguello on 2/3/2022, re: 55 Defendant Michael Tracy McFaddens Eighth and Unopposed Motion to Vacate and Reset Trial Date and the Court hereby GRANTS an ends of justice continuance in this case. ORDERED that pretrial motions are due by **September 6, 2022**. Responses due by **October 10, 2022**. **ORDERED** that the Final Trial Preparation Conference set for April 19, 2022 is VACATED and RESET to **October 25, 2022, at 3:00 PM**, and will be held via VTC. **ORDERED** that **five-day jury trial** set to begin on May 2, 2022 is VACATED and RESET to **November 7, 2022, at 8:30 AM**, Courtroom A 602 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello. **ORDERED** that all time between the current trial date of May 2, 2022 and the new trial date of November 7, 2022 shall be excluded from speedy trial calculations. (sphil, ) (Entered: 02/03/2022) |
| 09/02/2022 | | 57 | Unopposed MOTION for Extension of Time to File *Motions* by Michael Tracy McFadden. (McDermott, Sean) (Entered: 09/02/2022) |
| 09/05/2022 | | 58 | ORDER granting 57 Motion for Extension of Time to File as to Michael Tracy McFadden (1). Motions to be filed by 9/13/22. by Magistrate Judge Gordon P. Gallagher on 9/5/22. Text Only Entry (GPG) (Entered: 09/05/2022) |
| 09/13/2022 | | 59 | Objection *TO GOVERNMENTS NOTICE OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 414, 404(b), AND 807* by Michael Tracy McFadden re 39 Notice of Rule 404b (Attachments: # 1 Exhibit Affidavit of David Thompson)(McDermott, Sean) Modified on 9/14/2022 to restrict documents at level 1 per protective order 22 and attorney phone call. (sphil, ). (Entered: 09/13/2022) |
| 09/13/2022 | | 60 | STRICKEN by Doc. #80 MOTION to Compel *Production and Request for Subpoena Return Date* by Michael Tracy McFadden. (McDermott, Sean) Modified on 9/14/2022 to restrict motion at level 1 per protective order 22 and attorney phone call. (sphil, ). Modified on 9/20/2022 to add text striking document (lrobe, ). (Entered: 09/13/2022) |
| 09/13/2022 | | 61 | MOTION for Bill of Particulars by Michael Tracy McFadden. (McDermott, Sean) (Entered: 09/13/2022) |
| 09/13/2022 | | 62 | MOTION to Dismiss *DUE TO PREINDICTMENT DELAY* by Michael Tracy McFadden. (McDermott, Sean) (Entered: 09/13/2022) |
| 09/13/2022 | | 63 | MOTION to Suppress *Statements* by Michael Tracy McFadden. (McDermott, Sean) (Entered: 09/13/2022) |
| 09/13/2022 | | 64 | MOTION for Hearing by Michael Tracy McFadden. (McDermott, Sean) (Entered: 09/13/2022) |
| 09/14/2022 | | 65 | Unopposed MOTION to Withdraw Document 59 Objection (Other), by Michael Tracy McFadden. (McDermott, Sean) (Entered: 09/14/2022) |
| 09/14/2022 | | 66 | Unopposed MOTION to Withdraw Document 60 by Michael Tracy McFadden. (McDermott, Sean) (Entered: 09/14/2022) |

| | | |
|---|---|---|
| 09/14/2022 | 67 | STRICKEN by Doc. # 69 --- RESTRICTED DOCUMENT - Level 1: by Michael Tracy McFadden. (Attachments: # 1 Exhibit Affidavit of David Thompson)(McDermott, Sean) Modified on 9/14/2022 (cmasec). (Entered: 09/14/2022) |
| 09/14/2022 | 68 | STRICKEN by Doc. # 69 -- RESTRICTED DOCUMENT - Level 1: by Michael Tracy McFadden. (Attachments: # 1 Exhibit Affidavit of David Thompson)(McDermott, Sean) Modified on 9/14/2022 (cmasec). (Entered: 09/14/2022) |
| 09/14/2022 | 69 | ORDER: Denying 65 and 66 Motions to Withdraw Documents. Counsel shall file proper motions to restrict pursuant to D.C.COLO.LCrR 47.1(c) as to Docs. ## 59 and 60. FURTHER ORDERED Docs. ## 67 and 68 are STRICKEN as duplicate filings. SO ORDERED by Senior Judge Christine M. Arguello on 9/14/2022. Text Only Entry (cmasec) (Entered: 09/14/2022) |
| 09/14/2022 | 70 | ORDER: Granting 64 Motion for an Evidentiary Hearing. A half-day Suppression/Motion Hearing re 62 Motion to Dismiss and 63 Motion to Suppress Statements is set for 10/17/2022, at 09:00 AM in Courtroom A 602 before Senior Judge Christine M. Arguello. Any Replies are due on or before 10/11/2022. SO ORDERED by Senior Judge Christine M. Arguello on 9/14/2022. Text Only Entry (cmasec) (Entered: 09/14/2022) |
| 09/14/2022 | 71 | Unopposed MOTION for Leave to Restrict by Michael Tracy McFadden. (McDermott, Sean) (Entered: 09/14/2022) |
| 09/14/2022 | 72 | RESTRICTED DOCUMENT - Level 1: by Michael Tracy McFadden. (McDermott, Sean) (Entered: 09/14/2022) |
| 09/14/2022 | 73 | RESTRICTED DOCUMENT - Level 1: by Michael Tracy McFadden. (McDermott, Sean) (Entered: 09/14/2022) |
| 09/14/2022 | 74 | Unopposed MOTION for Leave to Restrict by Michael Tracy McFadden. (McDermott, Sean) (Entered: 09/14/2022) |
| 09/14/2022 | 75 | ORDER granting 71 Motion for Leave to Restrict 71 Unopposed MOTION for Leave to Restrict as to Michael Tracy McFadden (1). The current filings SHALL be maintained at their current levels of restriction. However, keeping in mind the limited information in the filings necessitating the restriction, the Court finds these filings amenable to redaction. This appropriately balances the public's right to know what is occurring in the Court system. Therefore, the filing party SHALL file a redacted version of the filing, unrestricted, within seven (7) days, redacting that information which is sensitive. So Ordered. by Magistrate Judge Gordon P. Gallagher on 9/14/22. Text Only Entry (GPG) (Entered: 09/14/2022) |
| 09/14/2022 | 76 | ORDER granting 74 Motion for Leave to Restrict 74 Unopposed MOTION for Leave to Restrict as to Michael Tracy McFadden (1). The current filings SHALL be maintained at their current levels of restriction. However, keeping in mind the limited information in the filings necessitating the restriction, the Court finds these filings amenable to redaction. This appropriately balances the public's right to know what is occurring in the Court system. Therefore, the filing party SHALL file a redacted version of the filing, unrestricted, within seven (7) days, redacting that information which is sensitive. So Ordered. by Magistrate Judge Gordon P. Gallagher on 9/14/22. Text Only Entry (GPG) (Entered: 09/14/2022) |
| 09/14/2022 | 77 | ERRATA by Michael Tracy McFadden (McDermott, Sean) (Entered: 09/14/2022) |
| 09/19/2022 | 78 | Objection *TO GOVERNMENTS NOTICE OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 414, 404(b), AND 807* by Michael Tracy McFadden re 39 Notice of Rule 404b (McDermott, Sean) (Entered: 09/19/2022) |

| | | |
|---|---|---|
| 09/19/2022 | 79 | STRICKEN by Doc. #80 MOTION to Compel *PRODUCTION AND REQUEST FOR SUBPOENA RETURN DATE* by Michael Tracy McFadden. (Attachments: # 1 Exhibit Affidavit of David Thompson)(McDermott, Sean) Modified on 9/20/2022 to add text striking document (lrobe). (Entered: 09/19/2022) |
| 09/19/2022 | 80 | ORDER as to Michael Tracy McFadden: The Court STRIKES both 60 and 79 for failing to confer as required by CMA Crim. Practice Standard 12(e). In many respects, the two filings, both requesting that the Court compel production of therapy records and a return date for such, are discovery motions falling under the above cited CMA Practice Standard and are thus amenable to conferral. Conferral may be beneficial in that, should the Government not oppose, perhaps some agreement may be reached on the topic thus avoiding litigation. By Magistrate Judge Gordon P. Gallagher on September 19, 2022. Text Only Entry (gpgsec) Modified on 9/19/2022 to add hyperlinks (lrobe). (Entered: 09/19/2022) |
| 09/26/2022 | 81 | Second MOTION to Compel *Production and Request for Subpoena Return Date* by Michael Tracy McFadden. (Attachments: # 1 Exhibit Affidavit of David Thompson, # 2 Exhibit 45 CFR 164.512, # 3 Exhibit 34 CFR 99.31)(McDermott, Sean) (Entered: 09/26/2022) |
| 09/27/2022 | 82 | ORDER taking under advisement 81 Motion to Compel as to Michael Tracy McFadden (1). The Government SHALL file any desired response within ten (10) days. by Magistrate Judge Gordon P. Gallagher on 9/27/22. Text Only Entry (GPG) (Entered: 09/27/2022) |
| 10/04/2022 | 83 | MINUTE ENTRY as to Michael Tracy McFadden: On this date, Arguello Chambers and Gallagher Chambers received a voice message from a person, D.S., who stated he/she was related to the case and requested a call back. The Court called D.S. and without discussing the case and without discussing the substance of the voice message, stated to D.S. that communications with the Court needed to be in writing with a copy to each side. D.S. stated she understood. The Court also transmitted the voice-mail to both the Government and Defense Counsel on this date; and the Court advised D.S. of the identity of the Assistant U.S. Attorneys assigned to handle this case. By Magistrate Judge Gordon P. Gallagher on October 4, 2022. Text Only Entry (gpgsec, ) (Entered: 10/04/2022) |
| 10/06/2022 | 84 | RESPONSE to Motion by USA as to Michael Tracy McFadden re 61 MOTION for Bill of Particulars (Chaffin, Jeremy) (Entered: 10/06/2022) |
| 10/06/2022 | 85 | RESPONSE to Motion by USA as to Michael Tracy McFadden re 62 MOTION to Dismiss *DUE TO PREINDICTMENT DELAY* (Chaffin, Jeremy) (Entered: 10/06/2022) |
| 10/06/2022 | 86 | RESPONSE to Motion by USA as to Michael Tracy McFadden re 81 Second MOTION to Compel *Production and Request for Subpoena Return Date* (Attachments: # 1 Exhibit 1)(Chaffin, Jeremy) (Entered: 10/06/2022) |
| 10/06/2022 | 87 | RESPONSE to Motion by USA as to Michael Tracy McFadden re 63 MOTION to Suppress *Statements* (Attachments: # 1 Exhibit 1)(Chaffin, Jeremy) (Entered: 10/06/2022) |
| 10/10/2022 | 88 | REPLY by USA as to Michael Tracy McFadden to 59 Objection (Other), (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F)(Surratt, Andrea) (Entered: 10/10/2022) |
| 10/11/2022 | 89 | NOTICE *OF CONVENTIONAL FILING: EXHIBIT A* re 88 Reply by USA as to Michael Tracy McFadden (Surratt, Andrea) (Entered: 10/11/2022) |
| 10/11/2022 | 90 | ORDER: Counsel shall be prepared to address 59 Defendant's Objection to Defendant's Notice of Intent to Introduce Evidence at the 10/17/2022, 9:00 AM half-day |

| | | |
|---|---|---|
| | | Suppression/Motion Hearing. SO ORDERED by Senior Judge Christine M. Arguello on 10/11/2022. Text Only Entry (cmasec) (Entered: 10/11/2022) |
| 10/11/2022 | 91 | REPLY TO RESPONSE to Motion by Michael Tracy McFadden re 81 Second MOTION to Compel *Production and Request for Subpoena Return Date* (McDermott, Sean) (Entered: 10/11/2022) |
| 10/11/2022 | 92 | REPLY TO RESPONSE to Motion by Michael Tracy McFadden re 62 MOTION to Dismiss *DUE TO PREINDICTMENT DELAY* (McDermott, Sean) (Entered: 10/11/2022) |
| 10/11/2022 | 93 | REPLY TO RESPONSE to Motion by Michael Tracy McFadden re 63 MOTION to Suppress *Statements* (McDermott, Sean) (Entered: 10/11/2022) |
| 10/11/2022 | 94 | MOTION to Continue *And Reset Trial Date Pursuant To 18 U.S.C. §3161(h)(7)(A) And To Exclude 60 Days From Speedy Trial* by Michael Tracy McFadden. (McDermott, Sean) (Entered: 10/11/2022) |
| 10/11/2022 | 95 | Conventionally Submitted Material : 1 Flash Drive to 88 Reply by Plaintiff USA. Location: 1st Floor Area, Box D-5-8. Text Only Entry. (sphil, ) (Entered: 10/12/2022) |
| 10/12/2022 | 96 | ORDER: The parties SHALL file a joint memo, on or before 10/14/2022, providing a current speedy trial calculation. SO ORDERED by Senior Judge Christine M. Arguello on 10/12/2022. Text Only Entry (cmasec) (Entered: 10/12/2022) |
| 10/12/2022 | 97 | ORDER: The Government shall file its Response to 94 Defendant's Motion to Continue and Rest Trial Date on or before 10/14/2022. SO ORDERED by Senior Judge Christine M. Arguello on 10/12/2022. Text Only Entry (cmasec) (Entered: 10/12/2022) |
| 10/12/2022 | 98 | RESPONSE in Opposition by USA as to Michael Tracy McFadden re 94 MOTION to Continue *And Reset Trial Date Pursuant To 18 U.S.C. §3161(h)(7)(A) And To Exclude 60 Days From Speedy Trial* (Surratt, Andrea) (Entered: 10/12/2022) |
| 10/13/2022 | 99 | ORDERED: Denying 94 Motion to Continue and Reset Trial Date. Although the Court acknowledges that this case is complex, the Defendant has previously been granted eight (8) ends of justice continuances. The current trial date in this case 11/7/2022 has been set since 2/3/2022, following the Defendant's eighth request for a continuance. Regardless of the outcome of the Motions Hearing set for 11/18/2022, the parties have had more than 9 months to prepare for trial. Defendant has failed to provide the Court with any meaningful justification for delaying this trial further. He has not demonstrated with any specificity how a lack of continuance would deny his counsel reasonable time necessary for effective preparation. The Defendant's surprise that the trial will be held in Grand Junction appears to this Court to be a weak and feigned expression of surprise. Both counsel were informed on 2/4/2022, that the only reason the place of trial in its 2/3/2022 Order (Doc. # 56) was Denver, rather than Grand Junction, was because of COVID-19 limitations on the ability to hold jury trials at the Courthouse in Grand Junction. However, the parties were informed at that time that once COVID-19 restrictions were lifted, the court would begin holding its trials on Grand Junction cases in Grand Junction pursuant to the Western Slope Protocol. Thus, Defendant has been on notice since 2/4/2022 that the trial of this matter would most likely be held in Grand Junction. SO ORDERED by Senior Judge Christine M. Arguello on 10/13/2022. Text Only Entry (cmasec) (Entered: 10/13/2022) |
| 10/13/2022 | 100 | ORDER DENYING MOTION FOR BILL OF PARTICULARS AND MOTION TO AUTHORIZE SUBPOENA by Magistrate Judge Gordon P. Gallagher on 10/13/2022. Mr. McFadden's Motion for a Bill of Particulars (D. 61 ) and Request for Subpoena (D. 81 ) are DENIED as to Michael Tracy McFadden (1) (alave, ) (Entered: 10/13/2022) |

| | | |
|---|---|---|
| 10/14/2022 | 101 | STATEMENT re 96 Order *Regarding Speedy Trial Calculation* by Plaintiff USA (Surratt, Andrea) (Entered: 10/14/2022) |
| 10/17/2022 | 102 | AMENDED MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Motion Hearing as to Michael Tracy McFadden held on 10/17/2022. ORDERED: Granting defendant's oral motion to withdraw 63 Motion to Suppress Statements. Witness sworn and testified: Edward Prescott. Exhibits received: Governments Exhibits 1, 2, 3,1a, 2a, 3a. FURTHER ORDERED: Denying 62 Motion to Dismiss due to Pre-Indictment Delay. FURTHER ORDERED: Overruling Defendant's objections as to JW and KW testifying about the acts of molestation they allege happened. FURTHER ORDERED: Reserving ruling until trial on whether the video of KW can be admitted under FRE 807 and whether the children who are not victims in Counts 1-5 can testify to acts of molestation they suffered. FURTHER ORDERED: The transcript shall be redacted to identify the alleged victims and their parents by their initials only. Government counsel shall email the court reporter a key with the names used during the hearing and their corresponding initials. FURTHER ORDERED: Counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. TRIAL: The Court affirms that the two-week trial scheduled to commence on 11/7/2022 will be held in Grand Junction, Colorado. The Government states that the speedy trial deadline is 12/10/2022; Defendant states that the speedy trial deadline is 12/11/2022. Defendant present in custody; Defendant remanded. (Total time: 1 Hour 48 Minutes, Hearing time: 9:01 a.m. 10:49 a.m.)<br><br>**APPEARANCES:** Jeremy Chaffin and Andrea Surratt on behalf of the Government; Sean McDermott on behalf of the Defendant. Court Reporter: Janet Coppock. (lrobe) Text Only Entry. Amended on 10/18/2022 to correctly reflect the Court's rulings. (lrobe). (Entered: 10/17/2022) |
| 10/18/2022 | 103 | Unopposed MOTION for Extension of Time to File *Exhibit List* by Michael Tracy McFadden. (McDermott, Sean) (Entered: 10/18/2022) |
| 10/19/2022 | 104 | MOTION to Continue *Trial Pursuant To 18 U.S.C. §3161(h)(7)(A)* by Michael Tracy McFadden. (Attachments: # 1 Exhibit Affidavit)(McDermott, Sean) (Entered: 10/19/2022) |
| 10/19/2022 | 105 | RESTRICTED DOCUMENT - Level 3: by Michael Tracy McFadden. (McDermott, Sean) (Entered: 10/19/2022) |
| 10/19/2022 | 106 | RESPONSE in Opposition by USA as to Michael Tracy McFadden re 104 MOTION to Continue *Trial Pursuant To 18 U.S.C. §3161(h)(7)(A)* (Surratt, Andrea) (Entered: 10/19/2022) |
| 10/19/2022 | 107 | REPLY TO RESPONSE to Motion by Michael Tracy McFadden re 104 MOTION to Continue *Trial Pursuant To 18 U.S.C. §3161(h)(7)(A)* (McDermott, Sean) (Entered: 10/19/2022) |
| 10/19/2022 | 108 | ORDER: Defendant's Motion to Continue Trial Pursuant to 18 U.S.C. § 3161(h)(7)(A) 104 is DENIED. SO ORDERED by Senior Judge Christine M. Arguello on 10/19/2022. (sphil, ) (Entered: 10/19/2022) |
| 10/19/2022 | 109 | ORDER: Granting 103 Unopposed Motion for an Extension of Time to File Exhibit List. Defendant's Exhibit List due on or before 10/24/2022. SO ORDERED by Senior Judge Christine M. Arguello on 10/19/2022. Text Only Entry (cmasec) (Entered: 10/19/2022) |
| 10/21/2022 | 110 | MOTION for Leave to Restrict by USA as to Michael Tracy McFadden. (Attachments: # 1 Proposed Order (PDF Only))(Chaffin, Jeremy) (Entered: 10/21/2022) |

| | | |
|---|---|---|
| 10/21/2022 | 111 | RESTRICTED DOCUMENT - Level 2: as to Michael Tracy McFadden. (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(Chaffin, Jeremy) (Entered: 10/21/2022) |
| 10/21/2022 | 112 | RESTRICTED DOCUMENT - Level 2: as to Michael Tracy McFadden. (Chaffin, Jeremy) (Entered: 10/21/2022) |
| 10/21/2022 | 113 | RESTRICTED DOCUMENT - Level 2: as to Michael Tracy McFadden. (sdunb, ) (Entered: 10/21/2022) |
| 10/21/2022 | 114 | RESTRICTED DOCUMENT - Level 2: as to Michael Tracy McFadden. (sdunb, ) (Entered: 10/21/2022) |
| 10/21/2022 | 115 | RESTRICTED DOCUMENT - Level 3: by Michael Tracy McFadden. (Attachments: # 1 Appendix Appendix, # 2 Proposed Order (PDF Only) Proposed Order)(McDermott, Sean) (Entered: 10/21/2022) |
| 10/24/2022 | 116 | RESTRICTED DOCUMENT - Level 3: by Michael Tracy McFadden. (Attachments: # 1 Appendix, # 2 Proposed Order (PDF Only))(McDermott, Sean) (Entered: 10/24/2022) |
| 10/24/2022 | 117 | CJA MOTION by Michael Tracy McFadden. (Attachments: # 1 CJA Attachment Resume of Benjamin R. LaBranche)(McDermott, Sean) (Entered: 10/24/2022) |
| 10/24/2022 | 118 | ORDER ***granting 115 Motion as to Michael Tracy McFadden (1). SO ORDERED by Senior Judge Christine M. Arguello on 10/24/2022. (sphil, ) (sphil, ). (Entered: 10/24/2022) |
| 10/24/2022 | 119 | ORDER APPOINTING COUNSEL: Benjamin R. LaBranche shall be appoint from the CJA Panel as co-counsel in this case. SO ORDERED by Senior Judge Christine M. Arguello on 10/24/2022. Text Only Entry (cmasec) (Entered: 10/24/2022) |
| 10/25/2022 | 120 | RESTRICTED DOCUMENT - Level 3: as to Michael Tracy McFadden. (sphil, ) (Entered: 10/25/2022) |
| 10/25/2022 | 121 | ORDER: Granting 110 Motion for Leave to Restrict. Docs. ## 111 and 112 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 2 Restriction. SO ORDERED by Senior Judge Christine M. Arguello on 10/25/2022. Text Only Entry (cmasec) (Entered: 10/25/2022) |
| 10/25/2022 | 122 | NOTICE OF ATTORNEY APPEARANCE: Ben LaBranche appearing for Michael Tracy McFaddenAttorney Ben LaBranche added to party Michael Tracy McFadden(pty:dft) (LaBranche, Ben) (Entered: 10/25/2022) |
| 10/25/2022 | 123 | MOTION for Leave to Restrict by Michael Tracy McFadden. (McDermott, Sean) (Entered: 10/25/2022) |
| 10/25/2022 | 124 | COURTROOM MINUTES for Trial Preparation Conference by VTC as to Michael Tracy McFadden held on 10/25/2022 before Senior Judge Christine M. Arguello. B>TRIAL: The Court affirms an 8-day jury trial scheduled to begin 11/7/20222 at 8:30 a.m. in Grand Junction, Colorado. Each subsequent day of trial will begin at 8:00 a.m. Masks will be required during jury selection. Once the jury is selected, vaccinated jurors may decide if they wish to continue wearing masks for the duration of the trial. Unvaccinated jurors will be required to wear masks for the duration of the trial. Jury Selection will begin at 8:30 a.m. on 11/7/2022. Parties allowed 15 minutes per side for voir dire. Case shall be tried to a jury of 13. Jurors will be allowed to take notes. Parties waive the reporting of Jury Instructions. Parties agree to the sequestration of witnesses. Victims, if testifying, will be subject to the sequestration order. **DEADLINES:** The parties shall submit a thumb drive of exhibits to Arguello Chambers by 10/31/2022. The parties shall submit an exhibit list, indicating which exhibits are stipulated, to Arguello Chambers, via email, by |

| | | |
|---|---|---|
| | | 11/4/2022, 5:00 PM. Defendant shall submit an ex parte witness list to Arguello Chambers, via email, by 11/2/2022. Defendant shall submit proposed jury instructions by 10/31/2022. The parties shall submit a glossary of medical terms or unusually spelled words or names to Nicholas_Richards@cod.uscourts.gov by 11/3/2022, 4:00 p.m. Defendant present in custody by VTC. Defendant remanded. (Total time: 00:35, Hearing time: 3:15 p.m. 3:50 p.m.) **APPEARANCES**: Andrea Surratt, Jeremy Chaffin (by VTC) on behalf of the Government, Sean McDermott (by VTC) on behalf of the defendant. Court Reporter: Kevin Carlin. (sgrim) Text Only Entry (Entered: 10/26/2022) |
| 10/31/2022 | 125 | ORDER: Pursuant to communications between counsel and Chambers' staff, a VTC Status Conference is set for 11/3/2022, 10:00 AM before Senior Judge Christine M. Arguello. Counsel are directed to contact Nicholas Richards, via email at Nicholas_Richards@cod.uscourts.gov, to set up VTC. The Defendant's presence is not required for this Hearing. SO ORDERED by Senior Judge Christine M. Arguello on 10/31/2022. Text Only Entry (cmasec) (Entered: 10/31/2022) |
| 10/31/2022 | 126 | Unopposed MOTION for Extension of Time to File *or Submit Exhibits* by Michael Tracy McFadden. (McDermott, Sean) (Entered: 10/31/2022) |
| 10/31/2022 | 127 | Conventionally Submitted Material : 1 Flash Drive re 124 Trial Preparation Conference, by Plaintiff USA. Location: 1st Floor Area, Box D-5-8. Text Only Entry. (sphil, ) (Entered: 11/01/2022) |
| 10/31/2022 | 128 | RETURN OF SERVICE of Unexecuted Subpoena as to Defendant Michael Tracy McFadden. (Attachments: # 1 Return Subpoena Unexecuted, # 2 Return Subpoena Unexecuted, # 3 Return Subpoena Unexecuted, # 4 Return Subpoena Unexecuted, # 5 Return Subpoena Unexecuted)(sphil, ) (Entered: 11/01/2022) |
| 10/31/2022 | 129 | RETURN OF SERVICE of Executed Subpoena as to Defendant Michael Tracy McFadden. Subpoena executed on10/26/2022. (Attachments: # 1 Return of Service of Subpoena - Executed, # 2 Return of Service of Subpoena - Executed, # 3 Return of Service of Subpoena - Executed)(sphil, ) (Entered: 11/01/2022) |
| 11/01/2022 | 130 | ORDER granting 126 Motion for Extension of Time to File as to Michael Tracy McFadden (1) by Senior Judge Christine M. Arguello on 11/1/2022. Text Only Entry (cma) (Entered: 11/01/2022) |
| 11/02/2022 | 131 | MOTION for Leave to Restrict by Michael Tracy McFadden. (Attachments: # 1 Proposed Order (PDF Only) Restricted Document)(McDermott, Sean) (Entered: 11/02/2022) |
| 11/02/2022 | 132 | RESTRICTED DOCUMENT - Level 3: by Michael Tracy McFadden. (McDermott, Sean) (Entered: 11/02/2022) |
| 11/02/2022 | 133 | RETURN OF SERVICE of Executed Subpoena filed byDefendant Michael Tracy McFadden. Subpoena executed on10/26/2022. (Attachments: # 1 Return of Service of Subpoena - Executed, # 2 Return of Service of Subpoena - Executed)(sphil, ) (Entered: 11/03/2022) |
| 11/03/2022 | 134 | RESTRICTED DOCUMENT - Level 3: by Michael Tracy McFadden. (Attachments: # 1 Appendix Subpoena, # 2 Proposed Order (PDF Only) Subpoena, # 3 Proposed Document Subpoena, # 4 Proposed Document Subpoena, # 5 Proposed Document Subpoena, # 6 Proposed Document Subpoena, # 7 Proposed Document Subpoena, # 8 Proposed Document Subpoena, # 9 Proposed Document Subpoena, # 10 Proposed Document Subpoena, # 11 Proposed Document Subpoena, # 12 Proposed Document Subpoena, # 13 Proposed Document Subpoena, # 14 Proposed Document Subpoena, # 15 Proposed Document)(McDermott, Sean) (Entered: 11/03/2022) |

| | | |
|---|---|---|
| 11/03/2022 | 135 | MOTION to Continue *Trial Within Speedy Trial To Secure Witnesses* by Michael Tracy McFadden. (McDermott, Sean) (Entered: 11/03/2022) |
| 11/03/2022 | 136 | RESTRICTED DOCUMENT - Level 3: as to Michael Tracy McFadden. (Attachments: # 1 Subpoenas issued)(sphil, ) (Entered: 11/03/2022) |
| 11/03/2022 | 137 | RESTRICTED DOCUMENT - Level 2: as to Michael Tracy McFadden. (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(McDermott, Sean) (Entered: 11/03/2022) |
| 11/03/2022 | 140 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Status Conference held on 11/3/2022. Parties shall notify chambers by close of business 11/3/2022 if copies of jury instructions should be provided to the jury. ORDERED: Denying 135 Defendants Motion to Continue Trial Within Speedy Trial to Secure Witnesses; Granting Governments oral motion to permit witness in custody to wear court attire. FURTHER ORDERED: Minors names shall be redacted in the transcript. (Total Time: 43 minutes, Hearing time: 10:00 a.m. 10:43 a.m.)APPEARANCES: Andrea Surratt and Jeremy Chaffin on behalf of the Government, Sean McDermott on behalf of the Defendant. All parties appear by VTC. Court reporter: Sarah Mitchell. (kmyha, ) Text Only Entry (Entered: 11/04/2022) |
| 11/04/2022 | 138 | RESTRICTED DOCUMENT - Level 2: as to Michael Tracy McFadden, re: 137 Motion. (sphil, ) (Entered: 11/04/2022) |
| 11/04/2022 | 139 | Writ of Habeas Corpus ad Testificandum Issued as to a Material Witness for 11/14/2022 in case as to Michael Tracy McFadden. (sphil, ) Modified on 11/4/2022 to edit text. (sphil, ). (Entered: 11/04/2022) |
| 11/06/2022 | 141 | ORDER: Granting 131 Motion for Leave to Restrict. Doc. # 132 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 3 Restriction. SO ORDERED by Senior Judge Christine M. Arguello on 11/6/2022. Text Only Entry (cmasec) (Entered: 11/06/2022) |
| 11/06/2022 | 142 | ORDER: Granting 123 Motion for Leave to Restrict. Doc.# 105 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 3 Restriction. SO ORDERED by Senior Judge Christine M. Arguello on 11/6/2022. Text Only Entry (cmasec) (Entered: 11/06/2022) |
| 11/07/2022 | 143 | Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day One held on 11/7/2022 as to Michael Tracy McFadden. Jury of 13 impaneled and sworn. Jury excused for the day. Trial continued to 11/8/2022. Defendant present in custody; Defendant remanded. (Total time: 4 hours, 55 minutes; Hearing time 9:36 a.m. - 12:31 p.m.; 12:52 p.m.- 2:52 p.m.)APPEARANCES: Jeremy Chaffin, and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative, Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry (Entered: 11/08/2022) |
| 11/08/2022 | 144 | Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day Two held on 11/8/2022 as to Michael Tracy McFadden. Opening statements. WITNESSES SWORN AND TESTIFIED: J.W., Michelle Ricks, Darren Davidson, and Paul W. Dunham, Jr. EXHIBITS RECEIVED: 1, 8-1, 8-2, 8-3, 3-1, 3-2, 3-3, 3-4, 3-5, 4-1, 4-2, 4-3, 4-4, 2-1, 2-2, 2-3, 2-4, 2-5, 2-6, 2-7, 2-8, 2-9, 11-1, 15-1, 15-2, 15-3, 15-4, 15-5, 15-6. ORDERED: Juror 13 is discharged from further service. Jury excused for the day. Trial continued to 11/9/2022. Defendant present in custody; Defendant remanded. (Total time: 4 Hours, 15 Minutes, Hearing time: 8:40 a.m.- 10:44 a.m.; 11:01 a.m.- 12:04 p.m.; 12:34 p.m.- 1:43 p.m.)APPEARANCES: Jeremy Chaffin, and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. |

| | | |
|---|---|---|
| | | ALSO PRESENT: Government representative, Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry (Entered: 11/09/2022) |
| 11/09/2022 | 145 | Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day Three held on 11/9/2022 as to Michael Tracy McFadden. WITNESSES SWORN AND TESTIFIED: Sue Goebel, K.W., Stacy Wesolowski, Scott Wesolowski, John Stadler, and Detective Edward Prescott. EXHIBITS RECEIVED: 13-1, 13-2, 227, 228. EXHIBITS 6 and 6-1 are admitted provisionally. ORDERED: Granting in part and denying in part Defendants objection to testimony of 414 witnesses. Only E.S. and D.R. will be permitted to testify. Jury excused for the day. Trial continued to 11/10/2022. Defendant present in custody; Defendant remanded. (Total time: 5 hours, 25 minutes, Hearing time: 8:27 a.m.-10:18 a.m.; 10:32 a.m.- 11:59 a.m.; 12:52 p.m.- 2:59 p.m.)APPEARANCES: Jeremy Chaffin and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry (Entered: 11/10/2022) |
| 11/10/2022 | 146 | Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day Four held on 11/10/2022 as to Michael Tracy McFadden. Charging Conference. WITNESSES SWORN AND TESTIFIED: Cheryl Young. Plaintiff rests. Defendant rests. ORDERED: DENYING Defendants Oral Motion for Judgment of Acquittal under Rule 29(a). Jury instructed. Closing arguments. Deliberations began at 12:18 p.m. ORDERED: Lunch will be provided to the jury during their deliberations. Trial continued to 11/14/2022. Defendant present in custody; Defendant remanded. (Total time: 3 Hours, 45 Minutes, Hearing time: 7:32 a.m.- 7:43 a.m.; 8:32 a.m.- 10:17 a.m.; 10:30 a.m.- 12:20 p.m.; 4:28 p.m. -4:28 p.m.)APPEARANCES: Jeremy Chaffin and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry (Entered: 11/14/2022) |
| 11/10/2022 | 148 | Jury Instructions as to Michael Tracy McFadden (kmyha, ) (Entered: 11/15/2022) |
| 11/10/2022 | 149 | Jury Note as to Michael Tracy McFadden (kmyha, ) (Entered: 11/15/2022) |
| 11/14/2022 | 147 | Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day Five held on 11/14/2022 as to Michael Tracy McFadden. Deliberations continued at 8:30 a.m. JURY VERDICT: Guilty on Counts 1-5. Verdict accepted by Judge Gordon P. Gallagher. Jury excused with the thanks of the Court. A two-hour Sentencing Hearing is set for 3/7/2023 at 3:00 p.m., at Aspinall Federal Building in Grand Junction, Room 323 before Judge Christine M. Arguello.The US Probation Office shall prepare a Presentence Report. In accordance with Federal Rules of Criminal Procedure 32(F)(1); counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections no later than 7 days before the sentencing date; or advise the Court that they do not intend to file any papers. Failure to file position papers by that date may result in a continuance of the sentencing date. ORDERED: counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. Trial concluded. Defendant present in custody; Defendant remanded. (Total time: 14 Minutes, Hearing time: 9:21 a.m. 9:35 a.m.)APPEARANCES: Jeremy Chaffin, and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative, Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry (Entered: 11/15/2022) |
| 11/14/2022 | 150 | Jury Note as to Michael Tracy McFadden. (kmyha) (Entered: 11/15/2022) |

| | | |
|---|---|---|
| 11/14/2022 | 151 | Jury Note - Unredacted - Restricted Doc. - Level 4 (kmyha, ) (Entered: 11/15/2022) |
| 11/14/2022 | 152 | JURY VERDICT as to Michael Tracy McFadden. (kmyha) (Entered: 11/15/2022) |
| 11/14/2022 | 153 | Jury Verdict Un-Redacted - Level 4 - Viewable by Court Only (kmyha) (Entered: 11/15/2022) |
| 11/29/2022 | 154 | Partial TRANSCRIPT of Trial Testimony of J.W. as to Michael Tracy McFadden held on November 8, 2022 before Judge Arguello. Pages: 1-92.<br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 11/29/2022) |
| 11/29/2022 | 155 | Partial TRANSCRIPT of Trial Testimony of K.W. as to Michael Tracy McFadden held on November 9, 2022 before Judge Arguello. Pages: 1-61.<br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 11/29/2022) |
| 12/12/2022 | 156 | SENTENCING STATEMENT by USA as to Michael Tracy McFadden (Surratt, Andrea) (Entered: 12/12/2022) |
| 01/31/2023 | 157 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Michael Tracy McFadden (Attachments: # 1 Exhibit A)(tfont) (Entered: 01/31/2023) |
| 02/13/2023 | 158 | ORDER: The Court has been advised that Defendant Michael Tracy McFadden is being housed in the Metro area. Therefore, the two-hour Sentencing Hearing set for 3/7/2023 in Room 323, Grand Junction is VACATED and reset to **3/9/2023 at 3:00 PM before Judge Christine M. Arguello, in Courtroom A602, Alfred A. Arraj Courthouse**. This hearing will be held in-person. Counsel whose offices are outside the Denver metropolitan area or cannot reasonably make a personal appearance may appear via VTC. For VTC appearances, counsel are directed to contact Nicholas Richards, via email, at Nicholas_richards@cod.uscourts.gov at least THREE DAYS before the scheduled hearings for instructions on how to proceed by VTC. SO ORDERED by Senior Judge Christine M. Arguello on 2/13/2023. Text Only Entry (cmasec) (Entered: 02/13/2023) |
| 02/13/2023 | 159 | ORDER: Pursuant to email correspondence between counsel and Chambers' staff the two-hour Sentencing Hearing set for 3/9/2023 is RESET IN TIME ONLY to 09:00 AM in Courtroom A 602 before Senior Judge Christine M. Arguello. SO ORDERED by Senior |

| | | |
|---|---|---|
| | | Judge Christine M. Arguello on 2/13/2023. Text Only Entry (cmasec) (Entered: 02/13/2023) |
| 02/14/2023 | 160 | OBJECTION/RESPONSE to Presentence Report by Michael Tracy McFadden (McDermott, Sean) (Entered: 02/14/2023) |
| 02/17/2023 | 161 | RESPONSE by USA as to Michael Tracy McFadden re: 160 Objection/Response to Presentence Report filed by Michael Tracy McFadden (Surratt, Andrea) (Entered: 02/17/2023) |
| 02/23/2023 | 162 | MOTION for Non-Guideline Sentence by Michael Tracy McFadden. (Attachments: # 1 Exhibit Grand Junction Daily Sentinel Article, # 2 Exhibit Report of Dr. David Thompson)(McDermott, Sean) (Entered: 02/23/2023) |
| 02/24/2023 | 163 | RESTRICTED PRESENTENCE REPORT as to Michael Tracy McFadden (Attachments: # 1 Exhibit A)(dbarri) (Attachment 1 corrected on 2/27/2023) (sphil, ). Modified on 2/27/2023 (sphil, ). (Entered: 02/24/2023) |
| 02/24/2023 | 164 | RESTRICTED ADDENDUM to Presentence Report 163 as to Michael Tracy McFadden (dbarri) (Entered: 02/24/2023) |
| 02/27/2023 | 165 | RESPONSE in Opposition by USA as to Michael Tracy McFadden re 162 MOTION for Non-Guideline Sentence (Surratt, Andrea) (Entered: 02/27/2023) |
| 03/07/2023 | 166 | Unopposed MOTION for Leave to File *Letter Of Support Prior To Sentencing* by Michael Tracy McFadden. (McDermott, Sean) (Entered: 03/07/2023) |
| 03/07/2023 | 167 | STRICKEN by Doc. # 169 -- RESTRICTED DOCUMENT - Level 2: as to Michael Tracy McFadden. (McDermott, Sean) Modified on 3/7/2023 (cmasec). (Entered: 03/07/2023) |
| 03/07/2023 | 168 | Unopposed MOTION for Leave to Restrict by Michael Tracy McFadden. (McDermott, Sean) (Entered: 03/07/2023) |
| 03/07/2023 | 169 | ORDER: Denying 166 Unopposed Motion for Leave to File Letter of Support Prior to Sentencing. Defendant is allowed to file his letter pursuant to D.C.COLO.LCrR11.1(e). FURTHER ORDERED Doc. #167 is STRICKEN. SO ORDERED by Senior Judge Christine M. Arguello on 3/7/2023. Text Only Entry (cmasec) (Entered: 03/07/2023) |
| 03/09/2023 | 170 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 3/9/2023 as to Defendant Michael Tracy McFadden. ORDERED: Denying 162 Defendant's Motion for Non-Guideline Sentence. Defendant sentenced as reflected on the record. Defendant present in custody; Defendant remanded. (Total time: 51 Minutes, Hearing time: 9:03 a.m. - 9:54 a.m.)APPEARANCES: Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative Alex Zappe. Ryan Kinsella on behalf of probation. Court Reporter: Kevin Carlin. (kmyha) Text Only Entry (Entered: 03/09/2023) |
| 03/13/2023 | 171 | ORDER: Granting 168 Motion for Leave to Restrict. Doc. # 167 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 1 Restriction. SO ORDERED by Senior Judge Christine M. Arguello on 3/13/2023. Text Only Entry (cmasec) (Entered: 03/13/2023) |
| 03/13/2023 | 172 | JUDGMENT as to Defendant Michael Tracy McFadden (1): Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of LIFE Imprisonment as to each of Counts 1 through 5, to run concurrently. Supervised Release of LIFE as to each of Counts 1 through 5, to run concurrently. Total Special Assessment of $500.00. SO ORDERED by Senior Judge Christine M. Arguello on 3/13/2023. (cmasec) (Entered: 03/13/2023) |

| | | |
|---|---|---|
| 03/13/2023 | 173 | STATEMENT OF REASONS as to Michael Tracy McFadden. (cmasec) (Entered: 03/13/2023) |
| 03/22/2023 | 174 | NOTICE OF APPEAL by Michael Tracy McFadden. (McDermott, Sean) (Entered: 03/22/2023) |
| 03/23/2023 | 175 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 174 Notice of Appeal as to Michael Tracy McFadden to the U.S. Court of Appeals. ( CJA,) (Attachments: # 1 Preliminary Record, # 2 Docket Sheet)(sphil, ) (Entered: 03/23/2023) |
| 03/23/2023 | 176 | USCA Case Number as to Michael Tracy McFadden 23-1089 for 174 Notice of Appeal filed by Michael Tracy McFadden. (angar, ) (Entered: 03/24/2023) |
| 03/23/2023 | 177 | USCA Case Number as to Michael Tracy McFadden 23-1089 for 174 Notice of Appeal filed by Michael Tracy McFadden. (angar, ) (Entered: 03/30/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/05/2023 18:25:32 | | | |
| **PACER Login:** | SeanMcDermott | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cr-00243-CMA-GPG |
| **Billable Pages:** | 22 | **Cost:** | 2.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt CJA |