FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

**April 10, 2023**

Christopher M. Wolpert  
Clerk of Court

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MICHAEL TRACY MCFADDEN,

    Defendant - Appellant.

No. 23-1089  
(D.C. No. 1:19-CR-00243-GPG-1)  
(D. Colo.)

---

## ORDER

---

Before **HOLMES**, Chief Judge.

---

This matter is before the court on respective motions to withdraw as counsel filed by attorneys Sean McDermott and Benjamin LaBranche, who are co-counsel for Appellant Michael McFadden. The motions to withdraw are GRANTED.

The district court has made the requisite finding of eligibility for appointment of counsel pursuant to 18 U.S.C. § 3006A, and Ty Gee[1] is appointed as counsel for Appellant McFadden. Pursuant to § 3006A, Mr. McDermott and Mr. LaBranche are appointed *nunc pro tunc* to the date the notice of appeal was filed, and that appointment ends with the entry of this order appointing new counsel.

---

[1] Ty Gee; Haddon, Morgan, and Foreman; 950 17th Street, Suite 1000; Denver, CO 80202; Phone: 303-831-7364; Email: tgee@hmflaw.com.

Mr. McDermott and Mr. LaBranche shall have no further obligations in this appeal except that within 10 days from the date of this order, they shall transmit to Mr. Gee copies of all documents in their possession that are pertinent to this appeal and not otherwise available via PACER and/or CM/ECF, including trial exhibits.

Within 10 days from the date of this order, Mr. Gee shall file an entry of appearance in this appeal.

Mr. McDermott has filed a designation of record and a transcript order form.

Within 20 days from the date of this order, Mr. Gee shall file any supplemental designation of record and any supplemental transcript order form.

The Clerk of the U.S. District Court for the District of Colorado shall wait at least 20 days before transmitting the record on appeal to this court.

The Clerk's Office shall transmit a copy of this order to the clerk of the district court. Mr. McDermott and Mr. LaBranche shall transmit a copy of this order to Appellant McFadden forthwith.

          Entered for the Court
          CHRISTOPHER M. WOLPERT, Clerk

          *Sunil N Rao*

          By: Sunil N. Rao
              Counsel to the Clerk