# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>MICHAEL TRACY MCFADDEN,<br><br>    Defendant-Appellant. | No. 23-1089<br>(D.C. No. 1:19-CR-00243-GPG-1)<br>(D. Colo.) |

# Mr. McFadden's Supplemental Designation of Record

Appellant Michael Tracy McFadden, through his attorneys Haddon, Morgan and Foreman, P.C., supplements his designation of record as follows.

**A. Pleadings, motions, orders and other papers.**

1. Docs. Nos. 8, 9, 11, 12, 122, 154, 155.

**B. Transcripts for Hearings.**

1. May 22, 2019.
2. May 31, 2019.
3. October 25, 2022.
4. November 3, 2022.

May 1, 2023

Respectfully submitted,

*s/ Ty Gee*
Ty Gee
Meredith O'Harris
HADDON, MORGAN AND FOREMAN, P.C.
950 Seventeenth Street, Suite 1000
Denver, CO 80202
Tel 303.831.7364
tgee@hmflaw.com; moharris@hmflaw.com

*Attorneys for Appellant Michael Tracy McFadden*

## Certificate of Digital Submission

All required privacy redactions have been made and, with the exceptions of those redactions, every document submitted in Digital Form or PDF format is an exact copy of the written document filed with the Clerk.

This digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program (WebRoot SecureAnywhere, which is set to update daily) and, according to the program, is free of viruses.

*s/ Ty Gee*

## Certificate of Service

I certify that on May 1, 2023, I electronically filed this *Mr. McFadden's Supplemental Designation of Record* with the Clerk of Court using the CM/ECF system which will send notification to counsel for all parties.

*s/ Ty Gee*