**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

| | |
|---|---|
| **PART I** - To be completed by appellant within fourteen days of filing the notice of appeal. | |

Short Title: <u>United States v. Michael McFadden</u>  
District: <u>Colorado</u>  
Name of Attorney: <u>Sean M. McDermott</u>  
    Name of Law Firm/Office: <u>McDermott Stuart & Ward LLP</u>  
    Address: <u>140 E. 19th Ave., Suite 300, Denver, CO 80203</u>  
    Attorney for: <u>Defendant-Appellant Michael McFadden</u>

District Court Number: <u>19-cr-243-CMA-GPG</u>  
Circuit Court Number: <u>23-1089</u>  
    Email Address: <u>smcdermott@mswdenver.co</u>  
    Telephone: <u>303-832-8888</u>

Name of Court Reporters: Janet Coppock 10/17/22 hearing; Kevin Carlin 10/25/22; Sarah Mitchell who did the November 3, 2022, hearing and the trial that commenced on November 7, 2022; Kevin Carlin did the sentencing hearing on March 2023.

**PART II** - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).

**SECTION A -** I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
- [ ] A transcript is not necessary for this appeal;
- [ ] The necessary transcript is already on file in District Court;
- [ ] The necessary transcript was ordered previously

**SECTION B -** I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):

All proceedings in District Court on October 17, 2022, which was the Motions Hearing; the trial preparation conference held on October 25, 2022; the status conference on November 3, 2022; and the Jury trial held from November 7, 2022 through November 10, 2022, and final deliberations on November 14, 2022; and the sentencing hearing held on March 9, 2023.

- [ ] I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.

- [X] This case is proceeding under the Criminal Justice Act.

    **IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit**. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party:   <u>s/Sean M. McDermott</u>    Date: April 6, 2023  
                                   Sean M. McDermott

**PART II** To be completed by the court reporter after satisfactory financial arrangements have been made.

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: __5/2/23__
Estimated completion date: __5/20/23__
Estimated number of pages: __508__

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _Sarah K. Mitchell_    Date: __5/10/23__

### DIRECTIONS FOR USING THIS FORM

This form requires multiple distribution, service and filing. The responsibilities of each party and the court reporter are described below.

### 1. APPELLANT

**Whether or not a transcript is ordered,** appellant or his counsel must complete Part I and Part II of this form. Upon completion, appellant must serve a copy on:
    a. the Court Reporter (if a transcript is ordered),
    b. all parties,
    c. the Clerk of the U.S. District Court, and
    d. the Clerk of the U.S. court of Appeals.

If a transcript is ordered, the appellant must obtain execution of this form by the court reporter(s) who recorded the proceedings. Within the 14-day period allowed for ordering the transcript under Fed. R. App. P. 10(b)(1), appellant must make adequate arrangements for payment for the transcript. **The Court Reporter may require a deposit equal to the full estimated cost of the transcript.** See 28 U.S.C. §753(f).

Unless the entire transcript is ordered, appellant shall serve on appellee(s) a statement of the issues he intends to present on appeal. See Fed. R. App. P. 10(b)(3). The Docketing Statement required by 10th Cir. R. 3.4 fulfills this requirement.

Those portions of the transcripts that are filed that are pertinent to the appeal must be included in appellant's appendix or, in cases where counsel is appointed, designated for inclusion in the record on appeal. See 10th Cir. R. 10.2.2, 10.3.2(d) and 30.1.1.

### 2. APPELLEE

Unless the entire transcript is ordered, appellee may, within 28 days of filing of the notice of appeal, file and serve on appellant a designation of additional transcript to be included. If, within 14 days, appellant does not order and pay for the transcript so designated, appellee may, within a further 14 days, order and pay for the transcript or move in the district court for an order compelling appellant to do so. See Fed. R. App. P. 10(b)(3).

### 3. COURT REPORTER