```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLORADO

 3
    Criminal Action No. 19-cr-00243-CMA-GPG-1
 4

 5   UNITED STATES OF AMERICA,
                                              (Pages 645 - 655)
 6          Plaintiff,

 7          vs.

 8   MICHAEL TRACY MCFADDEN,

 9          Defendant.

10  ----------------------------------------------------------------

11                       REPORTER'S TRANSCRIPT
                          Jury Trial - Day 5
12
    ----------------------------------------------------------------
13
          Proceedings before the HONORABLE GORDON P. GALLAGHER,
14       Magistrate Judge, United States District Court for the
       District of Colorado, and a jury of twelve and one alternate,
15     commencing on the 14th day of November, 2022, in United States
                     Courthouse, Grand Junction, Colorado.
16
                                APPEARANCES
17
    For the Plaintiff:
18  JEREMY L. CHAFFIN, U.S. Attorney's Office, 205 North 4th St.,
    Ste. 400, Grand Junction, CO 81501
19
    ANDREA L. SURRATT, U.S. Attorney's Office, 1801 California
20  St., Ste. 1600, Denver, CO 80202

21  For the Defendant:
    SEAN M. MCDERMOTT, McDermott Stuart & Ward, LLP, 140 East 19th
22  Ave., Ste. 300, Denver, CO 80203

23  BEN LABRANCHE, Benjamin R. LaBranche PLLC, 1544 Race St.,
    Denver, CO 80206
24

25      Sarah K. Mitchell, RPR, CRR, 901 19th Street, Room A252,
                    Denver, CO 80294, 303-335-2108
               Proceedings reported by mechanical stenography;
                    transcription produced via computer.
```

19-cr-00243-CMA-GPG-1 Jury Trial - Day 5                                    646

1                *          *          *          *          *

2        (The proceedings commenced at 9:21 a.m.)

3              THE COURT:  Good morning, everybody.  We're back

4  today in 19-cr-243, United States versus Mr. Michael Tracy

5  McFadden, and Mr. McFadden is present in custody with his

6  counsel.  Can we go ahead and have entries of appearance,

7  please.

8              MR. CHAFFIN:  Good morning, Your Honor.  Jeremy

9  Chaffin for the Government.  And I'll allow Ms. Surratt to

10 introduce herself, but with me at counsel table is Special

11 Agent Alex Zappe.

12             MS. SURRATT:  Good morning, Your Honor.  Andrea

13 Surratt for the Government.

14             THE COURT:  Good morning to all of you.

15             For the defense?

16             MR. MCDERMOTT:  Good morning, Your Honor.  Sean

17 McDermott appearing on behalf of Mr. McFadden.  Along with me

18 is --

19             MR. LABRANCHE:  Ben LaBranche as well, Your Honor,

20 for the defense.

21             THE COURT:  Good morning to each of you.  And clearly

22 I'm not Judge Arguello.  I'll make some comments with regard

23 to that.  She's unable to get back here today because of car

24 trouble.  I will note there was an order of reference entered

25 in this matter on June 19, 2019, at Docket Number 18.  That

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1 Jury Trial - Day 5                         647

1  has stood throughout the case.  In addition, taking of a jury
2  verdict is considered to be administerial task.  I'll
3  specifically note for record this matter continues to be and
4  is assigned to Judge Arguello as the presiding judge.  She is
5  available by phone if there's any issues, and all I am doing
6  is conducting that administerial task of taking the jury
7  verdict.  With that in mind, is the Government ready for us to
8  have the jury come back in?
9            MR. CHAFFIN:  Yes, Your Honor.
10           THE COURT:  And is the defense?
11           MR. MCDERMOTT:  Yes, Your Honor.
12           THE COURT:  Okay.  Let's bring them in.  Thank you.
13           THE COURTROOM DEPUTY:  All rise for the jury.
14      (Jury entered the courtroom at 9:23 a.m.)
15           THE COURT:  Good morning, everybody.  My name is
16  Gordon Gallagher.  I'm the magistrate judge assigned here in
17  Grand Junction.  Judge Arguello had some car trouble and could
18  not be back here today, so she apologizes for that, but she
19  assigned the taking of the jury verdict to me.  We'll talk
20  about that a little bit more as we go along.
21           Mr. Russell, I see you have some paperwork.  Does
22  that mean that you are, in fact, the foreperson?
23           THE FOREPERSON:  Yes, sir.
24           THE COURT:  Has the jury reached a unanimous verdict
25  in this matter?

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1 Jury Trial - Day 5                              648

1      THE FOREPERSON:  Yes, we have.

2      THE COURT:  Can you provide the documents to the
3  court security officer, please.  Thank you very much.  I have
4  reviewed the verdicts.  They are in order.  The verdict form
5  is signed by the foreperson, and it's dated today's date, and
6  I will now read the verdict of the jury.

7      The verdict form in 19-cr-243, the United States of
8  America versus Michael Tracy McFadden, with regard to Count 1:
9  We, the jury, upon our oaths unanimously find Mr. McFadden in
10 Count 1 of the indictment charging Mr. McFadden with crossing
11 state lines with the intent to engage in a sexual act with a
12 minor under 12 years old related to K.W. guilty.

13     Count 2:  We, the jury, upon our oaths unanimously
14 find Mr. McFadden in Count 2 of the indictment charging
15 Mr. McFadden with transportation of a minor with intent to
16 engage in a sexual activity related to K.W. guilty.

17     Count 3:  We, the jury, upon our oaths unanimously
18 find Mr. McFadden in Count 3 of the indictment charging
19 Mr. McFadden with crossing state lines with the intent to
20 engage in a sexual act with a minor under 12 years old related
21 to J.W. guilty.

22     Count 4:  We, the jury, upon our oaths unanimously
23 find Mr. McFadden in Count 4 of the indictment charging
24 Mr. McFadden with transportation of a minor with intent to
25 engage in sexual activity related to J.W. guilty.

                    Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1 Jury Trial - Day 5                              649

1        Count 5:  We, the jury, upon our oaths unanimously
2   find Mr. McFadden in Count 5 of the indictment charging
3   Mr. McFadden with transportation of a minor with intent to
4   engage in sexual activity related to J.W. guilty.  Then signed
5   and dated today's date.
6        All right.  Mr. Chaffin, is the Government requesting
7   polling of the jury?
8        MR. CHAFFIN:  No, Your Honor.
9        THE COURT:  Is the defense?
10       MR. MCDERMOTT:  Please, Your Honor.
11       THE COURT:  Okay.  What this means, ladies and
12  gentlemen, is that I need to individually go through and ask
13  each of you is this your verdict.  I'll start with Juror
14  Number 1 and move down the line, and I'll have you stand as I
15  do that.  Let me start with Ms. -- and I'll apologize.  I
16  don't know your names because I haven't been familiar with you
17  for the last week, but I will have you each stand as I do
18  that.
19       Ms. Smatla, am I pronouncing your name correctly?
20       THE JUROR:  Yes.
21       THE COURT:  Is this and was this your verdict?
22       THE JUROR:  Yes.
23       THE COURT:  Thank you.
24       Ms. Walker, is this and was this your verdict?
25       THE JUROR:  Yes, Your Honor.

                         Sarah K. Mitchell, RPR, CRR

```
       19-cr-00243-CMA-GPG-1 Jury Trial - Day 5                         650

 1              THE COURT:  Thank you.
 2              Ms. Jones, is this and was this your verdict?
 3              THE JUROR:  Yes.
 4              THE COURT:  Thank you.
 5              Mr. Heid, is this and was this your verdict?
 6              THE JUROR:  Yes, Your Honor.
 7              THE COURT:  Thank you.
 8              Mr. Russell, is this and was this your verdict?
 9              THE FOREPERSON:  Yes, Your Honor.
10              THE COURT:  Thank you.
11              Mr. Walters, was this and is this your verdict?
12              THE JUROR:  Yes, sir.
13              THE COURT:  Thank you, sir.
14              Mr. Macdonald, was this and is this your verdict?
15              THE JUROR:  Yes, Your Honor.
16              THE COURT:  Thank you.
17              Ms. Lawler, is this and was this your verdict?
18              PROSPECTIVE JUROR:  Yes, Your Honor.
19              THE COURT:  Thank you.
20              Mr. Slone, is this and was this your verdict?
21              THE JUROR:  Yes, Your Honor.
22              THE COURT:  Thank you, sir.
23              Ms. Sherman, is this and was this your verdict?
24              THE JUROR:  Yes, Your Honor.
25              THE COURT:  Thank you, ma'am.

                       Sarah K. Mitchell, RPR, CRR
```

19-cr-00243-CMA-GPG-1 Jury Trial - Day 5                                651

1                Mr. Reimer, is this and was this your verdict?
2                THE JUROR:  Yes, Your Honor.
3                THE COURT:  Thank you, sir.
4                And, Mr. Monteleone, is this and was this your
5    verdict?
6                THE JUROR:  Yes, Your Honor.
7                THE COURT:  Thank you.
8                All right.  The service that you have done is now
9    completed.  You have now completed your duty as jurors in this
10   case and you are discharged with the thanks of the Court.  The
11   question usually arises whether you may now discuss the case.
12   Whether you talk with anyone about this case now is entirely
13   up to you.  With the exception of the lawyers who have been
14   directed not to contact you, it is proper for others to
15   discuss the case with you, and you may talk with them as much
16   or as little as you like about your deliberations or the facts
17   that influenced your decision.
18               If any person persists in discussing the case over
19   your objection, or was to become critical of your service in
20   any way at all, either before or after any discussion has
21   begun, please report to me or to Judge Arguello immediately,
22   and we will take care of it.  For practical purposes if you
23   have any problem with that, please call the clerk of court
24   here in Grand Junction, and they will let one of us know.  I
25   don't expect that will occur, but if it does, please let us

                          Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1 Jury Trial - Day 5                               652

1  know immediately.
2         I want to thank each of you for your service in this
3  matter.  Judge Arguello generally likes to talk to jurors and
4  thank each of you personally, but as I said, she had car
5  trouble and could not be back here today.  So I have a bit of
6  business here to take care of with the lawyers.  If you don't
7  mind waiting for a few minutes, what I'll do is I'll have you
8  step back to the jury room, and once the parties have left
9  here in a few minutes I'll have you come back in.  Usually I
10 go to the jury room and do that in person, but I'm going to do
11 that back here, and I'll explain that here in a moment.
12        I do have some certificates of appreciation that
13 Judge Arguello generally gives to her jurors, and we'll do
14 that here in a moment, and I'll have the availability to
15 answer some questions about this matter as well.  All right.
16 Thank you everybody.  If we can rise for the jury.
17     (Jury left the courtroom at 9:30 a.m.)
18        THE COURT:  Thank you.  Please be seated.
19        Mr. Chaffin, before we move on to setting sentencing
20 and post-trial matters, anything further from the Government?
21        MR. CHAFFIN:  No, Your Honor.
22        THE COURT:  And from the defense?
23        MR. MCDERMOTT:  Not at this time, Your Honor.
24        THE COURT:  Okay.  At this time I am going to refer
25 Mr. McFadden to the probation department for a presentence

                        Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1 Jury Trial - Day 5                                      653

1    investigation report.  I don't see probation in here, so in
2    terms of that we have two probation officers here locally.  I
3    don't know if they will be tasked to do this or not, so
4    defense counsel just needs to contact probation here in Grand
5    Junction directly.  They'll let you know if they're going to
6    be conducting it here or if they're going to assign somebody
7    from the Denver office.
8              Mr. McFadden, you may have your attorney with you for
9    purposes of the presentence investigation report if you wish,
10   but I'll leave that further discussion between you.  The
11   probation department is going to conduct a presentence report
12   consistent with Rule 32 and are ordered to do that.
13             In terms of a sentencing date, Mr. Chaffin, do you
14   think that that is to occur in Grand Junction -- and I know
15   you may not be doing that, but should that be here or should
16   that be in Denver?
17             MR. CHAFFIN:  Your Honor, I think that the preference
18   is here in Grand Junction.  Most of the victims are here in
19   Grand Junction.  With that said, the Government doesn't oppose
20   defense counsel appearing by video if they prefer that.  I
21   know they're both in Denver.  And I'm not sure if marshals
22   will transport Mr. McFadden here in person or if that will be
23   by video since he's in custody generally in the Front Range.
24             THE COURT:  Do you have a general idea -- do you
25   think you need more than an hour for that or is that

                         Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1 Jury Trial - Day 5                                654

1    sufficient?
2             MR. CHAFFIN:  I would ask for an hour and a half,
3    Your Honor, just to ensure that the victims can address the
4    Court if they choose to.
5             THE COURT:  All right.  Mr. McDermott, any problems
6    with any of that?
7             MR. MCDERMOTT:  There's probably going to be a pretty
8    lengthy history.  Especially not knowing what the Government's
9    going to present, I'd allocate at least two hours for
10   sentencing hearing.  I will appear in person irrespective of
11   where it is.
12            THE COURT:  All right.  That date that I was given
13   for March 7th, can we do a two-hour block at 3 o'clock?  Do
14   you know if that will work?
15            THE COURTROOM DEPUTY:  Yes.
16            THE COURT:  Then we'll set sentencing for March 7,
17   2023, here in Grand Junction at 3 o'clock in the afternoon.
18   Mr. McFadden is of course ordered to appear on that date and
19   time without further order or notice.
20            Mr. McDermott, are we addressing conditions of
21   release in any fashion?
22            MR. MCDERMOTT:  Not right now, Your Honor.
23            THE COURT:  Mr. McFadden is remanded to the custody
24   of the United States Marshal Service pending further order of
25   the Court.  Counsel are to provide and file any sentencing

                         Sarah K. Mitchell, RPR, CRR

19-cr-00243-CMA-GPG-1 Jury Trial - Day 5                             655

1    motions including motions for departure or variant sentencing

2    or other motions including motions to decrease offense level

3    or motions to dismiss counts at least 14 days before

4    sentencing, any responses or objections to those filing to be

5    filed no later than seven days before sentencing.  Failure to

6    timely file could result in continuance of the sentencing date

7    or to respond could be construed as a concession of the

8    opponent's requests.

9             Post-trial motions to be submitted to be accordance

10   with the Federal Rules of Criminal Procedure.  Defendant is,

11   as I said, remanded.  Anything that I have said that needs to

12   be addressed by way of any recommendation, which I don't think

13   anything today does, but if it did, the parties may object in

14   writing to any findings and recommendations I made within

15   14 days under Rule 59(b)(2).

16            Anything further, Mr. Chaffin, you think I need to

17   address today?

18            MR. CHAFFIN:  No, Your Honor.  Thank you.

19            THE COURT:  Mr. McDermott?

20            MR. MCDERMOTT:  No.  Thank you, Your Honor.

21            THE COURT:  Okay.  Thank you.  We'll be in recess

22   then.

23       (The proceedings were concluded at 9:35 a.m.)

24

25


                     Sarah K. Mitchell, RPR, CRR

```
 1                      REPORTER'S CERTIFICATE

 2

 3          I, SARAH K. MITCHELL, Official Court Reporter for the

 4   United States District Court for the District of Colorado, a

 5   Registered Professional Reporter and Certified Realtime

 6   Reporter, do hereby certify that I reported by machine

 7   shorthand the proceedings contained herein at the time and

 8   place aforementioned and that the foregoing pages constitute a

 9   full, true and correct transcript.

10          Dated this 24th day of May, 2023.

11

12

13

14              /s/ Sarah K. Mitchell

15                SARAH K. MITCHELL
                 Official Court Reporter
16           Registered Professional Reporter
              Certified Realtime Reporter
17

18

19

20

21

22

23

24

25


                    Sarah K. Mitchell, RPR, CRR
```