

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

June 27, 2023

Clerk  
U.S. Court of Appeals for the Tenth Circuit  
Byron White United States Courthouse  
1823 Stout Street  
Denver, CO  80257

RE:   USA  v. McFadden

District Court Case No.   19-cr-00243-CMA-GPG  
Court of Appeals Case No.  23-1089

Dear Clerk:

Enclosed please find the Record on Appeal in  (6) six     volume(s) which consist of the following:

Volume I -  Electronic Documents  
Volume II - Text only entries  
Volume III - Restricted Documents - Level 1 and 2  
Volume IV -  Restricted Documents - Level 3 and 4  
Volume V -  Un restricted Transcripts  
Volume VI - Restricted Transcripts (90 Day)

JEFFREY P. COLWELL, CLERK

By:  s/  S. Phillips,  
Deputy Clerk