APPEAL,GRNDGJ,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: <u>1:19–cr–00243–CMA–GPG</u>–1

Case title: USA v. McFadden

Date Filed: 05/17/2019

Date Terminated: 03/13/2023

Assigned to: Senior Judge
Christine M. Arguello
Referred to: Magistrate Judge
Gordon P. zzz_Gallagher–MJ

Appeals court case number:
23–1089 Tenth Circuit

### <u>Defendant (1)</u>

| | | |
|---|---|---|
| **Michael Tracy McFadden**<br>*TERMINATED: 03/13/2023* | represented by | **Ben LaBranche**<br>Benjamin R. Labranche PLLC<br>1544 Race Street<br>Denver, CO 80206<br>225–927–5495<br>Fax: 225–927–5568<br>Email: <u>ben@brllawyer.com</u><br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Sean Michael McDermott**<br>McDermott Stuart & Ward LLP<br>One Sherman Place<br>140 East 19th Avenue<br>Suite 300<br>Denver, CO 80203<br>303–355–6789<br>Email: <u>smcdermott@mswdenver.com</u><br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Timothy Patrick O'Hara**<br>Office of the Federal Public Defender<br>633 Seventeenth Street<br>Suite 1000<br>Denver, CO 80202<br>303–294–7002<br>Fax: 303–294–1192<br>Email: <u>timothy_ohara@fd.org</u><br>*TERMINATED: 02/09/2021*<br>*Designation: Public Defender or Community* |

1

*Defender Appointment*

**Pending Counts**

18 U.S.C. § 2241(c) Crossing state lines with intent to engage in a sexual act with a minor under 12 (1)

18 U.S.C. § 2423(a) Transportation of a minor with intent to engage in sexual activity. (2)

18 U.S.C. § 2241(c) Crossing state lines with intent to engage in a sexual act with a minor under 12 (3)

18 U.S.C. § 2423(a) Transportation of a minor with intent to engage in sexual activity. (4)

18 U.S.C. § 2423(a) Transportation of a minor with intent to engage in sexual activity. (5)

**Disposition**

Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of LIFE. Supervised Release of LIFE. Special Assessment of $100.00

Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of LIFE to run concurrently to Counts 1, 3, 4, and 5. Supervised Release of LIFE to run concurrently to Counts 1, 3, 4, and 5. Special Assessment of $100.00

Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of LIFE to run concurrently to Counts 1, 2, 4, and 5. Supervised Release of LIFE to run concurrently to Counts 1, 2, 4, and 5. Special Assessment of $100.00

Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of LIFE to run concurrently to Counts 1, 2, 3, and 5. Supervised Release of LIFE to run concurrently to Counts 1, 2, 3, and 5. Special Assessment of $100.00

Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of LIFE to run concurrently to Counts 1, 2, 3, and 4. Supervised Release of LIFE to run concurrently to Counts 1, 2, 3, and 4. Special Assessment of $100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Disposition**

2

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jeremy Lee Chaffin** |

**Jeremy Lee Chaffin**
U.S. Attorney's Office
205 North 4th Street
Suite 400
Grand Junction, CO 81501
970−257−7113
Fax: 970−248−3630
Email: jeremy.chaffin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Andrea Lee Surratt**
U.S. Attorney's Office
District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202
303−454−0104
Email: andrea.surratt@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2019 | 6 | CASE REASSIGNED as to Michael Tracy McFadden pursuant to Grand Junction Protocol. This case is directly reassigned to Judge Marcia S. Krieger in the presiding role and Magistrate Judge Gordon P. Gallagher in the referral role. All future pleadings should be designated as 19−cr−00243−MSK−GPG. (Text Only Entry) (tsher, ) (Entered: 05/23/2019) |
| 05/24/2019 | 9 | ORDER as to Michael Tracy McFadden: Detention Hearing re−set for 5/31/2019 01:30 PM (new time) in Room 323 (Grand Junction) before Magistrate Judge Gordon P. Gallagher. By Magistrate Judge Gordon P. Gallagher on May 24, 2019. Text Only Entry (gpgsec ) (Entered: 05/24/2019) |
| 06/13/2019 | 18 | ORDER REFERRING CASE to Magistrate Judge Gordon P. Gallagher as to Michael Tracy McFadden: In view of the filing of the Defendant's Consent 16 , and pursuant to District Court General Order 2015−1, this matter is referred to Magistrate Judge Gordon P. Gallagher for final determination as authorized by statute and rule, and recommendations for those matters that the magistrate judge cannot finally determine. By Judge Marcia S. Krieger on 6/13/19. Text Only Entry (msklc2, ) (Entered: 06/13/2019) |
| 06/16/2019 | 20 | ORDER granting in part and denying in part 19 Motion for Order as to Michael Tracy McFadden (1): The Court grants the motion to vacate the present trial but denies the motion to set the matter for a status conference without setting a new trial date. However, the parties may request a status conference at any point it they feel such a conference would be beneficial to the process. Defendant entered a not guilty plea to each count of the indictment. This action is set for trial on July 1, 2019. |

| | | |
|---|---|---|
| | | Defendant and the Government unanimously consented to the jurisdiction of the Magistrate Judge to determine speedy trial related matters and to address a motion to continue. Defendant moves to continue the trial on the basis that there is not enough time to be properly prepared for trial on July 1, 2019. The reasons for the continuance include: This is a complex matter which carries a potential 30–year minimum sentence, were Defendant to be convicted. The Government has just or will soon be providing initial discoverywhich will likely be voluminous. There are two (2) alleged victims and a related trial occurred in Mesa County District Court, spanning some twelve (12) days. There will likely be extensive investigation, the need for transcripts and other records, and other matters justifying a continuance of the trial in this action. The Court has considered and includes the reasons set forth in the Defendants motion. The Court, examining the factors set forth in U.S. v. Toombs, 574 F.3d 1262 (10th Cir. 2009) and 18 USC § 3161, determines that the ends of justice would be served by continuing the trial in this matter and that the factors in favor of granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that failure to grant such a continuance would make it impossible for the Defense to proceed, would provide inadequate preparation time taking into account the fact that the parties have all exercised due diligence. The Government did not object, in any fashion, to the motion to continue. All time between the vacated trial date of July 1, 2019 and the new date of January 6, 2020 shall be excluded from the speedy trial calculation. The parties are to file a joint memo, within 14 days, providing a current speedy trial calculation. Motions due by 11/4/2019. Responses due by 12/2/2019 Jury Trial set for 1/6/2020 08:30 AM in Room 323 (Grand Junction) before Judge Marcia S. Krieger. Pretrial Conference set for 1/2/2020 03:30 PM in Courtroom A 901 before Judge Marcia S. Krieger. by Magistrate Judge Gordon P. Gallagher on 6/16/2019. Text Only Entry (GPG) (Entered: 06/16/2019) |
| 11/06/2019 | 29 | ORDER granting 28 Motion for Order as to Michael Tracy McFadden (1) Motions due by 4/6/2020. Responses due by 5/4/2020 Jury Trial set for 6/1/2020 08:30 AM in Room 323 (Grand Junction) before Judge Marcia S. Krieger. Pretrial Conference set for 5/28/2020 03:30 PM in Courtroom A 901 before Judge Marcia S. Krieger. Defendant entered a not guilty plea to each count of the indictment. This action is set for trial on January 6, 2020–—with one prior continuance. Defendant and the Government unanimously consented to the jurisdiction of the Magistrate Judge to determine speedy trial related matters and to address a motion to continue. Defendant moves to continue the trial and exclude 180 days from the speedy trial calculation on the basis that there is not enough time to be properly prepared for trial on January 6, 2020. The reasons for the continuance are set forth in Defendants detailed motion on the topic and include: the Defense has received 359 pages of police reports and witness interviews from the Grand Junction Police Department; 687 pages of reports from the investigation of the Federal Bureau of Investigation (FBI); 4,209 pages of transcripts from the prior state court proceedings; 62 pages of reports relating to the criminal history of Mr. McFadden; 34 total video and audio files from the Grand Junction Police Department Investigation (witness/defendant interviews) totaling approximately 21 hours; 24 total video and audio files from the FBI Investigation (witness/defendant interviews) totaling approximately 29 hours; 73 pages of transcribed testimony from the grand jury proceedings along with three video files; and an additional 2,262 pages of discovery material relating to the prior Grand Junction Police Department Investigation. The Defense still needs to: review the entirety of the transcripts from the 2015 jury trial as well as a large majority of the media files tendered in discovery; address issues of potentially significant amounts of |

| | | |
|---|---|---|
| | | 404(b) evidence; interview numerous witnesses in more than one state; address expert witness issues in multiple fields; and draft numerous pre–trial motions.The Court has considered and includes the reasons set forth in the Defendant's motion. The Court, examining the factors set forth in U.S. v. Toombs, 574 F.3d 1262 (10th Cir. 2009) and 18 USC § 3161, determines that the ends of justice would be served by continuing the trial in this matter and that the factors in favor of granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that failure to grant such a continuance would make it impossible for the Defense to proceed and would provide inadequate preparation time taking into account the fact that the parties have all exercised due diligence. The Government did not object, in any fashion, to the motion to continue. Additionally, Defense Counsel has specifically discussed this motion with Defendant and represents that the Defendant does not object to the motion. All time between now and the new date of June 1, 2020 shall be excluded from the speedy trial calculation. The parties are to file a joint memo, within 14 days, providing a current speedy trial calculation. by Magistrate Judge Gordon P. Gallagher on 11/6/2019. Text Only Entry (GPG) (Entered: 11/06/2019) |
| 04/07/2020 | 32 | ORDER granting 31 Motion to Continue as to Michael Tracy McFadden (1) Motions due by 9/8/2020. Responses due by 10/5/2020 Jury Trial set for 11/2/2020 10:00 AM in Room 323 (Grand Junction) before Judge Marcia S. Krieger. Pretrial Conference set for 10/29/2020 03:30 PM in Courtroom A 901 before Judge Marcia S. Krieger. Defendant entered a not guilty plea to each count of the indictment. This action is set for trial on June 1, 2020. Defendant and the Government unanimously consented to the jurisdiction of the Magistrate Judge to determine speedy trial related matters and to address a motion to continue. Defendant moves to continue the trial until November 2020 on the basis that there is not enough time to be properly prepared for trial on June 1, 2020. The reasons for the continuanceset forth in detail in the motion and incorporated hereininclude that Counsel cannot currently meet with Defendant due to the National Emergency and that all in–person prison visits have been cancelled. Also, due to a travel moratorium, Counsel cannot travel to the Western Slope to investigate, interview witnesses, or view evidence. This matter involves thousands of pages of reports, numerous witnesses, and 50 plus hours of video footage. The Defendant, who is currently cut–off from in–person visits with Counsel due to the Covid–19 pandemic, cannot currently view the videos. Similarly, the Defense cannot undertake the in–person investigation necessary to properly defend this matter. The Court has considered and includes the reasons set forth in the Defendants motion. The Court, examining the factors set forth in U.S. v. Toombs, 574 F.3d 1262 (10th Cir. 2009) and 18 USC § 3161, determines that the ends of justice would be served by continuing the trial in this matter and that the factors in favor of granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that failure to grant such a continuance would make it impossible for the Defense to proceed and would provide inadequate preparation time taking into account the fact that the parties have all exercised due diligence. The Government did not object, in any fashion, to the motion to continue. All time between now and the new date of November 2, 2020 shall be excluded from the speedy trial calculation. The parties SHALL file a joint memo, within 14 days, providing a current speedy trial calculation. by Magistrate Judge Gordon P. Gallagher on 4/7/20. Text Only Entry (GPG) (Entered: 04/07/2020) |
| 08/24/2020 | 35 | ORDER as to Michael Tracy McFadden: Pursuant to D.C. Colo. L. Crim. R. 50.1, and with the prior permission of the Chief Judge, this case is transferred to Judge |

| | | |
|---|---|---|
| | | Arguello consistent with her assumption of supervision of the Grand Junction criminal docket. The Clerk of the Court shall reassign this case to Judge Arguello as the presiding Article III judge, terminate the assignment to the undersigned, and adjust the draw of future criminal cases to reflect this reassignment. By Judge Marcia S. Krieger on 8/24/20. Text Only Entry (msklc2, ) (Entered: 08/24/2020) |
| 08/24/2020 | 36 | CASE REASSIGNED pursuant to [#35] Order as to Michael Tracy McFadden. This case is directly reassigned to Judge Christine M. Arguello. All future pleadings should be designated as **19−cr−0243−CMA−GPG**. (Text Only Entry). (sphil, ) (Entered: 08/25/2020) |
| 12/14/2020 | 41 | ORDER Granting 40 Motion for Extension of Time. Defendant shall have up to and including 2/1/2021 within which to file his objection to 39 Government's Notice of Intent to Introduce Evidence Pursuant to Federal Rules of Evidence 414, 404(b), and 807. SO ORDERED by Judge Christine M. Arguello on 12/14/2020. Text Only Entry (cmasec) (Entered: 12/14/2020) |
| 02/09/2021 | 45 | ORDER: Granting 44 Motion to Withdraw as Attorney. Mr. O'Hara is permitted to withdraw as counsel for Defendant due to a conflict of interest existing between Defendant and the Federal Public Defender's Office. The Clerk of the Court is DIRECTED to delete Mr. O'Hara's email address from future ECF filings and electronic notifications in this case. It is FURTHER ORDERED that conflict−free counsel from the Criminal Justice Act Panel shall be appointed for this Defendant. SO ORDERED by Judge Christine M. Arguello on 2/9/2021. Text Only Entry (cmasec) (Entered: 02/09/2021) |
| 12/15/2021 | 50 | ORDER: Granting 49 Unopposed Motion for Leave to File Motion Out of Time. Motions due by 1/5/2022. Responses due by 1/26/2022. SO ORDERED by Judge Christine M. Arguello on 12/15/2021. Text Only Entry (cmasec) (Entered: 12/15/2021) |
| 12/30/2021 | 54 | ORDER: Granting in part and denying in part 51 Defendant Michael Tracy McFadden's Supplement to Motion for an Extension of Time and Seventh Motion to Vacate and Reset Trial Date. The Court notes that a VTC Final Trial Preparation Conference is set for 4/19/2022, at 3:00 PM and a five−day Jury Trial is set for 5/2/2022, at 8:30 AM. FURTHER ORDERED that the Motions deadline set for 1/5/2022 is VACATED and RESET to 3/21/2022. The Responses deadline set for 1/27/2022 is VACATED and RESET to 4/4/2022. SO ORDERED by Judge Christine M. Arguello on 12/30/2021. Text Only Entry (cmasec) (Entered: 12/30/2021) |
| 09/05/2022 | 58 | ORDER granting 57 Motion for Extension of Time to File as to Michael Tracy McFadden (1). Motions to be filed by 9/13/22. by Magistrate Judge Gordon P. Gallagher on 9/5/22. Text Only Entry (GPG) (Entered: 09/05/2022) |
| 09/14/2022 | 69 | ORDER: Denying 65 and 66 Motions to Withdraw Documents. Counsel shall file proper motions to restrict pursuant to D.C.COLO.LCrR 47.1(c) as to Docs. ## 59 and 60. FURTHER ORDERED Docs. ## 67 and 68 are STRICKEN as duplicate filings. SO ORDERED by Senior Judge Christine M. Arguello on 9/14/2022. Text Only Entry (cmasec) (Entered: 09/14/2022) |
| 09/14/2022 | 70 | ORDER: Granting 64 Motion for an Evidentiary Hearing. A half−day Suppression/Motion Hearing re 62 Motion to Dismiss and 63 Motion to Suppress Statements is set for 10/17/2022, at 09:00 AM in Courtroom A 602 before Senior Judge Christine M. Arguello. Any Replies are due on or before 10/11/2022. SO ORDERED by Senior Judge Christine M. Arguello on 9/14/2022. Text Only Entry |

| | | |
|---|---|---|
| | | (cmasec) (Entered: 09/14/2022) |
| 09/14/2022 | 75 | ORDER granting 71 Motion for Leave to Restrict 71 Unopposed MOTION for Leave to Restrict as to Michael Tracy McFadden (1). The current filings SHALL be maintained at their current levels of restriction. However, keeping in mind the limited information in the filings necessitating the restriction, the Court finds these filings amenable to redaction. This appropriately balances the public's right to know what is occurring in the Court system. Therefore, the filing party SHALL file a redacted version of the filing, unrestricted, within seven (7) days, redacting that information which is sensitive. So Ordered. by Magistrate Judge Gordon P. Gallagher on 9/14/22. Text Only Entry (GPG) (Entered: 09/14/2022) |
| 09/14/2022 | 76 | ORDER granting 74 Motion for Leave to Restrict 74 Unopposed MOTION for Leave to Restrict as to Michael Tracy McFadden (1). The current filings SHALL be maintained at their current levels of restriction. However, keeping in mind the limited information in the filings necessitating the restriction, the Court finds these filings amenable to redaction. This appropriately balances the public's right to know what is occurring in the Court system. Therefore, the filing party SHALL file a redacted version of the filing, unrestricted, within seven (7) days, redacting that information which is sensitive. So Ordered. by Magistrate Judge Gordon P. Gallagher on 9/14/22. Text Only Entry (GPG) (Entered: 09/14/2022) |
| 09/19/2022 | 80 | ORDER as to Michael Tracy McFadden: The Court STRIKES both 60 and 79 for failing to confer as required by CMA Crim. Practice Standard 12(e). In many respects, the two filings, both requesting that the Court compel production of therapy records and a return date for such, are discovery motions falling under the above cited CMA Practice Standard and are thus amenable to conferral. Conferral may be beneficial in that, should the Government not oppose, perhaps some agreement may be reached on the topic thus avoiding litigation. By Magistrate Judge Gordon P. Gallagher on September 19, 2022. Text Only Entry (gpgsec) Modified on 9/19/2022 to add hyperlinks (lrobe). (Entered: 09/19/2022) |
| 09/27/2022 | 82 | ORDER taking under advisement 81 Motion to Compel as to Michael Tracy McFadden (1). The Government SHALL file any desired response within ten (10) days. by Magistrate Judge Gordon P. Gallagher on 9/27/22. Text Only Entry (GPG) (Entered: 09/27/2022) |
| 10/04/2022 | 83 | MINUTE ENTRY as to Michael Tracy McFadden: On this date, Arguello Chambers and Gallagher Chambers received a voice message from a person, D.S., who stated he/she was related to the case and requested a call back. The Court called D.S. and without discussing the case and without discussing the substance of the voice message, stated to D.S. that communications with the Court needed to be in writing with a copy to each side. D.S. stated she understood. The Court also transmitted the voice−mail to both the Government and Defense Counsel on this date; and the Court advised D.S. of the identity of the Assistant U.S. Attorneys assigned to handle this case. By Magistrate Judge Gordon P. Gallagher on October 4, 2022. Text Only Entry (gpgsec, ) (Entered: 10/04/2022) |
| 10/11/2022 | 90 | ORDER: Counsel shall be prepared to address 59 Defendant's Objection to Defendant's Notice of Intent to Introduce Evidence at the 10/17/2022, 9:00 AM half−day Suppression/Motion Hearing. SO ORDERED by Senior Judge Christine M. Arguello on 10/11/2022. Text Only Entry (cmasec) (Entered: 10/11/2022) |
| 10/11/2022 | 95 | |

|  |  | Conventionally Submitted Material : 1 Flash Drive to 88 Reply by Plaintiff USA. Location: 1st Floor Area, Box D–5–8. Text Only Entry. (sphil, ) (Entered: 10/12/2022) |
|---|---|---|
| 10/12/2022 | 96 | ORDER: The parties SHALL file a joint memo, on or before 10/14/2022, providing a current speedy trial calculation. SO ORDERED by Senior Judge Christine M. Arguello on 10/12/2022. Text Only Entry (cmasec) (Entered: 10/12/2022) |
| 10/12/2022 | 97 | ORDER: The Government shall file its Response to 94 Defendant's Motion to Continue and Rest Trial Date on or before 10/14/2022. SO ORDERED by Senior Judge Christine M. Arguello on 10/12/2022. Text Only Entry (cmasec) (Entered: 10/12/2022) |
| 10/13/2022 | 99 | ORDERED: Denying 94 Motion to Continue and Reset Trial Date. Although the Court acknowledges that this case is complex, the Defendant has previously been granted eight (8) ends of justice continuances. The current trial date in this case11/7/2022has been set since 2/3/2022, following the Defendant's eighth request for a continuance. Regardless of the outcome of the Motions Hearing set for 11/18/2022, the parties have had more than 9 months to prepare for trial. Defendant has failed to provide the Court with any meaningful justification for delaying this trial further. He has not demonstrated with any specificity how a lack of continuance would deny his counsel reasonable time necessary for effective preparation. The Defendant's surprise that the trial will be held in Grand Junction appears to this Court to be a weak and feigned expression of surprise. Both counsel were informed on 2/4/2022, that the only reason the place of trial in its 2/3/2022 Order (Doc. # 56) was Denver, rather than Grand Junction, was because of COVID–19 limitations on the ability to hold jury trials at the Courthouse in Grand Junction. However, the parties were informed at that time that once COVID–19 restrictions were lifted, the court would begin holding its trials on Grand Junction cases in Grand Junction pursuant to the Western Slope Protocol. Thus, Defendant has been on notice since 2/4/2022 that the trial of this matter would most likely be held in Grand Junction. SO ORDERED by Senior Judge Christine M. Arguello on 10/13/2022. Text Only Entry (cmasec) (Entered: 10/13/2022) |
| 10/17/2022 | 102 | AMENDED MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Motion Hearing as to Michael Tracy McFadden held on 10/17/2022. ORDERED: Granting defendant's oral motion to withdraw 63 Motion to Suppress Statements. Witness sworn and testified: Edward Prescott. Exhibits received: Governments Exhibits 1, 2, 3,1a, 2a, 3a. FURTHER ORDERED: Denying 62 Motion to Dismiss due to Pre–Indictment Delay. FURTHER ORDERED: Overruling Defendant's objections as to JW and KW testifying about the acts of molestation they allege happened. FURTHER ORDERED: Reserving ruling until trial on whether the video of KW can be admitted under FRE 807 and whether the children who are not victims in Counts 1–5 can testify to acts of molestation they suffered. FURTHER ORDERED: The transcript shall be redacted to identify the alleged victims and their parents by their initials only. Government counsel shall email the court reporter a key with the names used during the hearing and their corresponding initials. FURTHER ORDERED: Counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. TRIAL: The Court affirms that the two–week trial scheduled to commence on 11/7/2022 will be held in Grand Junction, Colorado. The Government states that the speedy trial deadline is 12/10/2022; Defendant states that the speedy trial deadline is 12/11/2022. |

|  |  | Defendant present in custody; Defendant remanded. (Total time: 1 Hour 48 Minutes, Hearing time: 9:01 a.m. 10:49 a.m.)<br><br>**APPEARANCES:** Jeremy Chaffin and Andrea Surratt on behalf of the Government; Sean McDermott on behalf of the Defendant. Court Reporter: Janet Coppock. (lrobe) Text Only Entry. Amended on 10/18/2022 to correctly reflect the Court's rulings. (lrobe). (Entered: 10/17/2022) |
| --- | --- | --- |
| 10/19/2022 | 109 | ORDER: Granting 103 Unopposed Motion for an Extension of Time to File Exhibit List. Defendant's Exhibit List due on or before 10/24/2022. SO ORDERED by Senior Judge Christine M. Arguello on 10/19/2022. Text Only Entry (cmasec) (Entered: 10/19/2022) |
| 10/24/2022 | 116 | RESTRICTED DOCUMENT – Level 3: by Michael Tracy McFadden. (Attachments: # 1 Appendix, # 2 Proposed Order (PDF Only))(McDermott, Sean) (Entered: 10/24/2022) |
| 10/24/2022 | 117 | CJA MOTION by Michael Tracy McFadden. (Attachments: # 1 CJA Attachment Resume of Benjamin R. LaBranche)(McDermott, Sean) (Entered: 10/24/2022) |
| 10/24/2022 | 119 | ORDER APPOINTING COUNSEL: Benjamin R. LaBranche shall be appoint from the CJA Panel as co–counsel in this case. SO ORDERED by Senior Judge Christine M. Arguello on 10/24/2022. Text Only Entry (cmasec) (Entered: 10/24/2022) |
| 10/25/2022 | 121 | ORDER: Granting 110 Motion for Leave to Restrict. Docs. ## 111 and 112 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 2 Restriction. SO ORDERED by Senior Judge Christine M. Arguello on 10/25/2022. Text Only Entry (cmasec) (Entered: 10/25/2022) |
| 10/25/2022 | 124 | COURTROOM MINUTES for Trial Preparation Conference by VTC as to Michael Tracy McFadden held on 10/25/2022 before Senior Judge Christine M. Arguello. B>TRIAL: The Court affirms an 8–day jury trial scheduled to begin 11/7/20222 at 8:30 a.m. in Grand Junction, Colorado. Each subsequent day of trial will begin at 8:00 a.m. Masks will be required during jury selection. Once the jury is selected, vaccinated jurors may decide if they wish to continue wearing masks for the duration of the trial. Unvaccinated jurors will be required to wear masks for the duration of the trial. Jury Selection will begin at 8:30 a.m. on 11/7/2022. Parties allowed 15 minutes per side for voir dire. Case shall be tried to a jury of 13. Jurors will be allowed to take notes. Parties waive the reporting of Jury Instructions. Parties agree to the sequestration of witnesses. Victims, if testifying, will be subject to the sequestration order. **DEADLINES:** The parties shall submit a thumb drive of exhibits to Arguello Chambers by 10/31/2022. The parties shall submit an exhibit list, indicating which exhibits are stipulated, to Arguello Chambers, via email, by 11/4/2022, 5:00 PM. Defendant shall submit an ex parte witness list to Arguello Chambers, via email, by 11/2/2022. Defendant shall submit proposed jury instructions by 10/31/2022. The parties shall submit a glossary of medical terms or unusually spelled words or names to Nicholas_Richards@cod.uscourts.gov by 11/3/2022, 4:00 p.m. Defendant present in custody by VTC. Defendant remanded. (Total time: 00:35, Hearing time: 3:15 p.m. 3:50 p.m.)<br><br>**APPEARANCES**: Andrea Surratt, Jeremy Chaffin (by VTC) on behalf of the Government, Sean McDermott (by VTC) on behalf of the defendant. Court Reporter: Kevin Carlin. (sgrim) Text Only Entry (Entered: 10/26/2022) |

| 10/31/2022 | 125 | ORDER: Pursuant to communications between counsel and Chambers' staff, a VTC Status Conference is set for 11/3/2022, 10:00 AM before Senior Judge Christine M. Arguello. Counsel are directed to contact Nicholas Richards, via email at Nicholas_Richards@cod.uscourts.gov, to set up VTC. The Defendant's presence is not required for this Hearing. SO ORDERED by Senior Judge Christine M. Arguello on 10/31/2022. Text Only Entry (cmasec) (Entered: 10/31/2022) |
|---|---|---|
| 10/31/2022 | 127 | Conventionally Submitted Material : 1 Flash Drive re 124 Trial Preparation Conference, by Plaintiff USA. Location: 1st Floor Area, Box D–5–8. Text Only Entry. (sphil, ) (Entered: 11/01/2022) |
| 11/03/2022 | 140 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Status Conference held on 11/3/2022. Parties shall notify chambers by close of business 11/3/2022 if copies of jury instructions should be provided to the jury. ORDERED: Denying 135 Defendants Motion to Continue Trial Within Speedy Trial to Secure Witnesses; Granting Governments oral motion to permit witness in custody to wear court attire. FURTHER ORDERED: Minors names shall be redacted in the transcript. (Total Time: 43 minutes, Hearing time: 10:00 a.m. 10:43 a.m.)APPEARANCES: Andrea Surratt and Jeremy Chaffin on behalf of the Government, Sean McDermott on behalf of the Defendant. All parties appear by VTC. Court reporter: Sarah Mitchell. (kmyha, ) Text Only Entry (Entered: 11/04/2022) |
| 11/06/2022 | 141 | ORDER: Granting 131 Motion for Leave to Restrict. Doc. # 132 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 3 Restriction. SO ORDERED by Senior Judge Christine M. Arguello on 11/6/2022. Text Only Entry (cmasec) (Entered: 11/06/2022) |
| 11/06/2022 | 142 | ORDER: Granting 123 Motion for Leave to Restrict. Doc.# 105 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 3 Restriction. SO ORDERED by Senior Judge Christine M. Arguello on 11/6/2022. Text Only Entry (cmasec) (Entered: 11/06/2022) |
| 11/08/2022 | 144 | Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day Two held on 11/8/2022 as to Michael Tracy McFadden. Opening statements. WITNESSES SWORN AND TESTIFIED: J.W., Michelle Ricks, Darren Davidson, and Paul W. Dunham, Jr. EXHIBITS RECEIVED: 1, 8–1, 8–2, 8–3, 3–1, 3–2, 3–3, 3–4, 3–5, 4–1, 4–2, 4–3, 4–4, 2–1, 2–2, 2–3, 2–4, 2–5, 2–6, 2–7, 2–8, 2–9, 11–1, 15–1, 15–2, 15–3, 15–4, 15–5, 15–6. ORDERED: Juror 13 is discharged from further service. Jury excused for the day. Trial continued to 11/9/2022. Defendant present in custody; Defendant remanded. (Total time: 4 Hours, 15 Minutes, Hearing time: 8:40 a.m.– 10:44 a.m.; 11:01 a.m.– 12:04 p.m.; 12:34 p.m.– 1:43 p.m.)APPEARANCES: Jeremy Chaffin, and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative, Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry (Entered: 11/09/2022) |
| 11/09/2022 | 145 | Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day Three held on 11/9/2022 as to Michael Tracy McFadden. WITNESSES SWORN AND TESTIFIED: Sue Goebel, K.W., Stacy Wesolowski, Scott Wesolowski, John Stadler, and Detective Edward Prescott. EXHIBITS RECEIVED: 13–1, 13–2, 227, 228. EXHIBITS 6 and 6–1 are admitted provisionally. ORDERED: Granting in part and denying in part Defendants objection to testimony of 414 witnesses. Only E.S. and D.R. will be permitted to testify. Jury excused for the day. Trial continued to 11/10/2022. Defendant present in custody; Defendant remanded. (Total time: 5 hours, |

| | | 25 minutes, Hearing time: 8:27 a.m.– 10:18 a.m.; 10:32 a.m.– 11:59 a.m.; 12:52 p.m.– 2:59 p.m.)APPEARANCES: Jeremy Chaffin and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry (Entered: 11/10/2022) |
|---|---|---|
| 11/10/2022 | 146 | Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day Four held on 11/10/2022 as to Michael Tracy McFadden. Charging Conference. WITNESSES SWORN AND TESTIFIED: Cheryl Young. Plaintiff rests. Defendant rests. ORDERED: DENYING Defendants Oral Motion for Judgment of Acquittal under Rule 29(a). Jury instructed. Closing arguments. Deliberations began at 12:18 p.m. ORDERED: Lunch will be provided to the jury during their deliberations. Trial continued to 11/14/2022. Defendant present in custody; Defendant remanded. (Total time: 3 Hours, 45 Minutes, Hearing time: 7:32 a.m.– 7:43 a.m.; 8:32 a.m.– 10:17 a.m.; 10:30 a.m.– 12:20 p.m.; 4:28 p.m. –4:28 p.m.)APPEARANCES: Jeremy Chaffin and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry (Entered: 11/14/2022) |
| 11/14/2022 | 147 | Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day Five held on 11/14/2022 as to Michael Tracy McFadden. Deliberations continued at 8:30 a.m. JURY VERDICT: Guilty on Counts 1–5. Verdict accepted by Judge Gordon P. Gallagher. Jury excused with the thanks of the Court. A two–hour Sentencing Hearing is set for 3/7/2023 at 3:00 p.m., at Aspinall Federal Building in Grand Junction, Room 323 before Judge Christine M. Arguello.The US Probation Office shall prepare a Presentence Report. In accordance with Federal Rules of Criminal Procedure 32(F)(1); counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections no later than 7 days before the sentencing date; or advise the Court that they do not intend to file any papers. Failure to file position papers by that date may result in a continuance of the sentencing date. ORDERED: counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. Trial concluded. Defendant present in custody; Defendant remanded. (Total time: 14 Minutes, Hearing time: 9:21 a.m. 9:35 a.m.)APPEARANCES: Jeremy Chaffin, and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative, Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry (Entered: 11/15/2022) |
| 02/13/2023 | 158 | ORDER: The Court has been advised that Defendant Michael Tracy McFadden is being housed in the Metro area. Therefore, the two–hour Sentencing Hearing set for 3/7/2023 in Room 323, Grand Junction is VACATED and reset to **3/9/2023 at 3:00 PM before Judge Christine M. Arguello, in Courtroom A602, Alfred A. Arraj Courthouse**. This hearing will be held in–person. Counsel whose offices are outside the Denver metropolitan area or cannot reasonably make a personal appearance may appear via VTC. For VTC appearances, counsel are directed to contact Nicholas Richards, via email, at Nicholas_richards@cod.uscourts.gov at least THREE DAYS before the scheduled hearings for instructions on how to proceed by VTC. SO ORDERED by Senior Judge Christine M. Arguello on 2/13/2023. Text Only Entry (cmasec) (Entered: 02/13/2023) |

| 02/13/2023 | 159 | ORDER: Pursuant to email correspondence between counsel and Chambers' staff the two−hour Sentencing Hearing set for 3/9/2023 is RESET IN TIME ONLY to 09:00 AM in Courtroom A 602 before Senior Judge Christine M. Arguello. SO ORDERED by Senior Judge Christine M. Arguello on 2/13/2023. Text Only Entry (cmasec) (Entered: 02/13/2023) |
|---|---|---|
| 03/07/2023 | 169 | ORDER: Denying 166 Unopposed Motion for Leave to File Letter of Support Prior to Sentencing. Defendant is allowed to file his letter pursuant to D.C.COLO.LCrR11.1(e). FURTHER ORDERED Doc. #167 is STRICKEN. SO ORDERED by Senior Judge Christine M. Arguello on 3/7/2023. Text Only Entry (cmasec) (Entered: 03/07/2023) |
| 03/09/2023 | 170 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 3/9/2023 as to Defendant Michael Tracy McFadden. ORDERED: Denying 162 Defendant's Motion for Non−Guideline Sentence. Defendant sentenced as reflected on the record. Defendant present in custody; Defendant remanded. (Total time: 51 Minutes, Hearing time: 9:03 a.m. – 9:54 a.m.)APPEARANCES: Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative Alex Zappe. Ryan Kinsella on behalf of probation. Court Reporter: Kevin Carlin. (kmyha) Text Only Entry (Entered: 03/09/2023) |
| 03/13/2023 | 171 | ORDER: Granting 168 Motion for Leave to Restrict. Doc. # 167 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 1 Restriction. SO ORDERED by Senior Judge Christine M. Arguello on 3/13/2023. Text Only Entry (cmasec) (Entered: 03/13/2023) |

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Timothy
Patrick O'Hara (co.ecf@fd.org, juanita_west@fd.org, timothy_ohara@fd.org), Magistrate
Judge Gordon P. Gallagher (gallagher_chambers@cod.uscourts.gov,
gordon_p_gallagher@cod.uscourts.gov), Judge Marcia S. Krieger
(krieger_chambers@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7051994@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-MSK-GPG USA v. SEALED Case Reassigned
```
Content–Type: text/html

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 5/23/2019 at 4:55 PM MDT and filed on 5/22/2019

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 1:19–cr–00243–MSK–GPG |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
 **CASE REASSIGNED as to Michael Tracy McFadden pursuant to Grand Junction Protocol. This case is directly reassigned to Judge Marcia S. Krieger in the presiding role and Magistrate Judge Gordon P. Gallagher in the referral role. All future pleadings should be designated as 19–cr–00243–MSK–GPG. (Text Only Entry) (tsher, )**

**1:19–cr–00243–MSK–GPG–1 Notice has been electronically mailed to:**

Timothy Patrick O'Hara    timothy_ohara@fd.org, co.ecf@fd.org, juanita_west@fd.org

**1:19–cr–00243–MSK–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Timothy Patrick O'Hara (co.ecf@fd.org, juanita_west@fd.org,
timothy_ohara@fd.org), Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Judge
Marcia S. Krieger (krieger_chambers@cod.uscourts.gov), Magistrate Judge Gordon P.
Gallagher (gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (bradshaw.perry@usdoj.gov, gillian.fleck@usdoj.gov, jason.brackett@usdoj.gov,
joseph.braaten@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:7053915@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-MSK-GPG USA v. McFadden Order
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 5/24/2019 at 1:57 PM MDT and filed on 5/24/2019

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–MSK–GPG |
| **Filer:** | |
| **Document Number:** | 9(No document attached) |

**Docket Text:**
 **ORDER as to Michael Tracy McFadden: Detention Hearing re–set for 5/31/2019 01:30 PM (new time) in Room 323 (Grand Junction) before Magistrate Judge Gordon P. Gallagher. By Magistrate Judge Gordon P. Gallagher on May 24, 2019. Text Only Entry (gpgsec )**

**1:19–cr–00243–MSK–GPG–1 Notice has been electronically mailed to:**

Timothy Patrick O'Hara     timothy_ohara@fd.org, co.ecf@fd.org, juanita_west@fd.org

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

**1:19–cr–00243–MSK–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Timothy Patrick O'Hara (co.ecf@fd.org, juanita_west@fd.org,
timothy_ohara@fd.org), Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea
Lee Surratt (andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Judge Marcia S. Krieger (krieger_chambers@cod.uscourts.gov),
Magistrate Judge Gordon P. Gallagher (gallagher_chambers@cod.uscourts.gov,
gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7084729@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-MSK-GPG USA v. McFadden Order Referring Case to
Magistrate Judge
```
Content–Type: text/html

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing


The following transaction was entered on 6/13/2019 at 2:37 PM MDT and filed on 6/13/2019

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–MSK–GPG |
| **Filer:** | |
| **Document Number:** | 18(No document attached) |

**Docket Text:**
 **ORDER REFERRING CASE to Magistrate Judge Gordon P. Gallagher as to Michael Tracy McFadden: In view of the filing of the Defendant's Consent [16], and pursuant to District Court General Order 2015–1, this matter is referred to Magistrate Judge Gordon P. Gallagher for final determination as authorized by statute and rule, and recommendations for those matters that the magistrate judge cannot finally determine. By Judge Marcia S. Krieger on 6/13/19. Text Only Entry (mskic2, )**


**1:19–cr–00243–MSK–GPG–1 Notice has been electronically mailed to:**

Timothy Patrick O'Hara     timothy_ohara@fd.org, co.ecf@fd.org, juanita_west@fd.org

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–MSK–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Timothy Patrick O'Hara (co.ecf@fd.org, juanita_west@fd.org,
timothy_ohara@fd.org), Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea
Lee Surratt (andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Judge Marcia S. Krieger (krieger_chambers@cod.uscourts.gov),
Magistrate Judge Gordon P. Gallagher (gallagher_chambers@cod.uscourts.gov,
gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (bradshaw.perry@usdoj.gov, gillian.fleck@usdoj.gov, jason.brackett@usdoj.gov,
joseph.braaten@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:7087460@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-MSK-GPG USA v. McFadden Order on Motion for Order
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 6/16/2019 at 11:11 AM MDT and filed on 6/16/2019

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–MSK–GPG |
| **Filer:** | |
| **Document Number:** | 20(No document attached) |

**Docket Text:**

**ORDER granting in part and denying in part [19] Motion for Order as to Michael Tracy McFadden (1): The Court grants the motion to vacate the present trial but denies the motion to set the matter for a status conference without setting a new trial date. However, the parties may request a status conference at any point it they feel such a conference would be beneficial to the process. Defendant entered a not guilty plea to each count of the indictment. This action is set for trial on July 1, 2019. Defendant and the Government unanimously consented to the jurisdiction of the Magistrate Judge to determine speedy trial related matters and to address a motion to continue. Defendant moves to continue the trial on the basis that there is not enough time to be properly prepared for trial on July 1, 2019. The reasons for the continuance include: This is a complex matter which carries a potential 30–year minimum sentence, were Defendant to be convicted. The Government has just or will soon be providing initial discoverywhich will likely be voluminous. There are two (2) alleged victims and a related trial occurred in Mesa County District Court, spanning some twelve (12) days. There will likely be extensive investigation, the need for transcripts and other records, and other matters justifying a continuance of the trial in this action. The Court has considered and includes the reasons set forth in the Defendants motion. The Court, examining the factors set forth in U.S. v. Toombs, 574 F.3d 1262 (10th Cir. 2009) and 18 USC § 3161, determines that the ends of justice would be served by continuing the trial in this matter and that the factors in favor of granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that failure to**

**grant such a continuance would make it impossible for the Defense to proceed, would provide inadequate preparation time taking into account the fact that the parties have all exercised due diligence. The Government did not object, in any fashion, to the motion to continue. All time between the vacated trial date of July 1, 2019 and the new date of January 6, 2020 shall be excluded from the speedy trial calculation. The parties are to file a joint memo, within 14 days, providing a current speedy trial calculation. Motions due by 11/4/2019. Responses due by 12/2/2019 Jury Trial set for 1/6/2020 08:30 AM in Room 323 (Grand Junction) before Judge Marcia S. Krieger. Pretrial Conference set for 1/2/2020 03:30 PM in Courtroom A 901 before Judge Marcia S. Krieger. by Magistrate Judge Gordon P. Gallagher on 6/16/2019. Text Only Entry (GPG)**

**1:19–cr–00243–MSK–GPG–1 Notice has been electronically mailed to:**

Timothy Patrick O'Hara     timothy_ohara@fd.org, co.ecf@fd.org, juanita_west@fd.org

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–MSK–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Timothy Patrick O'Hara (co.ecf@fd.org, juanita_west@fd.org,
timothy_ohara@fd.org), Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea
Lee Surratt (andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Judge Marcia S. Krieger (krieger_chambers@cod.uscourts.gov),
Magistrate Judge Gordon P. Gallagher (gallagher_chambers@cod.uscourts.gov,
gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gillian.fleck@usdoj.gov, jason.brackett@usdoj.gov, justin.kellogg@usdoj.gov,
katrina.crouse@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:


Message-Id:7298224@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-MSK-GPG USA v. McFadden Order on Motion for Order
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/6/2019 at 11:23 AM MST and filed on 11/6/2019

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–MSK–GPG |
| **Filer:** | |
| **Document Number:** | 29(No document attached) |

**Docket Text:**
 **ORDER granting [28] Motion for Order as to Michael Tracy McFadden (1) Motions due by 4/6/2020. Responses due by 5/4/2020 Jury Trial set for 6/1/2020 08:30 AM in Room 323 (Grand Junction) before Judge Marcia S. Krieger. Pretrial Conference set for 5/28/2020 03:30 PM in Courtroom A 901 before Judge Marcia S. Krieger. Defendant entered a not guilty plea to each count of the indictment. This action is set for trial on January 6, 2020––with one prior continuance. Defendant and the Government unanimously consented to the jurisdiction of the Magistrate Judge to determine speedy trial related matters and to address a motion to continue. Defendant moves to continue the trial and exclude 180 days from the speedy trial calculation on the basis that there is not enough time to be properly prepared for trial on January 6, 2020. The reasons for the continuance are set forth in Defendants detailed motion on the topic and include: the Defense has received 359 pages of police reports and witness interviews from the Grand Junction Police Department; 687 pages of reports from the investigation of the Federal Bureau of Investigation (FBI); 4,209 pages of transcripts from the prior state court proceedings; 62 pages of reports relating to the criminal history of Mr. McFadden; 34 total video and audio files from the Grand Junction Police Department Investigation (witness/defendant interviews) totaling approximately 21 hours; 24 total video and audio files from the FBI Investigation (witness/defendant interviews) totaling approximately 29 hours; 73 pages of transcribed testimony from the grand jury proceedings along with three video files; and an additional 2,262 pages of discovery material relating to the prior Grand Junction Police Department Investigation. The Defense still needs to: review**

**the entirety of the transcripts from the 2015 jury trial as well as a large majority of the media files tendered in discovery; address issues of potentially significant amounts of 404(b) evidence; interview numerous witnesses in more than one state; address expert witness issues in multiple fields; and draft numerous pre–trial motions.The Court has considered and includes the reasons set forth in the Defendant's motion. The Court, examining the factors set forth in U.S. v. Toombs, 574 F.3d 1262 (10th Cir. 2009) and 18 USC § 3161, determines that the ends of justice would be served by continuing the trial in this matter and that the factors in favor of granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that failure to grant such a continuance would make it impossible for the Defense to proceed and would provide inadequate preparation time taking into account the fact that the parties have all exercised due diligence. The Government did not object, in any fashion, to the motion to continue. Additionally, Defense Counsel has specifically discussed this motion with Defendant and represents that the Defendant does not object to the motion. All time between now and the new date of June 1, 2020 shall be excluded from the speedy trial calculation. The parties are to file a joint memo, within 14 days, providing a current speedy trial calculation. by Magistrate Judge Gordon P. Gallagher on 11/6/2019. Text Only Entry (GPG)**

**1:19–cr–00243–MSK–GPG–1 Notice has been electronically mailed to:**

Timothy Patrick O'Hara      timothy_ohara@fd.org, co.ecf@fd.org, juanita_west@fd.org

Jeremy Lee Chaffin      jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt      andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–MSK–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Timothy Patrick O'Hara (co.ecf@fd.org, juanita_west@fd.org,
timothy_ohara@fd.org), Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea
Lee Surratt (andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Judge Marcia S. Krieger (krieger_chambers@cod.uscourts.gov),
Magistrate Judge Gordon P. Gallagher (gallagher_chambers@cod.uscourts.gov,
gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gregorio.rivera@usdoj.gov, jason.brackett@usdoj.gov, justin.kellogg@usdoj.gov,
katrina.crouse@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:7520899@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-MSK-GPG USA v. McFadden Order on Motion to Continue
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing


The following transaction was entered on 4/7/2020 at 12:53 PM MDT and filed on 4/7/2020

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–MSK–GPG |
| **Filer:** | |
| **Document Number:** | 32(No document attached) |

**Docket Text:**

 **ORDER granting [31] Motion to Continue as to Michael Tracy McFadden (1) Motions due by 9/8/2020. Responses due by 10/5/2020 Jury Trial set for 11/2/2020 10:00 AM in Room 323 (Grand Junction) before Judge Marcia S. Krieger. Pretrial Conference set for 10/29/2020 03:30 PM in Courtroom A 901 before Judge Marcia S. Krieger. Defendant entered a not guilty plea to each count of the indictment. This action is set for trial on June 1, 2020. Defendant and the Government unanimously consented to the jurisdiction of the Magistrate Judge to determine speedy trial related matters and to address a motion to continue. Defendant moves to continue the trial until November 2020 on the basis that there is not enough time to be properly prepared for trial on June 1, 2020. The reasons for the continuanceset forth in detail in the motion and incorporated hereininclude that Counsel cannot currently meet with Defendant due to the National Emergency and that all in–person prison visits have been cancelled. Also, due to a travel moratorium, Counsel cannot travel to the Western Slope to investigate, interview witnesses, or view evidence. This matter involves thousands of pages of reports, numerous witnesses, and 50 plus hours of video footage. The Defendant, who is currently cut–off from in–person visits with Counsel due to the Covid–19 pandemic, cannot currently view the videos. Similarly, the Defense cannot undertake the in–person investigation necessary to properly defend this matter. The Court has considered and includes the reasons set forth in the Defendants motion. The Court, examining the factors set forth in U.S. v. Toombs, 574 F.3d 1262 (10th Cir. 2009) and 18 USC § 3161, determines that the ends of justice would be served by continuing the trial in this matter and that the**

**factors in favor of granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that failure to grant such a continuance would make it impossible for the Defense to proceed and would provide inadequate preparation time taking into account the fact that the parties have all exercised due diligence. The Government did not object, in any fashion, to the motion to continue. All time between now and the new date of November 2, 2020 shall be excluded from the speedy trial calculation. The parties SHALL file a joint memo, within 14 days, providing a current speedy trial calculation. by Magistrate Judge Gordon P. Gallagher on 4/7/20. Text Only Entry (GPG)**

**1:19–cr–00243–MSK–GPG–1 Notice has been electronically mailed to:**

Timothy Patrick O'Hara    timothy_ohara@fd.org, co.ecf@fd.org, juanita_west@fd.org

Jeremy Lee Chaffin    jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt    andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–MSK–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Timothy Patrick O'Hara (co.ecf@fd.org, juanita_west@fd.org,
timothy_ohara@fd.org), Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea
Lee Surratt (andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Judge Marcia S. Krieger (krieger_chambers@cod.uscourts.gov),
Magistrate Judge Gordon P. Gallagher (gallagher_chambers@cod.uscourts.gov,
gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gregorio.rivera@usdoj.gov, jason.brackett@usdoj.gov, justin.kellogg@usdoj.gov,
katrina.crouse@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:7721921@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-MSK-GPG USA v. McFadden Order
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 8/24/2020 at 5:17 PM MDT and filed on 8/24/2020

**Case Name:**        USA v. McFadden

**Case Number:**      1:19–cr–00243–MSK–GPG

**Filer:**

**Document Number:**  35(No document attached)

**Docket Text:**
 **ORDER as to Michael Tracy McFadden: Pursuant to D.C. Colo. L. Crim. R. 50.1, and with the prior permission of the Chief Judge, this case is transferred to Judge Arguello consistent with her assumption of supervision of the Grand Junction criminal docket. The Clerk of the Court shall reassign this case to Judge Arguello as the presiding Article III judge, terminate the assignment to the undersigned, and adjust the draw of future criminal cases to reflect this reassignment. By Judge Marcia S. Krieger on 8/24/20. Text Only Entry (msklc2, )**

**1:19–cr–00243–MSK–GPG–1 Notice has been electronically mailed to:**

Timothy Patrick O'Hara     timothy_ohara@fd.org, co.ecf@fd.org, juanita_west@fd.org

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–MSK–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Timothy
Patrick O'Hara (co.ecf@fd.org, juanita_west@fd.org, timothy_ohara@fd.org), Andrea Lee
Surratt (andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Judge Marcia
S. Krieger (krieger_chambers@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7722623@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Case Reassigned
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 8/25/2020 at 10:07 AM MDT and filed on 8/24/2020

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 36(No document attached) |

**Docket Text:**
 **CASE REASSIGNED pursuant to [#35] Order as to Michael Tracy McFadden. This case is directly reassigned to Judge Christine M. Arguello. All future pleadings should be designated as 19–cr–0243–CMA–GPG. (Text Only Entry). (sphil, )**


**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Timothy Patrick O'Hara     timothy_ohara@fd.org, co.ecf@fd.org, juanita_west@fd.org

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Timothy Patrick O'Hara (co.ecf@fd.org, juanita_west@fd.org,
timothy_ohara@fd.org), Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea
Lee Surratt (andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov,
danielle.cooley-graham@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P.
Gallagher (gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov),
Judge Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov)
--No Notice Sent:

Message-Id:7888835@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for
Extension of Time to File
```
Content–Type: text/html

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 12/14/2020 at 5:44 AM MST and filed on 12/14/2020

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 41(No document attached) |

**Docket Text:**
 ORDER Granting [40] Motion for Extension of Time. Defendant shall have up to and including 2/1/2021 within which to file his objection to [39] Government's Notice of Intent to Introduce Evidence Pursuant to Federal Rules of Evidence 414, 404(b), and 807. SO ORDERED by Judge Christine M. Arguello on 12/14/2020. Text Only Entry (cmasec)

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Timothy Patrick O'Hara      timothy_ohara@fd.org, co.ecf@fd.org, juanita_west@fd.org

Jeremy Lee Chaffin      jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt      andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.cooley–graham@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Timothy Patrick O'Hara (co.ecf@fd.org, juanita_west@fd.org,
timothy_ohara@fd.org), Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea
Lee Surratt (andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov,
danielle.cooley-graham@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P.
Gallagher (gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov),
Judge Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), ad hoc
(leo_griffard@fd.org)
--No Notice Sent:

Message-Id:7968257@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion to Withdraw
as Attorney
```
Content–Type: text/html

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 2/9/2021 at 1:38 PM MST and filed on 2/9/2021

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 45(No document attached) |

**Docket Text:**
 **ORDER: Granting [44] Motion to Withdraw as Attorney. Mr. O'Hara is permitted to withdraw as counsel for Defendant due to a conflict of interest existing between Defendant and the Federal Public Defender's Office. The Clerk of the Court is DIRECTED to delete Mr. O'Hara's email address from future ECF filings and electronic notifications in this case. It is FURTHER ORDERED that conflict–free counsel from the Criminal Justice Act Panel shall be appointed for this Defendant. SO ORDERED by Judge Christine M. Arguello on 2/9/2021. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Timothy Patrick O'Hara     timothy_ohara@fd.org, co.ecf@fd.org, juanita_west@fd.org

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.cooley–graham@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (kalvarado@mswdenver.com,
krodriguez@mswdenver.com, smcdermott@mswdenver.com), Jeremy Lee Chaffin
(caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P.
Gallagher (gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8419376@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for Leave
to File
```
Content−Type: text/html

### U.S. District Court − District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 12/15/2021 at 1:24 PM MST and filed on 12/15/2021

**Case Name:** USA v. McFadden

**Case Number:** 1:19−cr−00243−CMA−GPG

**Filer:**

**Document Number:** 50(No document attached)

**Docket Text:**

 **ORDER: Granting [49] Unopposed Motion for Leave to File Motion Out of Time. Motions due by 1/5/2022. Responses due by 1/26/2022. SO ORDERED by Judge Christine M. Arguello on 12/15/2021. Text Only Entry (cmasec)**

**1:19−cr−00243−CMA−GPG−1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, kalvarado@mswdenver.com, krodriguez@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov

**1:19−cr−00243−CMA−GPG−1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (kalvarado@mswdenver.com,
krodriguez@mswdenver.com, smcdermott@mswdenver.com), Jeremy Lee Chaffin
(caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, usaco.ecfcriminal@usdoj.gov),
Magistrate Judge Gordon P. Gallagher (gallagher_chambers@cod.uscourts.gov,
gordon_p_gallagher@cod.uscourts.gov), Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov)
--No Notice Sent:

Message-Id:8437795@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for
Extension of Time to File
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 12/30/2021 at 1:11 PM MST and filed on 12/30/2021

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 54(No document attached) |

**Docket Text:**
**ORDER: Granting in part and denying in part [51] Defendant Michael Tracy McFadden's Supplement to Motion for an Extension of Time and Seventh Motion to Vacate and Reset Trial Date. The Court notes that a VTC Final Trial Preparation Conference is set for 4/19/2022, at 3:00 PM and a five–day Jury Trial is set for 5/2/2022, at 8:30 AM. FURTHER ORDERED that the Motions deadline set for 1/5/2022 is VACATED and RESET to 3/21/2022. The Responses deadline set for 1/27/2022 is VACATED and RESET to 4/4/2022. SO ORDERED by Judge Christine M. Arguello on 12/30/2021. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, kalvarado@mswdenver.com, krodriguez@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Jeremy Lee Chaffin
(caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov)
--No Notice Sent:

Message-Id:8782271@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for
Extension of Time to File
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 9/5/2022 at 11:57 AM MDT and filed on 9/5/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 58(No document attached) |

**Docket Text:**
**ORDER granting [57] Motion for Extension of Time to File as to Michael Tracy McFadden (1). Motions to be filed by 9/13/22. by Magistrate Judge Gordon P. Gallagher on 9/5/22. Text Only Entry (GPG)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Sean
Michael McDermott (krodriguez@mswdenver.com, smcdermott@mswdenver.com,
xgarzon@mswdenver.com), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8795569@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion to Withdraw
Document
```
Content–Type: text/html

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 9/14/2022 at 12:39 PM MDT and filed on 9/14/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 69(No document attached) |

**Docket Text:**

**ORDER: Denying [65] and [66] Motions to Withdraw Documents. Counsel shall file proper motions to restrict pursuant to D.C.COLO.LCrR 47.1(c) as to Docs. ## 59 and 60. FURTHER ORDERED Docs. ## 67 and 68 are STRICKEN as duplicate filings. SO ORDERED by Senior Judge Christine M. Arguello on 9/14/2022. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Jeremy Lee Chaffin
(caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gillian.fleck@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8795648@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for Hearing
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 9/14/2022 at 1:31 PM MDT and filed on 9/14/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 70(No document attached) |

**Docket Text:**
 **ORDER: Granting [64] Motion for an Evidentiary Hearing. A half–day Suppression/Motion Hearing re [62] Motion to Dismiss and [63] Motion to Suppress Statements is set for 10/17/2022, at 09:00 AM in Courtroom A 602 before Senior Judge Christine M. Arguello. Any Replies are due on or before 10/11/2022. SO ORDERED by Senior Judge Christine M. Arguello on 9/14/2022. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Jeremy Lee Chaffin
(caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8795783@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for Leave
to Restrict
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 9/14/2022 at 2:01 PM MDT and filed on 9/14/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 75(No document attached) |

**Docket Text:**
 **ORDER granting [71] Motion for Leave to Restrict [71] Unopposed MOTION for Leave to Restrict as to Michael Tracy McFadden (1). The current filings SHALL be maintained at their current levels of restriction. However, keeping in mind the limited information in the filings necessitating the restriction, the Court finds these filings amenable to redaction. This appropriately balances the public's right to know what is occurring in the Court system. Therefore, the filing party SHALL file a redacted version of the filing, unrestricted, within seven (7) days, redacting that information which is sensitive. So Ordered. by Magistrate Judge Gordon P. Gallagher on 9/14/22. Text Only Entry (GPG)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott    smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin    jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt    andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Jeremy Lee Chaffin
(caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8795922@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for Leave
to Restrict
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 9/14/2022 at 2:40 PM MDT and filed on 9/14/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 76(No document attached) |

**Docket Text:**
**ORDER granting [74] Motion for Leave to Restrict [74] Unopposed MOTION for Leave to Restrict as to Michael Tracy McFadden (1). The current filings SHALL be maintained at their current levels of restriction. However, keeping in mind the limited information in the filings necessitating the restriction, the Court finds these filings amenable to redaction. This appropriately balances the public's right to know what is occurring in the Court system. Therefore, the filing party SHALL file a redacted version of the filing, unrestricted, within seven (7) days, redacting that information which is sensitive. So Ordered. by Magistrate Judge Gordon P. Gallagher on 9/14/22. Text Only Entry (GPG)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott    smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin    jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt    andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Jeremy Lee Chaffin
(caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gillian.fleck@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:


Message-Id:8802605@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 9/19/2022 at 4:02 PM MDT and filed on 9/19/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19-cr-00243-CMA-GPG |
| **Filer:** | |
| **Document Number:** | 80(No document attached) |

**Docket Text:**
**ORDER as to Michael Tracy McFadden: The Court STRIKES both D. 60 and D. 79 for failing to confer as required by CMA Crim. Practice Standard 12(e). In many respects, the two filings, both requesting that the Court compel production of therapy records and a return date for such, are discovery motions falling under the above cited CMA Practice Standard and are thus amenable to conferral. Conferral may be beneficial in that, should the Government not oppose, perhaps some agreement may be reached on the topic thus avoiding litigation. By Magistrate Judge Gordon P. Gallagher on September 19, 2022. Text Only Entry (gpgsec, )**

**1:19-cr-00243-CMA-GPG-1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Jeremy Lee Chaffin
(caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8813766@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion to Compel
```
Content–Type: text/html

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 9/27/2022 at 11:53 AM MDT and filed on 9/27/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 82(No document attached) |

**Docket Text:**
 ORDER taking under advisement [81] Motion to Compel as to Michael Tracy McFadden (1). The Government SHALL file any desired response within ten (10) days. by Magistrate Judge Gordon P. Gallagher on 9/27/22. Text Only Entry (GPG)


**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Sean
Michael McDermott (krodriguez@mswdenver.com, smcdermott@mswdenver.com,
xgarzon@mswdenver.com), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gillian.fleck@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8828879@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Minute Order
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/4/2022 at 2:24 PM MDT and filed on 10/4/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 83(No document attached) |

**Docket Text:**
**MINUTE ENTRY as to Michael Tracy McFadden: On this date, Arguello Chambers and Gallagher Chambers received a voice message from a person, D.S., who stated he/she was related to the case and requested a call back. The Court called D.S. and without discussing the case and without discussing the substance of the voice message, stated to D.S. that communications with the Court needed to be in writing with a copy to each side. D.S. stated she understood. The Court also transmitted the voice–mail to both the Government and Defense Counsel on this date; and the Court advised D.S. of the identity of the Assistant U.S. Attorneys assigned to handle this case. By Magistrate Judge Gordon P. Gallagher on October 4, 2022. Text Only Entry (gpgsec, )**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov,

USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19−cr−00243−CMA−GPG−1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Sean
Michael McDermott (krodriguez@mswdenver.com, smcdermott@mswdenver.com,
xgarzon@mswdenver.com), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gillian.fleck@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8840700@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/11/2022 at 4:35 PM MDT and filed on 10/11/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 90(No document attached) |

**Docket Text:**
 **ORDER: Counsel shall be prepared to address [59] Defendant's Objection to Defendant's Notice of Intent to Introduce Evidence at the 10/17/2022, 9:00 AM half–day Suppression/Motion Hearing. SO ORDERED by Senior Judge Christine M. Arguello on 10/11/2022. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Sean
Michael McDermott (krodriguez@mswdenver.com, smcdermott@mswdenver.com,
xgarzon@mswdenver.com), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8841166@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Conventionally Submitted
Material
Content-Type: text/html
```

### U.S. District Court − District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/12/2022 at 7:23 AM MDT and filed on 10/11/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19−cr−00243−CMA−GPG |
| **Filer:** | USA |
| **Document Number:** | 95(No document attached) |

**Docket Text:**
 **Conventionally Submitted Material : 1 Flash Drive to [88] Reply by Plaintiff USA. Location: 1st Floor Area, Box D−5−8. Text Only Entry. (sphil, )**

**1:19−cr−00243−CMA−GPG−1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19−cr−00243−CMA−GPG−1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Jeremy Lee Chaffin
(caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gillian.fleck@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8841257@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/12/2022 at 8:27 AM MDT and filed on 10/12/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 96(No document attached) |

**Docket Text:**
**ORDER: The parties SHALL file a joint memo, on or before 10/14/2022, providing a current speedy trial calculation. SO ORDERED by Senior Judge Christine M. Arguello on 10/12/2022. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Sean
Michael McDermott (krodriguez@mswdenver.com, smcdermott@mswdenver.com,
xgarzon@mswdenver.com), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gillian.fleck@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8841307@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/12/2022 at 8:44 AM MDT and filed on 10/12/2022

**Case Name:**        USA v. McFadden
**Case Number:**      1:19–cr–00243–CMA–GPG
**Filer:**
**Document Number:** 97(No document attached)

**Docket Text:**
 **ORDER: The Government shall file its Response to [94] Defendant's Motion to Continue and Rest Trial Date on or before 10/14/2022. SO ORDERED by Senior Judge Christine M. Arguello on 10/12/2022. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Sean
Michael McDermott (krodriguez@mswdenver.com, smcdermott@mswdenver.com,
xgarzon@mswdenver.com), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gillian.fleck@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8845167@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion to Continue
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/13/2022 at 2:44 PM MDT and filed on 10/13/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 99(No document attached) |

**Docket Text:**
 **ORDERED: Denying [94] Motion to Continue and Reset Trial Date. Although the Court acknowledges that this case is complex, the Defendant has previously been granted eight (8) ends of justice continuances. The current trial date in this case11/7/2022has been set since 2/3/2022, following the Defendant's eighth request for a continuance. Regardless of the outcome of the Motions Hearing set for 11/18/2022, the parties have had more than 9 months to prepare for trial. Defendant has failed to provide the Court with any meaningful justification for delaying this trial further. He has not demonstrated with any specificity how a lack of continuance would deny his counsel reasonable time necessary for effective preparation. The Defendant's surprise that the trial will be held in Grand Junction appears to this Court to be a weak and feigned expression of surprise. Both counsel were informed on 2/4/2022, that the only reason the place of trial in its 2/3/2022 Order (Doc. # 56) was Denver, rather than Grand Junction, was because of COVID–19 limitations on the ability to hold jury trials at the Courthouse in Grand Junction. However, the parties were informed at that time that once COVID–19 restrictions were lifted, the court would begin holding its trials on Grand Junction cases in Grand Junction pursuant to the Western Slope Protocol. Thus, Defendant has been on notice since 2/4/2022 that the trial of this matter would most likely be held in Grand Junction. SO ORDERED by Senior Judge Christine M. Arguello on 10/13/2022. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott      smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin      jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt      andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Jeremy Lee Chaffin
(caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM Warrants
Division (usms.cod-warrants@usdoj.gov), USM-Criminal Division (gillian.fleck@usdoj.gov,
royce.namoca@usdoj.gov, sike.bennett@usdoj.gov, usms.cod-criminal@usdoj.gov), ad hoc
(jury_clerk@cod.uscourts.gov)
--No Notice Sent:

Message-Id:8850319@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion to Dismiss
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 10/17/2022 at 4:17 PM MDT and filed on 10/17/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19‑cr‑00243‑CMA‑GPG |
| **Filer:** | |
| **Document Number:** | 102(No document attached) |

**Docket Text:**
 MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Motion Hearing as to Michael Tracy McFadden held on 10/17/2022. ORDERED: Granting defendant's oral motion to withdraw [63] Motion to Suppress Statements. Witness sworn and testified: Edward Prescott. Exhibits received: Governments Exhibits 1, 2, 3,1a, 2a, 3a. FURTHER ORDERED: Reserving ruling until trial on [62] Motion to Dismiss due to Pre–Indictment Delay. FURTHER ORDERED: The transcript shall be redacted to identify the alleged victims and their parents by their initials only. Government counsel shall email the court reporter a key with the names used during the hearing and their corresponding initials. FURTHER ORDERED: Counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. TRIAL: The Court affirms that the two–week trial scheduled to commence on 11/7/2022 will be held in Grand Junction, Colorado. The Government states that the speedy trial deadline is 12/10/2022; Defendant states that the speedy trial deadline is 12/11/2022. Defendant present in custody; Defendant remanded. (Total time: 1 Hour 48 Minutes, Hearing time: 9:01 a.m. 10:49 a.m.)

APPEARANCES: Jeremy Chaffin and Andrea Surratt on behalf of the Government; Sean McDermott on behalf of the Defendant. Court Reporter: Janet Coppock. (lrobe) Text Only Entry

**1:19−cr−00243−CMA−GPG−1 Notice has been electronically mailed to:**

Sean Michael McDermott      smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin      jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt      andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19−cr−00243−CMA−GPG−1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Jeremy Lee Chaffin
(caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov)
--No Notice Sent:

Message-Id:8854891@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for
Extension of Time to File
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/19/2022 at 2:53 PM MDT and filed on 10/19/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 109(No document attached) |

**Docket Text:**
 **ORDER: Granting [103] Unopposed Motion for an Extension of Time to File Exhibit List. Defendant's Exhibit List due on or before 10/24/2022. SO ORDERED by Senior Judge Christine M. Arguello on 10/19/2022. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

      Plaintiff,

**v.**

**MICHAEL TRACY McFADDEN,**

      **Defendant.**

---

### SECOND EX PARTE MOTION FOR ISSUANCE OF SUBPOENAS IN FORMA PAUPERIS

---

      Mr. McFadden by and through his attorney Sean M. McDermott, moves the court that a subpoena be issued and served for the material witnesses hereinafter mentioned, without the prepayment of fees therefor, and that payment of the fees for service and the fees for witnesses be made by the government and taxed as costs in favor of the United States.

      That as indicated in the affidavit for the appointment of counsel it appears that the defendant is without sufficient means and actually is unable to pay the fees for the service of the witnesses and the witness fee, or give security therefor.

      That the names and addresses of each of the witnesses and short statement of the testimony which each witness is expected to give if subpoenaed, and the showing that the evidence of the witnesses is material to the defense, is set forth in Appendix A hereto attached and made part of hereof.

      This Motion is made Consistent with Federal Rule of Criminal Procedure 17

and 28 U.S.C §1783.

That the evidence of the witnesses is material, and the defendant cannot safely go to trial without the said witnesses.

Date: October 24, 2022

Respectfully submitted,

s/Sean M. McDermott
   Sean M. McDermott
   McDermott Stuart & Ward LLP
   140 E. 19th Avenue, Suite 300
   Denver, CO 80203
   (303) 832-8888
   (303) 863-8888 (fax)
   Email: smcdermott@mswdenver.com

2

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on this 21st day of October 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

     <u>s/ Sean McDermott</u>
      Sean McDermott

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

     Plaintiff,

**v.**

**MICHAEL TRACY McFADDEN,**

     **Defendant.**

---

## APPENDIX TO SECOND EX PARTE MOTION FOR ISSUANCE OF SUBPOENAS IN FORMA PAUPERIS

---

     Mr. McFadden by and through his attorney Sean M. McDermott, submits to this Honorable Court his Appendix to his Ex Parte Motion for Issuance of Subpoenas In Forma Pauperis. The following is a list of the witnesses and summary of testimony mentioned in his Motion and their respective addresses.

     1.     Nicole Surad – Ms. Surad is expected to testify as follows: On December 21, 2012, she interviewed J.W. She and J.W. discussed body parts. J.W. stated that his penis is private to him that no one should touch. J.W. denied being touched on his penis and denied that anyone has ever asked him to touch their penis. J.W. denied ever seeing anyone touch anyone else's penis. These are inconsistent statements by J.W. On the same date, Ms. Surad also interviewed Michelle Ricks. Michelle Ricks is the mother of K.W., L.W, J.W, and B.W. Ms. Ricks stated that she had an open relationship with her kids. She believes that they would have said something to her if they had been molested by Mr. McFadden. None of her kids ever said anything about Mr. McFadden

molesting them. On this date Ms. Surad also observed an interview of E.S. f/k/a E.M. E.S. was asked whether Mr. McFadden had molested him. E.S. denied that he had been molested. E.S. also said that Uncle Mike didn't touch E.S.'s privates or the privates of anyone else in the room – I.S. made it up "so he could get Mike in trouble." Ms. Surad also interviewed Crystal McFadden. Crystal McFadden discussed the 2008, allegation that FRE 414 witness D.O. made. She said that D.O. told her that D.O. retracted his statement against Mr. McFadden in 2008. D.O. said he made the false allegation to get Mr. McFadden in trouble. On January 16, 2013, she observed an interview of D.O. D.O stated that Mr. McFadden did not touch him inappropriately and he never saw Mr. McFadden touch anyone inappropriately.

Address:  626 Glacier Drive, Grand Junction, CO 81507.

2.      Logan Wright – Logan Wright was interviewed more than one time. A follow up interview was done on February 7, 2013. He was never molested. He did not witness any molestation. He lived at 2980 D ½ Road in Grand Junction. He even lived in the same room as Mr. McFadden and J.W.

3.  Address: 11153 Echo Canyon Drive, Colorado Springs, CO 80908.

4.      Scott Wesolowski Sr. -  In 2007 S.J.W. who is an FRE 414 witness alleged that K.W. and Scott Wesolowski Sr. sexually abused her. Scott Wesolowski Sr. will testify that he did not abuse S.J.W.

Address:  530 ½ 32 ½ Road, Clifton, CO 81520

5.      Kayo Bassett – In April 2011, both FRE 414 witness S.J.W. and K.W. made allegations of sexual assault against Kayo Bassett. These allegations were false.

Address: 834 E. Harrison Avenue, Fruita, CO 81521.

6.      Officer Eric Wood – He may impeach I.S. He will testify that when he interviewed I.S. in December 2012, I.S. stated that Mr. McFadden had touched him. Contrary to later statements, I.S. did not allege rape.

Address: Grand Junction Police Dept. 555 Ute Ave, Grand Junction, CO 81501

7.      Crystal McFadden – Ms. McFadden is expected to testify that around 12/21/12 ES f/k/a EM stated that Mr. McFadden did not sexually touch him. She will also testify that in 2008, FRE 414 witness D.O., told her that he made up an allegation against Mr. McFadden because he was mad at Mr. McFadden.

Address: 1406 Troy Avenue, Pueblo, CO 81001.

8.      Stacy Wesolowski – Her son S.W. spent time around Mr. McFadden. She permitted S.W. to go on a trip to Nebraska with Mr. McFadden. She did not have a reason to believe that Mr. McFadden would do anything to S.W. Mr. McFadden had been good to S.W. and as far as she could tell the other kids that he knew. On the way from Nebraska S.W. said that Mr. McFadden did not do anything to him on the trip.

Address: 2713 Ohehalf Road, Apt. 20, Grand Junction, CO 81503.

9.      Kaitlyn Wright – Kaitlyn Wright was interviewed on January 25, 2013. She resided at 2980 D ½ Road . She will testify that Mr. McFadden never touched her and that she never saw Mr. McFadden molest anyone.

Address: 3211 ½ Bunting Avenue, Clifton, CO 81520.

10.     Lesleigh Rader – On or about March 26, 2013, she spoke to FRE 414 witness D.R. D.R. advised her that Mr. McFadden had not molested him.

Address: 3211 ½ Bunting Avenue, Clifton, CO 81520.

3

11.     Nurse Debra Bailey. She conducted a SANE examination on I.S. on March 29, 2013. The physical examination showed that everything was within normal limits.

Address: 2241 Cortina Court, Grand Junction, CO 81506

12.     Tyler Morkus – Mr. Markus was around Mr. McFadden when he was six and seven years old.  He was not molested by Mr. McFadden. He did not see Mr. McFadden molest anyone.

Address: 337 2nd Street, Clifton, CO 81520.

13.     Ryan Olmstead - In 2009 I.S. made an accusation of sexual assault by Ryan Olmstead. This was investigated by Human Services. Mr. Olmstead will testify that this was false.

Address is being verified.

14.     Officer Sean Crocker – He will testify that he interviewed J.W. on January 21, 2009. J.W. stated that nobody had molested him or touched him inappropriately.

Address: 555 Ute Ave, Grand Junction, CO 81501.

15.     John Hochenberry – Mr. Hochenberry resided at two houses with Mr. McFadden. Mr. Hochenberry and his wife Phyllis lived with Mr. McFadden and were with him a lot. Mr. McFadden cared for the people who were in the house by providing stability. He acted as a father figure to the kids in the house. Mr. Hochenberry did not see any abusive behavior by Mr. McFadden. Mr. Hochenberry did not hear any of the kids complain about abuse. The house did have a lot of people who resided at there. Among the people who resided at the house were Cindy Ricks, D.O.,E.S. f/k/a E.M., Jade McFadden, Donna Cross-Fox, Tyron Cross, Haily Cross, John Fox, Kaitlyn Wright,

4

her boyfriend, Brooklyn Wright, Mr. McFadden, J.W., L.W.. D.R., Michelle Ricks, Chris Vigil, Crystal McFadden, Shaun M. Crum, and a few other people.

Address: 805 South Teddy Roosevelt Rd., Golden Valley, AZ 86413.

Date: October 24, 2022

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
   Email: smcdermott@mswdenver.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of October 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

<u>s/ Sean McDermott</u>
Sean McDermott

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Michael Tracy McFadden

      Defendant.

## ORDER FOR SERVICE OF SUBPOENAS IN FORMA PAUPERIS

This matter coming to the attention of the court on the motion of the defendant for an order that subpoenas be issued in Forma Pauperis, it is, therefore,

ORDERED that the motion be granted and that the clerk of court issue subpoenas, for the time of trial, November 7, 2022, at 8:30 a.m. for the appearance of the witnesses named as follows:

1. Nicole Surad –Address:  626 Glacier Drive, Grand Junction, CO 81507.

2. Logan Wright – Address: 11153 Echo Canyon Drive, Colorado Springs, CO 80908.

3. Scott Wesolowski - Address:  530 ½ 32 ½ Road, Clifton, CO 81520

4. Kayo Bassett – Address: 834 E. Harrison Avenue, Fruita, CO 81521.

5. Officer Eric Wood Address: Grand Junction Police Dept. 555 Ute Ave, Grand Junction, CO 81501

6. Crystal McFadden – Address: 1406 Troy Avenue, Pueblo, CO 81001.

7. Stacy Wesolowski – Address: 2713 Ohehalf Road, Apt. 20, Grand Junction, CO 81503.

8. Kaitlyn Wright Wright - Address: 3211 ½ Bunting Avenue, Clifton, CO 81520.

9.   Lesleigh Rader – On or about March 26, 2013, she spoke to FRE 414 witness D.R. D.R. advised her that Mr. McFadden had not molested him.

Address: 3211 ½ Bunting Avenue, Clifton, CO 81520.

10. Nurse Debra Bailey. She conducted a SANE examination on I.S. on March 29, 2013. The physical examination showed that everything was within normal limits.

 Address: 2241 Cortina Court, Grand Junction, CO 81506

11. Tyler Morkus – Mr. Markus was around Mr. McFadden when he was six and seven years old.  He was not molested by Mr. McFadden. He did not see Mr. McFadden molest anyone.

Address: 337 2nd Street, Clifton, CO 81520.

12. Ryan Olmstead - In 2009 I.S. made an accusation of sexual assault by Ryan Olmstead. This was investigated by Human Services. Mr. Olmstead will testify that this was false.

Address presently is not available.

13. Officer Sean Crocker – Address: 555 Ute Ave, Grand Junction, CO 81501.

14.     John Hochenberry - Address: 805 South Teddy Roosevelt Rd., Golden Valley, AZ 86413.


IT IS FURTHER ORDERED that the U.S. Marshal make service of said subpoenas on witnesses without the prepayment of the fees and that the witness fees, mileage and subsistence of said witnesses be paid by the U.S. Marshal and taxed as costs in favor of the United States.


DATED at Denver, Colorado this _____ day of _____ , _____.

BY THE COURT:

_____
Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00243-CMA-GPG

UNITED STATES OF AMERICA,

     Plaintiff,

**v.**

**MICHAEL TRACY McFADDEN,**

     **Defendant.**

---

**EX PARTE MOTION REQUESTING A SECOND CJA ATTORNEY**

---

     Mr. McFadden by and through his attorney Sean M. McDermott, moves this Court for an order permitting a second CJA attorney to be appointed to assist with trial in this matter. As grounds, Mr. McFadden states the following:

     1.    This trial is scheduled for two weeks. Th Mr. McFadden faces five charges with two alleged victims.

     2.    There are five witnesses that may testify with respect to Federal Rule of Evidence 414 allegations.

     3.    Counsel is attempting to subpoena numerous witnesses to impeach potential Federal Rule of Evidence 414 allegations.

     4.    In addition to this, the discovery in this case is voluminous, the legal issues, are unique to a case with these allegations, and there is complex subject matter such as medical witnesses, and forensic interviews.

     5.    Should the Court grant this request, efforts will not be duplicated with a second attorney.

6.      Counsel was attempting to locate a local Grand Junction attorney with availability to handle this case.

7.      Counsel has found an attorney who is available and who is willing to travel to Grand Junction and assist with this case.

8.      That attorney is Criminal Justice Act Attorney Ben LaBranche.

9.      Mr. LaBranche's curricula vitae is attached hereto as an appendix.

Wherefore, Mr. McFadden respectfully requests that a second CJA attorney be appointed to his case to assist with the trial.

Date: October 24, 2022

Respectfully submitted,

s/Sean M. McDermott
    Sean M. McDermott
    McDermott Stuart & Ward LLP
    140 E. 19th Avenue, Suite 300
    Denver, CO 80203
    (303) 832-8888
    (303) 863-8888 (fax)
    Email: smcdermott@mswdenver.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of October 2022, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

<u>s/ Sean McDermott</u>
   Sean McDermott

**Benjamin R. LaBranche**
**4509 Vallejo St**
**Denver, CO 80211**
**(225) 921-4543**
**Email: ben@brllawyer.com**

## WORK EXPERIENCE

April 2022-Present
*Benjamin R. LaBranche, P.l.l.c*
1544 Race St
Denver, CO 80206

March 2021-April 2022
*Adams County Public Defender's Office*
4710 E. Bromley Ln
Brighton, CO 80601

July 2005-December 2020
*Benjamin R. LaBranche, LLC Attorney at Law*
10636 Linkwood Ct.
Baton Rouge, LA 70810

May 2007-January 2012
*Felony Assistant Public Defender, East Baton Rouge Parish*
300 Louisiana Avenue
Baton Rouge, LA 70802

November 2004 – July 2005
*Attorney: Insurance Defense and Subrogation for American National Property and Casualty*
Funderburk & Andrews, APLC
329 Saint Ferdinand St.
Baton Rouge, LA 70802

## EDUCATION

*Southern University Law Center, Baton Rouge, LA*
*Juris Doctor, May 2004*

*Louisiana State University, Baton Rouge, LA*
*Bachelor of Science, Business Management, May 2001*

## SPECIAL SKILLS

Conversational Spanish

## PROFESSIONAL ORGANIZATIONS

Colorado Criminal Defense Bar (2022-present)
- o   Board Member (2022-Present)

National Association of Criminal Defense Lawyers
- o   Life Member (Board Member from 2012-2018)
- o   Public Defense Committee (2011-present)- Past Committee Chair
- o   Fourth Amendment Committee Member (2012-present)
- o   Diversity Committee Co-Chair (2018-2020)
- o   Nominating Committee (2018-2021)

Louisiana Association of Criminal Defense Lawyers
- o   Life Member (Board Member 2013-2020)
- o   CLE Committee (2013-2020)
- o   LACDL President's Award - 2011
- o   Publications Committee - 2020

Baton Rouge Bar of Criminal Justice (President 2010-2020)

National Criminal Defense College (June 2008)

DUI Defense Lawyers Association (Founding Member)

Louisiana State Bar Association

Texas State Bar Association

Colorado State Bar Association

CJA Panel Attorney for Middle District Court of Louisiana (2012-2020)

## LICENSES and CERTIFICATIONS

Louisiana State Bar (10/14/04)

Texas State Bar (3/7/19)

Colorado State Bar (5/7/20)

65

U.S. District Court, Middle District of Louisiana (10/15/04)

U.S. District Court, Eastern District of Louisiana (11/9/15)

U.S. District Court, Western District of Louisiana (10/21/2015)

U.S. Court of Appeals, 5th Circuit (7/30/2019)

U.S. District Court, Colorado (Pending Application Filed 1/29/22)

N.H.T.S.A. Certification in Standardized Filed Sobriety Testing


**PRESENTATIONS and CLE's**

Chair of LACDL's Law and All that Jazz CLE (2011-2020)

LACDL Nuts and Bolts CLE, *DWI Basics and Some Advanced Strategies, 10/25/19,* Baton Rouge, LA

Past Chair of LACDL's DWI Seminar

National Business Institute Gun Law in Louisiana CLE. *Ethical Consideration When Representing Gun Owners and Dealers, 12/10/2016, Baton Rouge, LA*

Louisiana Public Defender Board/NACDL LA Trial Skills Re-Boot Camp Program Instructor, Baton Rouge (11/3/16)

Panel Member for Records Relief Expungement Seminar, 3/28/14, 19th JDC, Baton Rouge, LA

Program Instructor for Innocence Project Joint Training Program for Public Defenders and Prosecutors, Criminal Practice Ethics Training.

Louisiana Attorney Disciplinary Board Annual Free CLE, Ethics Panel, 5/2/2012, Baton Rouge, LA

Dean Henry George McMahon Inns of Court, *Civility Matters*, 10/27/2011, Baton Rouge, LA

Guest Speaker: Southern University Law Center on Criminal Procedure and 4th Amendment, Baton Rouge, LA

Guest Speaker: LSU Law Center, Public Interest Law Society, *What Happens from Arrest to Trial*, Baton Rouge, LA

Organize Presentations for Baton Rouge Bar of Criminal Justice Happy Hours (not for CLE credit)

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Jeremy Lee Chaffin
(caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: Federal Public Defender (cox_newappt@fd.org), Probation-General
(cod_efiling@cod.uscourts.gov)
--No Notice Sent:

Message-Id:8861416@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order Appointing Counsel
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/24/2022 at 3:51 PM MDT and filed on 10/24/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 119(No document attached) |

**Docket Text:**
**ORDER APPOINTING COUNSEL: Benjamin R. LaBranche shall be appoint from the CJA Panel as co–counsel in this case. SO ORDERED by Senior Judge Christine M. Arguello on 10/24/2022. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Sean
Michael McDermott (krodriguez@mswdenver.com, smcdermott@mswdenver.com,
xgarzon@mswdenver.com), Andrea Lee Surratt (andrea.surratt@usdoj.gov,
caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8862885@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for Leave
to Restrict
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/25/2022 at 1:01 PM MDT and filed on 10/25/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 121(No document attached) |

**Docket Text:**

**ORDER: Granting [110] Motion for Leave to Restrict. Docs. ## [111] and [112], all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 2 Restriction. SO ORDERED by Senior Judge Christine M. Arguello on 10/25/2022. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Ben
LaBranche (ben@brllawyer.com), Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov,
portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: USM-Criminal Division (gillian.fleck@usdoj.gov,
royce.namoca@usdoj.gov, sike.bennett@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8864208@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Trial Preparation
Conference
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/26/2022 at 8:41 AM MDT and filed on 10/25/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 124(No document attached) |

**Docket Text:**
 **COURTROOM MINUTES for Trial Preparation Conference by VTC as to Michael Tracy McFadden held on 10/25/2022 before Senior Judge Christine M. Arguello. B>TRIAL:** The Court affirms an 8–day jury trial scheduled to begin 11/7/20222 at 8:30 a.m. in Grand Junction, Colorado. Each subsequent day of trial will begin at 8:00 a.m. Masks will be required during jury selection. Once the jury is selected, vaccinated jurors may decide if they wish to continue wearing masks for the duration of the trial. Unvaccinated jurors will be required to wear masks for the duration of the trial. Jury Selection will begin at 8:30 a.m. on 11/7/2022. Parties allowed 15 minutes per side for voir dire. Case shall be tried to a jury of 13. Jurors will be allowed to take notes. Parties waive the reporting of Jury Instructions. Parties agree to the sequestration of witnesses. Victims, if testifying, will be subject to the sequestration order. **DEADLINES:** The parties shall submit a thumb drive of exhibits to Arguello Chambers by 10/31/2022. The parties shall submit an exhibit list, indicating which exhibits are stipulated, to Arguello Chambers, via email, by 11/4/2022, 5:00 PM. Defendant shall submit an ex parte witness list to Arguello Chambers, via email, by 11/2/2022. Defendant shall submit proposed jury instructions by 10/31/2022. The parties shall submit a glossary of medical terms or unusually spelled words or names to Nicholas_Richards@cod.uscourts.gov by 11/3/2022, 4:00 p.m. Defendant present in custody by VTC. Defendant remanded. (Total time: 00:35, Hearing time: 3:15 p.m. 3:50 p.m.)

**APPEARANCES**: Andrea Surratt, Jeremy Chaffin (by VTC) on behalf of the Government, Sean McDermott (by VTC) on behalf of the defendant. Court Reporter: Kevin Carlin. (sgrim) Text Only

Entry

**1:19−cr−00243−CMA−GPG−1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19−cr−00243−CMA−GPG−1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Ben
LaBranche (ben@brllawyer.com), Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov,
portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gillian.fleck@usdoj.gov, royce.namoca@usdoj.gov, sike.bennett@usdoj.gov,
usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8870219@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/31/2022 at 8:47 AM MDT and filed on 10/31/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 125(No document attached) |

**Docket Text:**
 **ORDER: Pursuant to communications between counsel and Chambers' staff, a VTC Status Conference is set for 11/3/2022, 10:00 AM before Senior Judge Christine M. Arguello. Counsel are directed to contact Nicholas Richards, via email at Nicholas_Richards@cod.uscourts.gov, to set up VTC. The Defendant's presence is not required for this Hearing. SO ORDERED by Senior Judge Christine M. Arguello on 10/31/2022. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Ben LaBranche (ben@brllawyer.com),
Jeremy Lee Chaffin (caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov,
jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov,
portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8872497@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Conventionally Submitted
Material
```
Content–Type: text/html

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/1/2022 at 8:05 AM MDT and filed on 10/31/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | USA |
| **Document Number:** | 127(No document attached) |

**Docket Text:**
 **Conventionally Submitted Material : 1 Flash Drive re [124] Trial Preparation Conference, by Plaintiff USA. Location: 1st Floor Area, Box D–5–8. Text Only Entry. (sphil, )**


**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Ben
LaBranche (ben@brllawyer.com), Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov,
portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gillian.fleck@usdoj.gov, royce.namoca@usdoj.gov, sike.bennett@usdoj.gov,
usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8879730@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion to Continue
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/4/2022 at 8:27 AM MDT and filed on 11/3/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 140(No document attached) |

**Docket Text:**
 **MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Status Conference held on 11/3/2022. Parties shall notify chambers by close of business 11/3/2022 if copies of jury instructions should be provided to the jury. ORDERED: Denying [135] Defendants Motion to Continue Trial Within Speedy Trial to Secure Witnesses; Granting Governments oral motion to permit witness in custody to wear court attire. FURTHER ORDERED: Minors names shall be redacted in the transcript. (Total Time: 43 minutes, Hearing time: 10:00 a.m. 10:43 a.m.)APPEARANCES: Andrea Surratt and Jeremy Chaffin on behalf of the Government, Sean McDermott on behalf of the Defendant. All parties appear by VTC. Court reporter: Sarah Mitchell. (kmyha, ) Text Only Entry**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott      smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin      jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt      andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov,

USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19−cr−00243−CMA−GPG−1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Ben LaBranche (ben@brllawyer.com),
Jeremy Lee Chaffin (caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov,
jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov,
portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8881900@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for Leave
to Restrict
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/6/2022 at 7:55 PM MST and filed on 11/6/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 141(No document attached) |

**Docket Text:**
 **ORDER: Granting [131] Motion for Leave to Restrict. Doc. # [132], all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 3 Restriction. SO ORDERED by Senior Judge Christine M. Arguello on 11/6/2022. Text Only Entry (cmasec)**


**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Ben
LaBranche (ben@brllawyer.com), Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov,
portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8881904@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for Leave
to Restrict
```
Content−Type: text/html

### U.S. District Court − District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/6/2022 at 8:52 PM MST and filed on 11/6/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19−cr−00243−CMA−GPG |
| **Filer:** | |
| **Document Number:** | 142(No document attached) |

**Docket Text:**
 **ORDER: Granting [123] Motion for Leave to Restrict. Doc.# [105], all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 3 Restriction. SO ORDERED by Senior Judge Christine M. Arguello on 11/6/2022. Text Only Entry (cmasec)**

**1:19−cr−00243−CMA−GPG−1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19−cr−00243−CMA−GPG−1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Ben LaBranche (ben@brllawyer.com),
Jeremy Lee Chaffin (caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov,
jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov,
portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: USM-Criminal Division (gillian.fleck@usdoj.gov,
royce.namoca@usdoj.gov, sike.bennett@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8886245@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Jury Trial
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/9/2022 at 7:49 AM MST and filed on 11/8/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 144(No document attached) |

**Docket Text:**
 **Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day Two held on 11/8/2022 as to Michael Tracy McFadden. Opening statements. WITNESSES SWORN AND TESTIFIED: J.W., Michelle Ricks, Darren Davidson, and Paul W. Dunham, Jr. EXHIBITS RECEIVED: 1, 8–1, 8–2, 8–3, 3–1, 3–2, 3–3, 3–4, 3–5, 4–1, 4–2, 4–3, 4–4, 2–1, 2–2, 2–3, 2–4, 2–5, 2–6, 2–7, 2–8, 2–9, 11–1, 15–1, 15–2, 15–3, 15–4, 15–5, 15–6. ORDERED: Juror 13 is discharged from further service. Jury excused for the day. Trial continued to 11/9/2022. Defendant present in custody; Defendant remanded. (Total time: 4 Hours, 15 Minutes, Hearing time: 8:40 a.m.– 10:44 a.m.; 11:01 a.m.– 12:04 p.m.; 12:34 p.m.– 1:43 p.m.)APPEARANCES: Jeremy Chaffin, and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative, Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott    smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin    jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov,

usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov,
USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Ben LaBranche (ben@brllawyer.com),
Jeremy Lee Chaffin (caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov,
jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov,
portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: USM-Criminal Division (gillian.fleck@usdoj.gov,
royce.namoca@usdoj.gov, sike.bennett@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8888611@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Jury Trial
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/10/2022 at 9:59 AM MST and filed on 11/9/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 145(No document attached) |

**Docket Text:**
 **Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day Three held on 11/9/2022 as to Michael Tracy McFadden. WITNESSES SWORN AND TESTIFIED: Sue Goebel, K.W., Stacy Wesolowski, Scott Wesolowski, John Stadler, and Detective Edward Prescott. EXHIBITS RECEIVED: 13–1, 13–2, 227, 228. EXHIBITS 6 and 6–1 are admitted provisionally. ORDERED: Granting in part and denying in part Defendants objection to testimony of 414 witnesses. Only E.S. and D.R. will be permitted to testify. Jury excused for the day. Trial continued to 11/10/2022. Defendant present in custody; Defendant remanded. (Total time: 5 hours, 25 minutes, Hearing time: 8:27 a.m.– 10:18 a.m.; 10:32 a.m.– 11:59 a.m.; 12:52 p.m.– 2:59 p.m.)APPEARANCES: Jeremy Chaffin and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov,

usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Ben LaBranche (ben@brllawyer.com),
Jeremy Lee Chaffin (caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov,
jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov,
portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM Warrants
Division (usms.cod-warrants@usdoj.gov), USM-Criminal Division (gillian.fleck@usdoj.gov,
royce.namoca@usdoj.gov, sike.bennett@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8892599@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion to Dismiss
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/14/2022 at 3:58 PM MST and filed on 11/10/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 146(No document attached) |

**Docket Text:**

 **Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day Four held on 11/10/2022 as to Michael Tracy McFadden. Charging Conference. WITNESSES SWORN AND TESTIFIED: Cheryl Young. Plaintiff rests. Defendant rests. ORDERED: DENYING Defendants Oral Motion for Judgment of Acquittal under Rule 29(a). Jury instructed. Closing arguments. Deliberations began at 12:18 p.m. ORDERED: Lunch will be provided to the jury during their deliberations. Trial continued to 11/14/2022. Defendant present in custody; Defendant remanded. (Total time: 3 Hours, 45 Minutes, Hearing time: 7:32 a.m.– 7:43 a.m.; 8:32 a.m.– 10:17 a.m.; 10:30 a.m.– 12:20 p.m.; 4:28 p.m. –4:28 p.m.)APPEARANCES: Jeremy Chaffin and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov,
USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Ben
LaBranche (ben@brllawyer.com), Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, danielle.storinsky@usdoj.gov,
portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal
Division (gillian.fleck@usdoj.gov, royce.namoca@usdoj.gov, sike.bennett@usdoj.gov,
usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:8893419@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Jury Trial/Jury Verdict
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/15/2022 at 9:07 AM MST and filed on 11/14/2022

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 147(No document attached) |

**Docket Text:**

**Minute Entry for Proceedings held before Judge Christine M. Arguello: Jury Trial Day Five held on 11/14/2022 as to Michael Tracy McFadden. Deliberations continued at 8:30 a.m. JURY VERDICT: Guilty on Counts 1–5. Verdict accepted by Judge Gordon P. Gallagher. Jury excused with the thanks of the Court. An in–person two–hour Sentencing Hearing is set for 3/7/2023 at 3:00 p.m., at Aspinall Federal Building in Grand Junction, Room 323 before Judge Christine M. Arguello.The US Probation Office shall prepare a Presentence Report. In accordance with Federal Rules of Criminal Procedure 32(F)(1); counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections no later than 7 days before the sentencing date; or advise the Court that they do not intend to file any papers. Failure to file position papers by that date may result in a continuance of the sentencing date. ORDERED: counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. Trial concluded. Defendant present in custody; Defendant remanded. (Total time: 14 Minutes, Hearing time: 9:21 a.m. 9:35 a.m.)APPEARANCES: Jeremy Chaffin, and Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative, Alex Zappe. Court Reporter: Sarah Mitchell. (kmyha) Text Only Entry**

**1:19−cr−00243−CMA−GPG−1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, danielle.storinsky@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19−cr−00243−CMA−GPG−1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Ben LaBranche (ben@brllawyer.com),
Jeremy Lee Chaffin (caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov,
jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: mdaou (meaghan_mills@cod.uscourts.gov), Probation-General
(cod_efiling@cod.uscourts.gov), USM-Criminal Division (gillian.fleck@usdoj.gov,
royce.namoca@usdoj.gov, scott.scherfling@usdoj.gov, sike.bennett@usdoj.gov,
triana.luce@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:9021956@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 2/13/2023 at 2:00 PM MST and filed on 2/13/2023

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 158(No document attached) |

**Docket Text:**
 **ORDER: The Court has been advised that Defendant Michael Tracy McFadden is being housed in the Metro area. Therefore, the two–hour Sentencing Hearing set for 3/7/2023 in Room 323, Grand Junction is VACATED and reset to 3/9/2023 at 3:00 PM before Judge Christine M. Arguello, in Courtroom A602, Alfred A. Arraj Courthouse. This hearing will be held in–person. Counsel whose offices are outside the Denver metropolitan area or cannot reasonably make a personal appearance may appear via VTC. For VTC appearances, counsel are directed to contact Nicholas Richards, via email, at Nicholas_richards@cod.uscourts.gov at least THREE DAYS before the scheduled hearings for instructions on how to proceed by VTC. SO ORDERED by Senior Judge Christine M. Arguello on 2/13/2023. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19−cr−00243−CMA−GPG−1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Ben
LaBranche (ben@brllawyer.com), Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: mdaou (meaghan_mills@cod.uscourts.gov), Probation-General
(cod_efiling@cod.uscourts.gov), USM-Criminal Division (gillian.fleck@usdoj.gov,
royce.namoca@usdoj.gov, scott.scherfling@usdoj.gov, sike.bennett@usdoj.gov,
triana.luce@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:9022564@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 2/13/2023 at 4:14 PM MST and filed on 2/13/2023

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 159(No document attached) |

**Docket Text:**
**ORDER: Pursuant to email correspondence between counsel and Chambers' staff the two–hour Sentencing Hearing set for 3/9/2023 is RESET IN TIME ONLY to 09:00 AM in Courtroom A 602 before Senior Judge Christine M. Arguello. SO ORDERED by Senior Judge Christine M. Arguello on 2/13/2023. Text Only Entry (cmasec)**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Ben
LaBranche (ben@brllawyer.com), Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: mdaou (meaghan_mills@cod.uscourts.gov)
--No Notice Sent:

Message-Id:9052871@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for Leave
to File
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 3/7/2023 at 12:26 PM MST and filed on 3/7/2023

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 169(No document attached) |

**Docket Text:**
 **ORDER: Denying [166] Unopposed Motion for Leave to File Letter of Support Prior to Sentencing. Defendant is allowed to file his letter pursuant to D.C.COLO.LCrR11.1(e). FURTHER ORDERED Doc. #167 is STRICKEN. SO ORDERED by Senior Judge Christine M. Arguello on 3/7/2023. Text Only Entry (cmasec)**


**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jeremy Lee Chaffin (caseview.ecf@usdoj.gov,
cosandra.foster@usdoj.gov, jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Ben
LaBranche (ben@brllawyer.com), Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Senior Judge Christine M. Arguello
(arguello_chambers@cod.uscourts.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov)
--Non Case Participants: mdaou (meaghan_mills@cod.uscourts.gov), Probation-General
(cod_efiling@cod.uscourts.gov), USM-Criminal Division (gillian.fleck@usdoj.gov,
royce.namoca@usdoj.gov, scott.scherfling@usdoj.gov, sike.bennett@usdoj.gov,
triana.luce@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:9056964@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for
Non-Guideline Sentence
Content-Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 3/9/2023 at 1:08 PM MST and filed on 3/9/2023

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19–cr–00243–CMA–GPG |
| **Filer:** | |
| **Document Number:** | 170(No document attached) |

**Docket Text:**
 **MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 3/9/2023 as to Defendant Michael Tracy McFadden. ORDERED: Denying [162] Defendant's Motion for Non–Guideline Sentence. Defendant sentenced as reflected on the record. Defendant present in custody; Defendant remanded. (Total time: 51 Minutes, Hearing time: 9:03 a.m. – 9:54 a.m.)APPEARANCES: Andrea Surratt on behalf of the Government; Sean McDermott and Ben LaBranche on behalf of the Defendant. ALSO PRESENT: Government representative Alex Zappe. Ryan Kinsella on behalf of probation. Court Reporter: Kevin Carlin. (kmyha) Text Only Entry**

**1:19–cr–00243–CMA–GPG–1 Notice has been electronically mailed to:**

Sean Michael McDermott    smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin    jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov,
USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19–cr–00243–CMA–GPG–1 Notice has been mailed by the filer to:**

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Sean Michael McDermott (krodriguez@mswdenver.com,
smcdermott@mswdenver.com, xgarzon@mswdenver.com), Ben LaBranche (ben@brllawyer.com),
Jeremy Lee Chaffin (caseview.ecf@usdoj.gov, cosandra.foster@usdoj.gov,
jeremy.chaffin@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Andrea Lee Surratt
(andrea.surratt@usdoj.gov, caseview.ecf@usdoj.gov, portia.peter@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Magistrate Judge Gordon P. Gallagher
(gallagher_chambers@cod.uscourts.gov, gordon_p_gallagher@cod.uscourts.gov), Senior Judge
Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: mdaou (meaghan_mills@cod.uscourts.gov)
--No Notice Sent:

Message-Id:9060151@cod.uscourts.gov
Subject:Activity in Case 1:19-cr-00243-CMA-GPG USA v. McFadden Order on Motion for Leave
to Restrict
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 3/13/2023 at 8:01 AM MDT and filed on 3/13/2023

| | |
|---|---|
| **Case Name:** | USA v. McFadden |
| **Case Number:** | 1:19-cr-00243-CMA-GPG |
| **Filer:** | |
| **Document Number:** | 171(No document attached) |

**Docket Text:**
 **ORDER: Granting [168] Motion for Leave to Restrict. Doc. # [167], all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 1 Restriction. SO ORDERED by Senior Judge Christine M. Arguello on 3/13/2023. Text Only Entry (cmasec)**

**1:19-cr-00243-CMA-GPG-1 Notice has been electronically mailed to:**

Sean Michael McDermott     smcdermott@mswdenver.com, krodriguez@mswdenver.com, xgarzon@mswdenver.com

Jeremy Lee Chaffin     jeremy.chaffin@usdoj.gov, CaseView.ECF@usdoj.gov, Cosandra.Foster@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Andrea Lee Surratt     andrea.surratt@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

Ben LaBranche     ben@brllawyer.com

**1:19-cr-00243-CMA-GPG-1 Notice has been mailed by the filer to:**